UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ADRIAN THOMAS,

|  |  |  |
|---|---|---|
| | Plaintiff, | **NOTICE OF MOTION** |
| -against- | | Civil Case No.: 17-cv-626 (GTS/DJS) |

CITY OF TROY, ADAM R. MASON, Individually,
RONALD FOUNTAIN, Individually, TIM COLANERI,
Individually, RENSSELAER COUNTY, and
MICHAEL SIKIRICA, Individually,

                    Defendants.

| | |
|---|---|
| Motion by: | Defendants, Rensselaer County and Michael Sikirica |
| Time, Date and Place of Hearing: | Thursday, November 2, 2017 at 9:00 a.m. at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207 |
| Supporting Papers: | Memorandum of Law |
| Nature of Action: | 42 U.S.C. §1983 |
| Relief Demanded: | An Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing any and all crossclaims against Defendants Rensselaer County and Michael Sikirica and further relief as to the Court may seem just and proper. |
| Reply Papers: | Pursuant to Local Rule 7, answering papers, if any, are required to be served upon the undersigned at least seventeen (17) days prior to the return date of this motion. Reply papers must be served eleven (11) days prior to the return date of this motion. |

Dated: September 20, 2017     Bailey, Johnson, DeLeonardis & Peck, P.C.


By:    S/ _____

Crystal R. Peck
Bar Roll No.: 514375
Attorneys for Defendant, Rensselaer County and
Michael Sikirica
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, NY 12205
(518) 456-0082
CRPeck@BaileyJohnson.com