UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ADRIAN THOMAS,

    Plaintiff,

  -against-

CITY OF TROY, ADAM R. MASON, Individually,    Civil Case No.: 17-cv-626
RONALD FOUNTAIN, Individually, TIM COLANERI,    (GTS/DJS)
Individually, RENSSELAER COUNTY, and
MICHAEL SIKIRICA, Individually,

    Defendants.

## MEMORANDUM OF LAW

Dated:  September 20, 2017     Bailey, Johnson, DeLeonardis & Peck, P.C.

    By:    S/ _____
      Crystal R. Peck
      Bar Roll No.: 514375
    Attorneys for Defendants, County of Rensselaer
    and Michael Sikirica
    5 Pine West Plaza, Suite 507
    Washington Avenue Extension
    Albany, NY 12205
    (518) 456-0082
    CRPeck@baileyjohnson.com

# TABLE OF CONTENTS

PRELIMINARY STATEMENT ........................................................................................ 1

STATEMENT OF FACTS ............................................................................................... 1

ARGUMENT .................................................................................................................. 2

    POINT I:    CO-DEFENDANTS' CROSSCLAIMS SHOULD BE
              DISMISSED ..........................................................................2

CONCLUSION ............................................................................................................... 3

# **TABLE OF AUTHORITIES**

## Federal Cases

Castro v. County of Nassau,
  739 F.Supp.2d 153 (E.D.N.Y. 2010) ...............................................................................2

Hayden v. Hevesi,
  2007 WL 496369 (W.D.N.Y. 2007) ...............................................................................2

Taifer v. Catherine Stores Corp.,
  2008 WL 7728651 (S.D.N.Y. 2008) ..............................................................................2

## State Cases

Rosado v. Proctor & Schwartz, Inc.,
  66 N.Y.2d 21 (1985) .......................................................................................................2

## Federal Statutes

42 U.S.C. § 1983 ...........................................................................................................1, 2

42 U.S.C. § 1985 ..............................................................................................................2

## Federal Rules

Rule 12(b)(6) of the Federal Rules of Civil Procedure .......................................................1

## PRELIMINARY STATEMENT

Defendants County of Rensselaer and Dr. Michael Sikirica (hereinafter "County Defendants") submit the following Memorandum of Law in support of their Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure seeking dismissal of all cross-claims asserted against the County Defendants for contribution/indemnification.

## STATEMENT OF FACTS

Plaintiff Adrian Thomas filed the instant lawsuit against the County of Rensselaer, Dr. Michael Sikirica, the City of Troy, and individual police office officers Adam Mason, Ronald Fountain, and Tim Colaneri pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. Dkt. No. 1. In response, answers have been filed by the City of Troy and Defendants Mason, Colaneri, and Fountain with cross-claims for contribution and indemnification asserted against the County of Rensselaer and Dr. Sikirica. Dkt. Nos. 5, 6, 7, and 28.

The cross-claims asserted state as follows:

> "Upon information and belief, that the damages, if any, sustained by the plaintiff as alleged and described in the Complaint herein were caused wholly, or in part, by the negligent and/or tortious conduct of the said co-defendant and by reason thereof this defendant is entitled to indemnification/contribution from said co-defendant as to any damages recovered herein by the plaintiff against this defendant."

Dkt. Nos. 5, 6, 7, and 28.

On August 24, 2017, County of Rensselaer and Dr. Sikirica filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil

1

Procedure. Dkt. No. 12. County Defendants refer the Court to said Motion and argue that the cross-claims asserted by the City of Troy Defendants should be dismissed on the grounds articulated therein. Dkt. No. 12. Further, as discussed below, the City of Troy Defendants have not asserted viable cross-claims against the County Defendants, thereby requiring dismissal of same.

**ARGUMENT**

**POINT I**

**CO-DEFENDANTS' CROSS-CLAIMS
SHOULD BE DISMISSED**

Courts have routinely held that a party cannot seek indemnification and contribution on a claim brought pursuant to 42 U.S.C. § 1985. In dismissing cross-claims of this nature, District Courts have held that "no right to contribution exists under § 1983 nor is there a federal right of indemnification under the statute." Castro v. County of Nassau, 739 F.Supp.2d 153 (E.D.N.Y. 2010); Hayden v. Hevesi, 2007 WL 496369, 4 (W.D.N.Y. 2007); Taifer v. Catherine Stores Corp., 2008 WL 7728651, 3 (S.D.N.Y. 2008). Moreover, New York Law allows for indemnification only when there is an express or implied contract between the parties, which has not been alleged by the City of Troy Defendants. Hayden, 2007 WL 496369 at 4 citing Rosado v. Proctor & Schwartz, Inc., 66 N.Y.2d 21, 23-24 (1985). Based on this precedent, the cross-claims asserted by the City of Troy are not viable and should be dismissed.

## CONCLUSION

Due to the foregoing, Defendants County of Rensselaer and Dr. Michael Sikirica request that the Court grant the instant Motion dismissing the cross-claims asserted by the City of Troy Defendants.