UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X

ADRIAN THOMAS,

                                       Plaintiff,

    -against-

CITY OF TROY, ADAM R. MASON, Individually, RONALD
FOUNTAIN, Individually, TIM COLANERI, Individually,
RENSSELAER COUNTY, and MICHAEL SIKIRICA,
Individually,

                                       Defendants.

----------------------------------------------------------------------------X

**ANSWER TO DEFENDANT SIKIRICA'S COUNTERCLAIM**

1:17-CV-626
(GTS/DJS)

       Plaintiff ADRIAN THOMAS, by his attorneys, Brett H. Klein, Esq., PLLC, for his Answer to the counterclaim filed against him by defendant Michael Sikirica (hereinafter "Defendant") respectfully alleges as follows:

### AS TO DEFENDANT'S COUNTERCLAIM AGAINST THE PLAINTIFF FOR ATTORNEYS' FEES

      Plaintiff denies the allegation set forth in Defendant's counterclaim seeking reasonable attorneys' fees.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE DEFENDANT'S COUNTERCLAIM AGAISNT THE PLAINTIFF FOR ATTORNEYS' FEES

      Defendant's counterclaim seeking reasonable attorneys' fees fails to state a claim upon which relief can be granted.

**WHEREFORE**, plaintiff demands judgment dismissing Defendant's Counterclaim against plaintiff, together with such other relief to plaintiff that the Court deems just and proper.

Dated: New York, New York
April 25, 2018

BRETT H. KLEIN, ESQ., PLLC
Attorneys for the Plaintiff
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132

By: ⎯⎯s/ Brett Klein⎯⎯⎯⎯⎯⎯⎯⎯
BRETT H. KLEIN (BK4744)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------------X

ADRIAN THOMAS,

                                        Plaintiff,                       1:17-CV-626
       -against-                                                              (GTS/DJS)

CITY OF TROY, ADAM R. MASON, Individually, RONALD
FOUNTAIN, Individually, TIM COLANERI, Individually,
RENSSELAER COUNTY, and MICHAEL SIKIRICA,
Individually,

                                        Defendants.

----------------------------------------------------------------------------------X


**ANSWER TO DEFENDANT SIKIRICA'S COUNTERCLAIM**


**BRETT H. KLEIN, ESQ., PLLC**
Attorneys for the Plaintiff ADRIAN THOMAS
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132