UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

ADRIAN THOMAS,

                                              Plaintiff,

    -against-

CITY OF TROY, ADAM R. MASON, Individually, RONALD
FOUNTAIN, Individually, TIM COLANERI, Individually,
RENSSELAER COUNTY, and MICHAEL SIKIRICA,
Individually,

                                              Defendants.

-------------------------------------------------------------------------------X

**ANSWER TO THE CITY DEFENDANTS' COUNTERCLAIM**

1:17-CV-626
(GTS/DJS)

Plaintiff ADRIAN THOMAS, by his attorneys, Brett H. Klein, Esq., PLLC, for his Answer to the counterclaim filed against him by defendants City of Troy, Adam R. Mason, Ronald Fountain, and Tim Colaneri (hereinafter "City Defendants") respectfully alleges as follows:

**AS TO THE CITY DEFENDANTS' COUNTERCLAIMS AGAINST THE PLAINTIFF FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiff denies the allegation set forth in the City Defendants' respective counterclaims seeking attorneys' fees and expenses.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE CITY DEFENDANTS' COUNTERCLAIM AGAINST THE PLAINTIFF FOR ATTORNEYS' FEES AND EXPENSES**

The City Defendants' respective counterclaims seeking attorneys' fees and expenses fail to state a claim upon which relief can be granted.

**WHEREFORE**, plaintiff demands judgment dismissing the City Defendants' Counterclaims against plaintiff, together with such other relief to plaintiff that the Court deems just and proper.

Dated: New York, New York
April 25, 2018

                                      BRETT H. KLEIN, ESQ., PLLC
                                      Attorneys for the Plaintiff
                                      305 Broadway, Suite 600
                                      New York, New York 10007
                                      (212) 335-0132

                                      By:    __s/ Brett Klein_____
                                                     BRETT H. KLEIN (BK4744)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------X

ADRIAN THOMAS,

                                          Plaintiff,           1:17-CV-626
-against-                                                (GTS/DJS)

CITY OF TROY, ADAM R. MASON, Individually, RONALD
FOUNTAIN, Individually, TIM COLANERI, Individually,
RENSSELAER COUNTY, and MICHAEL SIKIRICA,
Individually,

                                          Defendants.

---------------------------------------------------------------------------------X


**ANSWER TO THE CITY DEFENDANTS' COUNTERCLAIM**




**BRETT H. KLEIN, ESQ., PLLC**
Attorneys for the Plaintiff ADRIAN THOMAS
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132