**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

May 2, 2018

**BY ECF**

The Honorable Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      Re:   *Adrian Thomas v. City of Troy, et al.*, 17 CV 0626 (GTS) (DJS)

Dear Magistrate Judge Stewart:

    I represent the plaintiff in the above-referenced civil rights action. I write to request an adjournment of the Rule 16 Initial Conference scheduled for May 9, 2018, as well as concurrent enlargements of the pertinent deadlines associated with the Rule 16 conference as set forth in the Court's Text Order dated April 2, 2018. The reason for this request is that I am scheduled to be in trial next week before the Honorable Richard J. Sullivan in the Southern District of New York. The trial commences next Monday, and is expected to last most, if not all, of the week.

    Defendants' counsel consent to this request, which is the first such request by the plaintiff for an adjournment of the Rule 16 Initial Conference.

    Thank you for your consideration.

                        Respectfully,

                        s/ Brett Klein

                        Brett H. Klein

cc:    All Counsel (via ECF)