

**PATTISON SAMPSON**

F. Redmond Griffin
Miekki L. Harrington
Michael E. Ginsberg
Thomas E. Lavery

Donald J. Shanley
Carrianna C. Eurillo
Richard A. Burger

Edward H. Pattison
(1896-1986)
Stephen H. Sampson
(1911-1982)
Ned Pattison
(1932-1990)
William M. Connors
(1912-1998)
Lambert L. Ginsberg
(1928-2017)

June 28, 2018

**Via Electronic Filing**

PATTISON SAMPSON GINSBERG & GRIFFIN, PLLC
22 FIRST STREET P.O. BOX 208 TROY, NY 12181-0208
TELEPHONE 518 266 1000   FACSIMILE 518 274 6034
WWW.PSGGLAW.COM
SERVICE BY FAX NOT ACCEPTED

Honorable Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 409
Albany, New York 12207

**Re:**   **Adrian Thomas v. Ronald Fountain, et al.**
         **Civil Action No.:  1:17-cv-626 (GTS/DJS)**

Dear Magistrate Stewart:

We represent the defendants, Adam R. Mason, Ronald Fountain and Tim Colaneri in the above-referenced action. Your Honor had directed us to cause to be delivered to you for *in camera* inspection note the personnel files of the defendants above named. I directed that this be done and so far as I am aware the files relating to Adam R. Mason and Tim Colaneri will be delivered shortly, if this has not already been done.

With respect to the defendant Ronald Fountain, I am told that his personnel files cannot be located and I suspect that this is because he has since retired from the police force.

Very truly yours,
PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC

*/s/ Donald J. Shanley*

Donald J. Shanley, Esq.
DJS/may
cc:   Via CM/ECF
      Brett H. Klein, Esq., PLLC
      *Attorneys for Plaintiff*
      305 Broadway, Suite 600
      New York, New York 10007

      Via CM/ECF
      Crystal R. Peck, Esq.
      Bailey, Johnson, DeLeonardis & Peck, P.C.
      *Attorneys for Defendant,*
      *Michael Sikirica*
      5 Pine West Plaza, Suite 507
      Washington Avenue Extension
      Albany, New York 12205