UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ADRIAN THOMAS,

                Plaintiff,

       -against-                              Civil Action No.: 1:17-cv-626
                                                    (GTS/DJS)

ADAM R. MASON, RONALD FOUNTAIN,
TIM COLANERI, and MICHAEL SIKIRICA,

                Defendants.

---

## STATUS REPORT

Counsel has been directed to file a status report of this action insofar as concerns the defendants, City of Troy, Adam R. Mason, Ronald Fountain and Tim Colaneri as follows:

1.    Remaining Defendants: All claims and causes of action against the defendant, City of Troy have been dismissed by the prior Decision/Order of this Court, dated March 22, 2018, leaving as the only defendants represented by the undersigned the defendant/police officers Adam R. Mason, Ronald Fountain and Tim Colaneri. As previously advised, the defendant, Ronald Fountain is now retired from the City of Troy Police Department but he will continue to be represented herein by the undersigned.

2.    Remaining Claims: All of the claims of the plaintiff against the defendants represented by the undersigned have been dismissed by the Decision/Order described above, with the exception of those Section 1983 claims for malicious prosecution and conspiracy to maliciously prosecute the plaintiff.

3.    Discovery: The undersigned has received as paper discovery the records of the Rensselaer County District Attorney pertaining to the prosecution of the plaintiff for murder in

1

the Rensselaer County Court. The records of the Troy Police Department pertaining to their investigation of the said charges have been received from the Police Department and copied and arrangements will be made to deliver same to attorneys for the co-defendant, Michael Sikirica once his counsel has returned from her vacation.

The plaintiff has not yet responded to the Interrogatories served by deponent.

Depositions have not yet been scheduled.

The undersigned is now in the process of preparing motion papers seeking leave to examine the minutes of the Grand Jury which indicted plaintiff on the murder charge herein involved.

4. As soon as the paper discovery has been completed and the parties deposed, the undersigned will move for summary judgment dismissing the remaining claims against the defendant police detectives. In addition to seeking a dismissal said defendants will each claim that they are entitled to qualified immunity herein.

Dated: August 30, 2018.

Michael E. Ginsberg, Esq.
**Pattison, Sampson, Ginsberg & Griffin, PLLC**
Bar Roll No. 506481
*Attorneys for Defendants,*
*Adam R. Mason, Ronald Fountain and*
*Tim Colaneri*
22 First Street - P. O. Box 208
Troy, New York 12181-0208
(518) 266-1029