# BAILEY JOHNSON

### Bailey, Johnson & Peck, P.C.
### Attorneys At Law

5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205

**John W. Bailey**  **William C. Firth***
**Thomas J. Johnson**  **Monique B. McBride**
**Crystal R. Peck**  **Ryan P. Bailey**
  **Breanna M. Staffon**

*Admitted in New York and Massachusetts

August 30, 2018

**Via Electronic Filing**
Honorable Magistrate Daniel J. Stewart
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

      Re:    Thomas v. Sikirica, et al.
              Civil Case No.:  1:17-cv-00626 GTS/DJS
              Our File No.:  1679-TR20

Dear Magistrate Stewart:

Our firm represents Defendant, Dr. Michael Sikirica with regard to the above-referenced matter.

Kindly accept this letter as a status report as directed by Your Honor. The parties have selected Judge David R. Homer to preside as mediator in this matter and said mediation is scheduled for October 24, 2018.

At this time, all Defendants have served Interrogatories and documents demands on Plaintiff. Plaintiff has not yet serve any demands upon the Defendants. As such, depositions have not yet been scheduled.

Thank you for your courtesies with regard to this matter.

              Respectfully submitted,

              S/
              Crystal R. Peck
/elp              CRPeck@BaileyJohnson.com

Honorable Magistrate Daniel J. Stewart
August 30, 2018
Page 2

cc:      Via CM/ECF – bklein@kleincivilrights.com
           Brett H. Klein, Esq., PLLC
           Attorneys for Plaintiff
           305 Broadway, Suite 600
           New York, NY  10007

           Via CM/ECF – yantz@psgglaw.com
           Donald Shanley, Esq.
           Pattison, Sampson, Ginsberg & Griffin
           Attorneys for City of Troy, Adam R. Mason, Ronald Fountain, and Tim Colaneri
           22 First St.
           P.O. Box 208
           Troy, New York 12180