

## PATTISON SAMPSON

F. Redmond Griffin
Mickki L. Harrington
Michael E. Ginsberg
Thomas E. Lavery
Donald J. Shanley

—

Edward H. Pattison
(1896-1986)
Stephen H. Sampson
(1911-1982)
Ned Pattison
(1932-1990)
William M. Connors
(1912-1998)
Lambert L. Ginsberg
(1928-2017)

PATTISON SAMPSON GINSBERG & GRIFFIN, PLLC
22 FIRST STREET P.O. BOX 208 TROY, NY 12181-0208
TELEPHONE 518 266 1000   FACSIMILE 518 274 6034
WWW.PSGGLAW.COM
SERVICE BY FAX NOT ACCEPTED

December 6, 2018

**Via Electronic Filing**

Honorable Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 409
Albany, New York 12207

Re:   **Adrian Thomas v. Ronald Fountain, et al.**
      **Civil Action No.: 1:17-cv-626 (GTS/DJS)**

Dear Magistrate Stewart:

As you know, I represent the defendant, the City of Troy police officers in the above-referenced matter. In order that Your Honor may be brought up-to-date on the discovery status of this case, I am enclosing a copy of a letter which I have faxed and mailed to counsel seeking a discovery conference pursuant to NYRUSTND L.R.7.1(d)(2). As to the nature of the discovery issues, this letter is self-explanatory, I believe.

My plan is as follows: If the discovery conference between counsel does not produce a resolution of these issues, then I will seek a discovery conference to be conducted before Your Honor pursuant to the rules.

Thanking Your Honor for his kind attention hereto, I am.

Very truly yours,

PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC

*Donald J. Shanley*

Donald J. Shanley, Esq.
DJS/may
Enc.

cc: <u>Via CM/ECF</u>
Brett H. Klein, Esq., PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, New York 10007

<u>Via CM/ECF</u>
Crystal R. Peck, Esq.
Bailey, Johnson, DeLeonardis & Peck, P.C.
*Attorneys for Defendant,*
*Michael Sikirica*
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205