# PATTISON
# SAMPSON

F. Redmond Griffin
Miekki L. Harrington
Michael E. Ginsberg
Thomas E. Lavery

Donald J. Shanley
Carrianna C. Eurillo

Edward H. Pattison
(1896-1986)
Stephen H. Sampson
(1911-1982)
Ned Pattison
(1932-1990)
William M. Connors
(1912-1998)
Lambert L. Ginsberg
(1928-2017)

PATTISON SAMPSON GINSBERG & GRIFFIN, PLLC
22 FIRST STREET P.O. BOX 208 TROY, NY 12181-0208
TELEPHONE 518 266 1000  FACSIMILE 518 274 6034
WWW.PSGGLAW.COM
SERVICE BY FAX NOT ACCEPTED

April 4, 2019

**Via Electronic Filing**

Honorable Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 409
Albany, New York 12207

Re:	Adrian Thomas v. Ronald Fountain, et al.
	Civil Action No.: 1:17-cv-626 (GTS/DJS)

Dear Magistrate Stewart:

I represent the defendants, Adam R. Mason, Ronald Fountain and Tim Colaneri in the above-referenced action now pending before you. I desire to obtain as part of the discovery allowed pursuant to Rule 26 FRCP the records of the Rensselaer County District Attorney regarding the prosecution of the plaintiff herein in the Rensselaer County Court. Assistant District Attorney, Jacob Sher serving in the office of the present District Attorney has advised me that he will complying with a subpoena directing the production of the requested records if the subpoena is issued and executed by Your Honor.

Hoping that you will do this, I have drafted a proposed Subpoena for your signature, if it meets with your approval.

In support of this request, I am submitting a copy of the Consent heretofore signed by the plaintiff.

Your Honor will notice that I have excluded the records sought to be subpoenaed the minutes of the Grand Jury which indicted the plaintiff since those have hereto were received through a motion made in the Rensselaer County Court.

If Your Honor does execute the requested Subpoena, will you kindly call my office at (518) 266-1029 and we will make arrangements to pick this up at your office.

Thanking Your Honor for his kind consideration of this request, I am.

Very truly yours,

PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC

Donald J. Shanley, Esq.
DJS/may
Enc.

cc: <u>Via CM/ECF</u>
Brett H. Klein, Esq., PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, New York 10007

<u>Via CM/ECF</u>
Crystal R. Peck, Esq.
Bailey, Johnson, DeLeonardis & Peck, P.C.
*Attorneys for Defendant,*
*Michael Sikirica*
5 Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, New York 12205