EXHIBIT "M"

*(Kardos - People - Direct)*                    840

1           lunch.  We will see you back here in about an hour.

2                       (A luncheon recess was taken.)

3                       THE COURT:  Please be seated.  Are the parties

4       ready to proceed?

5                       MS. BOOK:  Yes, Your Honor.

6                       THE COURT:  Defense ready to proceed?

7                       MS. EFFMAN:  Yes.

8                       THE COURT:  Bring the jury in, please.

9                       (Whereupon, the jury entered the courtroom.)

10                      COURT OFFICER:  Jury is entering.

11                      THE COURT:  Please be seated.  The People may

12      call their next witness.

13                      MS. BOOK:  Thank you, Your Honor.  The People

14      call Dr. Katrina Kardos to the stand.

15      **KATRINA KARDOS, M.D.**, after first having been duly sworn by the

16      Clerk of the Court, was examined and testified as follows:

17                      THE CLERK:  The sworn witness is Katrina Kardos,

18      K-A-R-D-O-S.

19                      THE COURT:  You may proceed.

20                      MS. BOOK:  Thank you, Your Honor.

21      DIRECT EXAMINATION

22      BY MS. BOOK:

23          Q.  Good afternoon, Doctor.

24          A.  Hi.

25          Q.  Would you please introduce yourself to the jury?

Judy A. DelCogliano
**Official Senior Court Reporter**

1          A.   I'm Katrina Kardos.   I'm a board certified emergency

2     medicine physician at Samaritan Hospital.

3          Q.   How long have you been employed at Samaritan

4     Hospital?

5          A.   For three years.

6          Q.   Can you please tell the jury a little bit about your

7     formal education?

8          A.   I did my undergraduate training at Siena College in

9     Loudonville, New York, for four years.  I received a Bachelor

10    of Science in biology, and then I did a year of paramedic

11    school at Hudson Valley Community College, and then I went to

12    Albany Medical College for four years, and then I completed a

13    residency in emergency medicine at Albany Medical Center for

14    three years, and then I joined Samaritan Hospital.

15         Q.   And you said that you were an emergency doctor at

16    Samaritan Hospital?

17         A.   Yes.

18         Q.   Can you explain to us what an emergency doctor does?

19         A.   An emergency physician is a physician who works in

20    the Emergency Department and takes care of patients when they

21    arrive in the hospital and determines their disposition,

22    meaning whether or not they get discharged home to follow up

23    with their doctor, or they get admitted to the hospital.

24         Q.   What state are you licensed in?

25         A.   New York State.

*(Kardos - People - Direct)*                                  842

1        Q.   And when were you licensed?

2        A.   In 2006.

3        Q.   Have you been practicing since you were licensed in

4    2006?

5        A.   Yes.

6        Q.   How many patients would you estimate that you have

7    treated over the course of your career so far?

8        A.   A little over 20,000.

9        Q.   Have you taught or lectured in your field at all?

10       A.   Yes.  I have lectured primarily in emergency medicine

11   for pre-hospital care providers, meaning EMT's and paramedics.

12       Q.   Where have you lectured?

13       A.   I have lectured for the Albany Fire Department, as

14   well as for Colonie Emergency Medical Services in New York.

15       Q.   Okay.  Let me draw your attention to Sunday,

16   September 21, 2008, at a little after 9:00 a.m. in the morning.

17   Were you on duty that day?

18       A.   Yes.

19       Q.   And were you working in your capacity as an emergency

20   room physician?

21       A.   Yes.

22       Q.   Do you now know someone by the name of M█████

23   T█████

24       A.   Yes.

25       Q.   Can you tell us about the condition in which you came

Judy A. DelCogliano
*Official Senior Court Reporter*

 1    to know M█████ T█████

 2          A.    M█████   T█████ arrived at the Emergency Department on

 3    Sunday morning at approximately ten after nine, and he was

 4    brought in by Troy Fire Department EMS.  He was brought --

 5    shall I continue?

 6          Q.    Go ahead.

 7          A.    Sorry.  He was brought in in critical condition.  And

 8    when he was brought in, he was actually -- his breathing was

 9    being assisted by the paramedics.

10          Q.    How were they assisting his breathing?

11          A.    They were using what's called a bag valve mask, which

12    is a plastic piece of material that you put over the patient's

13    mouth and provide ventilation.

14          Q.    What condition was M█████ in when he arrived?

15          A.    He was critical when he arrived.  He wasn't breathing

16    on his own very well.

17          Q.    Okay.  And when assessing a patient, what do you look

18    for?

19          A.    When a patient first arrives in an Emergency

20    Department, we try to secure and go over their ABC's, and that

21    stands for airway, breathing and circulation.  So, the first

22    thing you look at in a patient is are they maintaining their

23    own airway and can they breathe on their own.

24          Q.    Was █████ maintaining his own airway?

25          A.    He was not able to maintain his own airway.  He

1   wasn't swallowing on his own.  He didn't have good chest rise,

2   and he had some secretions in the back of his mouth that he

3   wasn't swallowing on his own.

4          Q.   Because of this, what did you do?

5          A.   At this point, we intubated the patient, which is

6   when you take a tube and place it in a patient's trachea, and

7   this helps secure the airway and allows us to breathe for the

8   patient, and you can do that manually with a bag valve mask, as

9   we discussed earlier, or you can hook them up to a ventilator.

