EXHIBIT "N"

*(Sikirica - People - Direct)*                    1482

1    the Clerk of the Court, was examined and testified as follows:

2                    THE CLERK:  The sworn witness is Michael

3         Sikirica, S-I-K-I-R-I-C-A.

4    **DIRECT EXAMINATION**

5    **BY MR. GLASS:**

6         Q.   Good morning, Doctor.

7         A.   Good morning.

8         Q.   Would you be kind enough to introduce yourself to the

9    Court and jury, please?

10        A.   Yes.  My name is Michael Sikirica.

11        Q.   And are you currently employed, Doctor?

12        A.   Yes.

13        Q.   And what is the nature of your employment?

14        A.   Well, I'm employed as the medical examiner for

15   Rensselaer County, and I'm also self-employed providing autopsy

16   services to about 15 other counties in the Capital District and

17   Upstate area.

18        Q.   And how long have you been employed as the medical

19   examiner for Rensselaer County?

20        A.   Since September 1, 2001.

21        Q.   Is that a political position that you run for, an

22   elected office, or do you become medical examiner by some other

23   process?

24        A.   Yes.  It's an appointed position.  It's not an

25   elected position.

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                                      148

1      Q.   Would you tell us, what does the medical examiner do?

2      A.   Well, the medical examiner supervises the

3  investigation and autopsies of deaths that occur in the county

4  that fall under the jurisdiction of the medical examiner.

5      Q.   If you would be kind enough to tell us what your

6  educational background is, Doctor?  What's your -- where did

7  you go to college?

8      A.   I went to college at the State University of New York

9  at Oneonta, and I eventually went to medical school, graduating

10  from the University of Buffalo.

11      Q.   And your undergraduate degree is in what discipline?

12      A.   Biology.

13      Q.   When did you graduate from medical school?

14      A.   1989.

15      Q.   And upon graduating from medical school, did you do

16  any post-graduate training or education?

17      A.   Yes.  I did a general pathology residency at the

18  Berkshire Medical Center in Pittsfield, Massachusetts.

19      Q.   And any -- besides that, did you do any other

20  graduate medical education or any other residencies or

21  fellowships?

22      A.   Yes.  I did a fellowship in forensic pathology in San

23  Antonio, Texas, and attended and did a fellowship in

24  neuropathology at Brown University in Rhode Island Hospital.

25      Q.   Are you presently certified or board certified in any

*(Sikirica - People - Direct)*                    1484

1    specialties or subspecialties?

2        A.   Yes.

3        Q.   And could you describe what they are, please?

4        A.   Yes.   I'm board certified in anatomic pathology,

5    clinical pathology, forensic pathology and neuropathology.

6        Q.   Would you be able to briefly describe what each one

7    was?  First of all, clinical pathology, what is that?

8        A.   Clinical pathology deals with laboratory based

9    pathology, things like blood banking, microbiology, chemistry,

10   things that go on in a hospital laboratory.

11       Q.   Anatomical pathology?

12       A.   Anatomical pathology is also called surgical

13   pathology.  It's the type of pathology that deals with analysis

14   of biopsies in tumors, infections that are removed from

15   patients, and it also involves autopsies on hospitalized

16   patients.

17       Q.   And then there's neuropathology.  What is that,

18   Doctor?

19       A.   Neuropathology is a subspecialty that deals with the

20   study of the brain, the nervous system and the muscles.

21       Q.   And then, finally, forensic pathology.  What is

22   forensic pathology?

23       A.   Forensic pathology is basically the medical/legal

24   investigation of death.  It's a type of pathology that involves

25   primarily autopsies, almost all autopsies, to determine the

*(Sikirica - People - Direct)*                                    148

1      cause or manner of death in things like trauma, accidents,

2      suicides and such.

3          Q.   And are you currently certified in all four of those

4      areas that you just described?

5          A.   Yes.

6          Q.   And are you required to receive continuing education

7      in order to maintain your board certified status?

8          A.   Yes.

9          Q.   And I'm sorry.  You are presently certified in all

10     four?

11         A.   Yes.

12         Q.   Now, I think you just answered this, but is it part

13     of your duties as the medical examiner to perform autopsies?

14         A.   Yes, it is.

15         Q.   And can you tell the Court and the jury approximately

16     how many autopsies you have performed yourself over the course

17     of your career?

18         A.   Over 7,000.

19         Q.   And of those 7,000 plus autopsies, are you able to

20     tell us approximately how many of those have been done on

21     infants or children?

22         A.   Somewhere between 2- and 500, probably, in infants

23     and children; if you consider children up to 17, it would be

24     about 500 probably.

25         Q.   Okay.  Infants, it would be less?

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                                    1486

1      A.   Yes.

2      Q.   Now, I'm going to direct your attention back to

3   September of 2008.  Do you recall whether or not you were

4   called upon in your capacity as medical examiner of Rensselaer

5   County to perform an autopsy on an individual by the name of

6   ███████  ██████?

7      A.   Yes, I was.

8      Q.   And do you recall that case?

9      A.   Yes.

10      Q.   And do you recall approximately how old ███████

11   ██████  was at the time of autopsy?

12      A.   He was almost five months old.

13      Q.   And do you recall when you performed the autopsy?

14      A.   That would be on the 25th at about 8:40 in the

15   morning.

16      Q.   That would be the 25th of September?

17      A.   Yes.

18      Q.   And if you know, how long had the child been deceased

19   at the time of autopsy?

20      A.   Well, he died on the 23rd about 11:00 in the morning.

21      Q.   And if you know, why were you asked to perform the

22   autopsy?

23      A.   Well, there was a question of traumatic injury.  In

24   this case, it was an infant.  We perform many infant autopsies,

25   whether they are traumatic or not, just to determine cause or

1   manner of death, and it actually fell in the jurisdiction of

2   the Albany County Coroners.

3         Q.   Why is that?

4         A.   Because ███████ died at Albany Medical Center, and it

5   was transferred back to the jurisdiction of our county, because

6   it appeared to involve mostly happenings in our county.

7         Q.   I see.  Before we get into the autopsy itself of

8   ███████  ███████, can you tell us, exactly, what is an autopsy?

9         A.   Well, an autopsy is an external and internal

10  examination of the decedent, combining with analysis of other

11  records, some of which could be important, things like medical

12  records, sometimes written statements, police statements,

13  police reports and analysis of anything else that could be

14  pertinent.

15        Q.   Now, do you recall in this case, before performing

16  the autopsy, whether or not you had the benefit of some medical

17  records or other documentation to review before starting the

18  autopsy?

19        A.   Yes.

20        Q.   And do you recall what kind of records; without

21  telling us what was in them, what kind of records you reviewed?

22        A.   Well, they were his medical records from Albany

23  Medical Center, and also portions of the medical records from

24  Samaritan Hospital.

25        Q.   And do you know why there were records from two

*(Sikirica - People - Direct)*                                    1488

1    hospitals?

2        A.   Well, Matthew had first gone to Samaritan and

3    transferred over to Albany Med.

4        Q.   I see.  So, you had records from both of his hospital

5    stays prior to his being pronounced dead?

6        A.   Yes.

7        Q.   Now, in reviewing the records, what, if anything, did

8    you learn about the condition of ███████  ██████ at the time of

9    his death?

10       A.   ████████ was in extremis when he presented to

11   Samaritan Hospital.

12       Q.   What does that mean?

13       A.   He was in very poor condition.  He was very sick.  He

14   presented to Samaritan Hospital and was transferred almost

15   immediately to Albany Medical Center.  He was -- it was

16   necessary to place him on a ventilator to maintain his

17   breathing.  He was given antibiotics.  There was evidence of

18   cerebral edema and fluid collections beneath the dura

19   consistent with subdural hematomas.

20       Q.   And this information, where did you derive this

21   information from?

22       A.   From the medical records.

23       Q.   Just so we are all clear, you had no part in treating

24   ████████  ██████ prior to his being declared deceased?

25       A.   Correct.

*(Sikirica - People - Direct)*                    148

1        Q.    Are you familiar with a term or condition known as

2   sepsis, Doctor?

3        A.    Yes.

4        Q.    What is sepsis?

5        A.    Well, sepsis is basically an infection in the

6   bloodstream, not just the presence of the bacteria, but an

7   actual infection that leads to damage of organs throughout the

8   body.

9        Q.    And from your review of the records in anticipation

10  of the autopsy, did you conclude or did you determine that

11  ███████  ████  was septic or suffering from sepsis?

12       A.    Well, according to the records that came over from

13  Samaritan Hospital, he did have bacteria in his bloodstream.

14  He had streptococcus pneumoniae bacteria in his bloodstream

15  suggesting sepsis.

16       Q.    Do you know how that conclusion was arrived at?

17       A.    They had drawn blood cultures at the hospital

18  immediately on his arrival, and those cultures later, a few

19  days later, grew out the bacteria.  It takes several days

20  sometimes to get a culture, for the bacteria to grow out and

21  identify.

22       Q.    So, at the time he was at Samaritan Hospital, that

23  information was unknown?

24       A.    The exact cause of that was unknown, yes.

25       Q.    From your review of the records, was anything done t

*(Sikirica - People - Direct)*                                    1490

1   address the possibility of sepsis while he was at Samaritan

2   Hospital?

3       A.   Well, he was treated with antibiotics almost

4   immediately at the hospital in a prophylactic way, because they

5   didn't know what they were dealing with.  So, they gave him an

6   antibiotic that would help to fight any sepsis he had.

7       Q.   Do you know if they did anything else to address

8   other conditions that might have existed at Samaritan Hospital?

9       A.   I believe they started giving him medication for his

10  blood pressure, which was falling, and transferred him over as

11  quickly as possible to the PICU.

12      Q.   And would they have given him anything else, such as

13  intravenous solutions?

14      A.   Yes.  That would help maintain his blood pressure.

15      Q.   And do you know whether or not he was in respiratory

16  distress at that time?

17      A.   He was going into respiratory distress, yes.

18      Q.   What, if anything, would have been done to address

19  that problem?

20      A.   He would eventually be ventilated, put on a

21  ventilator.

22      Q.   When someone is put on a ventilator, what does that

23  mean?

24      A.   It means that they are not breathing properly enough

25  by themselves, so they need mechanical assistance to provide

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                                    149

1    oxygen into their lungs, or they have something going on in

2    their lungs where they require an extra amount of oxygen.

3        Q.   Now, did there come a time when you commenced the

4    autopsy?

5        A.   Yes.

6        Q.   And what's the first thing that occurs as you begin

7    an autopsy?

8        A.   Well, we go ahead and we take some measurements of

9    the decedent.  In the case of children, we might measure their

10   head circumference, the length of their body, possibly their

11   weight.  We record any evidence of medical devices that are on

12   the body.  We look for any injuries and document them.  We go

13   ahead and take photographs, and we will go ahead and do the

14   internal examination.

15       Q.   And if you recall, did you discover any medical

16   devices on ██████ prior to commencing the autopsy?

17       A.   If I could refer to a copy of my report, I could

18   describe the --

19       Q.   Do you have that with you, Doctor?

20       A.   Yes, I do.

21       Q.   Please do.

22            MS. EFFMAN:  Is it marked?

23            MR. GLASS:  It's not.  Why don't we have one

24   marked?

25   (Autopsy Report marked People's Exhibit 35 for identification.)

Judy A. DelCogliano
*Official Senior Court Reporter*

1          Q.   Doctor, I'm going to show you what's been marked as

2     People's 35 for identification and ask if you would take a look

3     at that, please.  Do you recognize that exhibit, Doctor?

4          A.   Yes.

5          Q.   What do you recognize that to be?

6          A.   This is a copy of the death -- autopsy report on

7     ███████   ██████.

8          Q.   And is that the instrument you need to refresh your

9     recollection?

10         A.   Yes.

11         Q.   I forget what question I asked you.  We were talking

12    about any medical devices on the body?

13         A.   Yes.  Well, there was a tube protruding outward from

14    his nostril, his right nostril, a nasogastric tube.  He had a

15    ventilator tube coming out of his mouth.  There was a catheter

16    inserted into the right neck or an IV line.  There were IV

17    lines inserted into each arm, along the antecubital area, which

18    will be on the inside of the elbows.  There was another IV line

19    into his left groin.  There were multiple small puncture wounds

20    along the right groin where they had drawn blood before.  There

21    was a hospital ID bracelet on his right ankle and attached to

22    the right ankle was the name of Dr. Edge.

23         Q.   Doctor, was there anything that you found unusual

24    about the placement or the appearance of any of these medical

25    devices?

*(Sikirica – People – Direct)*                                    149

1        A.   No.

2        Q.   In addition to the medical devices, did you examine

3   the body for signs of any other unusual conditions, such as

4   trauma, injury or the like?

5        A.   Yes.   There was evidence of what we call postmortem

6   organ donation.   An incision had been made down the chest where

7   they had removed organs internally after ███████ died.

8        Q.   Were you aware of that prior to starting the autopsy

9        A.   Yes.

10        Q.   Now, were any conditions placed upon organ donation?

11        A.   Yes.   We didn't want any manipulation of the head or

12   the eyes.

13        Q.   Why is that?

14        A.   Because there was evidence of some traumatic injury

15   to the head.

16        Q.   And did there come a time, not wanting to get too far

17   ahead of ourselves, but did there come a time when you

18   determined whether or not there was any organ donations?

19        A.   Yes.

20        Q.   And when did that occur?

21        A.   During the autopsy.

22        Q.   And did you determine what, if any, organs had been

23   donated?

24        A.   The organs were kidneys and the liver, portions of

25   the pancreas, as well.

*Judy A. DelCogliano*
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                          1494

1    Q.   I see.  Besides the medical devices and the evidence

2    of organ donation, did you discover any other evidence, visible

3    evidence of trauma, injury or other unusual condition on the

4    outside of ███████'s body?

5    A.   No.

6    Q.   Now, once you finish the external examination, what

7    happens next at the autopsy?

8    A.   Well, we go into the internal examination.  We

9    basically make a Y incision, and we use part of the incision

10   that's already been made to expose the organs of the chest and

11   the abdomen, and we basically remove each organ one at a time,

12   or in block, and look at each organ closely.  We weigh them,

13   measure anything that's of importance and take microscopic

14   sections, which will later be processed for examination under

15   the microscope.

16   Q.   And you did that in this case?

17   A.   Yes.

18   Q.   And can you tell us what, if anything, you discovered

19   upon commencing the internal examination?

20   A.   The internal examination just showed a few cc's of

21   bloody fluid in the cavities of the chest and the abdomen

22   consistent with the organ, heart, basically.  The lungs were

23   still in place.  They were heavy appearing with a slight pink

24   and green coloration with a little bit of mucoid in the airways

25   of each lung consistent with pneumonia.

1          The heart was intact.  They hadn't taken the heart.

2    That appeared to be a normal size and shape with a little bit

3    of hemorrhage when I sectioned the heart on the endocardial

4    surface beneath it.  That is hemorrhage inside the muscle just

5    below the chambers of the heart, and that is basically a minute

6    type of heart attack.  The aorta was okay where it remained.

7    The liver and kidneys were removed, and the neck was examined,

8    including a posterior incision along the neck, and there was no

9    evidence of any trauma to the neck.

10         Q.  Okay.  Would you describe that condition of the

11   lungs, Doctor, as having evidence of pneumonia?

12         A.  Yes, grossly.

13         Q.  And would that be consistent with the substance that

14   was found on the blood culture?

