EXHIBIT "Q"

1    Pediatrics; People's Exhibit 10, which is ██████████'

2    records from Seton Health Pediatrics; People's Exhibit

3    Number 11, which is ██████████' records from his stay

4    at St. Mary's Hospital; and People's Exhibit 12, which is

5    ██████████' records from his stay at St. Mary's

6    Hospital.

7            THE COURT:  Okay.  Thank you.  The People may

8    call their next witness.

9            MS. BOOK:  The People call Dr. Ojukwu.

10   **IFEOMA OJUKWU**, after first having been duly sworn by the Clerk

11   of the Court, was examined and testified as follows:

12           THE CLERK:  The sworn witness is Ifeoma Ojukwu,

13   I-F-E-O-M-A; last name, O-J-U-K-W-U.

14   **DIRECT EXAMINATION**

15   **BY MS. BOOK:**

16   Q.   Good afternoon.

17   A.   Good afternoon.

18   Q.   Could you please introduce yourself to the jury?

19   A.   I am Dr. Ifeoma Ojukwu.

20   Q.   How are you employed?

21   A.   At Seton Health Pediatrics as a pediatrician.

22   Q.   Are you employed anywhere else?

23   A.   Yes.  I have my own private practice.

24   Q.   Where is that?

25   A.   It's in Albany.

*(Ojukwu - People - Direct)*                                    248

1      Q.   How long have you been in practice?

2      A.   It's going on 14 years now.

3      Q.   Do you have privileges at any hospitals?

4      A.   With Seton Health Pediatrics, Seton Health.

5      Q.   What hospital is that?

6      A.   St. Mary's Hospital.

7      Q.   Can you tell us about your formal education?

8      A.   Okay.  I trained -- I went to medical school at the

9   University of Nigeria.  Then I did all of my postgraduate

10  training in the United States.  I did my residency at Nassau

11  County Medical Center and also did an infectious disease

12  fellowship at University of Rochester, Strong Memorial.

13     Q.   Can you tell us about your internship and your

14  residency?

15     A.   I did my internship in Nigeria; and as for my

16  residency, I specialized in pediatrics.  I did it for about

17  three years, from 1994 to 1997.

18     Q.   And what did you do during your residency?

19     A.   I did various rotations, pediatric floors, Intensive

20  Care Unit, Pediatric Intensive Care Units and emergency rooms.

21     Q.   What was your specialty during your residency?

22     A.   General pediatrics.

23     Q.   What did you do after your residency?

24     A.   I did a pediatric infectious disease fellowship.

25     Q.   And what did you do during that?

*(Ojukwu - People - Direct)*                                         249

```
 1          A.    I did some research in HIV at the University of

 2    Rochester in the lab.

 3          Q.    When did you first receive your license to practice

 4    medicine?

 5          A.    In 1997.

 6          Q.    In what states are you licensed to practice medicine

 7    in?

 8          A.    I'm licensed to practice medicine in the State of New

 9    York.

10          Q.    And have you been practicing since you were licensed

11    in 1997?

12          A.    Yes, I have.

13          Q.    In addition to being licensed, do you hold any

14    additional certifications?

15          A.    My Pediatric Boards.

16          Q.    Okay.  And what does that mean?

17          A.    It means that I took an exam in pediatrics.

18          Q.    How many patients would you estimate that you have

19    treated over the course of your career?

20          A.    I have seen several patients.

21          Q.    How many?

22          A.    Several.  Seton Health is extremely busy.  On a short

23    day, we can see up to 40 patients between two doctors.

24          Q.    Would you estimate that it's in the thousands that

25    you have treated?
```

1    A.    Yes.

2    Q.    Have you taught or lectured in your field at all?

3    A.    No, not formally.  We do have interns or medical

4    students that did rotations at a time.

5    Q.    Have you ever testified in court before?

6    A.    In the previous proceeding involving this case.

7    Q.    Okay.  Let me draw your attention to ████████ and

8    ████████████.  Are you familiar with ████████████████?

9    A.    Yes, I am.

10    Q.    When did you first become familiar with him?

11    A.    When I did his admission into St. Mary's Hospital

12    from Albany Medical Center.

13              MS. BOOK:  Okay.  May I approach, Your Honor?

14              THE COURT:  Yes, you may.

15    Q.    Doctor, I'm going to hand you what's been marked into

16    evidence as People's Exhibits 9 through 12 and, specifically,

17    Seton Pediatric records of ████████████, as well as the St.

18    Mary's records of ████████████.  And these are ████████s

19    records.  If you need to refer to those, you may.

20    A.    Thank you.

21    Q.    Do you know when ████████ was born?

22    A.    May I look?

23    Q.    You may.

24    A.    ████████ was born █████, 2008.

25    Q.    Where was he born?

1      A.   He was born at Albany Medical Center.

2      Q.   Do you know if he was born full term or less than

3   full term?

4      A.   He was born less than full term.

5      Q.   How far along was his mother when he was delivered?

6      A.   Thirty-three weeks gestation.

7      Q.   How early is that?

8      A.   That's about seven weeks early.

9      Q.   What is the ideal time frame at which to deliver a

10   child?

11      A.   Forty weeks gestation.

12      Q.   Is there a secondary time or a less than time that's

13   also deemed acceptable?

14      A.   If they are born post term, it's still acceptable.

15      Q.   What if you were born at, say, 38 weeks or 39 weeks?

16      A.   It's still acceptable.  That's full term.

17      Q.   So, at 38 weeks, you are considered full term?

18      A.   Yes.

19      Q.   So, when did you first come into contact with ███████

20   Thomas?

21      A.   I first came into contact with ████████████ on May

22   9, 2008.