10         Q.   And what was done with M██████?

11         A.   He was intubated and then hooked up to a ventilator.

12         Q.   Did this ventilator essentially take over breathing

13  for him?

14         A.   Yes.

15         Q.   And can you tell us about the B?

16         A.   B is for breathing, and you want to make sure a

17  person is breathing, able to get oxygen into their lungs, and

18  then that oxygen is able to circulate around their body.  When

19  M█████ arrived in the Emergency Department, he had very little

20  chest rise.  It wasn't adequate to supply oxygen to the body.

21  When you intubate somebody, you then provide artificial

22  respiration, and the ventilator allows the oxygen to get pumped

23  into their lungs.

24         Q.   Can you please tell us about the C?

25         A.   The C is for circulation, and that -- in that

A000000715

1    section, you assess their pulse, and not only if they have a

2    pulse. Once you establish they have one, you want to make sure

3    that it's adequate to circulate the blood around their body.

4    And, so, the C also includes blood pressure. When N

5    arrived, his pulse was in the 180's, which is a little bit too

6    fast for his age, but it was enough to circulate blood around

7    his body. His blood pressure, when he first arrived, seemed

8    adequate, but changed throughout the course of his stay.

9        Q.   Okay.   And what did you do to -- because of the low

10   blood pressure?

11       A.   When a patient like this arrives, we give them IV

12   fluids to help stabilize their blood pressure, and that is what

13   we did for M

14       Q.   Did you take any history on M      s background?

15       A.   Yes.   I spoke to both the paramedics and to the

16   patient's mother, and I was informed that the patient hadn't

17   been feeling well for a few days. He had had some vomiting and

18   some diarrhea at home. And the morning that he arrived at the

19   Emergency Department, his mother had told me that, around

20   six o'clock in the morning, he seemed to be doing okay, and

21   throughout the course of the hours before he came to the ED, he

22   seemed to become more fatigued, not responsive, as well, to the

23   point where she was concerned enough where EMS was called.

24       Q.   Okay.   And did you make any preliminary

25   determinations about what may have caused his condition?

*(Kardos ~ People ~ Direct)*                                    846

1          A.   Yes.   When a patient comes into the Emergency

2    Department, we have to assess them quickly, and we develop what

3    is called a differential diagnosis, which is a list of

4    potential problems with a patient.   So, when a sick child comes

5    into the Emergency Department, things that come through our

6    head are sepsis, which is an overwhelming infection, head

7    injury, abuse, profound dehydration, electrolyte abnormalities.

8    So, these were all on the list of potential problems.

9          Q.   Doctor, taking each differential diagnosis, can you

10   tell us what you did and whether or not you were able to rule

11   that out or not?

12         A.   Yes.   For sepsis, this patient did display some signs

13   of infection.   And for that, we did give him IV antibiotics,

14   and we choose antibiotics that cover a broad spectrum of

15   infection because, clearly, in that short period of time, we

16   are not able to determine the exact source of the infection.

17              In terms of head trauma -- when a patient first

18   arrives at the hospital, again, the most important thing to do

19   is the ABC's.   And so for him, we never got to a point where we

20   could do a CAT scan of his brain at our hospital, because he

21   was very critical, and we were trying to keep his airway

22   breathing and circulation at an adequate level.

23              For profound dehydration, we did give him IV fluids,

24   and then we also checked his electrolytes on his lab work.   In

25   addition, we did also order blood cultures, which is when you

1    take blood from a patient.  Grown in a culture medium, it takes

2    at least -- typically, it takes at least 24 hours for those

3    results to come back.

4         Q.   Are you now aware, as you sit here today, what the

5    results of those blood cultures were?

6         A.   I was informed that they were positive.

7         Q.   Positive for what, Doctor?

8         A.   For streptococcal pneumonia.

9         Q.   And how is that treated?

10        A.   It depends where the infection actually seeds itself

11   in your body.  The human respiratory tract is colonized with

12   streptococcus pneumoniae, a bacteria, and once it invades

13   through the mucous membrane in your body, it can seed in

14   different areas of your body.  For example, it can cause

15   bronchial or lobar pneumonia.  It can cause ear infection,

16   cellulitis, or an infection of the skin.  It can cause

17   meningitis, and it can get into your bloodstream, as well.

18        Q.   Does that mean that all of us have some of those

19   symptoms in our own body at all times?

20        A.   We all have the --

21             MS. EFFMAN:  Objection.

22             THE COURT:  Sustained.

23        Q.   Can you tell us about how -- can you tell us about

24   how this would be in a healthy person, please?

25        A.   Our bodies are all covered with bacteria of different

*(Kardos - People - Direct)*                                        848

1    sorts, and streptococcus pneumoniae is a bacteria that we have

2    in our body.

3         Q.   And how is it that that bacteria is activated?

4         A.   Typically, it breaks through a mucosal surface in

5    your body and then becomes an infection.