15         A.  Yes.

16         Q.  So, would it be fair to state that, at the time of

17   death, ████████ ████ was suffering from pneumonia?

18         A.  Yes.

19         Q.  And can you tell us, in lay terms, what pneumonia is?

20         A.  Pneumonia, of course, is just an infection of the

21   lungs caused by a variety of reasons.  Common one is

22   streptococcus and -- the same organism that was found in his

23   bloodstream.

24         Q.  Is that evidence of sepsis or a septic condition?

25         A.  Well, the pneumonia itself could lead to sepsis.

*(Sikirica - People - Direct)* 1496

1    Q.   Okay.  And what type of infection is pneumonia, or

2   the streptococcus pneumoniae, what type of infection is that?

3    A.   It's a bacterial infection.

4    Q.   Is that contagious?

5    A.   It can be, yes.

6    Q.   Now, you indicated that the lungs were still present.

7   They hadn't been harvested for organ donation?

8    A.   Correct.

9    Q.   And could you tell us why that occurred or why that

10   didn't occur?

11    A.   Well, the physicians at that time knew there was

12   evidence of pneumonia and that he had damage to his lungs, not

13   only from pneumonia but what is called ARDS.

14    Q.   What is ARDS?

15    A.   It's acute respiratory distress syndrome.

16    Q.   Is that a separate disease itself?

17    A.   No.  It's just a constellation of things that apply

18   to damage to the lung.  It can occur through infection.  It can

19   occur from actual ventilation itself; if you receive too much

20   oxygen, it can damage the lungs.

21    Q.   You also described that the heart was still present

22   but you discovered hemorrhages in the heart?

23    A.   Yes.

24    Q.   And can you tell us what, if anything, that means or

25   what's significant about that?

*(Sikirica - People - Direct)*                                    149

1       A.   Well, it's what we call an agonal event.  It's an

2   event that occurs a lot in people when they are kept on a

3   ventilator, when they are very sick and ill, before they die.

4   They may have clotting problems.  It was noted that ███ did

5   have coagulopathy related to the sepsis that was going on and

6   related to the head trauma I later found, and that all

7   contributed to these things at the end, as well.

8       Q.   So, the fact that there was coagulopathy contributed

9   to the -- I think you described it as mini heart attacks?

10      A.   Yes.  Under the microscope were seen to be micro

11  hemorrhages.  There's no reason that ███ should have a

12  heart attack.  His vessels were all fine.  His heart was fine,

13  but what had happened was the coagulopathy and the extreme

14  condition that he was in led to these small hemorrhages.  His

15  blood wasn't clotting properly and started to leak into the

16  muscles of the heart and later the testes, when I examined the

17  testes.

18      Q.   Are these substantial amounts, large hemorrhages or

19  substantial amounts of bleeding?

20      A.   No.  They are not substantial.

21      Q.   Are they visible to the naked eye on gross

22  examination?

23      A.   The one in the heart was.

24      Q.   Is that why the heart wasn't harvested for organ

25  donation?

*(Sikirica - People - Direct)*                                    1498

1      A.    Probably, yes.

2      Q.    Now, Doctor, are you familiar with the phrase

3   trivalvular pulmonary stenosis?

4      A.    Not really.

5      Q.    Well, do you know what pulmonary stenosis is?

6      A.    Sure, sure.

7      Q.    What is pulmonary stenosis?

8      A.    Pulmonary stenosis is a small appearing pulmonary

9   valve which has some evidence of obstruction, usually a

10  clinical evidence that is so small and narrow that the blood

11  doesn't flow out of it properly and causes some blockage.

12     Q.    And is this a life-threatening condition?

13     A.    It could be based on the extent of it.

14     Q.    Now, is there any way to check or to determine

15  whether or not, in fact, this pulmonary stenosis is present?

16     A.    Well, I didn't see any gross evidence of stenosis.

17  The valves appeared normal in size and shape.

18     Q.    Now, did there come a time during the autopsy when

19  you examined the head inside and outside?

20     A.    Yes.

21     Q.    Would you describe for us how you go about doing

22  that?

23     A.    Well, we make an incision across the top of the scalp

24  from the ear to the other ear, and we basically retract the

25  scalp forward and rearward.  This allows us to look at the

*(Sikirica - People - Direct)*                                    149

1    tissue, which we call the subgaleal tissue.  This is basically

2    the scalp tissue outside of the skull.

3         Q.   Did you do that in this case?

4         A.   Yes.

5         Q.   And upon doing that, did you observe anything?

6         A.   Yes.  There was evidence of some bruising, what we

7    call subgaleal hemorrhage beneath the scalp, indicating some

8    evidence of blunt force trauma, and there was also some

9    bleeding associated with splitting of the sutures, which are

10   the junctions of the bones in the skull.

11        Q.   I think you testified that the subgaleal hemorrhages

12   are evidence of blunt force trauma?

13        A.   Portions of them were, yes.

14        Q.   And that's on the section of the skull beneath the

15   scalp?

16        A.   Yes.

17        Q.   Was there a corresponding injury on top of the scalp

18   that would have been visible upon gross examination?

19        A.   No.

20        Q.   Why is that?

21        A.   I don't know.  Very well, it could be that it was an

22   impact injury against a softer object that didn't leave much

23   impression on the outside.

24             MS. EFFMAN:  I move to strike that, Judge,

25        speculation.

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                    1500

1            THE COURT:  Mr. Glass?

2        Q.   Doctor, based upon your examination of that part of

3    ███████   █████ ' body, do you have an opinion as to how that

4    subgaleal hematoma occurred?

5            THE COURT:  I will sustain the objection and

6        strike the Doctor's previous answer.  I will allow him to

7        answer that question.

8        Q.   Do you have an opinion?

9        A.   Yes.  It appeared to be a blunt force trauma from an

10   impact by or on an object that wasn't sufficient enough to

11   damage the outer part of his scalp.

12       Q.   Is that an unusual happenstance, Doctor?

13       A.   Not at all with children.  Children can have very

14   severe injuries and you don't see a darn thing on the outside.

15       Q.   Doctor, I'm going to show you what's been marked as

16   People's Exhibit 33 for identification.  I'd ask you to look at

17   that, please.

18            MS. EFFMAN:  May we approach, Judge, on this?

19            THE COURT:  Yes.

20            (Sidebar discussion held as follows:)

21            MS. EFFMAN:  It's my understanding that the

22       People are going to be introducing this photograph in

23       evidence, and I would object to it.

24            THE COURT:  What is it?

25            MS. EFFMAN:  It's a picture of the baby's brain

*(Sikirica - People - Direct)* 150

1    with the skin pulled back.  I have no problem with the

2    Doctor looking at it without the jury seeing the picture

3    of it, if he's using it to describe what he observed, but

4    I wanted to address it at this time, because Mr. Glass

5    advised me he's going to be seeking to move this in.  We

6    discussed this in advance.  And if the picture is shown to

7    the jury, I think it's inflammatory, in light of the fact

8    that, regardless of how the jury finds this child died,

9    for the People to introduce it -- it's difficult for

10   people to look at.  It's got the skin pulled back and the

11   actual brain showing.  It's highly prejudicial to the

12   Defendant.

13            (Discussion off the record between defense

14   counsel.)

15            MS. EFFMAN:  Again, as Mr. Frost just stated,

16   any probative value would outweigh the prejudicial effect.

17   This witness can describe what occurred without showing it

18   to the jury.

19            THE COURT:  What's the probative value?

20            MR. GLASS:  There's been substantial testimony

21   throughout the trial, especially on cross-examination,

22   that there were no injuries or trauma visible on the

23   outside of the deceased, and this photograph demonstrates

24   evidence that there were injuries, just not visible.  I

25   would respectfully suggest that it's not entirely

*(Sikirica - People - Direct)*                    1502

1    inflammatory.  First of all, the brain is not visible.

2    It's the scalp.

3                    THE COURT:  May I see the picture?

4                    MR. GLASS:  Sure.

5                    THE COURT:  Okay.

6                    MS. EFFMAN:  Simply stated, this witness can

7    describe what he observed, and the picture is merely going

8    to inflame, is inflammatory, and the probative value is

9    definitely outweighed by the prejudicial effect.  The

10   witness can describe what he observed without them seeing

11   this picture.

12                   MR. GLASS:  It's helpful because the locations

13   of the injuries can be seen by the jury and can correspond

14   to evidence that the People have presented on their direct

15   case regarding banging into a crib and the like, and I

16   think it's highly probative.

17                   MR. FROST:  Is this the scalp or is this --

18                   MR. GLASS:  That's under the scalp.

19                   MR. FROST:  Under the durum?

20                   MR. GLASS:  No, no.  It's not subdural.  They

21   are subgaleal.

22                   MR. FROST:  So, it's between the scalp and the

23   durum?

24                   MR. GLASS:  Scalp.

25                   MR. FROST:  And this is the inside of the scalp,

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                    150

```
 1        then?
 2                    MR. GLASS:  There's the scalp right there.
 3                    MR. FROST:  I don't fully understand.
 4                    THE COURT:  Hold on.  I'm going to excuse the
 5        jury, because I may want to ask the Doctor some questions.
 6                    (Proceedings continue in open court as follows:)
 7                    THE COURT:  Members of the jury, we are going to
 8        take a brief recess at this time.  I remind you, please do
 9        not discuss the case among yourselves or with anyone else.
10        Do not read or listen to any media accounts of this case.
11        Do not visit any premises involved in this case.  Do not
12        conduct any research regarding this case.  Do not request
13        or accept any payment in return for supplying any
14        information regarding this case.  Do not make any
15        judgments regarding this case until you have heard all of
16        the evidence and been instructed as to the law.  And if
17        anyone attempts to improperly influence you, please report
18        it directly to me without discussing it with anyone else
19        first.  We will take a brief recess.
20                    (Jury excused.)
21                    (Sidebar discussion held as follows:)
22                    THE COURT:  Okay.  To the defense's point, why
23        is it not sufficient for the Doctor to just explain his
24        findings and then testify without actually showing this to
25        the jury?
```

Judy A. DelCogliano
*Official Senior Court Reporter*

1      MR. GLASS:  Because he's going to be able to

2   point out where on the skull the actual injuries were and

3   their differing appearance.  This is fresh; this is not

4   fresh.  And it's consistent with testimony of the

5   Defendant in his statement of throwing the child into the

6   crib and bumping his head on the rail, old injury versus

7   new injury, and I respectfully suggest it's probative

8   because the location of the injuries may be consistent

9   with that in support of our theory.

10      THE COURT:  Doctor, can you show me where -- are

11   there visible injuries on here?

12      THE WITNESS:  Yes.

13      THE COURT:  Okay.  Can you show me, if you are

14   allowed to use this to testify, can you point out to me

15   where the injuries are?

16      THE WITNESS:  Okay.  This is looking at the back

17   of the kid's head.  It's been pulled back.  These injuries

18   right here are due to the splitting of the suture that

19   separates the bones.  This injury here is an older bruise

20   on the scalp.

21      THE COURT:  And your testimony would be that

22   that injury was caused by --

23      THE WITNESS:  By blunt force trauma.

24      THE COURT:  Ms. Effman, Mr. Frost?

25      MS. EFFMAN:  I think the demonstration of where

*(Sikirica - People - Direct)*                                        150

1    this was could easily be done with a diagram of his skull

2    and not using -- it could be marked and shown the location

3    of what he observed.  This is -- again, it's highly

4    inflammatory, this kind of picture with the skin pulled

5    back.  It appeals to the people's sympathy and is

6    prejudicial to the defense, and I think the probative

7    value outweighs the prejudicial effect.  I think the best

8    way to resolve it, or neutral way to resolve it is have a

9    picture.  I know the Doctor has something in his notes, a

10   picture of the skull, and he can simply make a mark of

11   what he observed without having to show this picture to

12   the jury.

13           MR. FROST:  He can also indicate by pointing to

14   his own head.  This is above the actual bone of the skull?

15           THE WITNESS:  Yes.

16           MR. FROST:  And these, you say, are due to the

17   expansion of the fontanelle?

18           MS. EFFMAN:  The swelling.

19           THE WITNESS:  Yes.

20           MR. FROST:  This is not a subdural or anything

21   like that?

22           THE WITNESS:  No.

23           MR. FROST:  Do you have an opinion as to age?

24           THE WITNESS:  Older than the others, no

25   definitive age.

*(Sikirica - People - Direct)*                    1506

1          THE COURT:  Okay.  I think I understand
2     everyone's position.
3          MR. FROST:  Can I have one minute?
4          THE COURT:  Yes.
5          MR. FROST:  Can you indicate on the exterior of
6     your own head where this is?
7          THE WITNESS:  Yes.
8          MR. FROST:  Where would it be?
9          THE WITNESS:  It would be right here
10    (indicating).
11         MR. GLASS:  Your Honor, I think, first of all,
12    there's no exposed organs.  I recognize that it's a little
13    unpleasant.
14         THE COURT:  It's quite graphic.
15         MS. EFFMAN:  This has nothing to do with why we
16    are here?  This is hospital related or from laying in the
17    bed?
18         THE WITNESS:  That's the autopsy.
19         MS. EFFMAN:  That's inflammatory.  It has
20    nothing to do with the cause of death, this line here, and
21    it can cause the jury to speculate there's some kind of
22    cutting or some kind of splitting of the skin as a result
23    of trauma.
24         MR. GLASS:  Your Honor, I think a cautionary
25    instruction about the passion and prejudice and the

*(Sikirica - People - Direct)*                    15C

```
1    graphic nature of these types of photographs, which are
2    not uncommonly introduced at homicide trials, which this
3    is, can be given to the jury.  And again, it's the defens
4    that has been raising this issue of no visible injury.  W
5    are entitled to rebut that, and this is a classic example
6    of doing that, and it's much more probative to have the
7    real thing than to have a doctor demonstrate or anybody
8    else demonstrate.
9              THE COURT:  I understand both sides' positions.
10   I'm going to take a brief recess.  I'm going to go back u
11   into chambers to look into this a little bit, and I will
12   be back with a decision.  I'm going to take the photo wit
13   me.
14             (A brief recess was taken.)
15             (Proceedings continue outside the presence of
16   the jury as follows:)
17             THE COURT:  Please be seated.  Okay.  Addressin
18   the objection that the defense raised to the anticipated
19   admission of the autopsy photograph, the Court finds as
20   follows:  The Court acknowledges that photographs of this
21   nature could arouse passion of the jury and, therefore,
22   may not be admitted unless they tend to prove or disprove
23   a material fact in issue.  In this case, throughout this
24   trial, defense has contested the nature and extent of the
25   injuries suffered by the alleged victim, thus the Court -
```

Judy A. DelCogliano
*Official Senior Court Reporter*

A000001378

*(Sikirica - People - Direct)*                    1508

1   thus, having balanced the probative value versus the

2   possible prejudicial effect, the Court finds that the

3   photograph in issue here is relevant to a material fact in

4   issue, namely, the nature and extent of the injuries

5   suffered.  And, therefore, the photograph will be ruled

6   admissible.  If the defense would like, the Court will

7   give the jury a cautionary instruction before they see the

8   photograph advising them that they are not to make any

9   emotional judgment based on what is depicted in the photo,

10  and the Court would further remind the jury that they may

11  not consider any passion, sympathy or prejudice when time

12  to deliberate on this case comes.  Would the defense like

13  that cautionary instruction to be given?

14              MS. EFFMAN:  Yes, Judge.  I would like the

15  record to reflect our objection to the admissibility of

16  that photograph.