23      Q.   Where did you come in contact with him?

24      A.   St. Mary's Hospital.

25      Q.   Okay.  If he was born at Albany Medical Center, why

1    is it that you came into contact with him at St. Mary's

2    Hospital?

3         A.   It's because he was transported back to St. Mary's

4    Hospital for the convenience of the family.  At that time, he

5    was already stabilized at Albany Med, and he was transferred

6    back to St. Mary's for feeding and growing.

7         Q.   Is it typical that a baby might be transferred from

8    Albany Medical Center to another hospital?

9         A.   Yes.

10         Q.   When is it that they are able to be transferred from

11    Albany Medical Center to another hospital?

12         A.   Once they have been stabilized and they are no longer

13    critical.

14         Q.   What do you mean by stabilized and no longer

15    critical?

16         A.   You have to make sure that the baby is not breathing

17    on a ventilator and the baby doesn't have any major issues;

18    then you transfer them back, if they are just feeding and

19    growing, so they can be transported back to the hospital closer

20    to where the family lives so they can go see their baby at a

21    more convenient site.

22         Q.   Okay.  So, if ███████ stayed at Albany Medical Center

23    from the 4th through the 9th, is that a long stay at a

24    pediatric hospital or is that a shorter stay at a pediatric

25    hospital?

*(Ojukwu - People - Direct)*

1    A.   Short.

2    Q.   Now, how is it that you met him at St. Mary's

3  Hospital?

4    A.   I was on call on that day.  I was working in the

5  office, and then I got a call from the neonatologist saying

6  that the babies are coming back.

7    Q.   Why is it that you would meet babies at the hospital?

8    A.   Because I have privileges there.  And if a child has

9  been stabilized, then the family has the right to have their

10  baby transported back to the hospital.

11    Q.   Okay.  And once the babies are at a different

12  hospital, would a pediatric doctor look at them on a regular

13  basis?

14    A.   Yes.  In this case specifically, it's a

15  neonatologist.  They were in the Neonatal Intensive Care Unit.

16    Q.   What was ███████ s condition when he was transferred

17  to St. Mary's Hospital?

18    A.   ████████ was stable.

19    Q.   Were you able to learn how he was delivered?

20    A.   Yes, from their records.

21    Q.   How was ███████ delivered?

22    A.   ███████ was delivered vaginally.

23    Q.   Did you learn of any complications with his birth?

24    A.   At the time of his birth -- can I just take a second?

25  This is ███████ s, actually.  Following his birth, going by my

1    records, he was placed on antibiotics for about 48 hours to

2    rule out any form of infection, and then he did receive some

3    free flow oxygen.

4        Q.   Okay.  How much did ███████ weigh at birth?

5        A.   ██████s weight was recorded as 2110 grams.

6        Q.   What does that translate into in pounds?

7        A.   About four pounds, ten ounces.

8        Q.   Did you have any health concerns for ███████ at the

9    time that he was transferred to St. Mary's Hospital?

10       A.   No, I did not.

11       Q.   Are you familiar with the term trivalvular pulmonary

12   stenosis?

13       A.   Yes.

14       Q.   What is that?

15       A.   It's a form of heart murmur, whereby the pulmonary

16   valve is slightly narrow.

17       Q.   Did ███████ have a trivalvular pulmonary stenosis?

18       A.   Yes, he did.

19       Q.   Was that of concern to you?

20       A.   No, because the cardiac pediatrician examined him and

21   scheduled him for follow up in six months.

22       Q.   So, if the next appointment was not for six more

23   months, was there anything special that had to be done with

24   respect to ██████s care with regard to that trivalvular

25   pulmonary stenosis?

*(Ojukwu - People - Direct)*                                   255

1    A.   No.

2    Q.   Did ███████ have any birth marks?

3    A.   Yes, he did.

4    Q.   What birth mark did he have?

5    A.   He had a mongolian spot on his back in the sacral

6    area, his buttocks.

7    Q.   What is a mongolian spot?

8    A.   It's just a pigmented patch that you see in people of

9    black descent.

10   Q.   Once ███████ was transferred to St. Mary's Hospital,

11   was he feeding appropriately?

12   A.   Yes.  He was feeding and he had NG tube feedings and

13   orally.

14   Q.   What is an NG tube feeding?

15   A.   It's a tiny tube that's put in through the nose into

16   the GI tract to assist with feedings because he's premature.

17   Q.   And you said he was feeding orally.  Does that mean

18   he was taking a bottle, as well?

19   A.   Right, little amounts, because he's preemie.

20   Q.   Was he growing appropriately at St. Mary's Hospital?

21   A.   Yes, he was.

22   Q.   And how was ███████?

23   A.   ███████ was stable.

24   Q.   Was he also feeding and growing appropriately?

25   A.   Yes, he was.

*(Ojukwu - People - Direct)*                                    256

1      Q.   Were they discharged from St. Mary's Hospital at the

2   same time?

3      A.   Yes, they were.

4      Q.   On what date were they discharged from St. Mary's

5   Hospital?

6      A.   They were discharged from St. Mary's Hospital on May

7   22, 2008.

8      Q.   How much did ▉▉▉▉ weigh when he was discharged

9   from St. Mary's Hospital?

10     A.   His discharge weight was 2551 grams.

11     Q.   And what does that translate into in pounds?

12     A.   About five pounds.

13     Q.   So, is that an okay weight to be discharged and go

14  home?