6         Q.   Okay.  Now, going back to the head trauma for just a

7    moment.  You said that you were not able to get a CAT scan of

8    M███████'s head that morning?

9         A.   No.

10                   MS. EFFMAN:  Objection, leading.

11                   THE COURT:  Overruled.

12        Q.   Why is that?

13        A.   When a patient comes into the hospital and they are

14   in critical condition, again, we try to make sure their airway

15   is secured, they are breathing adequately and they have a good

16   circulatory status.  In a patient of ████████ s age of four

17   months, 17 days, Samaritan Hospital in Troy, New York, does not

18   keep that kind of a patient at their hospital.  We don't have a

19   pediatric intensive care unit, and we don't have the pediatric

20   intensivists, or the doctors that care for these type of

21   patients.  So, our main job is get this patient into our

22   hospital, get them stabilized, and at the same time, prepare

23   them to be transferred to a hospital that can more

24   appropriately care for them.  So, during this time period, he

25   was too unstable to actually get to our CAT scan, our CAT

1    scanner, which is in a different area of the hospital, to get

2    this done.

3         And second of all, we don't have the pediatric

4    neurosurgeons or neurologists to deal with the potential for

5    there being a positive finding on the CAT scan.  So, it's in

6    the child's best interest to be stabilized and not be moved

7    around the ER and get to the -- get to Albany Medical Center

8    quicker.

9         Q.   And was M███████ transferred to Albany Medical Center?

10        A.   He was.

11        Q.   How do you go about doing this transfer?

12        A.   Once you get a chance where you can actually step

13   away from the patient for a moment, you make a phone call to

14   Albany Medical Center's Transfer Line, and it's people that are

15   trained to accept transfers to the hospital.  I called and

16   spoke to the person at the Transfer Center, and then she spoke

17   to Dr. Edge, the PICU, or Pediatric Intensive Care Unit,

18   attending physician, and he actually got on the phone with me

19   and we discussed the case.  He accepted the patient for

20   transfer to his hospital, and he sent his PICU team or team of

21   people from Albany Med that come in the ambulance to pick up

22   the patient and bring them back to their hospital.

23        Q.   And when you were speaking to Dr. Edge on the phone,

24   were you sharing information back and forth?

25        A.   Yes.

*(Kardos - People - Direct)*                                    850

1          Q.   In what way?

2                    MS. EFFMAN:  Objection, hearsay, Judge.

3                    THE COURT:  Ms. Book?

4                    MS. BOOK:  Your Honor, hearsay can come in for

5          purposes of medical diagnosis or treatment, which is what

6          it is coming in for the purpose of here.

7                    THE COURT:  Overruled.

8          A.   So, yes.  I informed Dr. Edge of everything I knew

9     about the child, his history, and we reviewed his vital signs

10    and we discussed further care of the patient.  During the stay

11    at the hospital, he was very unstable, and his blood pressure

12    kept dropping, and he was being given fluids, and we discussed

13    giving him additional medications to stabilize his blood

14    pressure.

15         Q.   So, did you share with Dr. Edge his entire medical

16    history as you took it?

17         A.   To my knowledge, yes.

18         Q.   Okay.  And were you also following some of the advice

19    of Dr. Edge in treating M███████ that morning?

20         A.   Yes.

21                   MS. EFFMAN:  Objection, goes to hearsay, Judge.

22                   THE COURT:  Overruled.

23         Q.   Who was with M███████ that morning, if you remember?

24         A.   His mother arrived with him.

25         Q.   And was M███████'s father there?

*Judy A. DelCogliano*
*Official Senior Court Reporter*

1       A.   No.

2       Q.   Did you ever have a chance to speak to M█████'s

3  father?

4       A.   Yes.  I spoke with him over the phone.

5       Q.   Okay.  And can you tell us, briefly, what did that

6  conversation consist of?

7               MS. EFFMAN:  Objection, hearsay.

8               THE COURT:  Sustained.

9       Q.   Okay.  When you spoke to the child's father on the

10  phone, about how long was the conversation?

11               MS. EFFMAN:  Objection, relevance.

12               THE COURT:  Overruled.

13       A.   Thirty to 45 seconds.

14       Q.   Okay.  And did you turn the phone back over to the

15  child's mother after you spoke to the father?

16       A.   No.

17       Q.   Okay.  And why not?

18       A.   She stayed in the room with the child, and he did not

19  ask to speak to anybody.

20       Q.   Did he ask you any follow-up questions?

21               MS. EFFMAN:  Objection, calls for hearsay.

22               THE COURT:  Sustained.

23               MS. BOOK:  Your Honor, I'm not asking for the

24       contents of the conversation, just whether or not -- not

25       for the truth of the matter asserted but for what she did

*(Kardos - People - Direct)*                                          852

1          next.

2                    MS. EFFMAN:  It's still hearsay, asking what he

3          did or didn't say.

4                    THE COURT:  I think the question was - maybe I

5          misheard it - was "And did he ask you anything?"

6                    MS. BOOK:  Did he ask any follow-up questions,

7          Your Honor.

8                    THE COURT:  Okay.  The witness can answer that

9          question.

10         Q.   Go ahead.  You may answer, Doctor.

11         A.   He asked me, "Is he going to make it?"

12         Q.   Okay.  Any follow-up after that?

13         A.   No.

14                   MS. EFFMAN:  Objection, hearsay.

15                   THE COURT:  Sustained.  The question being

16         asked, did he ask any follow-up questions, the content of

17         that is hearsay, and it's inadmissible.

18         Q.   Without telling us the answer, did he ask any

19         follow-up questions?

20                   MS. EFFMAN:  Still asks for hearsay.  I object

21         to that, Judge.

22                   THE COURT:  The witness can answer the question

23         as to whether he asked any follow-up questions.  The

24         witness cannot reveal the contents of those questions or

25         what the Defendant may have asked, because it is hearsay.