17              THE COURT:  You would like the precaution to be

18  given to the jurors?

19              MS. EFFMAN:  Yes, please.

20              THE COURT:  Anything further from the People?

21              MR. GLASS:  Nothing further.

22              THE COURT:  Bring the jury out, please.

23  Mr. Glass, could I hand this back to you?  Before it's

24  going to be published, allow me to instruct them as I have

25  indicated.

*(Sikirica - People - Direct)*                           150

1               (Whereupon, the jury entered the courtroom.)

2               THE COURT:  Please be seated.  Members of the

3       jury, I want to apologize.  The break was a little longer

4       than I anticipated, but I appreciate your patience.

5       Mr. Glass, you may continue.

6               MR. GLASS:  Thank you, Your Honor.

7   **BY MR. GLASS:   (Continuing)**

8       Q.    Doctor, I'm going to show you what's been marked

9   People's Exhibit 33 which is now in evidence.

10              THE COURT:  Doctor, can we have you move the

11      microphone back?

12              THE WITNESS:  Sorry.

13              THE COURT:  Thank you.  I'm sorry, Mr. Glass.

14      You have offered that into evidence?

15              MR. GLASS:  I have offered it, yes.

16              THE COURT:  And the defense has objected?

17              MS. EFFMAN:  Yes.  We object to that.  First of

18      all, I don't think there's been a foundation laid for it.

19              MR. GLASS:  I was about to do that.

20              THE COURT:  I thought you referred to it to the

21      Doctor as in evidence.

22              MR. GLASS:  I think I did it prematurely, yes.

23              THE COURT:  Sorry to interrupt you.  Please

24      continue.

25      Q.    Doctor, I ask you to look at People's 33 which is

                       *Judy A. DelCogliano*
                  *Official Senior Court Reporter*

1    marked for identification.  I ask you to look at that exhibit,

2    Doctor.

3        A.   Yes.

4        Q.   Do you recognize that?

5        A.   Yes.  This is a photograph taken at the autopsy of

6    ███████.

7        Q.   And specifically, what is that a photograph of?

8        A.   Well, this is a photograph of the exposed portion of

9    skull after the scalp has been pulled forward and backward at

10   the time of the autopsy, with one of the autopsy technicians

11   holding his head in place, and evidence of some small marks due

12   to the autopsy procedure itself.

13       Q.   And in addition to those marks that were probably

14   caused by yourself during the autopsy process --

15       A.   Yes.

16       Q.   Or your assistant.  Are there any other marks that

17   are visible or present in that photograph that are relevant to

18   this case?

19       A.   Yes.

20       Q.   And can you describe what they are?

21       A.   Yes.  There is an area of subgaleal hemorrhage or

22   bruising on the right side of the skull looking from the back

23   toward the front, and also a small area of hemorrhage along the

24   top of the skull where the sutures have split.

25       Q.   And what, if anything, does that tell us?

*(Sikirica - People - Direct)*                                    1511

1        A.   Well, the hemorrhage along the top of the skull

2    indicates significant swelling of the brain, and the subgaleal

3    hemorrhage along the right side is consistent with a blunt

4    force injury.

5         Q.   Does that photograph fairly and accurately depict the

6    image that appeared at the time of the autopsy?

7        A.   Yes.

8             MR. GLASS:   Your Honor, I would offer People's

9        33 at this time.

10            THE COURT:   Ms. Effman?

11            MS. EFFMAN:   Again, note my objection that I

12       placed on the record previously.

13            THE COURT:   People's 33 is received in evidence

14       over objection from defense counsel.  Mr. Glass, are you

15       going to seek to publish it at this time?

16            MR. GLASS:   I think I would like to ask one or

17       two more questions.

18   (People's Exhibit 33 marked for identification received in

19   evidence and marked People's Exhibit 33 in evidence.)

20        Q.   Doctor, the two marks you have identified, the

21   subgaleal hemorrhage on the right side and the other marks

22   associated with the splitting of the sutures, do they appear

23   the same or are they different?

24        A.   They are different in coloration.

25        Q.   And do you know why that is?

Judy A. DelCogliano
*Official Senior Court Reporter*

A000001382

*(Sikirica - People - Direct)*                    1512

1        A.    It's a difference in age of the lesions.

2        Q.    And as far as the marks associated with the splitting

3    of the sutures, what -- can you tell us what age they are or

4    how fresh they are?

5        A.    They appear to be relatively fresh.

6        Q.    And as far as the other subgaleal hemorrhage on the

7    right side of the head?

8        A.    Some are older.

9              MR. GLASS:  At this time, Your Honor, I ask to

10             publish the photograph to the jury subject to the

11             instructions of the Court.

12             THE COURT:  Members of the jury, the photograph

13             that you are about to see is graphic in nature.  I want to

14             caution you that you are not to make any emotional

15             judgment based upon what is depicted in the photograph.  I

16             also want to remind you that when the time comes for you

17             to deliberate on the case, you are not to consider any

18             passion, sympathy or prejudice that may have arisen

19             throughout this case, including anything that's depicted

20             in this photograph.  At this time, Mr. Glass, you may

21             publish the photo to the jury.

22                  (Photograph published.)

23        Q.    Now, Doctor, once the area underneath the scalp was

24    examined, what, if anything, did you do next in continuing on

25    with the autopsy?

*(Sikirica - People - Direct)*                                    151

1        A.    Well, we wanted to open the skull, of course, so we

2   used an autopsy saw.  We opened the skull removing the top half

3   of what we call the calvaria, and we then examined the brain

4   and the coverings of the brain.

5        Q.    And upon doing that, could you tell us what, if

6   anything, you observed?

7        A.    The brain was very, very swollen at that time.  It

8   was very edematous.  It was pushing at the edges of the bone

9   and the surrounding skull, actually pushing the sutures open.

10  There was extensive splitting of those sutures, and the sutures

11  measured up to one to one and a half centimeters in size when

12  they split.

13       Q.    Is there any significance to that?

14       A.    It indicates severe edema.

15       Q.    And an edema to the layperson means what?

16       A.    Swelling, excess fluid and swelling on the brain.

17  There was approximately 60 ml's of liquid blood clot

18  predominately collected on the right middle portion of the

19  brain and extending along the right temporal and parietal lobe

20  or the right side of the brain.  There was a small amount of

21  adherent blood on the posterior fossa, the back of the base of

22  the skull.  There was no evidence of any fracturing or

23  hemorrhage above the dura, so there was no evidence of an

24  epidural hemorrhage.  There was diffuse subarachnoid

25  hemorrhage, which is hemorrhage beneath the membrane covering

Judy A. DelCogliano
**Official Senior Court Reporter**

*(Sikirica - People - Direct)*                                    1514

1    the brain along the basal portion, or the bottom of the brain,

2    and also along each superior portion of the brain.

3            The brain was removed and it was fixed for quite

4    awhile in form; because it was so soft, it was impossible to

5    really do any thorough investigation.

6        Q.   Now, when you say "fixed," what does that mean?

7        A.   It was basically put in a container with formaldehyde

8    to stiffen it up, so we could section it properly.

9        Q.   Did that ultimately occur?

10       A.   Yes.

11       Q.   When did that happen?

12       A.   That happened several months later.

13       Q.   Why did it take so long?

14       A.   Well, the brain was very soft, and by the time I got

15   to do it, with my schedule, it took awhile.  The examination

16   later occurred.  We took photographs at that time, as well.

17   Also, when I removed the brain and stored it and tried to fix

18.  it, I removed what's called the dura, the lining inside of the

19   skull, which at the time showed evidence of hemorrhage in it,

20   and that was also retained for examination at the time we cut

21   the brain.  It's not unusual to save a brain, especially if

22   there's significant damage to the brain, and examining it at a

23   later date when it's had a chance to stiffen up and become

24   fixed.

25           At the gross examination, when I did go back and look

*(Sikirica - People - Direct)*                    151!

1   at it, there was evidence along the occipital cortex of

2   hemorrhaging or bruising along the occipital cortex.

3        Q.   Where is the occipital cortex?

4        A.   The very back of the brain.  Again, there was

5   evidence of severe edema.  The ventricles, which are the

6   chambers in the brain, were almost completely closed due to

7   swelling of the brain.  There was loss of all the normal

8   demarcation of the structures of the brain due to the edema,

9   and there was loss of what we call -- the definition of a

10  cortical ribbon.  You couldn't tell the gray matter from the

11  white matter of the brain very easily at this point.

12            The sections were all taken microscopically.  I take

13  small pieces, portions of the brain.  We took portions of the

14  dura, and at the same time we had removed the brain, we also

15  removed the eyes, and they were also sectioned at the time of

16  the brain cutting.

17       Q.   Okay.  Now, can you tell us why you remove the eyes?

18       A.   Well, there was evidence of, clinically, of retina

19  hemorrhages, which are small hemorrhages that occur in the

20  retina, and I wanted to examine those.  So, we took the eyes,

21  as well.

22       Q.   Now, you have described, I think, some blood inside

23  or on the brain when you opened the brain?

24       A.   Yes.  There was liquid blood.

25       Q.   Does that type of blood -- or is there a name or

*(Sikirica - People - Direct)*                                    1516

1    description for that type of bleeding?

2         A.   Well, it was a subdural hematoma.  It was a fresh

3    appearing subdural hematoma.

4         Q.   And do you know how large it was?

5         A.   I think around 60 ml's.

6         Q.   That's 60 milliliters?

7         A.   Yes.

8         Q.   And is that a substantial amount of blood?

9         A.   In a child, it is.

10              MS. EFFMAN:  Objection, leading.

11              THE COURT:  Overruled.

12         Q.   Is that a substantial amount of blood, Doctor?

13         A.   In a child, yes, it is.

14         Q.   Let me ask you this, Doctor:  The process of fixing

15    the brain, did that change its condition in any way prior to

16    you being able to section it and examine it microscopically?

17         A.   Well, it made it a little bit firmer.  It was still

18    very, very soft and fragile, almost breaking apart as we

19    sectioned it.  It was not very well fixed after all the time it

20    was given, and also multiple changes are performed to try to

21    stiffen it up a little bit.

22         Q.   But you indicated that there was evidence of edema,

23    swelling?

24         A.   Yes.

25         Q.   I guess my question is:  Did the fixing process

Judy A. DelCogliano
Official Senior Court Reporter

A000001387

(Sikirica - People - Direct)                                    151

1    contribute to that?

2         A.    No.

3         Q.    So, when you examined it after it had been fixed, it

4    hadn't changed since the autopsy?

5         A.    Correct.

6         Q.    And there came a time when you made microscopic

7    examinations of the sections of the brain?

8         A.    Yes.

9         Q.    What, if anything, did that tell you?

10        A.    Well, it demonstrated that there was inflammation on

11   the surface of the brain.

12        Q.    What does that mean?

13        A.    There was -- there were white cells.  There were

14   macrophages.  These are the types of cells that clean up

15   hemorrhage and infection.  There was, again, areas of

16   hemorrhage in the brain itself.  There was evidence of severe

17   edema and what we call hypoxia.

18        Q.    What is hypoxia?

19        A.    The lack of oxygen and blood flow to the brain that

20   leads to cellular damage that you can see grossly and

21   microscopically.  There was evidence of inflammation around th

22   eyes and the optic nerve.  There was evidence of acute retinal

23   hemorrhages, hemorrhages in the retina of the eye.  There was

24   evidence of an acute and more chronic subdural hematoma that

25   was attached to the dura.

Judy A. DelCogliano
Official Senior Court Reporter

*(Sikirica - People - Direct)* 1518

1    Q.    When you say acute and chronic, what does that mean?

2    A.    There was evidence that there was an older subdural

3    hematoma there that started to organize and develop

4    capillaries, and evidence of organization, as well as fresh

5    hemorrhage within that and sort of a rebleeding process going

6    on.

7    Q.    Now, were you able to, based upon your training and

8    experience, determine the age of these conditions?

9    A.    Well, there were evidence of fresh subdural hematoma.

10   That liquid blood that was over the skull and over the brain

11   was fresh.  There was no organization to that at all.  The

12   older injuries appeared to be weeks old.

13   Q.    When you say organization, what does that mean?

14   A.    It means that the clot material is reabsorbed into

15   the body eventually.  So, subdural chronic goes through a

16   process of development before it finally disappears, and that

17   has different stages of it.  There is eventually a thin

18   membrane that grows over it.  In time, that membrane becomes

19   capillary and becomes vascularized.  Very small capillaries

20   develop into larger capillaries and, eventually, that turns

21   basically into a small streak-like lesion and has no

22   significance.

23   Q.    And through -- a microscopic examination of that

24   allows you to determine age of it of some sort?

25   A.    To a rough degree, yes.

*(Sikirica — People — Direct)*                              151

1          Q.    Could you determine, based upon your examination and

2    your experience, whether or not some or all of those bleeds

3    went back as far as birth?

4                    MS. EFFMAN:  Objection, leading.

5                    THE COURT:  Overruled.

6          A.    None of the changes go back to the time of birth,

7    microscopic.

8          Q.    Now, you testified a little bit earlier that there

9    was an infection present, sepsis?

10         A.    There was pneumococcal in the blood and sepsis, yes.

11         Q.    What happens when there's sepsis in the body, Doctor?

12         A.    Well, the infection, because it's in the blood,

13   spreads everywhere.  It will spread to where ever there could

14   be blood.  It travels throughout the blood.  It spreads

15   everywhere.  It leads to damage of multiple organs.

16         Q.    And did sepsis damage the brain in this case?

17         A.    Well, sepsis was part of the damage to the brain, but

18   the main damage was traumatic injury.

19         Q.    Why do you say that?

20         A.    Because I think the sepsis was a secondary event.  I

21   think the trauma came first.  I think there were repeated bouts

22   of trauma to this brain that led to pneumonia and, eventually,

23   that pneumonia became sepsis.

24         Q.    Now, what happens to the brain when it's injured?

25   Does it continue to function normally?

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Direct)*                                   1520

1    A.   It all depends on the extent of the injury.  People

2    can have brain injuries and have no symptoms.  They can have

3    minor symptoms.  They can have severe symptoms.  It depends on

4    the nature of the injury, of course.

5              MS. EFFMAN:  I would object and move to strike

6         that last answer.  There's no evidence that Dr. Sikirica

7         is a cardiologist.

8              THE COURT:  Mr. Glass?

9              MR. GLASS:  Your Honor, he's a forensic

10        pathologist.  I think that qualifies him to render such an

11        opinion.

12             THE COURT:  The objection is overruled.

13   Q.   Doctor, do you have an opinion as to the nature --

14   the trauma present that you observed, whether or not that

15   trauma to the brain caused the sepsis?

16   A.   Well, indirectly, it did, and it is my opinion that

17   it did.

18   Q.   How did it do that?

19   A.   Any trauma, especially with an infant like that,

20   would cause the infant likely to aspirate, to cause him to

21   develop pneumonia.  Aspiration is a problem with infants.

22   Q.   And what is aspiration, Doctor?

23   A.   Aspiration is basically swallowing secretions.  And

24   any time there's evidence or an event that could lead to

25   altered consciousness, whether it's a seizure, whether it's a

Judy A. DelCogliano
*Official Senior Court Reporter*

1    trauma or whether it's an intoxication of something, could

2    cause the child very easily to start to swallow his own

3    secretions, and this would be a common cause of this type of

4    pneumonia.  It is a streptococcus pneumonia that began in the

5    lungs, and the same organism was later found in the

6    bloodstream.  So, I think the traumatic injury would lead to

7    the development of pneumonia and secondary sepsis.