15     A.   Yes.

16     Q.   Did ▉▉▉▉ come to Seton Pediatrics where you work

17  for regular checkups after being discharged from St. Mary's?

18     A.   Yes, he did.

19     Q.   As of September of 2008, was ▉▉▉▉ up to date on

20  all of his immunizations?

21     A.   Yes. ▉▉▉▉ was up to date on all his immunizations

22  as of September of 2008.

23     Q.   First I want to draw your attention to May 27, 2008.

24  Did ▉▉▉▉ come to Seton Pediatrics on that date?

25     A.   Yes, he did.

*(Ojukwu - People - Direct)* 257

1    Q.  Why did he come to Seton Pediatrics on May 27, 2008?

2    A.  He came for his initial visit following his discharge

3    from St. Mary's Hospital.

4    Q.  How was his health on that date?

5    A.  His health was stable.

6    Q.  And did you record his weight and height and head

7    circumference?

8    A.  Yes.

9    Q.  Could you tell those to me?

10   A.  Certainly.  His weight was six pounds, five ounces.

11   His height was 18 and a half inches and his head circumference

12   was 34 centimeters.

13   Q.  Okay.  So, do you ever plot this on a growth chart?

14   A.  Yes, we do.

15   Q.  What is a growth chart?

16   A.  The growth chart serves as a guide to show us how the

17   baby is growing.  Everybody follows their own percentiles.

18   Q.  Okay.  And is this growth chart compared against

19   other individuals that are the same age?

20   A.  Yes.

21   Q.  Okay.  And as far as ███████ s head circumference,

22   where did it fall on the growth chart on May 27, 2008?

23   A.  ██████ s head circumference per percentile fell just

24   below the fifth percentile.

25   Q.  And what does that mean?

1    A.    In premature babies, they come out small.  So, this

2    is in line with his prematurity.  It doesn't mean anything

3    grave or bad.

4    Q.    And would that mean that 95 percent of babies his age

5    would have a larger head circumference than him?

6    A.    If you are talking about full-term babies?

7    Q.    You tell me.

8    A.    Right.  If it's a full-term baby, the head

9    circumference most likely will fall within the percentile,

10   maybe closer to the 50 percentile, maybe more; but in this

11   case, he's a premature baby, and his head circumference still

12   is in the lower percentiles, and we expect it to improve as he

13   grows.

14   Q.    Now, I'm going to call your attention to June 10,

15   2008.  Did ▆▆▆▆▆ come to Seton Pediatrics on that date?

16   A.    Yes, he did.

17   Q.    Why did he come on that date?

18   A.    He came for his one-month well child checkup.

19   Q.    And how was his health on that date?

20   A.    On that date, his health was stable.

21   Q.    And did you again take a recording of his height and

22   weight and head circumference?

23   A.    Yes, we did.

24   Q.    What were those recordings?

25   A.    His weight was six pounds, 12 ounces.  His height was

*(Ojukwu - People - Direct)*

1    20 inches, and his head circumference was 36.5 centimeters.

2        Q.   Where did that put ███████ on the growth chart with

3    respect to his head at that point?

4        A.   At that point, his head already went up closer to the

5    tenth percentile.

6        Q.   Tenth percentile.  Okay.  I want to draw your

7    attention to July 10, 2008.  Did Seton Pediatrics receive a

8    message from Wilhemina Hicks?

9        A.   Yes.

10       Q.   What was it regarding?

11       A.   It was regarding the twins not having any bowel

12   movement in a few days but acting well.

13       Q.   And what advice, if any, was given?

14       A.   Okay.  She was advised that it's not necessary to

15   have a bowel movement daily.  You may go as long as four to

16   five days, as long as the baby is content, and she was told to

17   give brown sugar water and also to go to the emergency room

18   after hours if there was any further problems.

19       Q.   Now, I want to draw your attention to July 23, 2008.

20   Did ██████ come to Seton Pediatrics on that date?

21       A.   Yes, he did.

22       Q.   How was his health on that date?

23       A.   He was stable.

24       Q.   Did you again record his height and weight and head

25   circumference?

*(Ojukwu - People - Direct)*

1    A.   Yes, we did.

2    Q.   Could you tell us those measurements?

3    A.   His weight was ten pounds.  His height was 22 inches,

4    and his head circumference was 38 and a half centimeters.

5    Q.   And what did his head circumference translate into on

6    the growth chart?

7    A.   His head circumference translated to the 25th

8    percentile.

9    Q.   When was ██████s next appointment scheduled for?

10   A.   I do not have the exact date, but his next

11   appointment is supposed to be two months after his two-month

12   appointment for his next set of shots.

13   Q.   So, approximately September 23, 2008?

14   A.   Yes.

15   Q.   And did you ever see ██████ again after that July

16   23rd visit?

17   A.   No, we did not.

18   Q.   Now, for a moment, I want to turn your attention back

19   to ██████s stay at St. Mary's Hospital.  Were there ever any

20   intracranial tests done while at St. Mary's Hospital?

21   A.   Yes.

22   Q.   What is an intracranial test?

23   A.   In this case specifically, we are talking about a

24   sonogram, a head sonogram, which is a test that is usually

25   ordered in premature babies to make sure there's no bleed,

*(Ojukwu - People - Direct)*

1    bleeding in the brain.

2         Q.   Why are tests ordered on premature babies to make

3    sure that there's no bleeding in the brain?

4         A.   Due to all the -- several changes that happen after

5    birth.  You may have changes, so you need to know what state

6    the child is in before they leave.