1          A.    Yes.

2          Q.    Did he ask any follow-up questions after what you

3     just said?

4          A.    No.

5          Q.    Thank you.  How long, total, was M████ at Samaritan

6     Hospital?

7          A.    Just over two hours.

8          Q.    And what was his condition when he left the hospital?

9          A.    Critical.

10               MS. BOOK:  No further questions at this time.

11               THE COURT:  Thank you.  Ms. Effman?

12    **CROSS-EXAMINATION**

13    **BY MS. EFFMAN:**

14         Q.    Good afternoon, Dr. Kardos.

15         A.    Hi.  How are you?

16         Q.    When you first saw this baby in the emergency room,

17    the T████ baby, you were provided with a history concerning

18    the baby's health and the days leading up to him coming to

19    Samaritan Hospital; correct?

20         A.    Yes.

21         Q.    And part of this history concerned the temperature

22    the baby had had; correct?

23         A.    Yes.

24         Q.    What, if any, information were you given that morning

25    concerning the baby's temperature just prior to coming to

*(Kardos - People - Cross)* 854

1   Samaritan Hospital?

2      A.   His mother had told me that his temperature at home

3   was 100.4 degrees rectally.

4      Q.   And Doctor, is a rectal temperature the most accurate

5   way to take a baby's temperature?

6      A.   Yes.

7      Q.   And what is the average, normal temperature, a

8   healthy infant or healthy child's temperature you would expect

9   of a child that has no illness and is feeling well?

10     A.   98.6.

11     Q.   Prior to taking his history, were you given any

12  information concerning his respirations as he arrived to the

13  hospital?

14     A.   The paramedics had told me that when they arrived at

15  the child's home, his respiratory rate was what's called

16  agonal, or very minimal, about four to five times per minute.

17     Q.   And based upon your training and experience as an

18  emergency room doctor, what would be the normal respiratory

19  rate of breaths per minute that you would like to see in a

20  normal, healthy baby?

21     A.   Thirty to 60 breaths per minute.

22     Q.   A physical examination was done by yourself of the

23  entire body of the T█████ baby; correct?

24     A.   Nearly the entire body.

25     Q.   And during the examination, no bruises were found;

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Kardos - People - Cross)*                                    855

1     correct?

2          A.   Correct.

3          Q.   No contusions?

4          A.   Correct, no.

5          Q.   And that's another word for a bruise; correct?

6          A.   Yes.

7          Q.   You found no abrasions; correct?

8          A.   Correct.

9          Q.   Based on what you found, the child was in severe

10    respiratory distress?

11         A.   Severe respiratory distress and not normally

12    responsive.

13         Q.   Based on your initial assessment, you thought this

14    child might have a bacterial infection; correct?

15         A.   Correct.

16         Q.   And based on that, you ordered him to receive two

17    different antibiotics as part of the care and treatment you

18    rendered at Samaritan Hospital?

19         A.   Yes.

20         Q.   Correct?  And one of the antibiotics was Ceftriaxone?

21         A.   Yes.

22         Q.   And that is given to treat a bacterial infection;

23    right?

24         A.   Yes.

25         Q.   And that can be used to treat something like

1    meningitis; correct?

2         A.   Yes.

3         Q.   You also gave him an antibiotic called Vancomycin?

4         A.   Vancomycin.

5         Q.   Vancomycin.  That's also used to treat bacterial

6    infections, too; correct?

7         A.   Correct.

8         Q.   Let's talk about the baby's health upon his arrival.

9    I understand, on his arrival, as you testified, he wasn't able

10   to breathe on his own; correct?

11        A.   Correct.

12        Q.   He came to you with a bag mask.  And during his time

13   that he was at Samaritan Hospital, he was on the ventilator for

14   awhile, and he also went back on a bag mask while he was at

15   Samaritan Hospital; correct?

16        A.   Correct.

17        Q.   In fact, the whole time he was at Samaritan Hospital,

18   he had some breathing problems; correct?

19        A.   Correct.

20        Q.   And he was never really stable the whole time he was

21   there; correct?

22        A.   Correct.

23        Q.   Let's talk about his blood pressure, Doctor.  During

24   the time that he was at Samaritan Hospital, his blood pressure

25   dropped pretty significantly; correct?

*(Kardos - People - Cross)*

1      A.   Yes.

2      Q.   At some point in time, I guess -- on a normal,

3   healthy baby of this age, four months, what type of blood

4   pressure would you like to see in a normal, healthy child?

5      A.   A formula you can use for this is for a normal blood

6   pressure would be 90 plus two times the age in years, and then

7   the lowest acceptable blood pressure would be 70 plus two times

8   the age in years for the systolic blood pressure, or the top

9   number.

10      Q.   So, translating that for the jury, a baby of this age

11   of this particular child, M███████, translate for myself, as

12   well, what number -- what would be the range of blood pressure

13   you would like to see, assuming the child is healthy when they

14   are brought to the emergency room?

15      A.   Someone that's four months old, 65 to 90 for the

16   systolic or the top number.

17      Q.   And while he was there, his blood pressure dropped

18   down to the 50's, correct, as a top number?

19      A.   To the 40's.

20      Q.   Lower than that.  Down to the 40's?

21      A.   Yes.

22      Q.   Okay.  Actually, it became dangerously low, correct,

23   Doctor?

24      A.   Yes.

25      Q.   And that would have been of great concern to you;

*(Kardos - People - Cross)*                                    858

1    correct?