8         Q.   You are familiar with some of the vital signs and

9    conditions of the baby that were found when he was admitted

10   into Samaritan Hospital?

11        A.   Yes.

12        Q.   You are familiar with those?

13        A.   Yes.

14        Q.   Very low white blood count?

15        A.   Yes.

16        Q.   Is that something that is the result of sepsis?

17        A.   Yes.

18        Q.   And why is that?

19        A.   Well, the cells are being destroyed.  Bodily

20   infections are also going to sites of the infection where it's

21   lodged in the body.

22        Q.   And that's -- I think that's a condition known as

23   leukopenia?

24        A.   Correct.

25        Q.   And sepsis can cause leukopenia?

*(Sikirica - People - Direct)* 1522

1   A.   Yes.

2   Q.   Can any other condition cause leukopenia?

3   A.   Well, there could be congenital reasons, blood

4   disorders that could cause leukopenia.

5   Q.   Could trauma to the brain cause leukopenia?

6   A.   Trauma to the brain can affect the immune system.   It

7   can suppress portions of the immune system, yes.

8   Q.   And you are familiar that, at the time he presented

9   to Samaritan Hospital, his temperature was hypothermic; his

10  temperature was decreasing?

11  A.   Yes.

12  Q.   And could a head injury have contributed to that?

13  A.   Yes.   It's a common finding to have severe head

14  injury associated with hypothermia.

15  Q.   And the fact that his blood pressure was low or

16  hypotensive, could head injury or head trauma contribute to

17  that?

18  A.   Yes.

19  Q.   Now, is it also true that these conditions, these

20  signs, are present when there's sepsis?

21  A.   Yes.

22  Q.   Are you able to determine what came first, sepsis or

23  trauma?

24  A.   I think the sepsis was -- came secondary to the

25  trauma.

(Sikirica - People - Direct)                    1523

1    Q.    You also described some hemorrhaging about the

2    retinas, the eyes?

3    A.    Yes.

4    Q.    Is there any significance to that finding, Doctor?

5    A.    Well, again, it can be due to several causes; one

6    would be trauma.  A sudden shaking or deceleration could impair

7    the retinal vessels leading to hemorrhage.  It can be due to

8    increased pressure, from edema in the brain, which could occur

9    from sepsis or it can occur from the trauma itself.

10   Q.    Doctor, did there come a time when you, to a

11   reasonable degree of medical certainty, made a finding with

12   respect to the cause of ████████  ████████' death?

13   A.    Yes.

14   Q.    And what was that cause?

15   A.    The cause of death is severe closed head injuries

16   with cerebral edema due to blunt force trauma.

17   Q.    And did you make an official finding of the manner of

18   death?

19   A.    Yes.

20   Q.    And what was that?

21   A.    The --

22              MS. EFFMAN:  Objection, Judge.

23              THE COURT:  On what basis?

24              MS. EFFMAN:  Speculation, Judge.

25              THE COURT:  Overruled.

*(Sikirica - People - Direct)*                                    1524

1     A.   This is a homicide.

2     Q.   And once you made your determination for cause of

3  death and manner of death, what's the next step that you have

4  to take as medical examiner?

5     A.   Well, I have to complete the autopsy report and

6  provide it to the authorities.

7     Q.   And are there any other filings or documents that

8  you, as medical examiner, are obligated to take care of?

9     A.   Well, I do a death certificate.

10    Q.   Did you do that in this case?

11    A.   Yes, I did.

12    Q.   Doctor, what I'd like to show you is People's

13 Exhibit 34 marked for identification and ask if you would look

14 at that.

15    A.   Yes.

16    Q.   Do you recognize that instrument, Doctor?

17    A.   Yes.

18    Q.   What do you recognize that to be?

19    A.   This is a copy of the death certificate on ████.

20    Q.   Is that a certified copy?

21    A.   Yes.

22    Q.   And does your signature appear on that?

23    A.   Yes.

24    Q.   And are you responsible for everything that's on that

25 document, Doctor?

*(Sikirica - People - Direct)*                    152

1        A.    No.

2        Q.    What part of it are you responsible for?

3        A.    Just the portion of the certifier and the cause of

4    death.

5        Q.    And the other portions, who prepares those, if you

6    know?

7        A.    These all have to be done by the funeral directors,

8    who put the demographics of the deceased down.

9             MR. GLASS:   Thank you, Doctor.   Your Honor, at

10            this time, I'd offer People's Exhibit 34.

11            MS. EFFMAN:   I object, Your Honor.   The Doctor

12            has testified.   This is cumulative to his testimony.   Let

13            me see the document.   I object, as it's cumulative, and I

14            think the probative value is outweighed by the prejudicial

15            effect, Your Honor.

16            THE COURT:   People's Exhibit 34 marked for

17            identification is received in evidence over the objection

18            of the defense.

19    (People's Exhibit 34 marked for identification received in

20    evidence and marked People's Exhibit 34 in evidence.)

21       Q.    Doctor, I'd ask you to look at People's 35, the

22    autopsy report.   Have you had an opportunity to examine that

23    exhibit, Doctor?

24       A.    Yes.

25            MS. EFFMAN:   What is that?

Judy A. DelCogliano
*Official Senior Court Reporter*

A000001396

*(Sikirica - People - Direct)*                                            1526

1          Q.   That's the autopsy report.  Is that your original

2    report, or is that a copy, if you know?

3          A.   This is a copy.

4          Q.   Copy?

5          A.   Copy.

6          Q.   Have you had a chance to look at it?

7          A.   Yes.

8          Q.   Is it a fair and accurate copy of the original

9    document -- first of all, did you prepare the original?

10         A.   Yes.

11         Q.   Is that a fair and accurate depiction of the

12   original, as you recall?

13         A.   Yes.

14         Q.   Have there been any additions or deletions or edits

15   made to that instrument?

16         A.   No.

17         Q.   And is it in the same or substantially the same

18   condition as it was the last time you saw the original?

19         A.   Yes.

20              MR. GLASS:  Your Honor, at this time, I'd offer

21         People's 35, the autopsy report.

22              MS. EFFMAN:  I would object.  It's cumulative.

23         Again, the Doctor has testified to everything the District

24         Attorney has asked, and I think it goes beyond the scope

25         of his testimony.  So, I would object to admission of that

Judy A. DelCogliano
*Official Senior Court Reporter*

152

```
1      document.
2                  THE COURT:  That particular objection is
3      overruled.  People's 35 will be received in evidence over
4      objection.  Mark it in, please.
5  (People's Exhibit 35 marked for identification received in
6  evidence and marked People's Exhibit 35 in evidence.)
7                  MR. GLASS:  No further questions of this witness
8      at this time, Your Honor.  Thank you.
9                  THE COURT:  Thank you, Mr. Glass.  Ms. Effman?
10                 MS. EFFMAN:  Could we approach?
11                 (Sidebar discussion held as follows:)
12                 MS. EFFMAN:  Can we take a recess for lunch?
13                 THE COURT:  That's fine.  We will break now.
14                 (Proceedings continue in open court as follows:)
15                 THE COURT:  Members of the jury, we are going to
16     break for lunch at this time.  We will break until 1:30.
17     I ask you, please do not discuss this case among
18     yourselves or with anyone else.  Do not read or listen to
19     any media accounts of this case.  Do not visit any
20     premises involved in this case.  Do not conduct any
21     research regarding this matter.  Do not request or accept
22     any payment in return for supplying any information
23     regarding this case.  Do not make any judgments regarding
24     this trial until you have heard all the evidence and have
25     been instructed on the law.  If anyone attempts to
```

1528

```
 1        improperly influence you, please report that directly to
 2        me without discussing it with any other members of the
 3        jury.  Enjoy your lunch.  We will see you back here at
 4        1:30.  Doctor, if I could ask you to remain for one
 5        second.
 6                    (Jury excused.)
 7                    THE COURT:  Doctor, as you remain a sworn
 8        witness, I'm going to ask you, please do not discuss this
 9        case or your testimony with anyone during the lunch break.
10        Thank you, Doctor.  Anything else from the People before
11        we break?
12                    MR. GLASS:  No, Your Honor.
13                    THE COURT:  Anything else from the defense?
14                    MS. EFFMAN:  No, Your Honor.
15                    THE COURT:  See you back here at 1:30.
16                    (A luncheon recess was taken.)
17                    THE COURT:  Ready to bring the jury out?
18                    MR. GLASS:  Yes, Your Honor.
19                    THE COURT:  Ms. Effman?
20                    MS. EFFMAN:  Yes.
21                    THE COURT:  Doctor, if I could ask you to take
22        the stand again, please.
23                    COURT OFFICER:  Jury is entering.
24                    (Whereupon, the jury entered the courtroom.)
25                    THE COURT:  Please be seated.  The witness
```

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Cross)*                                      1529

1          remains sworn.   Ms. Effman, whenever you are ready.

2     **CROSS-EXAMINATION**

3     **BY MS. EFFMAN:**

4          Q.    Good afternoon, Doctor.

5          A.    Good afternoon.

6          Q.    In terms of the documents or papers you prepared in

7     regards to this case, did you turn over all of those documents

8     to the District Attorney's Office?

9          A.    Yes.

10         Q.    And those documents would consist of your autopsy

11    report, along with any notes you made during the course of the

12    autopsy?

13         A.    Yes.

14         Q.    And then there's the death certificate you prepared.

15    Any other paperwork you have concerning this matter?

16         A.    Well, I have a -- sort of a timeline put together.

17    That's on my own.

18         Q.    Can I see that, please, Doctor?

19         A.    Absolutely.

20         Q.    And when did you prepare this timeline you just

21    handed to me, Doctor?

22         A.    Last night.

23         Q.    Did you prepare that in consultation with the

24    District Attorney's Office?

25         A.    No.

*(Sikirica - People - Cross)*                                    1530

1        Q.   Let's start off, Doctor -- let's talk a little bit

2   about your background.  Besides being a medical examiner in

3   Rensselaer County, you are a medical examiner in a number of

4   other counties; correct?

5        A.   No.  I'm a coroner's physician in other counties.

6        Q.   In how many counties are you a coroner's physician?

7        A.   I can name 15.

8        Q.   And based on your work as a medical examiner, not

9   every autopsy that you do is a homicide; correct?

10       A.   Correct.

11       Q.   There are a variety of other outcomes that result

12   from autopsies; correct?

13       A.   Yes.

14       Q.   In fact, a number of autopsies have non-homicide

15   features; correct?

16       A.   Yes.

17       Q.   You work closely with the District Attorneys in the

18   counties that you work in; correct?

19       A.   Yes.

20       Q.   And, in fact, a number of those counties, you know

21   the District Attorneys personally; correct?

22       A.   Correct.

23       Q.   You know the District Attorney in Rensselaer County;

24   correct?

25       A.   Yes.

1    Q.    Albany County?

2    A.    No.  I don't really know --

3    Q.    Mr. Soares?  Do you know Mr. Soares?

4    A.    No.  I don't go up there.

5    Q.    Columbia County?

6    A.    Yes.

7    Q.    Greene County?

8    A.    Yes.

9    Q.    Saratoga County?

10   A.    Yes.

11   Q.    And you know some of the assistants in those

12   counties, as well; correct?

13   A.    Correct.

14   Q.    And Doctor, since you have been a medical examiner in

15   2001, you have never testified for the defense; correct?

16   A.    No, I have.

17   Q.    How many times have you testified for the defense?

18   A.    Twice.

19   Q.    What year was that, Doctor?

20   A.    Last year and 2001.

21   Q.    The sole bulk of your work involves testifying for

22   the prosecution; correct?

23   A.    The sole bulk of my work involves doing autopsies.

24   Q.    And if those involve criminal cases, that involves

25   testifying for the prosecution; correct?

*(Sikirica - People - Cross)*                                    1532

1    A.   Correct.

2    Q.   And Doctor, a number of the cases you have been

3    involved with have gone to trial; correct?

4    A.   Yes.

5    Q.   You had to come into court like you are today and

6    testify about your opinions as to your autopsy examination;

7    correct?

8    A.   Yes.

9    Q.   And some of those cases you have testified in, there

10   have been pathologists that have come in and given opinions

11   that are contrary to yours; correct?

12   A.   Sure.

13   Q.   And would you agree, reasonable people can differ as

14   to certain autopsies?

15   A.   Yes.

16   Q.   And do you believe that you have the last and final

17   word, Doctor?

18   A.   No.

19   Q.   In fact, people can have differing opinions as to

20   cause of death; correct?

21   A.   Sure.

22   Q.   And that happens regularly in your field; correct?

23   A.   I'm not sure about regularly, but it does happen,

24   yes, sure.

25   Q.   From time to time, persons, such as yourself, that

(Sikirica - People - Cross)                    153⁞

1   are pathologists disagree with another pathologist; correct?

2       A.   Sure.

3       Q.   And Doctor, in terms of your opinion, do you believe

4   it's important to arrive at an opinion fairly and accurately?

5       A.   Yes.

6       Q.   And do you believe a person should jump to an

7   opinion?

8       A.   No.

9       Q.   And do you believe that it's important to have as

10  much facts as possible before rendering an opinion?

11      A.   To a limited degree, yes.

12      Q.   And as part of your autopsy report you prepared in

13  this case, you weren't provided with all the records concerninc

14  the ▓▓▓▓▓ baby before you wrote your report; correct?

15      A.   I had additional records before I finished the repor1

16  from the PICU at Albany Med.  I had the medical records from

17  Samaritan and the medical records from his death at Albany Med,

18  but I didn't have any additional record.

19      Q.   And can we agree, obviously, certainly, since the

20  child we are talking about is four and a half to five months

21  old, it would be important to have a clear picture of his

22  health from birth until the time you saw him; correct?

23      A.   It could be, yes.

24      Q.   And for a child such as this child, who was four

25  months old, but only two months gestation, because he was born

*(Sikirica - People - Cross)*                              1534

1   early, it would be important to review the birth records;

2   correct?

3       A.   In my opinion, yes.

4       Q.   And, certainly, that would allow you to get a full

5   picture of this child; correct?

6       A.   If you need a full picture, yes.

7       Q.   Your report does not reflect that you reviewed the

8   records from Samaritan Hospital from September 13, 2008.  Is

9   that correct?

10      A.   I reviewed -- no.  I did not review the 13th records,

11  no.

12      Q.   And are you aware that, on that date, the child went

13  to the hospital and a complaint was made that the child had had

14  a fever along with a rash.  Are you aware of that, Doctor?

15      A.   Yes.

16      Q.   And you were not -- you didn't review those records

17  prior to writing your report; correct?

18      A.   Correct.

19      Q.   Your report does not reflect that you reviewed the

20  obstetrical records of the mother of this child before you

21  wrote your report.  Is that correct?

22      A.   That is correct.

23      Q.   That is because you did not review those before you

24  wrote your report; correct?

25      A.   Correct.

*(Sikirica - People - Cross)*                                    153

1       Q.    Fair to say, Doctor, that based on your -- based on

2       the fact those documents were not reviewed by you, you are not

3       aware of any pregnancy complications this mother might have

4       had?

5       A.    I had the child's records when he was born from

6       Albany Medical Center.  They came at the same time as the

7       records from the time of his death.  So, I did get to review

8       those records.

9       Q.    But you didn't review the obstetrical records of the

10      mother.  Is that correct?