7         Q.   Okay.  And what date was this test done?

8         A.   This test was done May 14, 2008.

9         Q.   Is that far enough after the birth that you can

10   ensure that it would be accurate?

11        A.   Yes.

12             MR. COFFEY:  Object to this, unless she knows,

13        if it's within her area of expertise.

14             THE COURT:  Say again.

15             MR. COFFEY:  I object unless it's in her area of

16        expertise.

17             THE COURT:  Objection as to foundation?

18             MR. COFFEY:  Yes.

19             MS. BOOK:  Your Honor, if I may be heard, Dr.

20        Ojukwu said that she orders these routinely as a

21        pediatrician.  She works with babies in the hospital and

22        after they are born when they are premature.  She orders

23        these to make sure when a premature baby is born that

24        there are no bleeds in the brain, and she said the reason

25        that they order them when they do is to make sure that

*(Ojukwu - People - Direct)*

1     there aren't any -- that there isn't any bleeding in the

2     brain after a certain period of time.

3              MR. COFFEY:  If I wanted Ms. Book to testify, I

4     would ask her.  I'm objecting to the foundation.

5              THE COURT:  I understand.  I'm allowing her to

6     respond.  Go ahead, Ms. Book.

7              MS. BOOK:  Thank you, Your Honor.  She stated on

8     direct that she orders them when she does to make sure

9     that there's a sufficient amount of time to make sure that

10    that has been resolved.  So, Your Honor, I would submit

11    that Dr. Ojukwu is qualified to answer this question.

12             THE COURT:  The objection is overruled.

13             MS. BOOK:  Thank you.  Judy, could you read back

14    my last question, please?

15             (Whereupon, the pending question was read back

16    by the Reporter.)

17    Q.   If you could answer that, Dr. Ojukwu.

18    A.   Yes.

19    Q.   Why is that?

20    A.   Like I said, the babies may go through changes after

21    they are born, so we need to make sure they don't have an

22    intracranial bleed before they go home, and the neonatologist

23    has given us recommendations of what to expect, what to do.

24    Q.   Did both ████ and ████ receive a head sonogram?

25    A.   Yes.  They both did receive a head sonogram.

*(Ojukwu - People - Direct)*

1    Q.   On what date?

2    A.   They both received the sonogram on May 14, 2008.

3    Q.   Can you explain to us how that is performed?

4    A.   Usually, a sonographer uses a probe, and they do the

5    test over the anterior fontanelle, which serves as a window.

6    The anterior fontanelle is what is called the soft spot of the

7    brain, so it serves as a window into the brain.  So, they use a

8    probe to look in, within, to see if there's been any changes,

9    any bleeds on the brain.

10    Q.   Why does the anterior fontanelle serve as a window?

11    A.   It serves as a window because the bone, the scalp,

12    the bony part of the scalp hasn't fully developed, and that

13    brings growth.  So, research has been done.  It's been

14    documented.  Research has been done showing that you can do the

15    test successfully.

16    Q.   So, could you look through my scalp, through my

17    anterior fontanelle and see into my brain?

18    A.   No.

19    Q.   Why not?

20    A.   Because your fontanelle is already closed.  It closes

21    between nine to 12 months.

22    Q.   Okay.  So, why is it on a baby that it's a good

23    window?

24    A.   Because it's not filled with bone yet, you know.

25    That's why I said it's called a soft spot, the anterior

*(Ojukwu - People - Direct)*                                    264

1    fontanelle, and you can use the probe, you know, and look in to

2    see if there's any bleed or any intracranial abnormality.

3         Q.   Does it provide a sufficient enough window to view

4    the inside of the brain?

5                   THE COURT:  Excuse me one second, Doctor.  Do

6         you have a phone that's on?

7                   THE WITNESS:  Sorry about that.

8         Q.   So, at that time, is it sufficient through a sonogram

9    to see into a baby's brain and check for any bleeds?

10                  MR. COFFEY:  Object to outside her

11        qualifications.  There's no testimony she's ever performed

12        one.

13                  THE COURT:  Sustained.

14        Q.   Were you able to get the results of the tests

15   performed on ████████████?

16        A.   Yes.

17        Q.   And what were the results of that test?

18        A.   On ████████████, it states no significant evidence

19   of intracranial abnormality detected.

20        Q.   What does that mean?

21        A.   It means that they didn't see any bleeds,

22   intracranial bleeding or abnormality.

23        Q.   Were your able to get the results of ██████ s test?

24        A.   Yes.

25        Q.   And this is the test performed on 5/15/2008?

1      A.   Yes.

2      Q.   And what were the results of those tests?

3      A.   It states no significant evidence of intracranial

4  abnormality detected.

5      Q.   What does that mean?

6      A.   It means they didn't see any intracranial bleeding or

7  any abnormality.

8                MS. BOOK:  May I have one moment, Your Honor?

9                THE COURT:  Sure.

10               (Brief pause in proceedings.)

11               MS. BOOK:  Thank you, Your Honor.  No further

12       questions.

13               THE COURT:  Mr. Coffey?

14               MR. COFFEY:  I may need a short break, but I'm

15       going to start first.

16               THE COURT:  That's fine.

17  **CROSS-EXAMINATION**

18  **BY MR. COFFEY:**

19     Q.   Doctor, good afternoon.

20     A.   Good afternoon.

21     Q.   I know you have been waiting outside, so we

22  appreciate that.  Doctor, the skill and the ability of a

23  certain sonogram to pick up an intracranial bleed, you are not

24  prepared to give any opinion on that; correct?