2         A.   Correct.

3         Q.   Let's talk about his body temperature.  You testified

4    that it was 97.2 when he arrived.  During the hour and a half

5    or so that he was at your hospital, his temperature, body

6    temperature continued to drop; correct?

7         A.   Correct.

8         Q.   And in fact, blankets were brought down, warm

9    blankets were brought to him to try to make the baby warmer;

10   correct?

11        A.   Initially blankets, followed by a warmer from

12   Maternity, which is basically a heat lamp.

13        Q.   And despite those things, this baby's temperature

14   dropped to 94 degrees or so while he was at Samaritan Hospital?

15        A.   Yes.

16        Q.   And would you consider that hypothermic?

17        A.   Yes.

18        Q.   And tell the jury, what is hypothermia?

19        A.   Hypothermia is a body temperature that's lower than

20   normal.

21        Q.   And what is the average body temperature?

22        A.   98.6.

23        Q.   So, along with the low blood pressure, this low

24   temperature, obviously, Doctor, would have been of great

25   concern to you?

1          A.   Yes.

2          Q.   Let's talk about his white blood cell count.  Shortly

3     after his arrival at the hospital, you ordered that some blood

4     be drawn to be tested and analyzed at the lab at Samaritan

5     Hospital; correct?

6          A.   Yes.

7          Q.   You wanted to see what his blood counts were;

8     correct?

9          A.   Yes.

10         Q.   And tell the jury what you look for when you look at

11    blood counts and why it's important to get a blood count on an

12    ill child?

13         A.   Your blood count can change for many different

14    reasons.  It can go up or down.  In a case like this, if you

15    are concerned about the possibility for infection, if the white

16    cell count -- classically, it will go up.  However, if your

17    body actually has a severe infection, then it's using up its

18    white blood cells faster than they can be produced.  It will go

19    down.  In addition, we also look at his red blood cell count,

20    his hemoglobin and hematocrit, to make sure he's not bleeding

21    internally somewhere.

22         Q.   When you got the white blood cell count back, that

23    white blood cell count for the T█████ baby was very low; wasn't

24    it?

25         A.   It was low.

*(Kardos - People - Cross)*                                        860

1          Q.   What's the range of a healthy person or baby of this

2    age, white blood cell count?

3          A.   3,000 to 10,000.

4          Q.   And what was the white blood cell count of M█████

5    T█████?

6          A.   1,000.

7          Q.   And Doctor, his platelet count was low, as well;

8    correct?

9          A.   I would have to look back.  I don't remember.

10         Q.   I will mark a copy of the records for you to look at.

11   (Samaritan Hospital Medical Records marked Defendant's Exhibits

12   A and B for identification.)

13         Q.   Would looking at a certified copy of the Samaritan

14   Hospital records refresh your memory as to the platelet count

15   on this child as he -- after his blood was tested by Samaritan

16   Hospital?

17         A.   His platelet count was 175.

18         Q.   And what's the average range of a platelet count?

19         A.   150 to 400.

20         Q.   And in terms of the records -- if I can have this

21   back, Doctor.  And Doctor, in terms of that date -- the record

22   you looked at actually refers to September 22, 2009.  The date

23   that you saw this child would have been September 21st;

24   correct?

25         A.   Correct.

*Judy A. DelCogliano*
*Official Senior Court Reporter*

A0000000731

*(Kardos ~ People ~ Cross)*                                           861

1          Q.    Looking at Defendant's Exhibit B, which refers to

2     blood tests done on September 21st, the date when you saw this

3     baby, could you tell the jury if that document refreshes your

4     recollection of the platelet count on September 21, 2008?

5          A.    115.

6          Q.    And that's below the average recommended range?

7          A.    Yes.

8          Q.    Were there any other abnormal or low tests that came

9     back on this baby when his blood was tested at Samaritan

10    Hospital that morning?

11         A.    His white count and his platelets were low.

12         Q.    Were there any other tests or blood components that

13    were not in the normal range?

14         A.    According to the lab work, it says that his

15    hemoglobin and his hematocrit were low.  However, in a child of

16    this age, these numbers are actually acceptable.  Sometimes the

17    normal reference range that the lab gives doesn't reflect the

18    age of the patient.  So, in my professional opinion, the white

19    count and the platelets were low for his age.

20         Q.    Why is a white blood cell count important, Doctor?

21         A.    It shows your body's ability to mount a response

22    against an infection.

23         Q.    In fact, you diagnosed this baby as suffering from

24    leukopenia; correct?

25         A.    Yes.

*(Kardos - People - Cross)*                                    862

1    Q.   Can you tell the jury, what is leukopenia?

2    A.   Leukopenia means low white blood cells.  White blood

3    cells are also known as leukocytes.  So, leukopenia is low

4    white blood.

5    Q.   And that would have been of concern to you, Doctor,

6    of this baby?

7    A.   Yes.

8    Q.   So, someone who has a low white blood cell count has

9    a decreased ability to fight off infection; correct?

10   A.   Correct.

11   Q.   While the T█████ baby was at the hospital, you

12   ordered a blood culture be done of this baby; correct?

13   A.   Correct.

14   Q.   And what does a blood culture test for?

15   A.   A blood culture tests to see if there's bacteria

16   growing in the blood.