11      A.    That is correct.

12      Q.    Would you agree, Doctor, that during vaginal birth,

13      babies can experience intracranial bleeding?

14      A.    They can, yes.

15      Q.    And Doctor, would you agree that pregnancy

16      complications can increase the risk of intracranial bleeding

17      during the childbirth process, especially a vaginal childbirth

18      A.    Yes.

19      Q.    And would you also agree that birth complications ma

20      increase the risk of intracranial bleeding during the birth

21      process, especially a vaginal birth process; correct?

22      A.    Yes.

23      Q.    And would you agree, Doctor, that preeclampsia is a

24      pregnancy complication?

25      A.    Yes.

(Sikirica - People - Cross)                          1536

1      Q.   Can you tell the jury, what is preeclampsia?

2      A.   Preeclampsia is just hypertension accompanying the

3  pregnancy that creates a risk to the mother and infant.

4      Q.   And that can lead to premature birth; correct?

5      A.   Correct.

6      Q.   Would you agree, Doctor, that premature rupture of

7  membranes would be a birth complication?

8      A.   Yes.

9      Q.   Would you agree that twin pregnancy is a pregnancy

10 complication?

11     A.   Yes.

12     Q.   Would you agree that prolonged labor is a pregnancy

13 complication?

14     A.   Yes.

15     Q.   In terms of birth complications, Doctor, would you

16 agree that breach birth or breach presentation could be a birth

17 complication?

18     A.   Yes.

19     Q.   And would you agree, Doctor, that use of forceps

20 during delivery could be a birth complication?

21     A.   Yes.

22     Q.   And would you agree that pulmonary stenosis could be

23 a birth complication?

24     A.   It could be a congenital complication, yes.

25     Q.   And would you agree that morbid obesity could be a

*(Sikirica - People - Cross)*                                      153

1    pregnancy and childbirth process complication?

2         A.   Yes.

3         Q.   And all these things can increase the risk of

4    intracranial bleeding during the childbirth process, especially

5    a vaginal childbirth; correct, Doctor?

6         A.   Yes.

7         Q.   The baby you saw was born two months premature;

8    correct?

9         A.   Correct.

10        Q.   And that was around 33 weeks?

11        A.   Yes.

12        Q.   That would put him at nearly two months premature;

13   correct, Doctor?

14        A.   Correct.

15        Q.   And babies who are born prematurely have a lower

16   immunity than a child that's gone to full term; correct?

17        A.   Correct.

18        Q.   And that's because the baby has two less months to

19   get the full antibodies from the mother; correct?

20        A.   Yes.

21        Q.   Are you aware that this child only had his first

22   dosage of a pneumococcal vaccine?

23        A.   Yes.

24        Q.   And would you agree, Doctor, that's a series of shot

25   that happens over the course of the first year or so of the

*(Sikirica - People - Cross)*                                    1538

1    child's life; correct?

2         A.   Correct.

3         Q.   And because of his age at the time of his death, he

4    wouldn't have been eligible to get a second shot prior to that

5    point in time; correct?

6         A.   Yes.

7         Q.   And that one dose of that vaccine does not protect

8    this child sufficiently from getting a pneumococcal infection;

9    correct?

10        A.   I'm not sure about that vaccine.

11        Q.   And it's true, you are not a specialist in infectious

12   diseases; correct?

13        A.   Correct.

14        Q.   You talked about a number of the organs being donated

15   prior to the time that you saw this child.  So, certain organs

16   were not available for your examination; correct?

17        A.   Yes.

18        Q.   The liver and gallbladder were not available for your

19   examination; correct?

20        A.   Correct.

21        Q.   And the kidneys and spleen were not available for

22   your examination; correct?

23        A.   Correct.

24        Q.   And since they were not available for your

25   examination, you don't know the condition of those organs;

*(Sikirica - People - Cross)*                                        153

1    correct?

2         A.    Well, it was my understanding that they were

3    transplanted into two individuals and they survived the

4    transplant.

5         Q.    In terms of the adrenals, they wouldn't have been

6    transplanted?

7         A.    No.

8         Q.    Since you didn't examine those, you don't know the

9    condition of the adrenals; fair to say, Doctor?

10        A.    Correct.

11        Q.    Let's talk about your report briefly, Doctor.  Your

12   autopsy was done two days after the child had died; correct?

13        A.    Yes.

14        Q.    And you were aware that, prior to the death, the

15   child had been on a ventilator for a couple of days before his

16   death; correct?

17        A.    Yes.

18        Q.    And you didn't file your report immediately after

19   your autopsy; correct?

20        A.    No.

21        Q.    You didn't complete your report.  And you didn't fil

22   that in October of '08, either; correct?

23        A.    No.

24        Q.    And that report, in fact, wasn't completed until the

25   end of April, 2009; correct?

*(Sikirica - People - Cross)*                               1540

1       A.   Yes.

2       Q.   That's some seven months after the actual --

3  actually, seven months after the actual autopsy; correct?

4       A.   Correct.

5       Q.   It's your testimony, Doctor, it took you seven months

6  to complete an autopsy report in this case?

7       A.   Well, in this case, it did.  I had brain cutting to

8  do.  I had to wait for toxicologies to come back, and I had a

9  very busy schedule.

10      Q.   Let's talk about the Samaritan Hospital records.  You

11 reviewed those records as part of your report writing that you

12 wrote in this case; correct, Doctor?

13      A.   Yes.

14      Q.   And you agree that those records are important as a

15 basis of information to you as a pathologist in knowing the

16 condition of the child when he first got to Samaritan Hospital;

17 correct?

18      A.   Yes.

19      Q.   And those records include blood counts of the child;

20 correct?

21      A.   Yes.

22      Q.   Let's talk about the blood counts.  You'd agree,

23 Doctor, when the child got to Samaritan Hospital, he had a

24 dangerously low white blood cell count; correct?

25      A.   Correct.

1        Q.    And tell the jury, Doctor, why white blood cells are

2   important?

3        A.    They are important to fight off infections.

4        Q.    And the white blood cell count for this child was a

5   thousand; correct?

6        A.    Correct.

7        Q.    That's well below what you would expect to see in a

8   healthy child; correct?

9        A.    Five to 10,000 normally.

10        Q.    And when a white blood cell count gets low, Doctor,

11   fair to say that, low like this child's low ~ white blood cell

12   count was dangerously low ~ it makes it difficult to fight an

13   infection off; correct?

14        A.    It can become lower because of infection, as well,

15   yes.

16        Q.    And the low level would cause -- can cause it to be

17   difficult to fight off an infection; correct?

18        A.    Correct.

19        Q.    And you are aware, Doctor, that once the child got t

20   Albany Medical Center, his white blood cell count didn't get

21   any better upon arrival; correct?

22        A.    Yes.

23        Q.    And you are aware of the fact that his white blood

24   cell count dropped to 500; correct?

25        A.    Yes.

*(Sikirica - People - Cross)*                    1542

1      Q.   And that's a life-threatening level; correct?

2      A.   It could be in certain circumstances, yes.

3      Q.   Let's talk about his platelets.  When he got to --

4   despite having a low white blood cell count at Samaritan

5   Hospital, he had a low platelet count, too.  Would you agree,

6   Doctor?

7      A.   Yes.

8      Q.   And, in fact, once he left Samaritan Hospital and

9   went to Albany Medical Center, his platelet count dropped

10  lower.  You are aware of that, Doctor?

11     A.   Yes.

12     Q.   In fact, it dropped to 29,000 at eight o'clock Sunday

13  night.  Is that correct?

14     A.   Approximately, yes.

15     Q.   And that's dangerously low; isn't it?

16     A.   Yes.

17     Q.   What happens when the platelet count gets low,

18  Doctor?

19     A.   You can have spontaneous bleeding in organs.

20     Q.   In fact, you can have bleeding in lots of places in

21  the body if that happens; correct?

22     A.   Correct.

23     Q.   Anywhere in the body; correct?

24     A.   Yes, anywhere.

25     Q.   Let's talk about the baby's temperature.  You are

Judy A. DelCogliano
*Official Senior Court Reporter*

1    aware that, upon arrival to Samaritan Hospital, his temperature

2    was below normal; correct?

3         A.    Correct.

4         Q.    And during the hour and a half he was there, despite

5    being given warm blankets and a maternity warmer, his

6    temperature continued to drop; right, Doctor?

7         A.    Correct.

8         Q.    And in fact, as mentioned by Mr. Glass, his

9    temperature was hypothermic; correct?

10        A.    Yes.

11        Q.    And that means that this baby was having problems

12   maintaining his body temperature; correct?

13        A.    Yes.

14        Q.    And when the child went from Samaritan Hospital to

15   Albany Med, his temperature didn't get any better upon arrival;

16   correct?

17        A.    Correct.

18        Q.    He remained hypothermic; correct, Doctor?

19        A.    Yes.

20        Q.    Let's talk about his blood pressure.  Samaritan

21   Hospital noted that he was in respiratory distress.  Are you

22   aware of that, Doctor?

23        A.    Yes.

24        Q.    And that means he has a hard time maintaining his

25   respiratory system; correct?

(Sikirica - People - Cross)                    1544

1    A.   Yes.

2    Q.   In fact, he was on a bag mask and a respirator while

3    at Samaritan Hospital; correct?

4    A.   Yes.

5    Q.   And are you aware that his blood pressure dropped

6    significantly while at Samaritan Hospital?

7    A.   Yes.

8    Q.   In fact, it dropped into the 50's and 40's; correct?

9    A.   Yes.

10   Q.   And that can be life threatening; correct, Doctor?

11   A.   Yes.

12   Q.   And, in fact, are you aware that dopamine was given

13   to this child to help get his blood pressure up; correct?

14   A.   Correct.

15   Q.   And are you aware, despite being given dopamine, the

16   child remained unable to breathe on his own and had to use a

17   ventilator; correct?

18   A.   Yes.

19   Q.   And in fact, Doctor, would you agree that, if

20   Samaritan Hospital hadn't given this child dopamine, it's

21   possible he could have died at Samaritan Hospital?

22   A.   Yes.

23   Q.   In terms of his treatment, are you aware, Doctor,

24   that Samaritan Hospital was treating this child for sepsis?

25   A.   I'm aware that was one of the diagnoses.  The other

(Sikirica - People - Cross)                    1545

1    diagnoses were head trauma.

2        Q.   Are you aware that the medication they gave him was

3    Ceftriaxone?  Are you familiar with that, Doctor?

4        A.   Yes.   That's a common antibiotic used for wide

5    coverage.

6        Q.   And that medication is also used to treat meningitis;

7    isn't it?

8        A.   Uh-huh.

9        Q.   You are aware, Doctor, that not only did Samaritan

10   Hospital treat this child for sepsis, but Albany Medical Center

11   treated this child for sepsis, as well?

12       A.   Yes.

13       Q.   And, in fact, continued on Ceftriaxone when he got to

14   Albany Medical Center; correct?

15       A.   Yes.

16       Q.   And that's something that is given to treat a

17   bacterial infection; correct?

18       A.   It's given to treat all sorts of bacterial

19   infections, correct.

20       Q.   And obviously, Doctor, you are familiar with a blood

21   culture that was drawn from this child upon his arrival at

22   Samaritan Hospital; correct?

23       A.   Yes.

24       Q.   And that was taken shortly after his arrival; it was

25   taken before 10:00 a.m. on Sunday, the 21st; correct?

*(Sikirica - People - Cross)*                                    1546

1      A.   Correct.

2      Q.   And those results wouldn't have been immediately

3  available to the emergency room doctor, because those take a

4  day or two to come back; correct?

5      A.   Yes.

6      Q.   And based on your review of the Albany Medical Center

7  file, those results were not available to the doctors at Albany

8  Med before they completed their evaluation of this case.  Is

9  that correct?

10     A.   Yes.  I had to request the results from Samaritan

11 myself.

12     Q.   And the blood culture, the purpose of that is to test

13 for the presence of bacteria; correct, Doctor?

14     A.   Yes.

15     Q.   And in fact, this test came back positive for

16 presence of bacteria, streptococcus pneumoniae; correct?

17     A.   Yes.

18     Q.   Can you tell the jury, what is streptococcus

19 pneumoniae?

20     A.   It's a gram-positive bacteria common in the cavity of

21 the upper respiratory tract, number one cause of pneumonia.

22     Q.   And that means, based on the blood culture result,

23 that this child, upon arrival to Samaritan Hospital, had a

24 bacterial infection?

25     A.   Correct.

1          Q.   And that bacterial infection was present in his body

2     when he arrived at Samaritan Hospital; correct?

3          A.   Yes.

4          Q.   And streptococcus pneumoniae, if not treated quickly,

5     can lead to other illnesses and complications; correct?

6          A.   True.

7          Q.   In fact, it could be life threatening for a child who

8     is, although four months old, born two months premature;

9     correct?

10         A.   Yes.

11         Q.   And streptococcus pneumoniae can cause pneumonia;

12    correct, Doctor?

13         A.   Yes.

14         Q.   It can also cause bacteremia, bacteria in the blood;

15    correct?

16         A.   Typically, it occurs in the lungs first.  It has to

17    get into the organs somehow.  It begins in the lungs.

18         Q.   And that can cause bacteria in the blood; correct?

19         A.   Correct.

20         Q.   What happens if there's bacteria in the blood,

21    Doctor?

22         A.   Well, there is a condition called bacteremia, where

23    you just have bacteria in the blood, or you can have a more

24    severe condition called sepsis.

25         Q.   You can also end up with infection in the membranes

1   around the brain and the spinal cord called meningitis;

2   correct?

3       A.    You can have meningitis secondary to blood-borne

4   bacteria, sure.

5       Q.    And meningitis, if someone has meningitis, that can

6   cause increased intracranial pressure; correct?

7       A.    Correct.

8       Q.    And increased intracranial pressure can cause retinal

9   hemorrhages; correct?

10      A.    It's one of the causes, yes.

11      Q.    And, in fact, retinal hemorrhages, there are a number

12  of causes of that that have nothing to do with trauma; correct,

13  Doctor?

14      A.    Primary cause is trauma.   There are other conditions

15  that cause it, but the primary cause is still trauma.

16      Q.    And those other conditions not having anything to do

17  with trauma include meningitis; correct?

18      A.    Well, I'm sure anything that would -- meningitis

19  would be a very rare cause of retinal hemorrhage.   Anything

20  that would increase the intracranial pressure could cause it,

21  such as trauma.

22      Q.    And increased intracranial pressure can be, you would

23  agree, Doctor, the result of meningitis; correct?

24      A.    Yes.

25      Q.    In fact, any condition that causes increased

*(Sikirica - People - Cross)*                    1549

1    intracranial pressure can cause retinal hemorrhages; correct?

2        A.   Yes.

3        Q.   And if an infant has meningitis, there could be

4    bulging of the fontanelle; correct?

5        A.   Yes.

6        Q.   And that's the baby's soft spot on the top of his

7    head; correct?

8        A.   Yes.

9        Q.   And Doctor, would you agree that the records from

10   Albany Medical Center indicate the baby had bulging of the

11   fontanelle upon arrival at the hospital?  Wasn't that true?

12       A.   Yes.

13       Q.   And a doctor can test for meningitis by doing a

14   lumbar puncture; correct?

15       A.   Yes.

16       Q.   Could you tell the jury, what is a lumbar puncture?

17       A.   It's the insertion of a small needle into the lower

18   back, into the cerebral spine between the vertebrae, usually at

19   about the L-4 level, to withdraw samples for testing.