25     A.   No.

*(Ojukwu - People - Cross)*

1        Q.   Do you agree?  In other words, whoever ran the

2   sonogram -- is a sonogram and ultrasound the same thing?

3        A.   Yes.

4        Q.   So, the skill of the person doing it or the accuracy

5   of the machine he or she is using, you don't know for sure;

6   correct?

7        A.   I can't give an opinion on that, no.

8        Q.   All right.  Now, let's go back to the mom who

9   delivered the two infants.  And she had some problems before

10   she delivered; correct?

11        A.   Yes.

12        Q.   She had what's called preeclampsia; correct?

13        A.   Yes.

14        Q.   Tell the folks of the jury what preeclampsia is.

15        A.   Preeclampsia is when the mother's blood pressure is

16   elevated and she's also spilling protein in the urine; and as

17   such, it can cause the mother to have a seizure if not

18   controlled.

19        Q.   Now, a mom who has preeclampsia -- and if you can't

20   tell me, that's perfectly okay, but if you can -- would that

21   mom who had preeclampsia, would a child be more susceptible to

22   an intracranial bleed?

23        A.   I can't tell you that.

24        Q.   All right.  Now, the mom also had premature ruptured

25   membranes; correct?

1    A.   Yes.

2    Q.   Her water broke before it was supposed to; correct?

3    A.   Yes.

4    Q.   Do you know if that would make her twins or one of

5    the twins more susceptible to an intracranial bleed?

6    A.   I can't say to that.

7    Q.   The mom also had meconium -- do you know if Mom had

8    meconium at the birth?  Let me do this.  Just assume for a

9    moment that she did.  Okay?  And that would show some fetal

10   distress at birth; correct?

11   A.   If a child had meconium.

12   Q.   And they can treat that but, nonetheless, there is

13   some distress; correct?

14   A.   Right, yes.

15   Q.   And the mom was obese.  Were you aware of that?

16   A.   Yes.

17   Q.   Okay.  And that can also create problems for the

18   children after birth; correct?

19   A.   Not necessarily.  Everything depends.

20   Q.   But you take all these factors, any one of which if

21   you add them together, they could potentially create some

22   problems with the children; right?

23   A.   Potential risk factors.

24   Q.   Okay.  And one risk factor, potentially, could be

25   intracranial bleeds, a risk factor.  Would that be correct?

1        A.   Probably an outcome of a risk factor, I'm thinking.

2        Q.   Fair enough.  I want to ask you something else.

3    There's a reason why we want babies to be born at full term, a

4    lot of reasons; right?

5        A.   Yes.

6        Q.   As you go through the first trimester, second

7    trimester, third trimester, the baby not only begins to grow

8    and develop inside the mom's womb, but she begins to give

9    things through the placenta to her babies; correct?

10       A.   Yes.

11       Q.   To help them live a healthy life; correct?

12       A.   Yes.

13       Q.   Now, these children, these twins, were born at 33

14   weeks; right?

15       A.   Yes.

16       Q.   The last seven weeks, five to seven weeks of the

17   child's life, going from 33 weeks to 40 weeks, in terms of what

18   that child or children get from their mother is very important;

19   isn't it?

20       A.   Yes.

21       Q.   We just don't say no big deal, whether you have them

22   at 30 weeks, 27 weeks, 33 weeks.  You want that child to

23   progress very nicely to 40 weeks; correct?

24       A.   Yes.

25       Q.   And in the last five to seven weeks of the child's

1    gestation period, that's critical in terms of the immune

2    system, isn't it, because the mom at that point is sending

3    through her system antibodies to those little babies; correct?

4        A.    I can't give you a finite time.

5        Q.    Well, the last part of the gestation is important for

6    the child's immune system because he or she is getting

7    antibodies; aren't they?

8        A.    Yes.  They are getting antibodies, but every child is

9    different and every situation is different.

10       Q.    I understand.  Some children can be born at 24 weeks

11   and they can be fine; right?

12       A.    Yes.

13       Q.    But 99 percent of the children born at 24 weeks are

14   going to have some problems; aren't they?

15       A.    Yes.

16       Q.    And you would agree with me -- let me ask another

17   way.  The last five to seven weeks of gestation, what is the

18   mother giving to that child during the five to seven weeks?

19       A.    Yes.  The mother is giving the child some antibodies

20   once they pass the two-month mark, which a neonatologist can

21   tell you a little more, as far as maturity and the antibodies.

22       Q.    Okay.  Now, once the babies are born, there's a

23   system set up by doctors, I think nationally, that a child will

24   get shots on a periodic basis; correct?

25       A.    Yes.

*(Ojukwu - People - Cross)*

1    Q.   And those shots are to serve as a guard against

2    certain diseases; correct?

3    A.   Yes.

4    Q.   Now, the first shot that a baby gets and ███ got,

5    how old was he when he got that shot?

6    A.   He got his hepatitis B vaccine.

7    Q.   What kind of vaccine?

8    A.   Hepatitis B vaccine.

9    Q.   And that's to protect him against hepatitis?

10   A.   Yes, liver disorder.

11   Q.   So, what was the next shot that ███ got?

12   A.   The next set of shots he got was on July 23, 2008.

13   He got his second hepatitis B.  He got his first diptheria,

14   tetanus and pertussis, which is whooping cough.  He got his

15   meningitis B vaccine.  He got his polio vaccine, and he got his

16   pneumococcal vaccine, streptococcus pneumonia vaccine and his

17   Rotavirus vaccine.

18   Q.   Let's talk about the pneumococcal vaccine.  That is a

19   separate shot.  I mean, that's a -- separate antibodies going

20   into the baby; correct?