17   Q.   And those results usually take a day or two to come

18.  back; correct?

19   A.   Yes.

20   Q.   And those are not done actually at Samaritan

21   Hospital; they are sent to an outside hospital?

22   A.   I'm not sure.

23   Q.   Now, while you were treating the T█████ baby, did you

24   get back the results of a blood culture that was drawn that

25   morning?

1          A.    No.

2          Q.    In fact, those came back thereafter; correct?

3          A.    Correct.

4          Q.    You already testified that you are aware that they

5    had a positive test for streptococcus pneumoniae; correct?

6          A.    Right, correct.  I was recently made aware.

7          Q.    And streptococcus pneumoniae can cause a variety of

8    things; correct?

9          A.    Correct.

10         Q.    Can cause pneumonia?

11         A.    Yes.

12         Q.    It can cause bacteremia?

13         A.    Yes.

14         Q.    And that is bacteria in the blood?

15         A.    Yes.

16         Q.    It can cause an ear infection?

17         A.    Yes.

18         Q.    And the streptococcus pneumonia that was diagnosed as

19   being in his blood, streptococcus pneumoniae, that bacteria can

20   also be a possible cause of meningitis.  Isn't that correct?

21         A.    Yes.

22         Q.    Tell the jury, what is meningitis?

23         A.    Meningitis is an inflammation of the meninges.  The

24   meninges is essentially a layer of saran wrap that surrounds

25   your brain and your spinal cord, and it can become inflamed for

*(Kardos - People - Cross)*                              864

1    a variety of reasons.  Included in those reasons are viral

2    infection, fungal infection, bacterial infection and trauma.

3         Q.   When ▇▇▇▇▇▇ first arrived, when the baby first

4    arrived at the hospital, his blood sugars were tested; correct?

5         A.   Correct.

6         Q.   And those were below normal; correct?

7         A.   Correct.

8         Q.   What was his blood sugar level count?  And if you

9    don't know, I can give you the document to refresh your

10   recollection, Doctor.

11        A.   I believe it was 50, but I would have to look to be

12   sure.

13        Q.   I show you what's been marked as Defendant's A for

14   your review.

15        A.   I'm not sure if this is the right paperwork.  This

16   has Adrian Thomas on it.

17             MS. EFFMAN:  I will have this marked.

18   (Samaritan Hospital Medical Records marked Defendant's Exhibit

19   C for identification.)

20        Q.   Would looking at a copy of the records of M▇▇▇▇▇

21   T▇▇▇▇ refresh your recollection as to what his blood sugar

22   level was?

23        A.   Fifty.

24        Q.   And what is the glucose level that you would like to

25   see in a normal, healthy infant?

1        A.    More in the range of 70 to 90.

2        Q.    What can happen if someone's glucose level or an

3   infant's glucose level gets too low?

4        A.    It can have an alteration in the level of

5   consciousness.  They can make him sweaty, agitated or have a

6   decreased level of consciousness, as well.

7        Q.    A chest x-ray was done at Samaritan Hospital;

8   correct?

9        A.    Correct.

10       Q.    And that showed increased congestion; right?

11       A.    Yes.

12       Q.    And you wrote in your report concerning Mr. Thomas,

13   or the T█████ baby, that you thought it was possibly due to

14   acute respiratory distress syndrome, ARDS?

15       A.    Yes.

16       Q.    Can you tell the jury, what is acute respiratory

17   distress syndrome?

18       A.    Acute respiratory distress syndrome is essentially an

19   inflammation of your lungs.  When your lungs become inflamed,

20   the tissue of the lungs and the vessels of the lungs become

21   weaker, and fluid can leak out of the vessels into the lung

22   tissue itself, causing fluid in the lungs and more inflammation

23   of the lungs, as well.

24       Q.    In fact, sepsis can cause ARDS; correct?

25       A.    Correct.

1      Q.   You did a differential diagnosis for this baby as

2    part of your job as an emergency room doctor.  And in your

3    differential diagnosis, you listed septic shock as a potential

4    cause of this baby's problems; correct?

5      A.   Correct.

6      Q.   In fact, that's the first thing you listed on your

7    report as a possible cause of the baby's problems; correct?

8      A.   Yes.

9      Q.   Can you tell the jury, first of all, what is septic

10   shock?

11     A.   A sepsis in general is whole body inflammatory state,

12   and it's classically characterized by the presence of an

13   infection or the -- that you suspect an infection.  With this,

14   there's different signs and symptoms you get with sepsis.

15     Q.   What are some typical signs that come along with

16   sepsis?

17     A.   Rapid heart rate, low blood pressure, hypothermia.

18   You can get a low glucose level, as well.

19     Q.   And what is septic shock?

20     A.   Septic shock, per se, is when your body isn't able to

21   maintain perfusion to your organs because of the overwhelming

22   infection.

23     Q.   What is the word perfusion?

24     A.   I'm sorry, improper blood flow to the organs.  For

25   example, if your body can't supply -- if you don't have a well

 1    enough blood pressure, your body can't get blood and nutrients

 2    and oxygen to your kidneys, heart, lungs and brain.

 3        Q.   During the course of time that this baby was at

 4    Samaritan Hospital, you felt that his heart rate at times was

 5    tachycardic; correct?

 6        A.   Correct.

 7        Q.   Can you tell the jury what tachycardia or tachycardic

 8    means?