20       Q.   And what kind of sample is drawn out for testing,

21   Doctor?

22       A.   Cerebrospinal fluid.

23       Q.   In this case concerning ████████ █████, Albany

24   Medical Center did not do a lumbar puncture to test the

25   cerebrospinal fluid; correct?

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Cross)*                    1550

1        A.    Correct.

2        Q.    Are you aware that Dr. Kardos from Samaritan Hospital

3    did a differential diagnosis at Samaritan Hospital concerning

4    this child?

5        A.    Sure.

6        Q.    And, obviously, the first thing she put on her list,

7    Doctor, was septic shock?

8        A.    Yes, and the second was trauma.

9        Q.    Can you tell the jury, what is septic shock?

10       A.    Septic shock is basically collapse of your

11   circulatory and respiratory systems due to an overwhelming

12   infection in your bloodstream.

13       Q.    And when that happens, blood pressure drops

14   significantly; correct?

15       A.    It can.

16       Q.    You have a low blood pressure?

17       A.    Yes.

18       Q.    Just like this child did; correct, Doctor?

19       A.    Yes.

20       Q.    And septic shock causes the body's systems, as you

21   just explained, to shut down; correct?

22       A.    Yes.

23       Q.    Now, sepsis can cause coagulopathy; correct, Doctor?

24       A.    Yes.

25       Q.    And that's where the body has problems clotting;

1     correct?

2          A.   Correct.

3          Q.   And that means the body's ability to clot doesn't

4     work right; correct?

5          A.   Yes.

6          Q.   And because of that, bleeding can occur in the body;

7     correct?

8          A.   Yes.

9          Q.   And you can have bleeding in multiple places in the

10    body as a result of coagulopathy; correct?

11         A.   Yes.

12         Q.   In fact, you can have bleeding anywhere in the body

13    because of coagulopathy; correct?

14         A.   Um, yes.

15         Q.   And that bleeding could be widespread throughout the

16    body; correct?

17         A.   Correct.

18         Q.   And this bleeding could be on the brain; correct?

19         A.   It's possible, yes.

20         Q.   It could include the retina; correct?

21         A.   I'm not sure about that.

22         Q.   And in this case, you found bleeding in several part

23    of ████ Thomas' body when you did your examination; correct

24         A.   Yes.

25         Q.   You found blood in the myocardium, or the heart;

Judy A. DelCogliano
**Official Senior Court Reporter**

*(Sikirica - People - Cross)*                                    1552

1    correct?

2         A.    Yes.

3         Q.    And you found blood in the testes; correct?

4         A.    Yes.

5         Q.    And you found blood in the pleural cavity of the

6    body; correct?

7         A.    That was a gross finding.  I wouldn't put much value

8    in that, because that was following the surgical harvesting.

9         Q.    You also found blood in the peritoneal cavity?

10         A.    Same thing.  You open that up, so you can't put much

11    stock in that.  I would expect to find a little.

12         Q.    Your records reflect there was blood found in the

13    abdominal cavity, as well, Doctor?

14         A.    That is the peritoneal cavity.  It's the same thing.

15         Q.    The blood you found in the testes, that's consistent

16    with coagulopathy; isn't it, Doctor?

17         A.    Yes.

18         Q.    And the blood you found in the heart, that is also

19    consistent with coagulopathy; correct?

20         A.    It could be consistent with coagulopathy, or it could

21    be just, basically, a small heart attack, because, basically,

22    the tissues are all starved for oxygen because he's got

23    pneumonia and he's got other problems.

24         Q.    Coagulopathy can be a factor in the cause of the

25    hemorrhage that you talked about being in the heart; correct?

1        A.    Yes.

2        Q.    And in fact, the child that you saw had been

3    maintained for several -- a couple of days on a ventilator;

4    correct?

5        A.    Yes.

6        Q.    And if the child is being maintained on the

7    ventilator and has coagulopathy problems, those problems of

8    coagulopathy would continue until the child is deceased;

9    correct?

10       A.    Yes, but I may also find hemorrhages without a

11   coagulopathy.  I can find hemorrhages just as severe in

12   hypoxia, which is lack of oxygen to those organs, would cause

13   the same kind of hemorrhage.

14       Q.    And isn't it true, Doctor, based on the fact --

15   strike that.  During the process by which the child's kept on a

16   ventilator for a few days, the coagulopathy that's occurring in

17   the body would continue while this child is kept alive;

18   correct?

19       A.    Well, the people at Albany Med were trying to address

20   that issue.  They were giving him platelets.  They were giving

21   him packed blood cells.  They were giving him plasma to try to

22   correct some of his bleeding.

23       Q.    Fair to say that during the time period upon which he

24   arrived and the time by which he was pronounced dead, the

25   coagulopathy problem continued until death; correct?

*(Sikirica - People - Cross)*                                      1554

1  A.  Yes.

2  Q.  Are you aware that the records from Samaritan

3  Hospital reflect that the child was exhibiting symptoms of

4  acute respiratory distress?  Is that correct, Doctor?

5  A.  Yes.

6  Q.  And those symptoms were also described as being

7  observed by doctors at Albany Medical Center; correct?

8  A.  Yes, Dr. Edge.  That's correct.

9  Q.  And acute respiratory distress syndrome can be caused

10  by sepsis or septic shock; correct?

11  A.  It's basically a catchall term.  It can be caused by

12  so many things, from pneumonia to sepsis to too much oxygen

13  going to the baby, to all sorts of things.

14  Q.  Certainly, Doctor, there are a host of nontraumatic

15  reasons that cause acute respiratory distress syndrome;

16  correct?

17  A.  Sure.

18  Q.  You are aware, Doctor, from the records from

19  Samaritan Hospital that this child had a very low blood sugar

20  upon his arrival to Samaritan Hospital?

21  A.  Yes.

22  Q.  In fact, it was a reading of 25 based on a

23  fingerprick blood test.  Are you aware of that, Doctor?

24  A.  Yes.

25  Q.  And that would be considered hypoglycemic; correct?

Judy A. DelCogliano
*Official Senior Court Reporter*

A000001425

(Sikirica - People - Cross)                    155

1          A.   Yes.

2          Q.   Can you tell the jury, what is hypoglycemia or

3    hypoglycemic?

4          A.   It's a decreased amount of glucose in the blood that

5    can lead to complications and problems.

6          Q.   And what type of complications can hypoglycemia lead

7    to?

8          A.   Well, it can lead to a comatose condition, possibly

9    seizure.

10         Q.   And you are aware, Doctor, from the records of

11   Samaritan Hospital, that the baby was found to be tachycardic

12   at Samaritan Hospital?

13         A.   Yes.

14         Q.   And that a common sign or symptom of sepsis can be

15   tachycardia; correct?

16         A.   It's a common sign of many things.

17         Q.   And many things that have nothing to do with trauma;

18   correct?

19         A.   Yes.

20         Q.   The records from Albany Med reflect this child was

21   suffering from pancytopenia while at Albany Medical Center.

22   Are you aware of that, Doctor?

23         A.   Yes.

24         Q.   And sepsis is also known to cause that condition;

25   correct?

Judy A. DelCogliano
Official Senior Court Reporter

A000001426

*(Sikirica - People - Cross)* 1556

1    A.  Yes.

2    Q.  And, in fact, from your prior testimony, you are

3 aware this child was diagnosed at Albany Med and Samaritan

4 Hospital as suffering from leukopenia; correct?

5    A.  Yes.

6    Q.  And that can be caused by sepsis; correct?

7    A.  Correct.

8    Q.  And the low body temperature we talked about earlier

9 of this child, hypothermia, that can also be caused by sepsis;

10 correct, Doctor?

11    A.  Correct.

12    Q.  Along with the low blood pressure, hypotension, that

13 can also be caused by sepsis; correct?

14    A.  Yes.

15    Q.  It's true, Doctor, that this baby exhibited many

16 conditions consistent with sepsis; correct?

17    A.  Absolutely.

18    Q.  Let's talk about your examination of the ▮▮▮ baby.

19 You did an examination of his neck; correct?

20    A.  Correct.

21    Q.  And that included an external and internal

22 examination; right?

23    A.  Yes.

24    Q.  And externally, there were no bruises, no contusions,

25 no marks; correct?

(Sikixica - People - Cross)                                    155

1    A.   Correct.

2    Q.   And during your internal examination, you found no

3 soft tissue injury; correct?

4    A.   Not around the neck, no.

5    Q.   No muscle injury around the neck; correct?

6    A.   Correct.

7    Q.   No cervical fractures; correct?

8    A.   Correct.

9    Q.   And no cervical or neck injury found; correct?

10   A.   Correct.

11   Q.   And no injury to any of the disks that support the

12 head; correct?

13   A.   Not that I could see grossly, no.

14   Q.   And in fact, you had no indication from any records

15 from Samaritan Hospital or Albany Medical Center that there was

16 any inflammation reported of the neck or cervical tissues;

17 correct?

18   A.   Correct.

19   Q.   And you reviewed the whole skeletal system; correct?

20   A.   Yes.

21   Q.   And based on your review, you found no evidence of

22 any new or old fractures anywhere in this child's body;

23 correct?

24   A.   Correct.

25   Q.   Certainly, Doctor, are you aware that, initially,

Judy A. DelCogliano
Official Senior Court Reporter

A000001428

*(Sikirica - People - Cross)* 1558

1    Albany Medical Center reported a skull fracture, and later on,

2    it was determined not to be accurate.  Would you agree with

3    that, Doctor?

4        A.   Yes.

5        Q.   There is no evidence of skull fracture in this baby;

6    correct?

7        A.   Yes.

8        Q.   Can you tell the jury what it means to strip the

9    dura?

10       A.   Well, to strip the dura is to peel off the lining

11   inside the skull.  There's a fibrous band of tissue on the

12   inner surface of the skull called the dura, and it's pretty

13   adherent, so you have to strip it off with a pair of surgical

14   pliers.

15       Q.   And in this case with the ▮▮▮▮▮ baby, you, in fact,

16   stripped the dura; correct?

17       A.   Yes.

18       Q.   And when you stripped the dura, you found no evidence

19   of any fractures; correct?

20       A.   Correct.

21       Q.   And you did a thorough external examination of the

22   entire body of this child; correct?

23       A.   Yes.

24       Q.   And based on your thorough examination, there was no

25   evidence of any bruises anywhere on the external of his body;

1    correct?

2         A.   Correct.

3         Q.   No contusions; correct?

4         A.   Yes.

5         Q.   No gashes anywhere externally on his body; correct?

6         A.   Correct.

7         Q.   And no cuts anywhere externally on his body before

8    you began your procedures; correct?

9         A.   Correct.

10        Q.   Let's talk about the microscopic sections that you

11   prepared as part of your review of this case.  You prepared a

12   number of slides in regards to this case; correct?

13        A.   Yes.

14        Q.   And that's done in order to preserve tissues and to

15   be able to view them at a later date; correct?

16        A.   Well, it's done to help the diagnoses.

17        Q.   And from those specimens, it's possible to duplicate

18   those slides onto copies of those slides; correct?

19        A.   Yes.

20        Q.   And those duplicates would tell you the same thing as

21   those original slides; correct?

22        A.   Correct.

23        Q.   In terms of the Slide B10, the section of the dura,

24   Doctor, your report reflects that that showed evidence of a

25   more chronic subdural hemorrhage; correct?

*(Sikirica - People - Cross)*                     1560

1      A.   Yes.

2      Q.   And chronic means not recent; right, Doctor?

3      A.   Correct.

4      Q.   And that could be weeks old; right?

5      A.   Yes.

6      Q.   Could be months old; correct?

7      A.   I would say less than two months old.

8      Q.   And once there's a chronic subdural, the chronic

9   subdural can rebleed; correct?

10      A.   Yes.

11      Q.   And it can rebleed without any trauma; correct?

12      A.   It can rebleed with no apparent trauma.  That's

13   correct.

14      Q.   And the microscopic sections would show whether or

15   not -- would show several layers of a chronic subdural;

16   correct?

17      A.   Yes.

18      Q.   And those layers could be useful in determining the

19   age of the chronic subdural; correct?

20      A.   Correct.

21      Q.   It could be useful in determining how old any of the

22   rebleeds are; correct?

23      A.   It may, yes.

24      Q.   And when a chronic subdural rebleeds, there can be --

25   there's a process of repair that goes through the tissue;

(Sikirica - People - Cross)                                 15(

1    correct?

2         A.    Yes.

3         Q.    And that would be evidenced in the microscopic

4    sections; correct?

5         A.    It can be, yes.

6         Q.    In talking about the subarachnoid hemorrhage you

7    talked about earlier today, your report notes that pursuant to

8    the sections of the right parietal cortex, that it was

9    resolving; correct?

10        A.    Yes.

11        Q.    And that means it's not new or recent; correct?

12        A.    Correct.

13        Q.    At the same area of the brain where you found a larg·

14   number of macrophages; right?

15        A.    Yes.

16        Q.    And basically, based on the appearance of resolving,

17   it could be weeks old; correct, Doctor?

18        A.    Yes.

19        Q.    In fact, it could be months old; correct?

20        A.    Possibly, yes.

21        Q.    And in terms of the subgaleal hemorrhage you talked

22   about, which you testified concerning -- which is related to

23   the photograph you talked about, fair to say, Doctor, true to

24   say, you can't age the subgaleal hemorrhage; correct?

25        A.    Not very definitely, no.

Judy A. DelCogliano
Official Senior Court Reporter

*(Sikirica - People - Cross)*                    1562

1      Q.   And based on that, you can't tell the jury how old it

2   is; correct?

3      A.   I can say it's more than a couple of days old.

4      Q.   A couple of weeks old is possible; correct?

5      A.   It could be, yes.

6      Q.   Bottom line is, Doctor, you are unable to age that

7   subgaleal hemorrhage; correct?

8      A.   I wouldn't say I can't age it at all.  I can say it's

9   not fresh.  I can say it's older.

10      Q.   And that means it's not recent?

11      A.   It's not as recent as a couple of days.

12      Q.   In fact, it could be a few weeks old; correct,

13   Doctor?  Is that possible?

14      A.   Yes, yes.

15      Q.   And if a subgaleal hemorrhage was caused by high

16   impact, you would expect to see a skull fracture; wouldn't you,

17   Doctor?

18      A.   Not necessarily.

19      Q.   You would expect to see an area of swelling

20   externally on the head?

21      A.   Depends how fresh it is.

22      Q.   If it's fresh, certainly, you would expect to see

23   that; correct, Doctor?

24      A.   You should.

25      Q.   And if it's fresh, you would expect to see a bump

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Cross)*                                    156

1  externally; correct?

2      A.   Yes.

3      Q.   Fair to say you are unable to determine the degree of

4  this blunt force trauma you talked about concerning the

5  subgaleal hemorrhage?

6      A.   Concerning the subgaleal, yes.

7      Q.   Could it be caused by being hit with a metal truck?

8  Is that possible?

9      A.   Being hit with a metal truck?  I suppose.

10     Q.   It could have been caused by any number of things;

11  correct?

12     A.   Sure.

13     Q.   Are you aware this child -- strike that.  As we

14  discussed earlier, you are aware this child was seen by a

15  doctor at Samaritan Hospital on the 13th of September; correct?

16     A.   Yes.

17     Q.   And you are aware that an examination of this child

18  was done externally on that date; correct?