21   A.   Yes.

22   Q.   And there's a reason why that shot is given, correct,

23   that vaccine; right?

24   A.   Yes.

25   Q.   Because streptococcus pneumoniae -- is it

1     streptococcus pneumoniae?

2          A.    Yes, streptococcus pneumoniae.

3          Q.    That's a type of bacteria; right?

4          A.    Yes.

5          Q.    And that bacteria can be lethal to a child, typically

6     one who has not been properly immunized; correct?

7          A.    Yes, so can some of the others.

8          Q.    I understand.  I'm just staying with the

9     streptococcus pneumoniae vaccine.  Okay?

10         A.    Yes.

11         Q.    And there's a series of four shots over the course of

12    the baby's what, year, year and a half of life?

13         A.    Yes.

14         Q.    And the first shot really doesn't do much, except it

15    just -- the body begins to get a memory of these antibodies

16    coming in; correct?

17         A.    Yes.

18         Q.    Do you agree with me?

19         A.    The first shot is the start, yes.

20         Q.    It's a start.  That's certainly not the end.  That's

21    the alpha, not the omega; correct?  Well, it's the beginning,

22    not the end; correct?

23         A.    Yes.

24         Q.    Babies who do not have that pneumococcal series of

25    shots are at far greater risk to develop a bacteria,

1    bacteremia, sepsis and septic shock than a child who gets those

2    shots; isn't he?

3          A.   Yes.   You are saying babies that do not get the shots

4    at all?

5          Q.   Well, even the one shot.   The one shot just gives you

6    something, but you have a series of shots; correct?

7          A.   It gives you something, but it's still something.

8          Q.   It gives you something?

9          A.   Uh-huh.

10         Q.   But there's a series.   Even a child who has one shot,

11   it's better than none; correct?

12         A.   Right.

13         Q.   But my point is that there's a purpose in giving the

14   four shots, because you are building up the immune system for a

15   baby so that he can fight off this potential bacteria; correct?

16         A.   Yes.

17         Q.   And this is a baby who was two months premature.   So,

18   this baby also does not have a full immune system that he would

19   have if he were full term; correct?

20         A.   I will defer that to an immunologist, because when

21   twins are about to be born and there's a problem, a lot of

22   changes go on in the baby to hasten, maybe, maturity.   So, we

23   really can't say for sure.   I can't say definitely.

24         Q.   Would you refer them to a pediatric --

25         A.   Immunologist.

1      Q.   Excuse me.  Would you defer also to a pediatric

2  infectious disease expert in that area?

3      A.   If the child had an infection, if there was a concern

4  for infection, but Albany Med addressed it at birth initially.

5      Q.   Doctor, let me go back to your testimony.  The child

6  is born seven weeks premature.  The child, would you agree,

7  does not have antibodies that he would have at 40 weeks;

8  correct?

9      A.   Does not have full-blown antibodies.

10      Q.   Correct?

11      A.   Yes.

12      Q.   Okay.  When the child is two months premature (sic),

13  he gets a shot, as ████ did, in July.  He gets a

14  pneumococcal shot, one shot; correct?

15      A.   Yes, he did.

16      Q.   As he then gets into September, he has -- this is a

17  premature baby who has had one shot; correct?

18      A.   Yes.

19      Q.   That baby, ████, at that point is at risk, isn't

20  he, for pneumococcal infection, a bacteremia; isn't he?

21      A.   He's at risk for infection.

22      Q.   Correct.  And one of those infections is a

23  bacteremia; isn't it?

24      A.   Yes.

25      Q.   And bacteremia is a bacteria that, if it gets in your

1    blood, it can colonize, grow into a sepsis and ultimately

2    result in septic shock.  That is possible; isn't it?

3         A.   We are talking hypothetically?

4         Q.   Pardon?

5         A.   We are speaking hypothetically; right?

6         Q.   Maybe we are not.  Actually, we are not.

7         A.    I mean we are talking hypothetically at this point.

8    If I'm not --

9         Q.   Actually, Doctor, this baby died from septic shock.

10   Are you aware of that?

11                    MS. BOOK:  Objection.

12                    THE COURT:  Sustained.

13        Q.   Are you aware of what this baby died from?

14        A.   I can refer to the records.

15        Q.   Are you aware of it?

16        A.   I can refer to the records.

17        Q.   Doctor, my question is --

18        A.   So I can say what's written in the record.  I don't

19   want to guess or say something --

20        Q.   Doctor, I'm simply asking you if you are aware of the

21   fact that █████ when he died was diagnosed as being in septic

22   shock.  Are you aware of that?  If you are not, you can tell us

23   that, as well.

24        A.    I really just would prefer to look and see what was

25   written in the Albany Med Pathology Report.

*(Ojukwu - People - Cross)*

1      Q.   If I were to tell you that the baby was diagnosed

2   with septic shock, Doctor, consistent with bacteremia, would

3   one of the purposes of a staphylococcal series of vaccines, the

4   hope would be to prevent bacteremia resulting in septic shock?

5   Would you agree with that?

6      A.   The purpose of giving the streptococcus pneumoniae

7   vaccine is to prevent infection from streptococcal pneumonia.

8      Q.   Doctor, tell me, you indicated -- you were asked a

9   series of questions about ████████ and ████████ being seen over

10  the summer of 2008, and I think you read from those records.