 9        A.   Tachycardia is an elevated or high heart rate.

10        Q.   And what happens to your body if you are experiencing

11    septic shock?

12        A.   Your body tries to compensate for the shock.  When

13    your blood pressure goes down, your body compensates by

14    increasing its heart rate to try to push whatever blood and

15    oxygen and nutrients it has around the organs.  If it gets to a

16    point where that's not successful, your body will start to shut

17    down certain organs.

18        Q.   And when your body begins to shut down, your body

19    systems stop working properly; correct?

20        A.   Correct.

21        Q.   Your body loses its ability to control its

22    temperature?

23        A.   Yes.

24        Q.   Respiratory system would shut down?

25        A.   Correct.

A000000738

1          Q.   Circulatory system would shut down?

2          A.   Correct.

3          Q.   And your body's ability to protect itself from

4     infection, like your immune system, that would shut down, too?

5          A.   Correct.

6          Q.   How do you treat septic shock?

7          A.   Septic shock is initially treated with IV fluids and

8     an IV antibiotic.

9          Q.   It's actually a life-threatening condition; isn't it,

10    Doctor?

11         A.   Yes.

12         Q.   If not treated quickly, it can result in death;

13    correct?

14         A.   Correct.

15         Q.   And especially so for those who are elderly and the

16    very young; correct?

17         A.   Correct.

18         Q.   Dr. Kardos, this baby had a number of signs that are

19    consistent with sepsis; correct?

20         A.   Correct.

21         Q.   The baby had respiratory distress; correct?

22         A.   Correct.

23         Q.   And that's a sign of sepsis?

24         A.   Yes.

25         Q.   The baby had trouble maintaining his heart rate and

1    was tachycardic or suffering from tachycardia, and that's a

2    sign of sepsis; correct?

3         A.   Correct.

4         Q.   The baby had an abnormally low body temperature;

5    correct?

6         A.   Correct.

7         Q.   And that is a sign of sepsis?

8         A.   Yes.

9         Q.   The baby had a low white blood cell count, and that's

10   a sign of sepsis, as well; correct?

11        A.   Yes.

12        Q.   The baby had low blood sugar, was hypoglycemic, and

13   that is a sign of sepsis, too; correct?

14        A.   Yes.

15        Q.   And the baby also had low blood pressure,

16   hypotension; correct?

17        A.   Correct.

18        Q.   And that's a sign of sepsis, as well?

19        A.   Correct.

20        Q.   And in fact, this baby showed numerous signs

21   consistent with sepsis; correct?

22        A.   Correct.

23        Q.   When you did your provisional -- you did a

24   provisional diagnosis, Doctor.  What is a provisional

25   diagnosis?

870

1        A.   It's a diagnosis that we can come up with in the

2   brief period of time that we take care of a patient in the

3   Emergency Department.  There are times when we can't determine

4   the exact diagnosis, given that we don't have the patient to

5   care for them long enough for all their diagnoses to become

6   evident.

7        Q.   Your provisional diagnosis for this baby was

8   respiratory failure, leukopenia, hypotension, tachycardia and

9   bradycardia; correct?

10       A.   Correct.

11       Q.   And those are all conditions that are caused by

12  sepsis; correct?

13       A.   Correct.

14       Q.   Isn't it true, Doctor, the likely cause of this

15  baby's problems was sepsis?

16       A.   Yes.

17             MS. EFFMAN:  At this time, Judge, I'd move into

18       evidence a certified copy of the Samaritan Hospital blood

19       records, as well as a certified copy of the records that

20       Dr. Kardos has for this baby.

21             THE COURT:  What are they marked for ID?

22             MS. EFFMAN:  Defendant's B and C, and subject to

23       any redactions we may need to discuss concerning any

24       hearsay in those documents.

25             THE COURT:  People's position?

Judy A. DelCogliano
*Official Senior Court Reporter*

1              MS. BOOK:  May we approach, Your Honor?

2              THE COURT:  Yes.

3              (Proceedings continue at the bench outside of

4     the hearing of the jury as follows:)

5              MS. BOOK:  Your Honor, we object to the

6     admission of any medical records in this case.  It's my

7     understanding from talking to Ms. Effman and Mr. Frost

8     earlier that they intend to call experts in this case.  To

9     have all the voluminous medical records in this case

10    contained on that table marked, Your Honor, it's my

11    position that these medical records are too voluminous and

12    too complicated for the jury to understand.  Even after

13    weeks and weeks of us reviewing this, not being doctors,

14    there's still a lot of complicated things in here.  We are

15    putting the jury in a position to go back to the jury

16    room, read all these records that they are not going to

17    understand, and putting them in a position of basically

18    speculating on what they say.  It's our position that they

19    should be -- that the jury should hear all of the

20    testimony of the doctors, obviously, but that that is what

21    they should be able to consider, rather than the medical

22    records in this case.  They are not going to be able to

23    understand all these pages of all these medical records.

24    They can't go through page by page of the doctors' records

25    to explain it.  It's simply going to be too confusing.

872

 1          THE COURT:  Under that rationale, medical

 2    records would never come into evidence.

 3          MS. BOOK:  I think there's limited

 4    circumstances, but expecting the jury to review packets

 5    and packets of medical evidence like we have in this

 6    case -- we know how voluminous they are.  It's too much

 7    for them to comprehend.