19     A.   Yes.

20     Q.   And that external examination didn't reveal any

21  bruises, marks, contusions, scratches, all those kinds of

22  things, Doctor.  Are you aware of that?

23     A.   Yes.

24     Q.   And are you aware that the doctor who saw the child

25  that date felt there was no neglect going on in this child's

*(Sikirica - People - Cross)*                1564

1      life.  Are you aware of that, Doctor?

2          A.   Yes.

3          Q.   In fact, doctors, are they mandated reporters?

4          A.   Yes.

5          Q.   So, if a doctor sees a child and suspects abuse, they

6      have a duty to report that to the State for further

7      investigation; correct?

8          A.   Yes.

9          Q.   And are you aware, Doctor, that the doctor who saw

10     this child on the 13th of September, 2008, determined there was

11     no neglect concerning this child and determined it wasn't

12     necessary to notify the State authorities?  Are you aware of

13     that, Doctor?

14         A.   Yes.

15         Q.   Going back to the subgaleal hemorrhage briefly,

16     Doctor, what you described as subgaleal hemorrhage, you also

17     noted it had chronic inflammation; correct?

18         A.   Yes.

19         Q.   That inflammation could have been there for awhile;

20     correct, Doctor?

21         A.   It could have been there several weeks, yes.

22         Q.   Now, the subgaleal hemorrhage that you talked about

23     here today, as depicted in the photograph, that's round in

24     shape; correct?

25         A.   Yes.

*(Sikirica - People - Cross)*                    15

1     Q.   And the shape of a bruise normally corresponds with

2     the shape of the object that caused it; right, Doctor?

3     A.   I would not say that, no.  I would disagree with tha

4     entirely.

5     Q.   Well, Doctor, you are not a pattern recognition

6     expert.  Is that correct?

7     A.   Well, I think I am.  I am a forensic pathologist.  I

8     deal with a lot of pattern injuries.  I see a lot of things,

9     and I wouldn't say you would match a bruise to an object.  You

10    might match an abrasion, which is a fast injury, but bruises

11    are very nonspecific.

12    Q.   Is it your testimony the object doesn't correspond t

13    the shape of the item or the bruise; correct?  Is that your

14    testimony?

15    A.   I'm testifying that it may not necessarily

16    correspond.

17    Q.   But it's possible that the shape of the object would

18    correspond to the shape of the bruise; correct?

19    A.   It's possible, but not necessarily true.

20    Q.   Doctor, you have been involved in cases where someone

21    is hit with a metal pole and the shape of that metal rod, shape

22    of that object corresponds to parts of that, Doctor?

23    A.   Yes.  I have dealt with axes, poles, billy clubs,

24    fishing poles, anything you can practically think of, and I

25    would admit, they are pattern bruises, but you can't take a



(Sikirica - People - Cross)                                    1566

1    bruise, a simple bruise under the skin and extrapolate a cause

2    for that.  You just can't do it.

3         Q.   In terms of the bleeding in the areas of the split

4    sutures you talked about here today, the splitting of the

5    sutures -- which is top of the head; correct, Doctor?

6         A.   Yes.

7         Q.   That was caused by increased intracranial pressure;

8    right?

9         A.   Yes.

10        Q.   And that increased intracranial pressure causes the

11   fontanelle to expand; correct?

12        A.   It causes the fontanelle and sutures to split, yes,

13   and --

14        Q.   And increased intracranial pressure can be caused by

15   any number of things; correct?

16        A.   Yes.

17        Q.   And that includes meningitis; right, Doctor?

18        A.   Yes.

19        Q.   And that could include coagulopathy; correct?

20        A.   Not directly coagulopathy, no.

21        Q.   If you have bleeding on the brain, that would cause

22   increased intracranial pressure; correct?

23        A.   Yes.

24        Q.   Which could lead to that problem; right, Doctor?

25        A.   Correct.

Judy A. DelCogliano
Official Senior Court Reporter

A000001437

*(Sikirica ~ People - Cross)*                    156

1      Q.   And this area of hemorrhage you talked about on the

2   fontanelle, that is not directly caused by a blunt force

3   trauma; correct?

4      A.   Not at all.

5      Q.   That has to do with the splitting of the sutures;

6   correct?

7      A.   Yes.

8      Q.   And isn't it true, Doctor, that this child had some

9   conditions that have nothing to do with head trauma; correct?

10      A.   What conditions would they be?

11      Q.   Well, hypoglycemia, that has nothing to do with head

12   trauma; right, Doctor?

13      A.   Not directly.

14      Q.   As well as pancytopenia, that has nothing to do with

15   head trauma?

16      A.   Not directly.

17      Q.   And this child had several problems in his lungs that

18   have nothing to do with trauma; correct?

19      A.   Not directly.

20      Q.   And, in fact, you found numerous signs that this

21   child was sick; correct?

22      A.   Absolutely.

23      Q.   In his respiratory system, you found a slight

24   greenish-pink coloration to the pleural surface of each lung;

25   correct, Doctor?

*(Sikirica - People - Cross)*                                    1568

1    A.   Yes.

2    Q.   And that's a sign of illness; correct?

3    A.   That's a sign of pneumonia.

4    Q.   When you did the autopsy, you discovered that the

5    child's lungs were collapsed; correct?

6    A.   Well, the lungs were collapsed because of the

7    surgical intervention.  I can't attribute that to any natural

8    process.

9    Q.   Besides evidence of the pink-greenish coloration, you

10   also found a bilateral congestion in the lungs; correct?

11   A.   Yes.

12   Q.   Is that a sign of pneumonia?

13   A.   It can be, yes.

14   Q.   You also found a small amount of mucoid in the

15   airways of the lungs; correct?

16   A.   Yes.  There was some mucoid antibodies, some material

17   in the lung.

18   Q.   And that's a sign of illness, too; correct?

19   A.   Yes.

20   Q.   And, in fact, one of your -- on your autopsy report,

21   you indicated -- one of your conclusions was this child had

22   acute and chronic pneumonia; correct?

23   A.   Yes.

24   Q.   And chronic means not recent.  It means it's been

25   there for awhile; correct?

*(Sikirica ~ People ~ Cross)*                                  15

1        A.    Yes.

2        Q.    And persisted over a period of time; correct?

3        A.    Correct.

4        Q.    And that takes weeks to develop; doesn't it, Doctor'

5        A.    Yes.

6        Q.    So, that pneumonia could have been there for weeks

7    before this child went to the hospital; correct?

8        A.    It could have been smoldering for weeks, yes.

9        Q.    And the lung sections you took in this case also

10   showed the evidence of acute and chronic pneumonia; correct,

11   Doctor?

12       A.    Yes.

13       Q.    And that means he had a pneumonia for a period of

14   time, could be weeks, smoldering before he went to the

15   hospital; correct?

16       A.    Yes.

17       Q.    And in your sections you took, Doctor, in Slide B11

18   of the sinus, you noted there was severe acute congestion in

19   the sinus.  Is that right, Doctor?

20       A.    Yes.

21       Q.    That's another sign this child was sick; correct?

22       A.    Well, it's a sign of ~~ could be a sign of sickness

23   or head trauma, as well.

24       Q.    And you found evidence that this child's heart had

25   some damage; correct?

*(Sikirica - People - Cross)*                                    1570

1      A.    Yes.

2      Q.    And you took a number of microscopic neuropathology

3    sections of different parts of this child's body; correct?

4      A.    Well, the neuropathology sections were all from the

5    brain area.

6      Q.    And in terms of the brain, you found evidence of an

7    infection on the brain; correct?

8      A.    Yes.

9      Q.    And that would be evidenced by the fact that there

10   were large numbers of macrophages on the front cortex, parietal

11   cortex and midbrain; correct?

12     A.    There were macrophages, yes.

13     Q.    In fact, your report notes there were a large number

14   of macrophages; correct?

15     A.    Yes.

16     Q.    What do macrophages do?

17     A.    Macrophages are cells that work in the brain to clean

18   up hemorrhage and infection.

19     Q.    Could be there to clean up a bacterial infection;

20   correct?

21     A.    Or acute hemorrhage.

22     Q.    In fact, your report indicates there's evidence of

23   macrophages all over the brain; correct?

24     A.    Many portions, yes.

25     Q.    And I sense that means, Doctor, there was pus on top

Judy A. DelCogliano
*Official Senior Court Reporter*

A000001441

1    of this child's brain; correct?

2        A.   There was, yes.

3        Q.   And apart from the brain, you found evidence of

4    macrophages in the right eye sections; correct?

5        A.   Yes.

6        Q.   And those were in the areas surrounding the optic

7    nerve; right, Doctor?

8        A.   Yes.

9        Q.   And that essentially means that there was pus around

10   the optic nerve area of the eye; correct?

11       A.   Yes.

12       Q.   And that would be -- could be a sign of infection in

13   the area behind the right eye; correct?

14       A.   Yes.

15       Q.   And in fact, your report notes there were abundant

16   macrophages in the sections of the right eye; correct?

17       A.   Yes.

18       Q.   So, we are talking about evidence of infection in a

19   number of parts of the brain, covering this brain with pus, as

20   well as pus around the right eye area; correct?

21       A.   Yes.

22       Q.   And before writing your report -- your report doesn't

23   reflect you did any gram staining of any of the microscopic

24   sections taken at the autopsy?

25       A.   Correct.

*(Sikirica - People - Cross)*                    1572

1    Q.   You didn't do any of those subsequent to that time;

2  correct, Doctor?

3    A.   Don't have to.

4    Q.   What is gram staining?

5    A.   Gram staining is a way to identify bacteria in the

6  tissues.

7    Q.   And that would allow you to take a closer look at the

8  sections that have been made of the brain and eye area;

9  correct?

10   A.   If it was important to me, and it wasn't at that

11 point, because I knew he had bacteria in his blood.  I expected

12 to find bacteria throughout his body if I did gram staining.  I

13 didn't even bother, because I expected to find --

14   Q.   Fair to say, no surprise that those sections

15 contained an abundant evidence of infection, because you know

16 there's infection there; correct?

17   A.   I know there's infection there.  I never denied there

18 was infection.

19   Q.   Doctor, sepsis is not caused by trauma; correct?

20   A.   Well, it can very well easily be caused by trauma,

21 yes.  I would disagree with that.

22   Q.   Doctor, you are not a specialist in pediatric

23 infectious diseases; correct?

24   A.   I am not, true, yes.

25   Q.   And, in fact, sepsis is caused most commonly by a

1    bacterial infection; correct?

2        A.   Yes.  But why does a bacterial infection start?

3        Q.   And it's clear this child was fighting a bacterial

4    infection; correct?

5        A.   Yes, he was.

6        Q.   After all, he's positive for the presence of bacteria

7    in his bloodstream and --

8        A.   He's positive for bacterial infection in his

9    bloodstream.  There's no doubt about it.

10       Q.   And he had low body temperature, low white blood cell

11   count, low blood pressure, all things consistent with sepsis;

12   correct?

13       A.   Absolutely.

14       Q.   And Doctor, are you aware that Dr. Kardos, who saw

15   this child first at Samaritan Hospital, has testified that

16   sepsis is the likely problem which caused this child's

17   problems.  Are you aware of that, Doctor?

18       A.   It could be one of the problems.  It could be, yes.

19   I would agree it's contributory.

20       Q.   And would you agree -- are you aware that Dr. Edge

21   has also testified in this case that he could not rule out

22   sepsis as contributing to this child's cause of death?

23       A.   I would say it contributed to it, as well.

24       Q.   And based on all these conditions, Doctor, we talked

25   about here today - the coagulopathy, the tachycardia,

(Sikirica - People - Cross)                    1574

1   hypothermia, hypotension, acute respiratory distress,

2   pancytopenia, leukopenia, hypothermia - those are all

3   conditions consistent with sepsis; correct?

4        A.   And other things, as well, possibly.

5        Q.   And Doctor, in preparing your report in this case,

6   you reviewed a ten-page statement of Adrian Thomas prior to

7   writing your report; correct?

8        A.   Yes.

9        Q.   And Doctor, you would agree that you relied on that

10  statement as part of your evaluation in this case; correct?

11       A.   Well, I relied on part of it, yes.

12       Q.   And fair to say, Doctor -- strike that.  Doctor, you

13  would agree that, if you didn't have the statement and hadn't

14  reviewed it prior to making your report, your opinion may have

15  been different; correct?

16       A.   Well, I wouldn't know where the sepsis began.  I

17  wouldn't have an explanation of who did what, but I would have

18  the same conclusion.

19       Q.   And certainly, your conclusions would include that

20  sepsis cannot be ruled out as causing this child's death;

21  correct?

22       A.   Sepsis did not cause this child's death.

23       Q.   And certainly, you can't rule out that sepsis is a

24  contributing cause of this child's death?

25       A.   It would be fair to say that, yes.

*(Sikirica - People - Cross)*                                    15

1        Q.   You stated earlier today that sepsis could be

2    inherently caused by trauma by the baby aspirating and gettin

3    pneumonia; didn't you, Doctor?

4        A.   Yes.

5        Q.   You have no evidence in the records provided to you

6    by Samaritan Hospital that this baby aspirated; do you, Docto:

7        A.   No.

8        Q.   And the statement you made about trauma causing

9    sepsis is pure speculation; isn't it, Doctor?

10       A.   No.  It's a reasonable statement.

11       Q.   And again, Doctor, you are making these conclusions,

12   but you are not a specialist in infectious diseases; correct,

13   Doctor?

14       A.   I'm a specialist in putting pieces together.  Yes, ]

15   am not an infectious disease specialist.  That's true.

16       Q.   And that would be an important part of the puzzle ir

17   assessing the severity of infection and what impact it had on

18   the body; correct?

19       A.   It may be, yes.

20            MS. EFFMAN:  One moment, Your Honor.  If I coul

21       have two or three minutes, Judge?

22            THE COURT:  Take your time.

23       Q.   In terms of your autopsy report that's been receivec

24   in evidence, Exhibit 35 in evidence, your autopsy report

25   doesn't make any mention of sepsis; correct?

*(Sikirica - People - Cross)*                                    1576

1      A.   Correct.

2      Q.   It's true, Doctor, you are only mentioning this now

3 because the defense has raised sepsis; correct?

4      A.   Well, not really.  I didn't think it was a

5 significant finding, not -- to put in the report.  It was an

6 expected finding.

7      Q.   Well, fair to say that, prior to this trial, you have

8 had conversations with the District Attorney's Office and been

9 apprised of the defense claiming sepsis; correct?

10      A.   Absolutely.

11      Q.   And now you are in court testifying today that sepsis

12 could have been inherently caused by trauma by the baby

13 aspirating; correct?

14      A.   Yes.

15      Q.   And you have no evidence in front of you that this

16 baby aspirated; correct?

17      A.   The baby had a pneumonia.  Pneumonia is associated

18 with aspiration.

19      Q.   And there's nothing in the Samaritan Hospital records

20 that indicated this baby was aspirating; correct?

21      A.   I don't know how long they looked.  They only saw him

22 one day on the 13th.  How do they know?

23      Q.   And when you took a look, as part of your

24 examination, took a look at the external portion of the head,

25 you saw no black and blue marks; correct?



1    A.   What does that mean, black and blue?

2    Q.   You saw no bruising externally on the head?

3    A.   That's correct.

4    Q.   And if there had been an external bruise, those kind

5    of things take weeks to resolve; correct?