11  Did you actually see ████████ on those occasions, or did someone

12  in the hospital see him?

13     A.   It's a big group practice, so one of my colleagues

14  seen them, as well.

15     Q.   All right.  You are able to read medical records from

16  other hospitals; correct?

17     A.   If it's given to us, yes.

18     Q.   All right.  Now, after the summer - I think in July -

19  St. Mary's or Seton Health did not see ████████ and ████████

20  again.  Is that your understanding?

21     A.   That's my understanding.

22     Q.   All right.  Do you know whether ████████ was seen at

23  Samaritan Hospital about the second week of September?  Are you

24  aware of that?

25     A.   We don't have that record in his clinic chart.

1      Q.   I understand.  I didn't know if you learned this in

2   the course of the last couple of years.  Do you know whether he

3   was seen at Samaritan Hospital in September?  If you don't,

4   that's okay.  You can tell me that.

5      A.   I don't.

6      Q.   Okay.  He was due -- this is ████████ and ████████; I

7   guess both of them.  They were due to get shots, their second

8   series of shots, they were due to get those when?

9      A.   Like I stated, it should be two months from the last

10   visit, and his last visit was July 23rd.

11      Q.   So, that would be September 23rd?

12      A.   Yes.

13      Q.   And what was this -- and I'm talking about the

14   pneumococcal shot now.  I don't care about the others at the

15   moment.  What was the purpose of giving him that shot in

16   September?

17      A.   The purpose of giving him that shot is to

18   continuously boost him up so that his immune system can

19   recognize any potential infections when they come in.

20      Q.   And if they recognize it, they will do what?

21      A.   They will try to prevent it.  The white blood cells

22   will try to prevent it.

23      Q.   All right.  And then there would be a third series of

24   shots; correct?

25      A.   Yes.

1     Q.    When would they be administered?

2     A.    Hypothetically, it should be two months from

3     September.  So, probably November, ideally.

4     Q.    And that would be for all children who are born,

5     whether they are premature or full term; in other words, two

6     months, four months, six months from birth.  Correct?

7     A.    Yes.

8     Q.    Now, six months, you are getting a third series;

9     correct?

10    A.    Yes.

11    Q.    And you don't give these shots just because you have

12    nothing better to do; right?

13    A.    No.

14    Q.    There's a reason why these kids are getting these

15    shots; correct?

16    A.    Yes.

17    Q.    And in the medical profession and you, as

18    pediatricians, are aware that one shot, while something,

19    certainly is not going to be enough in all likelihood to fight

20    off a bacterial infection; correct?  It's not enough?

21    A.    It's not enough.  We expect to give more shots.

22    Q.    And if you've got a premature child, even more reason

23    why you want to keep giving him those shots; correct?

24    A.    Yes.

25    Q.    And the second shot comes after the first, the third

*(Ojukwu - People - Cross)*

1    shot after the second.  It's a series of shots building up his

2    system, immune system; correct?

3         A.   Yes.

4         Q.   And then when is the fourth shot given?

5         A.   We give the fourth shot at one year of age.

6         Q.   Now, why do you wait a year?  Why do you wait until a

7    year?

8         A.   It's the way it's been planned by the American

9    Committee on Immunization Practices and the AAP.  We space it

10   out.  They have done studies.  Makers of the vaccine have done

11   studies and immunologists, and they work with that to come up

12   with a timetable to give the vaccine.

13        Q.   So, somebody in America, the American Academy of

14   Pediatricians, has determined that in order for a child to live

15   a long and healthy life with regard to the shots, they give

16   them at two months, four months and six months and a year, and

17   they have tested millions of children, if not thousands,

18   millions of children to come up with this plan; right?

19        A.   Yes.

20        Q.   And it would not be a good idea, would it, for you as

21   a pediatrician to say to a parent, "We will give him one shot

22   and forget about the rest."  You wouldn't do that; would you?

23        A.   No, I wouldn't.

24        Q.   In fact, you tell the parents, "I want to make sure

25   he gets all four shots."  Right?

1     A.   Yes.

2     Q.   Not two, not three, but four; correct?

3     A.   Yes.

4     Q.   Okay.  You told us that ███████ had a heart murmur?

5     A.   Yes.

6     Q.   And did you know -- again, if you don't, you can tell

7  me that.  Was he going to grow out of that, if you know, or

8  don't you know; or would he have that for life?

9     A.   Not necessarily.  The cardiologist had done an

10 echocardiogram and it was deemed an insignificant murmur.

11     Q.   Okay.  Would that have an effect on his health in his

12 first year of life?

13     A.   Not after he took care of him, no.

14          MR. COFFEY:  One minute.

15     Q.   Doctor, in medicine, what does a portal mean?  Do you

16 know my word, portal?

17     A.   Portal in terms of what?

18     Q.   Well, let's assume for the moment that we have a

19 little baby -- let's talk about an infection, streptococcal

20 infection, pneumonia infection.  Portal means an opening.

21 Bacteria can come in through the mouth; correct?

22     A.   Bacteria can come in through any orifice.

23     Q.   Right.  And you have treated in your practice a lot

24 of kids for that; correct?

25     A.   Yes.

1      Q.   And if it gets in through the lungs, generally, the

2  child can respirate - in other words, he can breathe in somehow

3  that bacteria - right, from another child or whatever; correct?

4      A.   If we are talking about respiratory droplet

5  infection.

6      Q.   All right.  Now, if a child has an opening for

7  whatever reason, say on his chin, and he has a break in the

8  skin on his chin, his cheek, it can come in through there;

9  can't it?