 8          THE COURT:  Is that your sole objection?

 9          MS. BOOK:  And that I believe hearsay is

10    contained therein, like personal medical information, like

11    Social Security numbers, and other things are contained

12    therein.  I object to that.  Nothing has been redacted at

13    this point.

14          MR. FROST:  Our position is simply this.  We are

15    moving them in.  We are only asking for a concession as to

16    the foundation; that they are hospital records made and

17    kept in the course of business.  If they have objections

18    to certain parts, they can object to certain parts.  I

19    think we can probably address them separately.  They will

20    not be shown to the jury now.  By the time the jury gets

21    to this issue, we will have the benefit of everyone's

22    arguments and the Court's ruling.  And to the extent they

23    are referred to in the examination of the witness, I think

24    the Court can deal with any issues of hearsay or opinion

25    or personal information.  But otherwise, I don't think

1 it's an appropriate objection.  As the Court says, if that

2 were the case, medical records would never get in.

3   MS. BOOK:  In addition, Your Honor, we have this

4 witness' testimony.

5   THE COURT:  The objection that the records are

6 inadmissible on the grounds that they are too voluminous

7 and would confuse the jury and are certain to bolster,

8 those objections are overruled.  The records will be

9 received into evidence subject to the appropriate

10 redactions or any hearsay issues.  So, before they will

11 obviously be shown to the jury, which will be some time

12 from now, we will have to deal with the issues of hearsay.

13 With that exception, the records will be received in

14 evidence.

15   (Proceedings continue in open court as follows:)

16   THE COURT:  Ms. Effman, if you would identify

17 which they were again?

18   MS. EFFMAN:  Defendant's B and C offered in

19 evidence.

20   THE COURT:  Defendant's B and C are received in

21 evidence over objection from the People.

22 (Defendant's Exhibits B and C marked for identification

23 received in evidence and marked Defendant's Exhibits B and C in

24 evidence.)

25   MS. EFFMAN:  I have no further questions.

```
 1                    THE COURT:  Any redirect from the People?
 2                    MS. BOOK:  Yes, Your Honor.
 3         REDIRECT EXAMINATION
 4         BY MS. BOOK:
 5              Q.   Dr. Kardos, did you treat M███  ██████ for septic
 6         shock that morning?
 7              A.   Yes.
 8              Q.   So, was he already getting the benefit of those
 9         medicines administered to him starting on Sunday,
10         September 21st?
11              A.   Yes.
12              Q.   And when you made your provisional diagnosis of
13         septic shock, did you have the benefit of a CAT scan of the
14         baby's brain at that point?
15              A.   The sepsis was a -- was a differential diagnosis, and
16         at that point in time, I did not have the CAT scan result.
17              Q.   Could a head injury contribute to sepsis?
18                        MS. EFFMAN:  Objection.
19                        MS. BOOK:  What basis?
20                        MS. EFFMAN:  Speculation.
21                        THE COURT:  Overruled.
22              Q.   Could it?
23              A.   Head injury can cause an alteration in your level of
24         consciousness, and it can -- it's possible that it can result
25         in an inability to protect your airway, which can lead to
```

1        aspiration, a cause of infection.

2                    MS. BOOK:  Thank you, Doctor.  No further

3            questions.

4        **RECROSS-EXAMINATION**

5        **BY MS. EFFMAN:**

6            Q.    Doctor, from the time this child had been given

7        medication at Samaritan Hospital, the Ceftriaxone and the --

8        I'm going to slaughter the name of it.  Vancomycin?

9            A.    Vancomycin.

10           Q.    His blood had already been drawn at that point in

11       time; correct?

12           A.    Correct.

13           Q.    So, that medication would not have been in his system

14       at the time the blood culture was drawn and the time his blood

15       was drawn to do a blood count?

16           A.    Correct.

17           Q.    Doctor, in light of all these conditions we have

18       talked about today, the low blood pressure, the hypothermia,

19       the leukopenia, the tachycardia, the conditions that are

20       consistent with sepsis, isn't it true that, despite any of your

21       efforts, it's just as likely this child would have died?

22           A.    It's difficult to answer.

23           Q.    Certainly, this child's chances of survival, based on

24       all these different conditions you observed at Samaritan

25       Hospital that are consistent with sepsis and septic shock, put

*(Kardos - People - Recross)*      876

1    him at grave risk of death; correct?

2      A.   Yes.

3        MS. EFFMAN: No further questions.

4        MS. BOOK: Can I have one moment, Your Honor?

5        THE COURT: Certainly.

6        MS. BOOK: Nothing further, Your Honor. Thank

7    you.

8        THE COURT: Doctor, thank you very much for your

9    time. You are all set. The People may call their next

10    witness.

11        MS. BOOK: The People call Wilhemina Hicks.

12        MS. EFFMAN: Your Honor, may we approach

13    briefly?

14        THE COURT: Yes.

15        (Sidebar discussion held as follow:)

16        MS. EFFMAN: Your Honor, I would just ask the

17    witness be reminded, as this is close in time to the

18    testimony, that she be advised about the discipline issue.

19        MS. BOOK: I reminded her.

20        THE COURT: Thank you.

21    (Photographs marked People's Exhibits 2 through 10 for

22    identification.)

23    **WILHEMINA HICKS**, after first having been duly sworn by the

24    Clerk of the Court, was examined and testified as follows:

25        THE CLERK: The sworn witness is Wilhemina