6    A.   Yes.

7              MS. EFFMAN:  Nothing further.

8              THE COURT:  Thank you.  Any redirect?

9              MR. GLASS:  Yes, Your Honor, hopefully briefly.

10   **REDIRECT EXAMINATION**

11   **BY MR. GLASS:**

12   Q.   Doctor, you were asked initially on cross about all

13   the things you do and the places you go as a forensic

14   pathologist.  Do you recall that testimony?

15   A.   Yes.

16   Q.   I think you testified you are a coroner's physician

17   in 15 other counties?

18   A.   Yes.

19   Q.   You are the medical examiner of Rensselaer County?

20   A.   Yes.

21   Q.   Is that correct?  Are you being paid for your

22   testimony here today, separately from your medical examiner's

23   salary?

24   A.   No.

25   Q.   Paid separately for any of the additional work you

(Sikirica - People - Redirect)                          1578

1    have done on this case?

2        A.   No.

3        Q.   Now, you testified that - I think just on cross -

4    that, occasionally, there can be intracranial bleeding as a

5    result of a vaginal birth?

6        A.   Absolutely.

7        Q.   Could you describe the type of bleeding or hemorrhage

8    that would ordinarily occur as a result of the vaginal birth?

9        A.   These are described as very small hemorrhages,

10   streaks of blood, a few macrophages, no significant subdural

11   hematoma formation, just a small stain, almost as you might

12   expect to find on the inner portions of the dura in these

13   infants.

14       Q.   Did you see any evidence of that in your autopsy?

15       A.   No.

16       Q.   The hemorrhaging, the hematomas that you saw in the

17   brain during the autopsy, were those consistent with

18   hemorrhaging from vaginal birth?

19       A.   No.

20       Q.   Are you familiar with the birth records of the

21   deceased?

22       A.   Yes.

23       Q.   Do you know whether or not any testing was done to

24   determine whether there had been intracranial bleeding as a

25   result of the vaginal birth?

*(Sikirica -- People -- Redirect)*                    1.

1      A.    Yes.

2      Q.    And what was the results of that testing?

3      A.    The results were done -- well, seven to ten days

4    after birth, and I saw no evidence of any bleeding on the

5    skull.

6      Q.    Now, a lot of the testimony and a lot of the

7    questions that you were just asked dealt with the prospect of

8    whether something could indicate sepsis.  Leukopenia, that

9    could indicate sepsis?

10     A.    Yes.

11     Q.    Hypotension?

12     A.    Yes.

13     Q.    Hypoglycemia?

14     A.    Yes.

15     Q.    Let me ask you this, Doctor:  Did those conditions,

16   the sepsis, did that cause this child's birth -- or death?

17     A.    No.

18     Q.    There was some talk about coagulopathy.  I think you

19   testified that that was being addressed at Albany Medical

20   Center?

21     A.    Yes.

22     Q.    And the infection, the sepsis, that was being

23   addressed medically?

24     A.    Yes.

25     Q.    If you know, could anything else have been done?

*(Sikirica - People - Redirect)*                                1580

1          A.   Nothing.

2          Q.   To address the infection?

3          A.   Nothing.

4          Q.   Does your report deny that there was infection

5     present in this child when he died?

6          A.   No.

7          Q.   I think when you were being questioned on

8     cross-examination, one of the -- one of your responses was also

9     a question.  And I think you said, "Why did the bacterial

10    infection start?"  Do you recall that?

11         A.   Yes.

12         Q.   Is that something you are interested in?

13         A.   Yes.

14         Q.   Is there any evidence that you found during the

15    course of your autopsy that answers that question, why did the

16    bacterial infection start?

17         A.   The sepsis started because of pneumonia.  The blood

18    found in the bloodstream, the bacteria, is the same bacteria

19    that is the pneumonia bacteria.  So, we can assume, to a

20    reasonable degree of certainty, that that began in the lungs

21    and spread to the bloodstream.

22         Q.   Do we know how it got in the lungs?

23         A.   The most logical explanation for it getting into the

24    lungs would be repeated head trauma causing this kid to

25    aspirate.

*(Sikirica – People – Redirect)*                                    15

1    Q.   Did you find evidence of that?

2    A.   Yes.

3    Q.   Can you tell us what that evidence is, Doctor?

4    A.   Well, I found pneumonia microscopically and grossly

5    and I found evidence of the acute subdural hematoma and older

6    chronic subdural hematoma, indicating --

7    Q.   What does that indicate?

8    A.   Indicating multiple bouts of head trauma.

9    Q.   Knowing all of the conditions that you were asked

10   about on cross-examination - the leukopenia, tachycardia,

11   hypotension, hypoglycemia, hypothermia - does that change your

12   opinion?

13   A.   No.

14   Q.   As to whether or not the cause of death was something

15   other than what you already reported?

16   A.   They are all caused by the sepsis, which was caused

17   by the pneumonia, which began with the head trauma.

18   Q.   Doctor, based upon what you know about this case and

19   this investigation during your autopsy, did you expect to see

20   any neck trauma?

21   A.   No.

22   Q.   Why not?

23   A.   After talking with the police, it was related in the

24   statement of the Defendant that there was never any shaking to

25   this kid.  This kid was slammed down on a mattress repeatedly.

Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Redirect)* 1582

1          MS. EFFMAN:  Objection, speculation, Judge;
2     hearsay.
3     A.    I --
4          THE COURT:  Hold on.
5          MR. GLASS:  I will withdraw that question.
6          THE COURT:  The objection is sustained, and the
7     Doctor's last answer will be stricken from the record.
8          MS. EFFMAN:  Ask the jury disregard that, as
9     well.
10          THE COURT:  The jury is to disregard it.  It's
11     stricken from the record.  So, you are not to consider it
12     at all in your deliberations.
13     Q.    Doctor, based upon your experience and your
14     participation in the autopsy and the subsequent microscopic
15     examinations, in your opinion, are these baby's injuries
16     consistent with having been slammed down on a mattress at a
17     great force?
18          MS. EFFMAN:  Objection, speculation.
19          THE COURT:  Overruled.
20     A.    Yes.
21     Q.    And are other injuries, in particular, the subgaleal
22     hematoma, is that consistent with being slammed into a wooden
23     rail of a crib?
24     A.    Yes.
25     Q.    Now, many times during your responses to the

*(Sikirica - People - Redirect)*                    15

1    cross-examination, you indicated that something was not

2    directly related to sepsis.  What do you mean by that?

3        A.   You would probably have to give me an example.

4        Q.   For example, leukopenia is a condition that might be

5    found with sepsis.  Is that correct?

6        A.   Yes.

7        Q.   And hypothermia might be found with sepsis?

8        A.   Might be found with sepsis, and it might be found

9    with head trauma.

10       Q.   Coagulopathy might be caused by sepsis?

11       A.   Yes.

12       Q.   Might be caused by something else?

13       A.   Can be caused by trauma.

14       Q.   Would -- one moment, please.  Doctor, the bacterial

15   infection, I think you said that's contagious?

16       A.   Yes.

17       Q.   And I think you also indicated it could have been -

18   think your word was - smoldering for some period of time?

19       A.   Yes.

20       Q.   Would that have necessarily manifested itself in some

21   way for it to be seen during that time it was, quote,

22   smoldering?

23       A.   Not necessarily, no.

24       Q.   Is it possible for that disease or that bacterial

25   infection to have been present without exhibiting any signs or

*(Sikirica - People - Redirect)*                                    1584

1   symptoms?

2       A.   Yes.

3       Q.   Is it, based upon your training and experience, is it

4   possible for some condition to have exacerbated that bacterial

5   infection?

6                MS. EFFMAN:   Objection, speculation, leading

7       question.

8                THE COURT:   Overruled.

9       A.   Yes.

10      Q.   Such as?

11      A.   Head trauma.

12               MR. GLASS:   Thank you, Doctor.   Nothing further,

13      Your Honor.

14               THE COURT:   Any recross?

15  **RECROSS EXAMINATION**

16  **BY MS. EFFMAN:**

17      Q.   Doctor, as you sit here today, you don't know if

18  pneumonia caused sepsis or if it was the effect the sepsis;

19  correct?

20      A.   I don't quite understand.

21      Q.   As you sit here today, you don't know if pneumonia

22  caused the sepsis or was an effect of sepsis; correct?

23      A.   No.   I know that pneumonia is the beginning of the

24  sepsis.   It doesn't work the other way around.

25      Q.   And when this child got to Samaritan Hospital, he was

*(Sikirica - People - Recross)*                                    15

1      a very sick child; correct?

2            A.   Absolutely.

3            Q.   In fact, the lungs were not in good shape; correct?

4            A.   Correct.

5            Q.   And there's no evidence in the records from Samarita

6      Hospital or Albany Medical Center that this child aspirated

7      while in the hospital; correct?

8            A.   Correct.

9            Q.   And your review of this matter, during the course of

10     your autopsy, you have indicated you saw several old bleeds;

11     correct?

12           A.   I saw fresh bleed and I seen older bleed.

13           Q.   In fact, you noted in your report there were several

14     chronic bleeds; correct?

15           A.   Yes.

16           Q.   Meaning not new, meaning they could have been there

17     for several weeks; correct, Doctor?

18           A.   Correct.

19           Q.   And Doctor, as you sit here today, you don't know

20     what caused those older bleeds; correct?

21           A.   I would assume head trauma.

22           Q.   As you sit here today, you do not know what caused

23     older bleeds; correct?

24           A.   At least one of them was caused by head trauma.

25           Q.   Well, you reviewed documents in this case, and your

                          Judy A. DelCogliano
                     **Official Senior Court Reporter**

*(Sikirica - People - Recross)*                                    1586

1   testimony is that the chronic bleeds could be weeks old;

2   correct?

3       A.   Yes.

4       Q.   Okay.  And based on your testimony, other than saying

5   weeks, I think you indicated that the bleed could be up to two

6   months old; correct?

7       A.   Yes.

8       Q.   And intracranial bleeds can be caused by things other

9   than trauma.  Isn't that right, Doctor?

10      A.   There are some other things, yes.

11              MS. EFFMAN:  Nothing further.

12              THE COURT:  Mr. Glass?

13  **REDIRECT EXAMINATION**

14  **BY MR. GLASS:**

15      Q.   Doctor, what is your expert professional opinion as

16  to the cause of the intracranial bleeding that you found in

17  this case?

18      A.   Closed head injury.

19              MS. EFFMAN:  I'm going to object, Judge.

20              MR. GLASS:  Nothing further.

21              THE COURT:  On what basis?

22              MS. EFFMAN:  It's been asked and answered and

23  it's beyond the scope.

24              THE COURT:  Overruled.  Did the Doctor answer

25  the question?

*Judy A. DelCogliano*
*Official Senior Court Reporter*

*(Sikirica - People - Recross)*                    158

1          MR. GLASS:  I believe it was muffled by the
2     objection.
3          Q.  Doctor, could you answer that question?
4          A.  Closed head trauma.
5          MR. GLASS:  Thank you.  No further questions.
6          MS. EFFMAN:  Could you read back that last
7     question and answer?
8          (The previous question and answer were read bac
9     by the Reporter.)
10    RECROSS-EXAMINATION
11    MS. EFFMAN:
12         Q.  Doctor, you testified here today that you found
13    evidence of chronic bleeding in Matthew ████; correct?
14         MR. GLASS:  Objection, outside the scope of my
15    last redirect.
16         THE COURT:  Ms. Effman?
17         MS. EFFMAN:  He's talking about intracranial
18    bleeding.  He's talking about bleeding, Judge.
19         THE COURT:  Overruled.
20         A.  Yes.
21         Q.  You testified that that chronic bleeding could be
22    weeks or months old; correct, Doctor?
23         A.  Yes.
24         Q.  You are testifying here today that you assume that it
25    was due to trauma, those bleeds; correct?

────────────────────
Judy A. DelCogliano
*Official Senior Court Reporter*

*(Sikirica - People - Recross)*                    1588

1    A.   Yes.

2    Q.   And when you say that, Doctor, you are speculating,

3    aren't you, Doctor, because your own testimony says the chronic

4    bleeds could be weeks or months old?  Isn't that correct?

5    A.   I'm speculating on what?  I don't understand.

6    Q.   You are speculating that all the bleeding you saw in

7    this child is due to trauma.  Isn't that true?

8    A.   Yes.

9    Q.   You are speculating; right?

10   A.   Yes, a reasonable speculation.

11   Q.   And your testimony says that the chronic bleeding can

12   be weeks or months old; correct?

13   A.   Yes.

14   Q.   So, when you say all this bleeding came as a result

15   of trauma, you are speculating; aren't you, Doctor?

16   A.   I'm saying the first one, at least the first one.

17   Something caused -- if you are talking about a rebleed,

18   something caused the initial subdural hematoma.  You seem to

19   suggest it was birth.  I say it's not birth.  I say it was

20   trauma some time after birth, and there's probably evidence, in

21   my opinion, there's evidence of repeated trauma, traumatic

22   event to this kid's head.

23   Q.   Your testimony before indicated, Doctor, that once

24   there is a chronic bleed, that it can rebleed to things that

25   are not associated with trauma.  That was your testimony;

Judy A. DelCogliano
**Official Senior Court Reporter**

1    wasn't it, Doctor?

2         A.   That's true.

3         Q.   And your testimony here today, so we are clear,

4    Doctor, is that the chronic bleed that you observed can be

5    weeks, up to two months old.  Isn't that correct?

6         A.   That is correct.

7              MS. EFFMAN:  No further questions.

8    **REDIRECT EXAMINATION**

9    **BY MR. GLASS:**

10        Q.   Doctor, in addition to chronic bleed, did you find

11   other bleeds?

12        A.   I found an acute bleed.

13        Q.   And --

14             MS. EFFMAN:  I object.  This is beyond the scop

15        of cross-examination.

16             THE COURT:  Overruled.

17        Q.   Do you have a professional opinion as to the cause o

18   the acute bleed?

19        A.   Traumatic --

20             MS. EFFMAN:  I'm going to object, Judge.  This

21        has been asked and answered several times.

22             THE COURT:  Overruled.

23        A.   Closed head injury.

24        Q.   Caused by?

25        A.   Blunt force trauma.

Judy A. DelCogliano
Official Senior Court Reporter

1590

1          MR. GLASS:  Thank you, Your Honor.  Nothing

2    further.

3          MS. EFFMAN:  Nothing further.

4          THE COURT:  Thank you, Doctor.  You may step

5    down.  All right.  Members of the jury, due to some

6    scheduling issues, we are going to break today.  That will

7    be the last witness for today.  Monday is the holiday, so

8    we won't be back Monday.  We will be reporting back here

9    Tuesday morning.  We have been starting each day at

10   ten o'clock.  Tuesday, we are going to start a slight bit

11   later.  We are going to start at 10:30.  We will see

12   everybody back on Tuesday morning at 10:30.

13         Before you leave, please remember, do not

14   discuss the facts, subject matter or anything related to

15   this case either among yourselves or with anyone else.  Do

16   not read, view or listen to any accounts or discussions of

17   this case reported by any media.  Do not visit or view the

18   premises or place where the charged offense was allegedly

19   committed or any other premises or place involved in the

20   case.  Do not research any fact, issue or law related to

21   this case.  Do not request, accept, agree to accept or

22   discuss with any person receipt or acceptance of any

23   payment or benefit in return for supplying any information

24   regarding this trial.  Do not make any judgment regarding

25   this case until all of the evidence has been presented and

Judy A. DelCoglians
*Official Senior Court Reporter*

A000001461