10     A.   Yes.

11     Q.   And for a child, for example, who is premature who

12  has had only one shot, if he develops a break in his skin in

13  the cheek, he is at much higher risk for that bacteria to come

14  in through that cheek than another child; isn't he?

15     A.   Yes.  He would show signs of infection.

16     Q.   Okay.  Ultimately, he would show signs?

17     A.   Yes.

18              MR. COFFEY:  That's all I have, Judge.

19              THE COURT:  Ms. Book, any redirect?

20              MS. BOOK:  Yes, Your Honor, just one moment.

21              THE COURT:  Take your time.

22  **REDIRECT EXAMINATION**

23  **BY MS. BOOK:**

24     Q.   Dr. Ojukwu, you were just asked about a break in the

25  skin and if an infection were to come in through that.  And you

1    said a child would show signs of infection?

2         A.   Yes.

3         Q.   What type of signs?

4         A.   The child will have a fever.  They won't act fine.

5    They won't eat.  In a young child, they will probably have loss

6    of appetite, high fever, could be irritable.

7         Q.   When you say a high fever, what do you mean by a high

8    fever?

9         A.   It can go as high as 102, 103.  That's what I mean by

10   high fever.  It would be significant enough to draw your

11   attention to it.

12        Q.   Would you expect to see an infection at the site?

13        A.   There would be inflammation, redness, and you will

14   see what happened.

15        Q.   Okay.  Dr. Ojukwu, are there different levels of

16   prematurity?

17        A.   Yes, but I can't give you the exact gestational ages.

18   The neonatologist can tell you.  There's extreme premature,

19   very premature, preemie, and the ones closer to the date.

20        Q.   Do you know what the earliest in terms of weeks is

21   considered full term?

22        A.   Thirty-seven weeks.

23        Q.   So, at 37 weeks, a baby is considered full term?

24        A.   Yes.

25        Q.   Is there a difference between a baby who is born at

**(Ojukwu - People - Redirect)**

1   24 weeks and a baby who is born at 33 weeks?

2       A.   Yeah.  Like I said, the early ones are called extreme

3   premature babies.

4       Q.   The vaccine that Mr. Coffey asked you about - two

5   months, four months, six months, one year - is that the

6   schedule for all children?

7       A.   Essentially, yes.

8       Q.   So, essentially, are all children at risk, if they

9   have only had one vaccine at two months, of going to day care

10  and --

11              MR. COFFEY:  Leading.

12      Q.   -- and becoming septic at two and a half months?

13              THE COURT:  Sustained, leading.

14      Q.   Are all children at a greater risk of infection

15  between two and four months?

16              MR. COFFEY:  Same objection.

17              THE COURT:  Overruled.

18      A.   Yes.  All children are at risk of infection.

19      Q.   Okay.  And are we seeing a greater outbreak of death

20  in children between two and four months because they are not

21  having that second shot during that time period?

22              MR. COFFEY:  Object as irrelevant.

23              THE COURT:  Sustained.

24              MS. BOOK:  Your Honor, I would argue that this

25      is relevant.  It was asked by Mr. Coffey on

1      cross-examination about the buildup of the immunities from

2      the vaccination, and I'm asking the Doctor, in her

3      experience as a pediatrician, if she sees an increase in

4      death between two and four months when they haven't had

5      the second series of the shot yet or the third and fourth

6      series.

7                    THE COURT:  I understand your point.  The

8      objection is sustained.

9      Q.   If I were to tell you that ████ had a bilateral

10     subdural hematoma and the autopsy report says that he died due

11     to head trauma, would one vaccine or four vaccines make any

12     difference in his death?

13                    MR. COFFEY:  Object.  There's no foundation for

14     this.

15                    MS. BOOK:  Mr. Coffey asked on his

16     cross-examination if he were to tell her that he died of

17     sepsis and asked her to make opinions based on that.

18                    THE COURT:  The objection is overruled.

19     Q.   So, Dr. Ojukwu, if I were to tell you that ████

20     had bilateral subdural hematomas and the autopsy report says

21     that head trauma was the cause of ████ s death, would one

22     vaccine or four vaccines have anything to do with this?

23     A.   Hypothetically speaking, if we say that a cause of

24     death is from a head trauma, it has nothing to do with the

25     vaccines, one vaccine or two vaccines or three vaccines, if we

1       are saying head trauma categorically.

2                    MS. BOOK:  Thank you.  Nothing further.

3       **RECROSS-EXAMINATION**

4       **BY MR. COFFEY:**

5            Q.   And if were to tell you that the person who did the

6       autopsy has testified in 800 cases for the prosecution --

7                    MS. BOOK:  Objection.

8                    MR. COFFEY:  I would like you to answer that,

9            since Ms. Book would like to answer it.  In light of the

10           fact that she talked about subdural hematomas by a

11           pathologist who is employed by Rensselaer County who

12           uniformly testifies --

13                   THE COURT:  The objection is sustained.

14                   MR. COFFEY:  All right.  That's all I have.

15                   THE COURT:  You can step down.  Thank you.

16           Attorneys approach off the record, please.

17                   (Discussion off the record.)

18                   THE COURT:  All right.  Members of the jury, we

19           are going to take a 15-minute break at this point in time.

20           During the break, please don't discuss the case.  Don't

21           read or listen to any media accounts of the case.  Don't

22           conduct any research about this trial.  Don't request or

23           accept any payment in return for supplying information.

24           Do not form any judgments or opinions about this case.  If

25           anyone attempts to improperly influence you, you must