EXHIBIT "X"

Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

ADRIAN THOMAS,

    Plaintiff,

      v                         17-CV-626

CITY OF TROY, ADAM R. MASON,

RONALD FOUNTAIN, TIM COLANERI,

COUNTY OF RENSSELAER &

MICHAEL SIKIRICA,

    Defendants.

_____/

ADRIAN P. THOMAS,

    Claimant,

v

THE STATE OF NEW YORK,

    Defendant.

_____/

        NON-PARTY

        DEPOSITION OF:    JOHN WALDMAN, M.D.

        DATE:           October 19, 2020

        TIME:           10:14 a.m. to 2:01 p.m.

        LOCATION:      WebEx

800.523.7887                              Associated Reporters Int'l., Inc.

Page 2

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

 2   APPEARANCES:

 3       FOR THE PLAINTIFF:
         KLEIN CIVIL RIGHTS
 4       BY:   BRETT KLEIN
         305 Broadway, #600
 5       NEW YORK, NEW YORK 10007

 6       FOR THE CITY OF TROY AND POLICE OFFICERS:
         PATTISON, SAMPSON, GINSBERG & GRIFFIN:
 7       BY:  MICHAEL E. GINSBERG
         22 First Street
 8
         Troy, New YORK 12180
 9
         FOR THE STATE OF NEW YORK
10       OFFICE OF THE NY STATE ATTORNEY GENERAL
         BY:   CHRISTINA CALABRESE
11       The Capitol
         Albany, New York  12224-0341
12
         FOR MICHAEL SIKIRICA, M.D.:
13       BAILEY JOHNSON & PECK, P.C.
         BY:  CRYSTAL PECK
14       Five Pine West Plaza, Suite 507
         Albany, New York 12205
15

16

17

18

19

20

21

22

23

24

25
```

Associated Reporters Int'l., Inc.

Page 3

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2          I N D E X   O F   P R O C E E D I N G S

3    JOHN WALDMAN; Sworn

4    Direct Examination by Mr. Ginsberg                    9

5    Cross Examination by Mr. Klein                        40

6    Cross Examination by Ms. Peck                         96

7    Cross Examination by Ms. Calabrese                    117

8    Redirect Examination by Mr. Ginsberg                  139

9    Recross Examination by Mr. Klein                      140

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

 2              E X H I B I T   I N D E X

 3    Marked as

 4    Description

 5    Defendant

 6    A

 7    Autopsy report, April 22, 2019

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

800.523.7887                                        Associated Reporters Int'l., Inc.

Page 5

```
1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        STIPULATIONS

3          It is HEREBY STIPULATED by and among the attorneys

4     for the respective parties, in accordance with the Federal

5     Rules of Civil Procedure, that this deposition may be

6     taken by the Defendant at this time, pursuant to subpoena;

7          FURTHER STIPULATED, that all objections except as to

8     the form of the questions and responsiveness of the

9     answers, be reserved until trial;

10         FURTHER STIPULATED, that the witness may read and

11    sign the deposition and make any corrections to same

12    before any Notary Public;

13         AND FURTHER STIPULATED, that if the original

14    deposition has not been duly signed by the witness and

15    returned to the attorney taking the deposition by the time

16    of trial or any hearing in this cause, a certified copy of

17    the deposition may be used as though it were the original

18

19

20

21

22

23

24

25
```

Page 6

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2

3                        (On the record, 10:14 a.m.)

4                        THE REPORTER:  Okay.  First of all,

5        sir, do you have a I.D. you can hold up for me to see

6        to keep me in good graces with the Department of

7        State.

8                        MS. CALABRESE: So you can see it.

9                        THE REPORTER:  Almost.

10                       MS. CALABRESE:  So you can see.

11                       MR. WALDMAN:  I'm looking.  There we

12       go.  It's backward, sir.

13                       THE REPORTER:  A little more.  There

14       we go and beautiful.  Thank you.  Thank you.  You can

15       put that down now.  Okay.

16                       MR. WALDMAN:  How are you?

17                       THE REPORTER:  I'm great.  Okay.  One

18       moment.  Raise your right hand. Mr. Walden --

19       Waldman.  Raise your right hand, sir.  Do you swear

20       or affirm that the testimony you're about to give

21       will be the truth, the whole truth and nothing but

22       the truth?

23                       MR. WALDMAN:  I do.

24                       WITNESS; JOHN WALDMAN; Sworn.

25                       MS. PECK:  And does everybody agree to

```
 1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2       usual stipulations?  Brett?
 3                   MR. KLEIN:  Yes.
 4                   MS. CALABRESE:  Yes.
 5                   MS. PECK:  And Leah?
 6                   MS. MITCHELL:  Yes.
 7                   MS. PECK:  Michael?
 8                   MR. GINSBERG:  Yes.
 9                   MS. PECK:  Thank you.
10                   THE REPORTER:  Again, the witness has
11       been sworn.
12                   MS. PECK:  Actually before we proceed,
13       Brett, you raised a question as to whether we don't
14       have any objections to you recording the deposition,
15       is that something we all want to discuss publicly.
16       Is that what I am talking about?
17                   MR. KLEIN:  So my -- my -- yeah.  It's
18       my request is that if it's the same cost and you can
19       just hit the record button, Howard, I'm going to ask
20       that it would be recorded, do the video option of the
21       deponent so that we avoid any misunderstandings like
22       you discussed earlier, about what exhibits are being
23       looked at as such.
24                   THE REPORTER:  It is being recorded.
25                   MS. PECK:  Well --
```

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                        MR. KLEIN:  Video?
 3                        THE REPORTER:  Yes.
 4                        MR. KLEIN:  Okay.
 5                        MS. PECK:  Dr. -- Dr. Waldman was not
 6         subpoenaed for video recorded testimony.
 7                        MS. CALABRESE:  We --.
 8                        MS. PECK:  Is this --- is this being
 9         recorded just for purposes of the court reporter to
10         be able to go through everything?
11                        MR. GINSBERG:  Well, we have the --
12         the real issue with the recording is that when we go
13         to trial, we can play the video or portions of it
14         without having to bring the doctor back in.  And I,
15         you know, that maybe a lot more convenient.  I don't
16         know that that actually was going to transpire but is
17         that option.
18                        MS. MITCHELL:  Well, Dr. Waldman's
19         indicating he's comfortable with that.  So I'll waive
20         the objection in terms of not getting notice.
21                        MS. PECK:  Thank you, Leah.
22                        MR. KLEIN:  Thank you.
23                        MR. GINSBERG:  Okay.  Can I start with
24         my spiel again now?
25                        DIRECT EXAMINATION
```

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                    BY MR. GINSBERG:
 3                    Q.   Doctor, thank you for joining us
 4         today.  As I stated earlier, we appreciate your
 5         taking time out of your busy schedule to attend to
 6         this matter.  My name is Michael Ginsberg, I'm the
 7         attorney for the City of Troy and the Troy Police
 8         Officers, Defendants.  And I believe that's the
 9         Federal matter, isn't it correct?
10                    A.   Yeah.
11                    Q.   And I'm going to ask you a series
12         of questions that require verbal response so that
13         Howard can keep the record, okay.
14                    A.   Yes.
15                    Q.   All right.  If we ask you a
16         question or I ask you a question that you don't
17         understand, please let me know and I'll rephrase it.
18         Otherwise we're going to assume that you're answering
19         the question that's been posed.  Fair enough?
20                    A.   Yes.
21                    Q.   Doctor, could you tell us your
22         full name?
23                    A.   John Bernard Waldman.
24                    Q.   And could you give us your
25         educational background, starting with college?
```

Page 10

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                         A.   I went to Yale University.  I

3    graduated with a B.A. in psychology in 1969.  I then

4    went to the Albany Medical College, graduated in 1973

5    with an M.D. degree.  Following that, I entered a

6    neurosurgical residency training program that

7    included one year of general surgery.

8                         And I don't remember now, it was five

9    years of neurosurgery.  I then was employed on the

10   staff of the Albany Medical College in Albany

11   Hospital.  But I went to Toronto, to The Hospital of

12   Sick Children to do a pediatric neurosurgery

13   fellowship.

14                        And I also then went to Children's

15   Hospital Medical Center in Boston to continue my

16   training in pediatric neurosurgery.  And after that I

17   joined -- I started practicing at Albany Medical

18   Center Hospital and teaching at the Albany Medical

19   College.  And I was there my entire career.

20                        Q.   Thank you, Doctor.  With regard

21   to your employment, do you currently hold a title?

22                        A.   Yes, my title is retired.

23                        Q.   Prior to the current title that

24   you hold, did you previously hold a title?

25                        A.   Yes, I was professor of surgery,

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         neurosurgery, and an attending physician at the

3         Albany Medical Center.

4                   Q.   And for how long a time period

5         did you serve Albany Medical in that capacity?

6                   A.   Well, I didn't start initially as

7         a full professor, I was assistant professor, then

8         associate professor, and then full professor.  I

9         don't remember the years, I have no recollection of

10        the years, when I transitioned from one to the other.

11        But I began my employment as an attending in 1979.

12        And I continued it until I retired in 2012.

13                  Q.   And Doctor, what position, or

14        title if any did you hold in September of 2008?

15                  A.   I believe I was a full professor

16        at the Albany Medical College and attending physician

17        at the Albany Medical Center Hospital.

18                  Q.   Well, as a attending physician,

19        what duties, and responsibilities that you have at

20        that time in September 2008?

21                  A.   I had an active practice, I saw

22        patients, did surgeries, took care of patients in the

23        hospital.  And then as part of my academic

24        requirements, I taught medical students and residents

25        and did the usual things that academics do, write

Page 12

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        papers.  And that's -- that was enough.

3                       Q.   And Doctor, did you practice in

4        any specialty areas in September of 2008?

5                       A.   Yes, as I mentioned, I was

6        pediatric neurosurgery.

7                       Q.   And what is pediatric

8        neurosurgery?

9                       A.   Well, neurosurgeons, in general,

10       take care of patients who have neurological problems

11       or problems that relate to the nervous system,

12       including the brain, spinal cord, and peripheral

13       nerves.  Mostly that require surgical interventions.

14       But we do non-surgical treatments also.

15                       For example, in trauma, not every

16       patient requires an operation.  As in many diseases,

17       we try to manage patients without surgery if we can.

18       And if not, then a neurosurgeon would operate.  And

19       in my case, my practice was pretty much limited to

20       children, except for adult patients that I would pick

21       up when I was on call.

22                       And also, there are some adult

23       patients who have problems that are much more common

24       in pediatric populations.  So I might be asked by my

25       partners to take care of those patients as well.  But

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         predominantly, pediatric patients, say under the age

3         of eighteen.

4                        Q.   And Doctor, were you involved in

5         the writing or publishing random professional

6         publications over the course of your career?

7                        A.   Yes.

8                        Q.   Could you describe some of them

9         for us?

10                       A.   Well, later in my career, they

11        are mostly case reports, you know, an interesting

12        patient or an interesting trick -- treatment, we

13        might write-up an individual case.  During my early

14        years, we were involved in trauma research.  We did

15        research and developing medications, in conjunction

16        with Merck Sharp & Dohme, a pharmaceutical company,

17        to develop treatments for cerebral swelling, brain,

18        you know, edema in trauma patients.

19                       That was the -- most of my -- my basic

20        research was related to understanding and developing

21        treatments for cerebral edema or brain swelling.

22                       Q.   And Doctor, are you a member of

23        any professional organization?

24                       A.   I don't know my status, current

25        status, but yes, I was involved in a number of

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2         organizations.  The American Association of
 3         Neurological Surgeons, Pediatric Neurosurgery.  At
 4         one point, I probably was a member of the A.M.A.  But
 5         yeah, most of the -- the Congress of Neurological
 6         Surgeons, that's enough or probably more.
 7                      Q.   And Doctor, in September of 2008,
 8         did you hold any board certification?
 9                      A.   Yes.
10                      Q.   Could you describe those for us?
11                      A.   I was board certified in
12         neurosurgery.  And I was board certified in pediatric
13         neurosurgery.
14                      Q.   And Doctor, did there come a time
15         when you first learned of the existence of a patient
16         named ███████████?
17                      A.   Yes.
18                      Q.   And that --?
19                      A.   I believe it was --.
20                      Q.   Go ahead.  If you know the --
21                      A.   I think it was September 22nd,
22         2008.
23                      Q.   And how is it that ███████
24         ██████, that his medical case became known to you?
25                      A.   My understanding is, he was seen
```

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        at Samaritan Hospital in Troy, New York and then

3        transferred to the Albany Medical Center Hospital and

4        was admitted under the care of a pediatric

5        intensivist, to the pediatric intensive care unit.

6                        Q.    Would that have been Dr. Edge?

7                        A.    Among others, I'm not sure if Dr.

8        Edge was on the night of the 21st when he came in.

9        But ultimately, yes, Dr. Edge took care of him.

10                       Q.    He became Dr. Edge's patient,

11       correct?

12                       A.    I think so, yes.  You know, they

13       -- they're a bunch of intensivists and they rotate.

14       So I'm not sure if he took care of ███████ every day.

15       But I guess, he was identified as the -- as ███████'s

16       primary physician.

17                       And Dr. Edge consulted neurosurgery

18       because there was a concern about ███████ having

19       sustained a head injury.

20                       Q.    Okay.  Doctor, when you say he

21       consulted neurosurgery, are you indicating that he

22       asked for a neurosurgical consult?

23                       A.    Yes.

24                       Q.    All right.  And did you perform

25       that consult?

Associated Reporters Int'l., Inc.

```
 1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                     A.   Well, I was not on call the day
 3        that ████ came in.  So one of my partners Dr.
 4        German saw ████, on that day, I think that, I
 5        don't know if it was in the evening or what time it
 6        was.  But it was on the 21st.  And then on the 22nd,
 7        Dr. German asked me to take care of ████, since he
 8        was a pediatric patient and Dr. German doesn't care
 9        generally for pediatric patients.
10                     Q.   And did you have an opportunity
11        to physically evaluate ████ yourself?
12                     A.   I did, yes, on the 22nd.
13                     Q.   And can you tell us how ████
14        presented at that time?
15                     A.   Do you mean, what was his exam or
16        what I knew about it?
17                     Q.   What were -- what were your
18        observations based upon your viewing of the patient
19        and the patient's chart, of course?
20                     A.   May I look at the chart?
21                     Q.   Of course.  Doctor, if you look
22        at the chart itself, it's Bates stamped upper left-
23        hand corner and bottom right-hand corner of every
24        document.
25                     A.   Okay.  Give me the number.
```

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2                        Q.   Do you want --?
3                        A.   Give me the numbers of the pages
4         you want.
5                        Q.   I don't -- I don't know where --.
6                        A.   You want me to find my -- my note
7         and then give you that.  Is that -- is that what
8         you're saying?
9                        Q.   I think -- I think you're looking
10        for page one sixty -- sorry, one eighty-six, one
11        eighty-seven.  That would be your note, is that what
12        you're looking for?
13                       A.   Yes, I think I have two notes in
14        the chart so.  Well, I have Dr. German's consult
15        that's one eighty-five.
16                       Q.   Okay.  What --?
17                       A.   And I have my notes one eighty-
18        six and one eighty-seven.
19                       Q.   Okay.  Let's start with one
20        eighty-five, Dr. German's note.
21                       A.   Okay.
22                       Q.   Can you describe for us what Dr.
23        German found with regard to his examination as
24        reflected in the note identified as Bates stamp one
25        eight five?
```

Page 18

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

 2                        A.   Well, let me just say to make it

 3    clear, the -- when a neurosurgery consultation is

 4    called the -- one of the -- one of the neurosurgical

 5    residents will see the patient.  And then write a

 6    note and then call the attending on call, who was Dr.

 7    German.

 8                        So most of the note is written by the

 9    resident, but there is a small section down in the

10    bottom right corner of Dr. German's itself.  So do

11    you want me to refer to just Dr. German's part?

12                        Q.   No, Doctor, would you -- would

13    you tell us what the findings of the resident were?

14    And then I'll ask you a follow-up question with

15    regard to Dr. German?

16                        A.   Okay.  That depends on whether or

17    not I can read his handwriting, which is going to be

18    problematic.  Can I read it?

19                        Q.   Sure.

20                        A.   Would that be -- okay.  It says

21    H.P.I. History of Present Illness, four months old,

22    thirty-six week, which is incorrect.  I think he was

23    thirty-two week preemie, just as an -- as an aside

24    for early in the admission, probably one of the

25    pediatric residents wrote that he was thirty-six
```

Page 19

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         weeks post, you know, premium -- premature and then

3         crossed it out and put thirty-two.

4                        So that my resident must have seen it

5         before it was corrected.

6                        Q.   Okay.

7                        A.   Transferred from outside, O.S.H.,

8         that's outside hospital.  Something I can't read.

9         Presenting with --?

10                       Q.   If you can't read it, it's okay.

11                       A.   Well, it is, and it isn't.

12        Transferred to A.M.C., C.T., something with --

13                       Q.   That says --

14                       A.    -- something -- something slash

15        S.D.H. which is subdural hematoma.

16                       Q.   It's bilateral isn't it, B.I.L.

17        --

18                       A.   Yes.

19                       Q.    -- bilateral subdural hematoma.

20                       A.   Oh, yes, bilateral subdural

21        hematoma.  Yes.  Then there's past medical history.

22        Nothing of significance until the exam, can I skip to

23        that?

24                       Q.   Yes, please.

25                       A.   Blood pressure fifty over seventy

Page 20

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2        slash thirty over forty, flat.  All right.  I'll read
 3        what I can.  G.C.S., which is Glasgow Coma Score,
 4        E.M.V.T., those are the various components eye
 5        opening, movement, verbal response.  And the T means
 6        the patient is intubated.  So patient can't talk even
 7        if the patient could so --.
 8                      Q.   So that note indicates that there
 9        were no such responses?
10                      A.   Right, the Glasgow Coma Score was
11        three T.  In other words, one is the lowest possible
12        score you can get in any of those components.  And so
13        one plus one plus one equals three.  So that's the
14        lowest score you can get.
15                      Q.   And what if anything does that
16        indicate?
17                      A.   That indicates the fact the
18        patient is in deep coma, at best, possibly brain
19        dead.  And then it says something I can't read, then
20        no cough, questionable something.  I can't read that.
21        Anterior -- A.F. stands for anterior fontanelle,
22        that's the soft spot on the top of the baby's head,
23        bulging full intense.
24                      Q.   What -- can you tell me --
25                      A.   Suture.
```

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.    -- full intense does that have,

3         Doctor.

4                    A.    That is certainly suggestive that

5         there's a very significant increase.  And that goes

6         along with the next line which is it says sutures

7         splayed.  That goes along with increased intracranial

8         pressure.  The baby's brain is swollen and/or there's

9         additional mass like subdural, which we know which

10        has pushed the bone, the bones apart and caused the

11        fontanelle to be tense and the sutures to be spread

12        apart abnormally.

13                    So that's all indication of increased

14        intracranial pressure from some cause.

15                    Q.    What are they referring to when

16        they mentioned suture?  There is no stitches,

17        correct?

18                    A.    Yeah, correct.  The cranial

19        sutures are the term used to define where the baby's

20        bone plates come together.  In a baby, they're open.

21        So the head -- so the brain can grow rapidly during

22        infancy.

23                    And in adults and in older children,

24        they become inactive and they are together, they sort

25        of knit together like -- like, you're -- I'm showing

Page 22

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2         with my fingers.  So in a baby's case that they're
 3         open.  And in this particular baby's case, they're
 4         spread.
 5                        That's as far as I can get spread them
 6         because of the screen.  But they're spread apart,
 7         normally say they were like this.  In this case, they
 8         were splayed or spread apart.
 9                        Q.   All right.
10                        A.   So something -- something is
11         pushing them apart either brain swelling or some
12         other mass inside the head.
13                        Q.   And that condition can be caused
14         from the swelling associated with trauma to the brain
15         and head?
16                        A.   Well, it can be caused by a
17         number of things.  Brain swelling can occur in many
18         different scenarios, stroke, brain -- brain tumors,
19         subdurals, epidural hematomas.  A variety of
20         different things poisoning --.
21                        Q.   Including trauma, correct?
22                        A.   Yes, including trauma.
23                        Q.   Okay.  Thank you, Doctor, can we
24         move on to the rest of the note?
25                        A.   We can, then it says imaging
```

Page 23

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         C.T., head, large b slash l which again is bilateral,

3         mixed density subdural collections.

4                        Q.   What if any significance does the

5         mixed density finding have?

6                        A.   It -- in the past, it was used in

7         an attempt to try to age the subdurals, but we've

8         subsequently learned that it's not quite so simple.

9         I assume at some point, I'm going to look at the C.T.

10        scan, is that right?

11                       Q.   Yes.  We can -- we can put that

12        up for you.  Once we get along a little more.

13                       A.   So it might be better to discuss

14        it with -- with the images up.  But basically he's

15        describing a -- what he saw on the C.T. scan.  He is

16        not -- so a C.T. scan is an x-ray, and x-rays measure

17        differences in density.  So for example, blood has a

18        certain density, cerebral spinal fluid has a certain

19        density, the brain has a certain density.

20                       So what he's describing is that he's

21        seeing a collection or a space outside the brain that

22        has within it different densities.  Maybe some

23        density that's greater than the brain, some that's

24        the same as the brain, some is less than the brain,

25        you know, he doesn't specify but it's mixed.  There's

Page 24

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         not just a single density in the space outside the

3         brain.

4                        Q.   And is that an abnormal finding?

5                        A.   Absolutely.

6                        Q.   Doctor, can you go on and --

7                        A.   Yes.

8                        Q.   -- describe any other significant

9         items that are identified in the note which you have

10        Bates stamped one eight five.  I think we may have

11        lost him.  And we -- we lost you there, Doctor.

12                       A.   Okay.  Poor chronological exam

13        and something that I can't read.  Oh, and evidence of

14        increased I.C.P., that's increased intracranial

15        pressure on exam.  Emergency subdural tap ending

16        coax, coagulation studies.

17                       C.P.S. workup, something ophthalmology

18        consult, skeletal survey discussed with Dr. German.

19                       Q.   What's referred to by C.P.S.

20        workup, is that Child Protective Services?

21                       A.   Yes.

22                       Q.   Would that have indicated that

23        Child Protective Services was contacted by the

24        hospital?

25                       A.   I don't know whether he knew

Page 25

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2        C.P.S. was previously called or if they were, I don't
 3        know that he's just saying there's -- this is
 4        potentially an injury to a child.  You know, there
 5        wasn't a car accident -- trauma event.  So that we
 6        use the --
 7                    Q.   Doctor, did you --
 8                    A.    -- possibility that requires
 9        C.P.S.
10                    Q.   You keep breaking up and we can't
11        hear quite your testimony and we only caught a
12        portion of what you just said.
13                    A.   Okay.  Is that better?
14                    Q.   That is, yes.
15                    A.   All right.  So I'm not certain
16        whether he knew C.P.S. had previously been called or
17        whether they had been called.  He was just saying if
18        it hasn't already been done, consults C.P.S. as well
19        as do a skeletal survey, which is to look for
20        fractures and also to call ophthalmology to get an
21        expert opinion about the -- if there is retinal
22        injury.
23                    Q.   Okay.  Doctor, why don't we move
24        on to your note, which is --
25                    A.   Okay.
```

Page 26

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.    -- one eight six.

3                    A.    One eight six, one eight seven.

4         All right.  So --.

5                    Q.    And can -- can you tell us what

6         your impression was on ████'s presentation?

7                    A.    You want me to skip to my

8         impression?

9                    Q.    I would like you to go over the

10        entire note, but you know that's where I started with

11        my question.

12                   A.    Well, and why don't we -- all

13        right, I don't mean, it's up to you.

14                   Q.    Describe ████'s condition as

15        you found it when he presented to you, if you would?

16                   A.    Okay.  I saw him on the 22nd of

17        September 2008 at twelve thirty.  I found him to be a

18        four months old, black male, admitted and transferred

19        from Samaritan Hospital in deep coma.  Then I say,

20        history, parenthesis from the chart end parenthesis,

21        of several days -- day history of watery diarrhea,

22        worsening over two day -- over a two-day period.

23        Mom, noted unresponsiveness on the day of admission

24        and called emergency services.  There was a past

25        medical history of a NICU stay at A.M.C.H., that's

1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        the Albany Medical Center Hospital secondary to twin

3        birth and weight gain issues.

4                        And then I have in parenthesis

5        question mark.  My exam, no bruising of a scalp or

6        swelling seen.  Pupils mid position and fixed,

7        corneal and gag absent, no spontaneous respirations,

8        no movement of deep pains -- painful stimulation.

9                        Retinal hemorrhages for ophthalmology.

10       So ophthalmology consult was called, and they had

11       seen the patient before I did.  A reflexive, C.T.

12       scan, I then referred to bilateral hemispheric

13       subdural hematomas marked separation of sutures, no

14       fractures seen.

15                        Impression.  Patient has no evidence

16       of brain activity parenthesis since admission end

17       parenthesis, bilateral subdural hematomas without

18       explanation.  Plan, no neurosurgical intervention.

19       Indicators suggest skeletal survey.  Consider he --

20       he in consult.  And I signed my name.

21                        Q.   Okay.  Doctor, what was your

22       impression with regard to this patient after your

23       examination?

24                        A.   And I thought the patient was

25       likely brain dead from bilateral subdural hematomas.

Page 28

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         And we didn't have a history to suggest how they

3         occurred.  So under those circumstances, we

4         considered that this might be non-accidental trauma.

5                        Q.   And what if anything did you do

6         for Matt, after your examination?

7                        A.   Nothing, he was essentially brain

8         dead.  There was no point in doing anything at that

9         time.

10                       Q.   And Doctor, did you yourself

11        render a diagnosis?

12                       A.   My impression was bilateral

13        subdural hematomas without explanation.

14                       Q.   And what was the basis of your

15        finding of the subdural hematomas?

16                       A.   My review of the CAT scan and my

17        examination of the patient.  And my understanding

18        from the chart of the history.

19                       Q.   What specific items led you to

20        that conclusion?

21                       A.   Well, the history provided no

22        evidence of a traumatic event.  He didn't fall out of

23        a second story window; he wasn't in a car accident.

24        His neurologic exam revealed no function.  So that's

25        where the brain dead comes from.

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        And the CAT scan revealed, and his

3        exam was consistent with, traumatic subdural

4        hematomas.  That and his extensive retinal

5        hemorrhaging as identified by the ophthalmologist.

6                        Q.   What significance, if any, did

7        the retinal hemorrhaging indicate?

8                        A.   Well, first, let me say that

9        there are retinal hemorrhages and there are retinal

10       hemorrhages.  They're all different kinds and to

11       different extents.  It's been shown over and over

12       again in the literature that very extensive retinal

13       hemorrhages that extend to the periphery of the

14       retina associated with profound neurological deficit

15       and subdural hematomas is not pathognomonic, but

16       extremely likely to be associated with non-accidental

17       trauma.

18                        Q.   Is that an element --?

19                        A.   So that -- that's one of the --

20       that's one of the components that we see extremely

21       commonly, bilateral extensive retinal hemorrhages in

22       non-accidental trauma.

23                        Q.   What type of behavior is caused

24       by a type of non-accidental trauma, Doctor?

25                        A.   Well, it's hard to know

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

 2         absolutely precisely because most of these events are

 3         unwitnessed.  But --.

 4                        MR. KLEIN:  Objection to form.  Thank

 5         you.

 6                        BY MR. GINSBERG:  (Cont'g.)

 7                        Q.   Go ahead, Doctor.

 8                        MR. KLEIN:  You could go ahead, sorry

 9         to interrupt.

10                        THE WITNESS:  That's okay.  So

11         certainly, acceleration/deceleration injuries.

12                        BY MR. GINSBERG:  (Cont'g.)

13                        Q.   What -- what type of behavior

14         causes an acceleration/deceleration type of injury in

15         an infant?

16                        A.   In an infant?

17                        Q.   For a child of ████████'s age?

18                        A.   Well, it might be, you know, an

19         adult picking a child up and smashing them down on a

20         flat surface.  It might be rapid, violent shaking.

21         So the brain accelerates and then rapidly

22         decelerates.

23                        Q.   Very similar to concussion?

24                        A.   Well, --.

25                        MR. KLEIN:  Objection.
```

800.523.7887                                      Associated Reporters Int'l., Inc.

Page 31

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        MR. GINSBERG:  Withdrawn, it doesn't

3        matter.

4                        BY MR. GINSBERG:  (Cont'g.)

5                        Q.  All right.  Doctor, did there

6        come a time when you determined what the cause of

7        ████████'s brain injury was?

8                        A.  I don't think I ever -- that's

9        not something that the doctor does.  It's something

10       that I guess the police do and, you know, potential

11       criminal case there's an investigation.  I don't -- I

12       have no idea.

13                       Q.  Did you ever have a discussion

14       with Dr. Edge regarding the causation for ██████'s

15       condition?

16                       A.  I have no specific recollection

17       of this whole thing, really.  So I can't say for

18       sure.  But I wrote a note on the chart and minimum,

19       I'm certain Dr. Edge, looked at my note but I

20       probably spoke with him and I think it's reasonable

21       to believe I did.

22                       He's is in the PICU and then I was in

23       the PICU, so we shared the patient, he consulted me.

24       So I'm certain I spoke to him, but I have no

25       recollection of it.

ARII@courtsteno.com                                      www.courtsteno.com

Page 32

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.   Did there come a time when a

3    request that Troy Police Department be called with

4    regard to the ████████████   matter?

5                    A.   Again, I didn't -- I didn't call

6    the police.  I have no idea who did, and I have no

7    recollection of speaking to the police officers.  So

8    I really can't answer the question.  I know there was

9    a time that the police were involved, whether it was

10   through C.P.S. intervention, or I don't know what the

11   process was.

12                   Q.   Doctor, did you ever have a

13   discussion with any member from the Troy Police

14   Department during either September 21st through the

15   23rd?

16                   A.   I have no recollection of it.

17   But if you -- if there was some documentation that I

18   did, then I wouldn't dispute that.

19                   Q.   And Doctor, drawing your

20   attention to the document Bates stamp two fifteen,

21   this chart transition plans.

22                   A.   Okay.  I have that.  Yes.

23                   Q.   And Doctor, it states in the

24   third line, not sentence but the third line.  Patient

25   has b slash l bilateral subdural hematomas.  And he

Page 33

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         is an extremely critical condition, is that correct?

3                        A.    Yes.

4                        Q.    And it states a report to C.P.S.

5         was made earlier, is that correct?

6                        A.    Yes.

7                        Q.    And do you see a little further

8         in the paragraph where it states at request of Dr.

9         Edge, S.W. contacted the Troy Police and at 2110,

10        Detective Ron Fountain responded to the PICU?

11                       A.    I see that, yes.

12                       Q.    All right.  S.W. is social

13        worker, correct?

14                       A.    That's what I interpreted it to

15        mean.  Yes.

16                       Q.    And that would be a hospital

17        staff member, correct?

18                       A.    Yes.

19                       Q.    And down just before the last

20        line.

21                       A.    In that first section there,

22        yeah.

23                       Q.    Yeah.  In the first section S.W.

24        explained to charge nurse and nurse caring for

25        patient, that a report must be made to the New York

Page 34

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         State child abuse and neglect hotline, if patient

3         expired, correct?

4                        A.   Yes.

5                        Q.   And down in the patient family

6         interaction section.

7                        A.   Okay.  Yeah.

8                        Q.   It states he was apparently

9         transferred from Samaritan Hospital, has head C.T.

10        that's a CAT scan, correct?

11                       A.   Correct.  C.T. stands for CAT

12        scan.

13                       Q.   Here which showed a bleed,

14        possible skull fracture period.  Per M.D. this is a

15        suspect injury, correct?

16                       A.   Correct.

17                       Q.   And Doctor, what was your opinion

18        that there existed subdural hematomas in ██████'s

19        brain during the time period of your examine, you, on

20        September 22nd of 2008?

21                       A.   Can you repeat the first part of

22        your question?

23                       Q.   Sure.

24                       MR. GINSBERG:  Can we have it read

25        back, Howard?

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    THE REPORTER:  Yeah.  Yes, I can.

3         Hang on.

4                    (Reporter complied with request)

5                    THE WITNESS:  It's not helping, it's

6         not helping.

7                    MR. GINSBERG:  We can't hear very

8         well, Howard.

9                    MR. KLEIN:  I can remember it.  Can't

10        you just repeat it?  What was your opinion that there

11        was a subdural hematoma upon his admission to Albany

12        Med on 9/21/08.  Isn't that the question?

13                    MR. GINSBERG:  What -- what was the

14        basis of your opinion?  That there was a subdural

15        hematoma?

16                    THE WITNESS:  Okay.  Yes.  All right.

17        That -- that I understand.  The basis was his

18        clinical exam and the C.T. scans.

19                    BY MR. GINSBERG:  (Cont'g.)

20                    Q.  And what specifically did the

21        C.T. scan indicate to you, Doctor?

22                    A.  It indicated that he had

23        bilateral subdural hematomas of mixed density,

24        increased intracranial pressure as evidenced by the

25        splayed spread sutures.  So that's the C.T. -- that's

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         the C.T. component of it, of my impression.

3                        Q.   And you -- you put that

4         information in ████████'s chart, correct?

5                        A.   Yes, yes.

6                        Q.   And it was available to Dr. Edge.

7         Is that correct?

8                        A.   Yes.

9                        Q.   And Doctor, prior to formulating

10        your diagnosis of subdural hematomas bilaterally, you

11        didn't consult with any members of the Troy Police

12        Department.  Is that correct?

13                       A.   Prior to my impression and my

14        note, no.  I'm certain that even though I have no --

15        no direct recollection.  Definitely not.

16                       Q.   Did you have any discussion with

17        the Troy Police Department members with regards to

18        the impressions and diagnosis?

19                       A.   Again, I have no recollection of

20        discussing it with the police department.  If they

21        have a record stating I did, I wouldn't dispute it.

22        But I have no recollection of it.  And I have -- I

23        haven't seen any documentation that I did.  That I --

24        I don't know.

25                       Q.   Do you recall whether any member
```

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2        of the Troy Police Department attempted to influence
 3        you in rendering your opinion with regards to this
 4        matter?
 5                        A.   No.   I have no recollect --
 6        again, I have no recollection of discussing anything
 7        with them.  But I can't conceive of -- of anyone, I
 8        had put my opinion down before I spoke to anybody,
 9        though, even Dr. Edge.
10                        Q.   And the determinations that you
11        made with regard to        's condition, those were
12        your findings, correct?
13                        A.   Yes.
14                        Q.   And they were not presented to
15        you by any member of the Troy Police Department?
16                        A.   No.
17                        Q.   Doctor, with regard to        's
18        condition, you provided testimony in criminal matters
19        against Adrian Thomas,        's father.  Is that
20        correct?
21                        A.   Yes.
22                        Q.   And do you recall testifying in
23        sum and substance that subdural hematomas in infants
24        with rare exception are caused by injury, injury that
25        is very significant and severe?
```

Page 38

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.   Well, I'd have to review my

3    testimony.  But I -- sounds like a reasonable thing

4    to say, yes.

5                        Q.   Is it -- is that statement

6    accurate?

7                        A.   I'd have to review the record.  I

8    don't have any direct recollection of it.

9                        Q.   I don't mean accurate, whether

10   you stated it at the trial, is it accurate in

11   general?

12                       A.   Yes.

13                       Q.   And with regard to the ██████

14   ██████ matter, do you recall stating at his -- at the

15   trial of Adrian Thomas?  So we are talking about a

16   serious application of force to an infant's skull to

17   cause this injury?

18                       A.   Again, I don't have a direct

19   recollection of my -- of my testimony.  But it sounds

20   like what I might have said, yes.

21                       Q.   Would that statement be

22   consistent with your knowledge and understanding of

23   this matter --

24                       A.   Yes.

25                       Q.   -- involving ████████████?

800.523.7887                              Associated Reporters Int'l., Inc.

                                                        Page 39

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                   A.   Yes.

3                   Q.   Okay.  Thank you, Doctor.  I have

4        no further questions at the moment.

5                   MR. KLEIN:  Are you going to ask any

6        questions, Christina?

7                   MS. CALABRESE:  Haven't decided, so

8        I'll wait to the next person.

9                   MR. KLEIN:  Ms. MITCHELL?

10                  MS. MITCHELL:  Do you want to --?

11                  MS. CALABRESE:  I'll tell you that

12       Michael covered the bases as far as I'm concerned, I

13       would just ask a couple of follow-up questions, you

14       know, based upon, I have only one now that's why I'd

15       rather wait until the end to ask mine.

16                  MS. PECK:   But I may have some

17       follow-up.  So if you want to go first I can go after

18       that, it doesn't matter.

19                  CROSS EXAMINATION

20                  BY MR. KLEIN:

21                  Q.   Good morning, Dr. Waldman.  As

22       stated earlier -- as stated earlier, I'm Brett Klein

23       and I represent Adrian Thomas in these civil actions.

24       Thank you for your time today.

25                  A.   Sure.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        Q.   You've had a sufficient time to

3    look at -- for today's deposition with your attorney?

4                        A.   I'm not sure what you mean by

5    sufficient time.

6                        Q.   Well, did you have an opportunity

7    to review for today's -- did you have an opportunity

8    to review your prior testimony from both 2009 and

9    2014 in the criminal trials?

10                       A.   Yes, yes.

11                       MR. KLEIN:  And do we want to offer

12   them as an exhibit everybody or can we just ask him

13   generally if he acknowledges that the testimony was

14   -- if he's standing by it or if he's got any issues

15   with what he said?

16                       MR. GINSBERG:  I want to ask just in a

17   general sense.

18                       MR. KLEIN:  Sure.

19                       BY MR. KLEIN:  (Cont'g.)

20                       Q.   The testimony that you were

21   provided to review from the 2009 trial, did you have

22   a chance to review it?

23                       A.   Yes, I did.

24                       Q.   And to the best of your

25   knowledge, did you testify truthfully and accurately

Page 41

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2       in that trial?

3                    A.   Yes, yes.

4                    Q.   Is there anything in regards to

5       the 2009 trial, that you can recall that you wish to

6       correct, clarify, or change today for whatever

7       reason, if any?

8                    A.   Not that I can think of at this

9       time.

10                   Q.   Okay.  You were also given a copy

11      of the 2014 criminal trial testimony, correct?

12                   A.   Yes, yes.

13                   Q.   And was every -- did you have a

14      chance to review it?

15                   A.   Yes, yes.

16                   Q.   And was everything that you

17      stated under oath at that trial true and accurate to

18      the best of your recollection?

19                   A.   Yes.

20                   Q.   And is there anything that came

21      up in the second trial, either that you were asked or

22      that you said that you wish to change, clarify, or

23      correct, if any?

24                   A.   Not that I can recall at this

25      point.

Page 42

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                      Q.   Okay.  And you've had a chance to

3         look at the Albany Medical Center chart, including

4         the two pages that you wrote and the one page that

5         Dr. German wrote, correct?

6                      A.   Yes.

7                      Q.   Among others, okay.  You've

8         looked at the C.T. scan, correct?

9                      A.   I have, yes.

10                     Q.   And the -- and the relevant

11        report that goes along with it?

12                     A.   Yes.

13                     Q.   Have you reviewed any other

14        documents or testimony to prepare for today's

15        deposition?

16                     A.   I believe, although I can't

17        recall much of it.  I believe I had reviewed Dr.

18        Edge's, testimony -- deposition.

19                     Q.   Okay.  His deposition from a few

20        weeks ago in the civil case?

21                     A.   I believe that's correct.  Yes.

22                     Q.   Okay.  And did that refresh your

23        recollection of events that you didn't previously

24        recall before reading his deposition?

25                     A.   I don't think so.

Page 43

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.   Okay.   There are certain things

3        that -- certain involvement that Dr. Edge had in this

4        case that you were not involved in, correct?

5                    A.   I'm certain of that, yes.

6                    Q.   You had one consult on September

7        22nd, as previously noted and that exam and the

8        review of the C.T. it's fair to say that's the extent

9        of your involvement with this case, correct?

10                   A.   Not quite.   I saw him a second

11       time, I believe the next day.

12                   Q.   Okay.   And was that --

13                   A.   I have no reason to --.

14                   Q.   -- is that after the skeletal

15       survey was reviewed?

16                   A.   I'd have to go back and see if

17       that was after -- that was one eighty --.

18                   MR. GINSBERG:   One eight seven.

19                   THE WITNESS:   Yes, it was after the

20       skeletal survey.

21                   BY MR. KLEIN:   (Cont'g.)

22                   Q.   Okay.   And what -- what -- can

23       you just describe the nature of that exam or what you

24       did and what you found?

25                   A.   Well, it was on 9/23/08 at eight

Page 44

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         in the morning, exam consistent with brain death,

3         skeletal survey negative for fractures foraminal test

4         today.  And that's it.

5                   Q.  Okay.  So -- so just trying to

6         just confirm that I'm aware of the full universe or

7         involvement here.  Is it accurate to say that you

8         reviewed the C.T., personally, you did an exam, you

9         did a -- you had an interaction with the patient on

10        September 22nd.

11                  And then another one on September --

12        I'm sorry, September 22nd and then another one on

13        September 23rd.  Is that correct?

14                  A.   The best of my recollection,

15        that's the only written documented involvement I had.

16                  Q.   Okay.  You have no reason to

17        think there was any other, correct?

18                  A.   Well, I -- well, I don't have any

19        recollection whether I ever talked to anybody else

20        about it, you know, for example, Dr. Edge or one of

21        the other doctors or anyone else I --.

22                  Q.   Okay.  And you reviewed your

23        testimony from 2009 and 2014.  That didn't refresh

24        your memory as to any such conversations, correct?

25                  A.   I believe that is true.  Yes.

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2                        Q.   Okay.  So with regard to your --
3         you testified in the first criminal trial that you
4         had never seen a subdural hematoma resembling ████
5         ████'s scan associated with a vaginal birth.  Do
6         you recall giving testimony to that effect?
7                        A.   Yes.
8                        Q.   Isn't it true that you only --
9         you only see -- isn't it true that you don't see
10        apparently normal newborns.  So you wouldn't have an
11        opportunity to see such scans associated with that in
12        newborns?
13                       MS. CALABRESE:  Object to form.
14                       MS. PECK:  Same objection.
15                       MR. KLEIN:  You can answer.
16                       A.   Well, if -- it's inconceivable to
17        me that a newborn would have a C.T. scan, first of
18        all, that showed something like this that I wouldn't
19        recall.  I mean, no neonatologist is going to get a
20        report that there are massive bilateral subdural
21        hematomas on a neonate's CAT scan and not call
22        neurosurgery.  So correct.
23                       BY MR. KLEIN:  (Cont'g.)
24                       Q.   The Albany medical records
25        indicated that ████████  was suffering from
```

Page 46

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2         coagulopathy while they're in part due to low
 3         platelet count.  Did you recall that?
 4                        A.   I do recall that.
 5                        Q.   Now here, coagulopathy makes it
 6         more likely that any blood in the subdural collection
 7         was due to -- was due to fluid from an effusion due
 8         to infection.  Wouldn't you agree with that?
 9                        A.   Could you please say that one
10         more time?  I didn't --
11                        Q.   Sure.
12                        A.     -- quite get it.
13                        Q.   Would it be fair to say that due
14         to the fact that there was coagulopathy present, that
15         it's more likely than not that any fluid in this
16         subdural collection was due to fluid from effusion
17         due to infection rather than from blood --
18                        MS. CALABRESE:  Object to form.
19                        MS. PECK:  Object to form.
20                        BY MR. KLEIN:  (Cont'g.)
21                        Q.     -- rather than from -- due to a
22         subdural hematoma?
23                        MS. PECK:  Same objection.
24                        A.   Again, I'm not sure I understand
25         what you're asking, if you're asking --.
```

Page  47

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    BY MR. KLEIN:  (Cont'g.)

3                    Q.   The C.T. scan shows, subdural

4    collection of -- of some type of fluid, correct?

5                    A.   Yes.

6                    Q.   And the -- that could be blood,

7    it could be -- it could be other things as well

8    though, correct?

9                    A.   Right.  So you're -- you're

10   asking me if this were an effusion and then the

11   patient developed a coagulopathy, could their blood

12   enter into the effusion, is that the question you're

13   trying to ask me?

14                   Q.   Sure.  Let's go with that.

15                   MS. PECK:  Object to form.

16                   A.   Okay.  Anything is possible.

17                   BY MR. KLEIN:  (Cont'g.)

18                   Q.   On the C.T. in this case, the --

19   withdrawn, I'm sorry, one second please.

20                   Did the C.T. in this case indicate

21   that evidence by a shade of grey that -- that there

22   was white blood cells mix with pus and protein in the

23   collection, which would be due to infection?

24                   MS. CALABRESE:  Objection to form.

25                   MS. PECK:  Same objection.

Page 48

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.   As I've stated, this was a mixed

3         density collection.  When you look at the C.T. scan,

4         you're looking at various densities, you're not

5         looking at white blood cells or pus or red blood

6         cells and blood.  You're looking at densities and

7         putting together the history and the exam and the

8         scan and trying to come up with the best explanation.

9                        Could there have been some -- an

10        effusion or pus in that collection, I can't say yes

11        or no based on the C.T. scan.

12                        BY MR, KLEIN:  (Cont'g.)

13                        Q.   Right.  And you can't say based

14        on the C.T., whether any blood was due to infection

15        rather than due to a subdural hematoma, can you?

16                        A.   No, the C.T. scan doesn't --

17        doesn't determine what the mechanism of the injury or

18        disease is, it's just a reflection of the tissues.

19                        Q.   Now, you looked at some of the

20        C.T. images at the trial.  Do you recall that?

21                        A.   I don't recall it.  But I did.

22        Yes.

23                        Q.   It was in your testimony?

24                        A.   I reviewed the testimony.  Yes.

25                        Q.   And if you need to pull them up,

Page 49

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         we can.  But you talked about image five of twenty-

3         eight, showing abnormalities in the frontal areas.

4         And in particular, you said the right side appeared a

5         little lighter and denser than the left, showed more

6         dark around the temporal lobe and also some fluid.

7                   Do you remember generally giving

8         testimony to that effect, about those findings?

9                   A.   Again, based on reviewing my

10        testimony, I vaguely remember that, yes.

11                  Q.   Okay.  Nothing abnormal about

12        those findings, correct?

13                  A.   Nothing abnormal?

14                  Q.   Correct.

15                  A.   That's entirely abnormal.

16                  Q.   What's abnormal about it?

17                  A.   Well, you normally don't see

18        those fluid collections in a normal infant scan.

19                  Q.   But they're not indicative of

20        what -- well, withdrawn.

21                  You talked about image six and nine

22        showing more fluid surrounding the brain that does

23        not resemble the normal C.S.F., Cerebral Spinal Fluid

24        that usually occupies the area.  Isn't it true that

25        the only place where the fluid looks abnormal was at

Page 50

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        the top left?

3                        A.   That's not my recollection.  But

4        --.

5                        Q.   Did you look at the C.T. before

6        -- before testifying today?

7                        A.   Yes.  But it was, you know,

8        almost weeks, weeks ago, I don't have it.  And I

9        don't think I have the availability unless you

10       project it to see it where I am now.

11                       Q.   Okay.

12                       A.   We got to see them, but we don't

13       have -- we don't have, you know, a slide and the --

14       and the computers to see it.

15                       Q.   I hear you.  But just -- just in

16       terms of that question, just in terms of your

17       recollection, your best recollection, isn't it true

18       -- true that the only place where the fluid looked

19       abnormal was at the top left?  The fluid was a higher

20       density there.  And those would be due to cell

21       changes due to meningitis and infection on any

22       subdural?

23                       MS. CALABRESE:  Object to form.

24                       MS. PECK:  Object to form.

25                       THE WITNESS:  The document --.

Page 51

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                    MR. GINSBERG:  Object to the form.
 3                    THE WITNESS:  -- that's definitely not
 4         my recollection.  No.
 5                    BY MR. KLEIN:  (Cont'g.)
 6                    Q.   Okay.  Do you know whether there
 7         was pneumococcal disease, meningitis, and evidence of
 8         that -- those types of infection in this infant?
 9                    A.   Not at the time I was caring for
10         the child.
11                    Q.   Okay.
12                    A.   That --.
13                    Q.   You just come to learn afterwards
14         that he -- that he was positive for pneumococcal
15         disease?
16                    A.   No, that's not my recollection.
17         My recollection is that prior to his transfer to the
18         Albany Medical Center Hospital, a blood culture was
19         drawn at Samaritan Hospital.  And it's my
20         recollection that it's subsequently proved
21         streptococcus.
22                    I know that he had blood cultures at
23         the Albany Medical Center Hospital, that, if I'm
24         correct, the final report after five days was
25         negative.  That's -- that's -- pneumococcal, I don't
```

```
 1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2         remember seeing that anywhere.  That's not my
 3         recollection.
 4                     MS. PECK:  Howard, can you please
 5         repeat his last response?
 6                     THE REPORTER:  Yeah.  One moment.
 7                     (Reporter complied with request)
 8                     MS. PECK:  Thank you.
 9                     THE REPORTER:  You're welcome.
10                     BY MR. KLEIN:  (Cont'g.)
11                     Q.   If you knew that the patient had
12         pneumococcal disease, including evidence of a
13         meningitis infection, would that change your opinion
14         about anything with regard to the cause of the fluid
15         collection?
16                     MS. CALABRESE:  Object to form.
17                     MS. PECK:  Object to form.
18                     A.   Well, based on just that, I would
19         say no, I -- I would still believe that this was a
20         trauma case.  Children who were in deep coma, can't
21         protect their airways.  And this child then had
22         multiple organ failure, respiratory problems,
23         required ventilation, was alive for several days in
24         that state and secondary infections can occur.
25                     So that's one thing, but we don't know
```

```
 1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2        the onset of the infection.  Number two, it's
 3        certainly possible that a child can have two
 4        problems.  In other words, the child may have been
 5        sick before any injury.  But because of the illness
 6        him screaming, inconsolable crying, and in my
 7        experience with these types of cases, that sometimes
 8        can precipitate a parent to act violently towards the
 9        -- toward the infant.
10                    I'm just obviously speculating, but
11        the child may have had an infection before, may have
12        had an infection after.  But my primary concern was
13        that this child had traumatic subdural hematomas.
14                    BY MR. KLEIN:  (Cont'g.)
15                    Q.   When you say traumatic -- when
16        you say traumatic, you don't know for a fact whether
17        he did or didn't, correct?
18                    A.   I don't know for a fact, what?
19                    Q.   Whether there was in fact, a
20        traumatically -- when you say trauma, it could be
21        birth-related trauma, it could be trauma other than
22        by abuse, correct?
23                    MR. GINSBERG:  Object to the form.
24                    BY MR. KLEIN:  (Cont'g.)
25                    Q.   You don't know what -- what form
```

Associated Reporters Int'l., Inc.

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2          of mechanism caused what you determine -- what you

3          believed to be a traumatic subdural hematoma?

4                         A.   It's true.  I didn't witness any

5          trauma.  But just to clarify your question, that it

6          included birth trauma.  This had nothing to do with

7          birth trauma.

8                         Q.   Image ten showed, according to

9          your testimony, subdural space, and subarachnoid

10         space, one side appeared denser and had darker fluid

11         than the other.  Do you recall that generally?

12                        A.   Generally, yes.

13                        Q.   Isn't it true that that is the

14         characteristic appearance of effusion that would

15         occur in infection and would not be characteristic of

16         blood in the space?

17                        A.   No, no, you can't -- you can't --

18         you can't look at a scan in isolation and say that --

19         what it is in the subdural space.  The subdural

20         effusions typically are high protein, so they do

21         change the density, they make it less dark and more

22         gray.

23                        In my experience with subdural

24         effusions, I've never seen any, that are remotely

25         this size.  And effusion, clinically, it's -- it's

Page 55

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        very different.  I don't believe that.  Although, I

3        mean, I don't know what the autopsy showed, I don't

4        know whether something grew from the subdural fluid.

5                    But my immediate inference that this

6        was predominantly and certainly it was at that time

7        that this was a subdural hematoma.

8                    Q.    Now as you just alluded to on

9        C.T. scans, acute clotting of blood is typically

10       bright white and -- correct?

11                   A.    Yes.

12                   Q.    And blood, I think you said old

13       blood can resemble cerebral spinal fluid, do you

14       recall saying something like that?

15                   A.    I'm sorry, we're having a little

16       difficulty.  Could you repeat that one?

17                   Q.    Do you recall saying that blood

18       can resemble cerebral spinal fluid on the C.T.?

19                   A.    Blood can resemble -- yes, very

20       old -- old blood can -- approaches the appearance of

21       cerebral spinal fluid.

22                   Q.    Right.  So here, it -- if it was

23       an acute subdural here, it should look bright white

24       at the time you saw it, correct?

25                   A.    Not necessarily no.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        Q.   Well, if we're talking about an

3         acute subdural that was inflicted within a week or

4         days or couple of weeks of the -- of the C.T., it

5         should look bright white, would you agree with that

6         or not?

7                        A.   No.

8                        Q.   Why not?

9                        A.   Okay.  It's common, particularly

10        in infants, children, that the trauma tears the

11        arachnoid, which is the outer membrane that contains

12        the cerebral spinal fluid.  As well as a vein --

13        veins that pass through the subdural space to the

14        dura.

15                        So you can get acute blood mixing with

16        cerebral spinal fluid.  And that reduces the overall

17        density, it dilutes, if you will, the blood.  So it

18        doesn't always look bright.  There may be bright

19        components or maybe gray components there may be

20        darker components.

21                        Years ago, we were classically taught

22        that acute blood and this is still true for the most

23        part in most adult's subdural hematomas, that an

24        acute subdural hematoma is bright, it's white.

25        Subacute subdural hematomas are more gray closer to

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        the -- the density of a normal brain.

3                        And chronic subdurals are dark, more

4        closely resembling C.S.F.  But again, in infants,

5        it's not uncommon for this to get mixed that the --

6        to blood to get mixed with the cerebral spinal fluid,

7        thereby reducing the density of the fluid.  And it

8        makes it impossible to age it.

9                        Q.   What's your basis of saying it's

10       acute blood in this case?

11                       A.   The bright white portion of the

12       subdural is certainly suggestive of acute blood.

13                       Q.   Okay.  But isn't it true it

14       doesn't look bright white in this case?

15                       A.   No, there's some components of it

16       that look bright white.

17                       Q.   So we'll actually show that in a

18       few moments if we can get -- if we can work that out.

19                       A.   Okay.

20                       Q.   Now in terms of the subdural

21       hematoma, we're talking about here, are you positing

22       that there must be -- I think you just said tears of

23       the -- of the arachnoid membrane.  Is that your

24       theory?

25                       A.   Yes.

Page 58

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                        Q.   What evidence do you have of that
 3         here?
 4                        A.   What evidence do I have?
 5                        Q.   Yeah, if any?
 6                        A.   The only evidence I have is the
 7         appearance of the C.T. scan.  You can't image the
 8         arachnoid.
 9                        Q.   Right.  So an acute subdural
10         hematoma due to child abuse looks like a big white
11         thing on a C.T., correct?
12                        MS. CALABRESE:  Object to form.
13                        MR. PECK:  Object to form.
14                        A.   I have testified to this just a
15         minute ago, that it may, but it may also mix with the
16         cerebral spinal fluid and be diluted.
17                        BY MR. KLEIN:  (Cont'g.)
18                        Q.   Okay.  You said at trial that the
19         majority of patients who die from short falls die
20         from epidural hematomas.  Do you recall saying that?
21                        A.   That's not what I said.
22                        Q.   What do you recall you said?
23                        A.   You mean, I'm sorry, the majority
24         of patients who die from short falls, is that the
25         question, the majority of patients --.
```

Page 59

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        Q.    That's my understanding of what

3          you've testified to, yeah.

4                        A.    I thought you said the majority

5          of patients who have short falls die from -- yes,

6          short falls defined as three or four feet.

7                        Q.    And this is not a case involving

8          an epidural hematoma, correct?

9                        A.    That's correct.

10                       Q.    Okay.  Now with regard to the

11         retinal hemorrhage and other neurological conditions,

12         they're not specific to child abuse, correct?  You

13         talk about retinal hemorrhage, but we know that it

14         can be due to infection as well, correct?

15                       MS. PECK:  Object to form.

16                       A.    Retinal hemorrhages can take many

17         forms.  And one form may suggest Diagnosis A, another

18         form may suggest Diagnosis B.  Extensive bilateral

19         subdural hematomas are, I think, I'm not sure if I

20         used the word exclusively.  Nothing is a hundred

21         percent.

22                       But the vast, vast majority of

23         patients who have bilateral extensive retinal

24         hemorrhages have traumatic subdural hematomas.  You

25         can have less -- much -- less extensive in different

Page 60

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2         shapes and involvement of the retinal layers with
 3         hemorrhage in other kinds of diseases.
 4                        But what we saw in ██████████'s
 5         retinas is seen almost exclusively on subdural
 6         hematomas.  I hope Mr. Ginsberg doesn't have COVID-
 7         19.
 8                        MR. GINSBERG:  I do not.  But if you
 9         watch I keep sanitizing my hands and occasionally my
10         face.
11                        THE WITNESS:  Okay.  I'm glad to hear
12         that.
13                        MR. GINSBERG:  Well, thank you for
14         your concern, Doctor.
15                        THE WITNESS:  That's what doctors do.
16                        BY MR. KLEIN:  (Cont'g.)
17                        Q.   The bulging of the sutures, isn't
18         it fair to say that that's consistent with infection?
19                        A.   Say that again, bulging of --.
20                        Q.   Of sutures that you described
21         earlier.  Isn't it fair to say that that's consistent
22         with infection?
23                        A.   Well, first of all, I didn't use
24         the term bulging of the sutures, bulging of the
25         anterior fontanelle.  And spreading or splaying of
```

Page 61

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         the sutures --

3                        Q.   Okay.

4                        A.   -- is a -- is a sign of swelling

5    of the brain or the presence of a intracranial mass,

6    taking up space and causing an increased intracranial

7    pressure of it from any -- any cause.

8                        MS. CALABRESE:  Can we --

9                        BY MR. KLEIN:  (Cont'g.)

10                       Q.   That can be from infection,

11   correct?

12                       A.   Yes, I mean, you -- you can, in

13   certain circumstances, get increased -- certainly,

14   increased intracranial pressure from an infection of

15   the brain or the meninges.  Yes.

16                       MR. KLEIN:  Sorry, Christina, what's

17   up?

18                       MS. CALABRESE:  Can we go off the

19   record for a quick moment?

20                       MR. KLEIN:  Sure.

21                       THE REPORTER:  Okay.  One moment.

22                       (Off the record, 11:30 a.m.)

23                       (On the record, 12:00 p.m.)

24                       MR. KLEIN:  Is everyone ready to

25   proceed?

Page 62

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                      MR. GINSBERG:  Yes.

3                      MR. KLEIN:  Okay.  I'm going to ask

4        that the court reporter just read back the last

5        substantive question and the answer, please?

6                      THE REPORTER:  All right.  Just one

7        moment.

8                      (Reporter complied with request

9        played)

10                     THE REPORTER:  That was the last

11       question and answer.

12                     MR. KLEIN:  I think -- I think I went

13       a little further than that.  Because I -- when

14       Christina spoke, I still continued the follow-up part

15       of the question, and then we broke.

16                     THE REPORTER:  Okay.  Give me just a

17       second.

18                     (Reporter complied with request)

19                     THE REPORTER:  Was that what you

20       needed to hear, sir?

21                     MR. KLEIN:  Yes, thank you.

22                     THE REPORTER:  You're welcome.

23                     BY MR. KLEIN:  (Cont'g.)

24                     Q.   So Doctor, I just want to follow-

25       up to that last answer and then I'll let you clarify

Page 63

```
1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2          anything you want to clarify?
3                         A.   Fine.
4                         Q.   In this case, did you come to
5          learn, up until today, from any source that there
6          was, in fact, a meningeal infection found by Dr.
7          Sikirica, the medical examiner?
8                         A.   Well, I did not have Dr.
9          Sikirica's autopsy findings.  I requested them but
10         never received them.  So --
11                        Q.   Well --
12                        A.    -- I'm not sure I did, and I
13         have no recollection of knowing that.
14                        Q.   If you knew that, would that have
15         changed your opinion as to the potential causes here
16         of the subdural collection?
17                        A.   I would have to know the -- the
18         details, you know, it's not a yes or no question.  I
19         have -- I'd have to -- I'd have to see what in detail
20         he reported.
21                        Q.   Okay.  He -- he finds in his
22         anatomic diagnosis, I'll -- I'll represent this, I'm
23         reading from it.  Blood culture positive for
24         streptococcus pneumonia on initial presentation to
25         hospital nine twenty-one zero eight  So even though
```

Page 64

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2         you said that you -- your understanding is the
3         cultures came back negative, does this -- does this
4         suggest otherwise, taking my representation as
5         accurate?
6                   MR. GINSBERG:  Object to the form.
7                   A.   Well, that -- that's what I
8         wanted to correct.  I said streptococcus, but my
9         recollection was, I should have said staphylococcal.
10        There was a -- there was a blood culture from Albany
11        Med that was negative after five days for strep or
12        staph aureus.
13                  That -- that was my correction.  And
14        your -- your question is, could you please repeat it?
15                  BY MR. KLEIN:  (Cont'g.)
16                  Q.   Did you -- did you come -- did
17        you know or come to learn that he tested positive the
18        patient for streptococcus pneumonia?
19                  A.   I have no recollection of that.
20        I don't -- I don't recall.
21                  Q.   Okay.  Assuming for purposes of
22        this question, that Dr. Sikirica found that there was
23        sepsis, including strep pneumonia and meningeal
24        infection.  Would that impact your opinion as to the
25        cause of the subdural collection of fluid, had you
```

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2          known that?

3                          MR. GINSBERG:  Object to the form.

4                          MS. CALABRESE:  Object to the form.

5                          MS. PECK:  Object to the form.

6                          A.   Based on just what you just said,

7          that's not enough information for me to change my

8          opinion.  As I -- I think I testified a little bit

9          earlier that the child may have had an infection

10         and/or the child developed an infection subsequent to

11         being unconscious.  So what --.

12                          BY MR. KLEIN:  (Cont'g.)

13                          Q.   I mean, the child may have had an

14         infection, correct?

15                          A.   Whether or not the child --

16                          MS. CALABRESE:  Hold on, object to the

17         form.

18                          A.   (Cont'g.) -- had an infection

19         before or after, doesn't necessarily mean the child

20         died because of those actions.  The child still may

21         have died and in my opinion died from increased

22         intracranial pressure due to the subdural hematomas.

23                          BY MR. KLEIN:  (Cont'g.)

24                          Q.   Okay.  And you don't know for a

25         fact either way, correct?  What caused the death?

```
 1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                   MS. CALABRESE:  Object to the form.
 3                   A.   What -- what factor you --.
 4                   BY MR. KLEIN:  (Cont'g.)
 5                   Q.   Well, you don't know whether
 6   sepsis caused the death or the subdural hematoma.
 7   You just know -- based on your limited interactions,
 8   of seeing the patient two times and in looking at the
 9   C.T., correct?
10                   A.   It's my opinion that that child
11   died from increased intracranial pressure related to
12   the subdural collections.
13                   Q.   Now, looking at the C.T. report
14   itself, that was prepared by a radiologist, correct?
15                   A.   Yes, Dr. Eric Hoover.
16                   Q.   Okay.  And you're not a
17   radiologist, you're a neurosurgeon, correct?
18                   A.   Correct.
19                   Q.   Typically, when there's a consult
20   in a case like this, would there typically be a
21   neurology consult, rather than neurosurgery consult
22   for a patient like ██████████?
23                   A.   Typically, it would be
24   neurosurgical, because oftentimes subdurals require
25   surgical intervention.  Neurologists, in this case, I
```

Page  67

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         believe, was consulted to do the -- I think the --

3         the brain death determination.

4                   Q.   And do you know who that was?

5                   A.   No.  I don't know, no.

6                   Q.   Okay.  Was there a pediatric

7         neurologist on call at that time or available at that

8         time that you can remember?

9                   A.   There always is, but I don't know

10        specifically --

11                  Q.   Okay.

12                  A.    -- who -- who that might have

13        been.

14                  Q.   Things like subdural brain

15        effects, those are the kind of things that are

16        usually dealt with between radiology and neurology,

17        maybe infectious disease, correct?  But not typically

18        neurosurgery, would you agree with that?

19                  MS. CALABRESE:  Object to the form.

20                  A.   No, I don't agree with that at

21        all.

22                  BY MR. KLEIN:  (Cont'g.)

23                  Q.   Okay.  Now, the -- the C.T.

24        report, in this case, it's -- it's part of that

25        document that you were looking at before, let's turn

1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2       to that page.

3                    A.   The -- the chart you mean?

4                    Q.   Yes.  And if you could -- well I

5       guess let's  say the page number for the record, I

6       think I have it here.  It's eight T three twenty-

7       eight.

8                    A.   Okay, I have it.

9                    Q.   Okay.  I was getting to it.  Do

10      you agree it doesn't say subdural hematoma, correct?

11                   A.   Correct.

12                   Q.   And that's a specific term of art

13      that -- it's like radiology one zero one, you know,

14      what you -- you describe something as a subdural

15      hematoma or you don't, right?

16                   MR. GINSBERG:  Object to the form.

17                   MS. CALABRESE:  Object to form.

18                   A,   Well, on the one hand you're

19      trying to say I'm not a radiologist and you're trying

20      to tell me how they are supposed to write their --

21      their report.  So I can't --.

22                   BY MR. KLEIN:  (Cont'g.)

23                   Q.   No, I'm not trying to say you're

24      not a -- your -- your training, you certainly read

25      C.T.'s correct?  You have a lot of experience with

Page 69

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2       that.

3                    A.   I don't -- I don't read them

4       officially, I read them for my purposes --

5                    Q.   Right.

6                    A.    -- and decisions regarding

7       patients I'm caring for.

8                    Q.   Okay.

9                    A.   So the radiologist's report

10      describes what he sees anatomically, not

11      physiologically.  In other words, he's saying there

12      are collections of fluid.  He's not describing what

13      that fluid is, although -- I'm -- I'm done, yes.

14                   Q.   Right.  And the fluid of

15      collection could be effusion related to infection,

16      correct?

17                   A.   He doesn't say, but could it be?

18      Again, I -- as I testified earlier, I've never seen a

19      fluid -- a fluid collection just from an effusion --

20                   Q.   Well --

21                   A.    -- remotely that size, so --.

22                   Q.   Okay.  Doesn't mean --?

23                   A.   It's unlikely but possible.

24                   Q.   Right.  And this patient had

25      coagulopathy, correct?

Page 70

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    A.   This patient had coagulopathy but

3    had no signs of bleeding.

4                    Q.   Couldn't that fluid have had some

5    blood in it, and it has -- thus had the appearance in

6    the C.T.?

7                    MS. CALABRESE:  Objection.

8                    A.   You asked -- you asked me that

9    question right at the beginning, and my answer was

10   anything is possible.

11                   BY MR. KLEIN:  (Cont'g.)

12                   Q.   Okay. The radiologist doesn't

13   call it a subdural hematoma here.  Do you know why

14   they didn't specifically call it a subdural hematoma?

15                   A.   I have no idea what goes on in

16   Eric Hoover's mind.

17                   Q.   Do you believe that it's more

18   likely than not because he wasn't sure based on the

19   C.T., whether it was a subdural hematoma?

20                   MS. CALABRESE:  Object to the form --

21                   MR. GINSBERG:  Object to the form.

22                   MS. CALABRESE:  -- that is -- yeah,

23   that's not a proper question.

24                   BY MR. KLEIN:  (Cont'g.)

25                   Q.   How do you -- how do you -- how

Page 71

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2         do you jump to the conclusion that this is an acute
3         subdural hematoma from the findings of this radiology
4         report?
5                        MR. GINSBERG:  Object to the form.
6                        MS. CALABRESE:  Join.
7                        A.   It was my interpretation of the
8         scan that this was a subdural hematoma.  I'm not sure
9         that I ever -- at the time I was involved with the
10        case, I seriously doubt I ever saw the final report
11        of Dr. Hoover's.  Typically, what happens is whoever
12        -- there's usually a resident radiologist on call,
13        there might be an attending also, it depends on the
14        time of day who would do a preliminary report, would
15        be handwritten usually.
16                        And if there's an issue that they may
17        or maybe even always contact the ordering physician
18        to tell them of an abnormality.  The official reading
19        occurs sometimes later -- sometime later, it's
20        dictated and then transcribed.
21                        And then sometimes after that it's
22        printed out, sent to the -- whatever the charges, or
23        it could be even after the child expired or was
24        discharged.  It would -- and the chart then goes to
25        medical records that may end up in medical records.
```

Page 72

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                     So none -- none of the physicians

3         actually caring for the patient may not -- may ever

4         have seen the official report, that's the way it

5         works.  And it would take some amount of time, so I

6         don't -- I doubt I ever saw Dr. Hoover's actual

7         report.

8                     BY MR. KLEIN:  (Cont'g.)

9                     Q.   Okay.  So what -- how -- what was

10        your basis of concluding it was a subdural hematoma

11        during the treatment of the patient?  Was it based on

12        your review of the C.T., or was it based on

13        conversations with your colleagues?

14                    A.   It was based on my review of the

15        cranial CAT scan and my examination and the -- the

16        other findings, the retinal findings, et cetera.

17                    Yes, predominantly it is not

18        exclusively based on the scan.

19                    Q.   And do you know -- do you think

20        -- do you draw any significance to the finding of

21        large bilateral extra-axial fluid collections,

22        slightly larger on the right versus the verbiage of

23        bilateral subdural hematoma in the report?  What

24        significance do you draw from that distinction?

25                    MS. CALABRESE:  Objection to the form.

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                         A.   Well, all I can say is some

3          radiologists are reluctant to make specific

4          diagnoses.  They view it as their -- they don't

5          typically have a history -- let -- let me just --

6          just restart this.

7                         When you order a radiological test,

8          CAT scan, X-ray, you're actually ordering a

9          consultation with a radiologist, at-- just like a

10         neurosurgery consultation.

11                        So theoretically, you felt in making

12         the request, you fill out a form requesting a

13         consultation, we put the history down and you put the

14         pertinent findings down.  The vast majority of people

15         who order a cranial CAT scan will just say -- won't

16         give any history at all, they'll just say rule out

17         subdural.

18                        The radiologist has no idea what the

19         history is, doesn't know if this patient came in with

20         a raging infection or was in a high speed motor

21         vehicle accident or whatever.  They don't -- they

22         typically don't know.  So they're loathe to actually

23         make a specific diagnosis unless they, you know, it's

24         completely obvious based on the scan.

25                        So they describe what they see

Page 74

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2          anatomically based on the different densities.  And

3          because -- so what he's describing is the anatomical

4          location of the abnormality and the different

5          densities, but he's not saying this is infection,

6          he's not saying this is subdural hematoma.  He's not

7          saying it's a brain tumor, he's just describing the

8          anatomical features.  And the -- and the difference

9          in densities.  He's -- he's not drawing any

10         conclusions in other words, because he doesn't take

11         care of the patient.  He doesn't have to.  I'm taking

12         care of the patient.  I have to make decisions about,

13         you know, interpreting the findings.

14                    BY MR. KLEIN:  (Cont'g.)

15                    Q.  You look at the same -- you look

16         at the same scan that he did, so other than having a

17         bedside visit with the patient and looking at the

18         chart -- and -- and looking at the same scan, what if

19         anything else informed your decision, your

20         determination that this was a subdural hematoma, as

21         compared to a large bilateral extra-axial fluid

22         collection?

23                    MS. CALABRESE:  Object to form.  And

24         this question has been asked over and over and over

25         again.  Can we move on soon?

Page 75

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    MS. PECK:  Object to the form.

3                    BY MR. KLEIN:  (Cont'g.)

4              Q.    You can answer, Doctor.

5              A.    I -- I don't think we're saying

6      anything different.  We're describing it the same

7      way.  I'm just going a step further and saying what I

8      believe the anatomical findings relate to clinically,

9      because I'm caring for the patient, he isn't.

10                   Q.    Okay.  And did you notice in the

11     Albany medical record in preparation for this

12     deposition, that it said in some -- at least a place

13     or so skull fracture?

14                   A.    I think on the initial admission,

15     there was some evidence of skull fracture, whether it

16     was in with -- with question mark, I don't remember.

17     But there was some quali -- qualifying adjective

18     associated with it.  It turns out -- and I personally

19     didn't think there was a skull fracture.

20                   And I've also reviewed the skull --

21     well, I don't know whether I personally reviewed the

22     skeletal survey, but I know the report was no -- no

23     fractures, and that includes the skull.

24                   Q.    Right.  So did you have an

25     understanding of how that came to pass in the record

Page 76

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         that someone thought there may have been a skull

3         fracture.  Was that a mistake, was it someone's

4         belief that was later determined to be unfounded, or

5         do you not know?

6                   A.   Well, I don't know.  I can

7         surmise that it was pediatric residents who maybe it

8         came from the hospital record, I have no idea.

9                   Q.   You don't know, okay.

10                  A.   I don't know.

11                  Q.   In terms of the bilateral extra-

12        axial fluid collection referenced in this report,

13        just for the record, we may have said it, but I just

14        want to be clear.  This fluid collection can be

15        blood, correct?

16                  A.   Correct.

17                  Q.   It could be cerebrospinal fluid,

18        correct?

19                  A.   Not normal, cerebrospinal fluid,

20        no.

21                  Q.   Okay.  It could be evidence of

22        infection or pus?

23                  A.   Possibly.

24                  Q.   And the C.T. doesn't

25        differentiate between one or the other, correct?

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.   No, the C -- a C.T. is showing

3        you the anatomical space that this fluid is in --

4                        Q.   Right.

5                        A.    -- and -- and the density of the

6        fluid.  It's not, you know -- you know, it's not like

7        -- it says subdural hematoma.  That's -- that's what

8        the -- that's what the interpretation, my

9        interpretation of what I saw on the scan is that it

10       was a mixed density, component of acute blood,

11       probably mixed with cerebrospinal fluid.  That was my

12       interpretation of it at the time.  I --.

13                       Q.   When you say mixed density -- I'm

14       sorry to interrupt.  Go ahead and finish, I'm sorry

15       to interrupt.

16                       A.   I --I -- at the time I was caring

17       for the child, I believed that this was a -- a

18       subdural hematoma.

19                       Q.   When you -- when you use the term

20       mixed density, is that because it doesn't -- it --

21       the fluid looks dirty?  For lack of a better word?

22                       A.   No, they are different densities.

23                       Q.   Okay.

24                       A.   If there were a piece of bone

25       floating around in there, there would be, you know,

Page 78

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         the density of bone.  If there's cerebrospinal fluid

3         in there, without any other issue, it would be a

4         certain -- another density.  If it was acute blood

5         clump of clotted blood, it would be another density.

6                    Q.   So here it wasn't the density

7         characteristic of subdural effusion from infection?

8                    MS. MITCHELL:  Object to form.

9                    A.   It is my interpretation at the

10        time that this was a subdural hematoma with a mixture

11        of separate -- C.S.F.  Could it have been in a

12        mixture with some infection?  Yes, but I -- my

13        impression at the time was this was a subdural

14        hematoma.  I didn't entertain that this was

15        predominantly a subdural effusion due to an

16        infection.

17                    BY MR. KLEIN:  (Cont'g.)

18                    Q.   Which doesn't mean that it

19        wasn't, it's just not what you entertained at the

20        time, correct?

21                    A.   Correct.  And that's what I wrote

22        in the chart, and that's what I -- I believed at the

23        time.

24                    Q.   Right.  But has your belief

25        changed since then, with the understanding that there

Page 79

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         was overwhelming sepsis in this case?

3                        MR. MITCHELL:  Object to form.

4                        A.   Based on that information alone,

5         I can't.  There's not enough information to change my

6         opinion.

7                        BY MR. KLEIN:  (Cont'g.)

8                        Q.   Okay.  What information would --

9         would change that?

10                       A.   I -- I would like to see Dr.

11        Sikirica's or any other pathologists who may have

12        reviewed this case.  I'd like to see their report and

13        read it.

14                       Q.   Okay.

15                       A.   See what exactly they found.

16                       Q.   Okay.  Dr. Sikirica didn't find a

17        subdural hematoma on both bilateral lobes, correct,

18        he saw one on one side, that would be --.

19                       MS. PECK:  That's not -- that's not

20        accurate.

21                       MR. KLEIN:  That's my recollection of

22        his testimony.

23                       MS. CALABRESE:  And if you want to

24        question him, or provide information, can you please

25        pull up -- can you show the autopsy report, share

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        this --

3                        MS. PECK:  Yes.

4                        MS. CALABRESE:  -- so the doctor can

5        have this information.  And just for the record, it's

6        my understanding that doctor -- and Crystal, you can

7        correct me if I'm wrong.  But it's my understanding

8        that Dr. Sikirica found what he called a new or acute

9        subdural on one side, and the older subdural on the

10       other side.

11                       And I could be missing words, so I

12       apologize for interrupting you.  That was my

13       recollection of the testimony.

14                       MR. KLEIN:  I just read it.

15                       MS. PECK:  If you are going to

16       question the witness and reference this testimony, if

17       you question this witness it would be beneficial to

18       bring up the testimony that you're referencing so

19       that the witness can see what you're are referencing.

20                       MR. KLEIN:  Okay, well I understand if

21       I want to pull up the testimony.

22                       MS. CALABRESE:  You want me to pull it

23       up.  I have it handy, but you let me know.

24                       MR. KLEIN:  You know, let me just see

25       what I have here.  Hold on one second.

Page 81

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    BY MR. KLEIN:   (Cont'g.)

3                    Q.   Let me just move on and we'll

4    circle back to showing you other exhibits, whether it

5    be the scan itself, Dr. Sikirica's testimony or

6    whatnot.

7                    Dr. Waldman, typically is a neuron --

8    neurosurgeon brought in to determine if there's any

9    surgical option?

10                   A.   I would say yes, but not only for

11   those conditions.  We take care of non-surgical

12   problems too.  For example, there are many kinds of

13   head injuries that aren't surgical, and then many --

14   so it was not just for surgical things.  But I would

15   say close to a hundred percent for problems that are

16   potentially that involve the nervous system that are

17   potentially surgical.  With --

18                   Q.   In terms of the workup -- I'm

19   sorry.

20                   A.    -- with the exception of spinal

21   cord issues, because increasingly orthopedic surgeons

22   are inserting themselves into the treatment of spinal

23   problems also.  But generally, surgical problems, but

24   not exclusively surgical problems to answer your

25   question.

Page 82

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                        Q.   In terms of suspected child abuse
 3         isn't that something that neurosurgeons are typically
 4         not involved with?
 5                        A.   Yes.
 6                        Q.   In other words, that's between
 7         neurology and radiology?
 8                        A.   Absolutely not.
 9                        Q.   So you're involved or not?
10                        A.   Neurologist are rarely -- in the
11         circumstance that a child abuse case, patient has
12         seizures or maybe some other problems there -- there
13         might -- there would be a neurology consult.  I
14         mentioned brain-death determination, some protocols
15         require neurologists to perform the brain-death
16         determinations.
17                        I honestly can't remember now whether
18         that's -- was required at the time at the Medical
19         Center or whether the intensivist could do it.  But
20         typically, no, they are not involved in trauma.  They
21         don't take care of trauma patients; they don't see
22         trauma patients as a rule.
23                        Q.   Dr. Waldman, the extra-axial
24         fluid collection that's present -- present in this
25         case, can you have that type of fluid collection
```

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         related to infection?

3                        A.   Well, as I mentioned, I've never

4         seen a subdural effusion following -- central

5         effusions can occur after meningitis.  And they're

6         usually, they're -- they're nowhere near the size.

7         As I've mentioned, I've never seen something like

8         that.  So it's my opinion that there may have been a

9         secondary infection in this case.

10                       Again, you know, the definitive answer

11        to all these questions is the autopsy, you know, I --

12        I -- I didn't tap the subdural space because the

13        child was dead at the time.  We could have done it

14        for diagnostic purposes, but the child was not alive.

15                       So you know, it's -- it doesn't seem

16        it -- it's not appropriate to -- to do invasive -- an

17        invasive procedure on someone who's not alive, we

18        can't do anything.

19                       Q.   Thank you.  I want to take a

20        moment and just see if I could follow-up what I need

21        from Dr. Sikirica.

22                       A.   Fine, thank you.

23                       MS. CALABRESE:  What was the name of

24        the doctor you said?

25                       MR. KLEIN:  Sikirica.

Page 84

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    MS. CALABRESE:  Yeah, it was Sikirica.

3                    MR. KLEIN:  Christina, do you have a

4        testimony where he says it's on one side or not both?

5        Because I believe I just read it earlier, I'm just

6        trying to find it.  There was a subgaleal, but that's

7        not it.  I believe, he says from trauma, subdural

8        then he says is on one side not both even though the

9        C.T. said both, off the record.

10                   MS. MITCHELL:  The witness was hoping

11       to see the actual autopsy report not a transcript of

12       testimony.

13                   MS. CALABRESE:  Are you reading from

14       the transcript, Brett, what you just said?

15                   MR. KLEIN:  No, I'm not reading, I

16       just recently read it.  And so -- like today or

17       yesterday, and so if you had that, that's -- he

18       clarifies  what's in the autopsy, I could give you

19       the autopsy if you guys want to see that.  I could

20       email the joint the email that's here.

21                   MS. CALABRESE:  Yeah, we could -- we

22       should just publish it for him to read and then mark

23       it.

24                   MR. KLEIN:  Obviously --

25                   MS. CALABRESE:  I'll -- I'll look in

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         --

3                        MR. KLEIN:  -- I can put it on the

4         screen.

5                        MS. CALABRESE:   -- transcript while

6         we're doing that.

7                        MR. KLEIN:  I'll put it up on the

8         screen.

9                        MS. CALABRESE:  I think we're talking

10        about page seventy-three, Brett.

11                       MR. KLEIN:  Yes.

12                       MS. CALABRESE:  Where -- you're right,

13        he's talking about the sub -- dural -- old and the

14        new and then section B subdural is wrong.

15                       MS. PECK:  Okay.  I was wrong, I

16        apologize.

17                       MS. CALABRESE:  No, I -- I have the

18        same memory.

19                       MR. KLEIN:  So could -- so how do we

20        want to go about this?  Do we want to just -- I just

21        want to pose -- posit that statement of Dr. Sikirica

22        to the witness and asked if that -- if he agrees or

23        disagrees with this position of what Dr. Sikirica

24        found on his autopsy.

25                       MS. PECK:  Do you want a second to

Page 86

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         review the autopsy report?

3                      MR. KLEIN:  Sure.  I'll post the

4         autopsy on the screen; I'll share that screen.

5                      MS. PECK:  Okay.

6                      MR. KLEIN:  Just going to make sure I

7         get the right one, I don't want to give you all my

8         work product here.

9                      BY MR. KLEIN:  (Cont'g.)

10                     Q.   Do you see that the M.S.L.A. Four

11        zero nine?

12                     A.   Yes.

13                     Q.   Okay.  So I'm going to -- so if

14        you'd like I could scroll down first is the photos.

15        Then the final autopsy report.

16                     A.   Yeah but go back.  I'm going to

17        have to enlarge it somehow.  Maybe you -- it's very

18        small, I'm not on a computer.  I'm on an iPad,

19        because --.

20                     Q.   Do you want to see the photos, or

21        do you want to see the brain section?

22                     A.   I want to see the whole thing,

23        more --

24                     Q.   Sure.

25                     A.    -- more accurate I can be.

Page 87

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        Q.    Okay.  So let's see how we can

3    enlarge this.

4                        A.    Can you do full screen?

5                        Q.    I have it as full screen, maybe

6    you can do something on your end and make it full

7    screen.  But each little -- these are like thumbnail

8    photos.

9                        A.    Yeah, hang on because you just

10   switched.  Okay, I -- I can, you know, or I can --

11   the pictures are hard to --.

12                       Q.    It's more like a -- it's more

13   like a PDF; we can't enlarge anything or do anything

14   to the screen.

15                       A.    Yeah, well, I can -- I can, you

16   know, spread my fingers and it gets bigger.  But it

17   -- I'm going to have to go from the -- from the

18   written description rather than -- or we can skip the

19   pictures.  It does a little bit of what's standing on

20   both sides, but that's all right.

21                       Q.    So this is where it says -- do

22   you know where it says --?

23                       A.    Can I -- is it possible for me to

24   scroll, or do you have to do that I guess, right?

25                       Q.    I could email to your counsel if

Page 88

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         you want, but --

3                        A.   Yeah.

4                        Q.    -- but otherwise I'll -- up here

5         I have to do it.

6                        MS. MITCHELL:  Okay.

7                        A.   Well, you keep doing it, but if

8         you can also send it that would be good too.

9                        BY MR. KLEIN:  (Cont'g.)

10                       Q.   So -- so this is -- this is the

11        first written page, and you let me know if you want

12        to read this page external description or if I should

13        move on to the next page?

14                       A.   Well, I could read the cause of

15        death, severe closed-head injuries.

16                       Q.   It's all right.

17                       A.   You didn't want me to read that,

18        I guess.

19                       Q.   All right.  So what I want to

20        show you is the brain, the brain section because I

21        think that's what we're talking about here.

22                       A.   Well, what --

23                       MS. MITCHELL:  Did you email it,

24        Brett, because once you do then I'll --

25                       MR. KLEIN:  I'll send them right now.

Page 89

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    MS. MITCHELL:  Thanks.

3                    THE WITNESS:  The pic -- the pictures

4         are not adequate because they're -- they're tiny,

5         like when I enlarged them they're -- they're too dark

6         and grainy.

7                    BY MR. KLEIN:  (Cont'g.)

8                    Q.   Well, I'll -- I'll tell you this.

9         I mean, you -- you didn't review the autopsy until

10        today, correct?  You have up until today, you have

11        not reviewed this autopsy, correct?

12                   A.   I requested to but yes, I did

13        not.

14                   Q.   So -- so my question I think

15        which -- I think now is that --.

16                   MR. KLEIN:  I think you guys are going

17        to withdraw the objection to the premise of my

18        question.  I just want to ask that question about Dr.

19        Sikirica opining in his testimony that the subdural

20        hemorrhage was on one side, not both?  Are you guys

21        objecting to that premise?  Christina and -- and

22        Crystal?

23                   MS. PECK:  I -- I don't think we've

24        gotten to look through this report all the way yet.

25                   MR. KLEIN:  Well, I'm not asking about

Page 90

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         the reports.  I'm just asking about that testimony

3         given by Dr. Sikirica.

4                   MS. PECK:  But I can -- I mean, I'll

5         go as far as saying that Doctor -- Sikirica testified

6         that he found one subdural hematoma along the right

7         portions of the brain and that was on page seventy-

8         three of his testimony of January 10th, 2019 or

9         October 1st, 2019, I might be reading my date

10        incorrectly.

11                  MR. KLEIN:  Dr. Sikirica found one

12        subdural hematoma where, Crystal?  What did you say?

13                  MS. PECK:  He testified that he found

14        once only -- I only found one subdural hematoma along

15        the right portion.

16                  MR. KLEIN:  Okay.

17                  BY MR. KLEIN:  (Cont'g.)

18                  Q.  So Dr. Waldman, I'm going to

19        withdraw the question about the autopsy given that

20        you haven't reviewed it.  But I'll posit to you that

21        Dr. Sikirica testified that he only saw one subdural

22        -- Crystal?

23                  MR. GINSBERG:  Object to the form.

24                  MS. PECK:  On the right portion.

25                  MR. KLEIN:  Is that inconsistent with

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         what -- with what -- with what you saw on the C.T.?

3                        MR. GINSBERG:  Object to the form.

4                        MS. PECK:  Object to the form.

5                        A.   Well, if I remember correctly,

6         and again, I'm not looking at the C.T. scan.  The

7         right -- the -- the collection on the right was

8         larger, there was more acute blood on that side.  But

9         I don't -- I don't quite -- I don't quite remember

10        whether there was a -- what I would have interpreted

11        as acute blood on the left.

12                        I will say also that anatomically, the

13        subdural space is one space.  So if there's a

14        subdural hematoma on one side, and there's a subdural

15        fluid collection found on the other side, they're

16        continuous with each other, okay?  Maybe the way the

17        child was lying, most of the blood achieved --

18        accumulated and clotted on that side.

19                        It may be that the -- the blood vessel

20        that was injured and bled that was on the right side,

21        but ultimately there would be blood on both sides.

22        But there could be --

23                        BY MR. KLEIN:  (Cont'g.)

24                        Q.   So --.

25                        A.    -- if there was more acute blood

Page 92

1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        on one side than the other side.

3                    Q.   Well, it doesn't say acute blood,

4        it just says, you know, it's fluid is all you know

5        that it is, correct?  Some sort of fluid.

6                    MR. GINSBERG:  Object to the form.

7                    MS. PECK:  Object to the form.

8                    BY MR. KLEIN:  (Cont'g.)

9                    Q.   You don't know that it's blood on

10       both sides?

11                   MS. PECK:  Object to the form.

12                   A.   Again, if I, you know, if you

13       want to ask me about the autopsy, then I should have

14       an opportunity to look at the autopsy.  For example,

15       if you had part of the autopsy on the screen, and I

16       saw other information on there, that's pertinent that

17       you haven't asked me about.

18                   BY MR. KLEIN:  (Cont'g.)

19                   Q.   Yeah, but it's not what you knew

20       at the time.  So we want to know what you saw in the

21       C.T. --

22                   A.   Yes, yeah.

23                   Q.   -- so -- so --

24                   A.   That at -- at the time, my

25       impression was the bilateral subdural hematomas.

Page 93

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2         More -- more -- larger on the right than the left,
3         and there was a -- there was -- in -- in my
4         recollection, there was more of a bright signal on
5         the right, which would indicate clotted blood on the
6         right side.
7                   But my impression was bilateral
8         subdural hematomas at the time that happened.
9                   Q.   Does -- does anyone intend to put
10        up the C.T. on the screen?
11                  MS. CALABRESE:  I guess, it depends on
12        whether or not the doctor thinks that it would be
13        helpful in his description of his treatment in this
14        case.  So I would have to defer to him about that.
15                  MR. KLEIN:  There was no treatment
16        other -- other than seeing the patient and
17        determining no surgery, but --.
18                  MS. CALABRESE:  Well, right, you're
19        talking about his conclusions and his opinion about
20        the treatment that he rendered and even that others
21        rendered and his findings on the C.T. scan
22        particularly so he feels that seeing those again
23        would be helpful in his recitation of the events
24        relative to this case, and I would probably want him
25        to see them.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 94

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                      MR. KLEIN:  So --.
 3                      MS. CALABRESE:  Again that was my
 4         charge to speak.
 5                      MS. PECK:  Agreed.
 6                      A.   Well, my -- my feeling is this.
 7         My recollection is at the time, I felt there were
 8         bilateral subdural hematomas, at the time.  So
 9         whether I change my mind now is, to me not
10         particularly relevant.  So I don't think I have to
11         see them at this time.
12                      At the time, as I indicated in my
13         note, I believed there were bilateral subdural
14         hematomas whether right or left.
15                      BY MR. KLEIN:  (Cont'g.)
16                      Q.   I am asking you if, based on your
17         review of the C.T. in the last week or so, as you
18         said you've done.  Has your opinion changed?
19                      A.   No, not -- not -- my opinion
20         hasn't changed pending my review of the autopsy
21         report.
22                      MR. GINSBERG:  Please note my
23         objection to the form of the last question.
24                      MR. KLEIN:  Okay.  Well you're not --
25         I don't believe anyone's calling you as a -- as an
```

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         expert.  We're just asking you about your treatment

3         in this case.

4                     MS. CALABRESE:  You're asking --

5                     MR. GINSBERG:  If you're not going to

6         call in an expert, you can't have the opinion

7         question.

8                     MR. KLEIN:  I have subpoenaed, and he

9         did.

10                    MS. MITCHELL:  How about we just move

11        forward with questions, that if the doctor feels he

12        needs to see the C.T. in order to answer, he can let

13        us know that.

14                    MR. KLEIN:  Sure.  I -- I think that's

15        all I have for now.  Let's see what the follow-up is,

16        and -- and we'll see if we need to show the C.T.

17        otherwise, I think, I'm done with my, you know, in-

18        chief questions.

19                    THE WITNESS:  Thank you.

20                    MR. KLEIN:  Thank you, Doctor, yeah.

21                    MS. CALABRESE:  Christina, do you want

22        to go next, or do you want me to?

23                    MS. PECK:  Thanks, I will.

24                    MR. GINSBERG:  I'll wait for the last

25        people.

Page 96

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2                     CROSS EXAMINATION
3                     BY MS. PECK:
4                         Q.   Doctor, I introduced myself in
5         the beginning.  My name is Crystal Peck and I present
6         Dr. Sikirica in a lawsuit that was brought in Federal
7         District Court.  I only have a -- just a few follow-
8         up questions.
9                         And I might seem like I'm jumping a
10        little bit because I'm filling in some minor holes
11        from some of the prior testimony that you've given
12        today.  I want to discuss on your training and your
13        background a little bit as, particularly when it
14        comes to reading C.T. scans.
15                        And you had said, when I go through
16        what you said in your testimony in 2009 and 2014, in
17        both of those trials, you did testify that you have
18        training in reading C.T. scans.  And that you
19        frequently do so as part of your practice.  Is that
20        accurate?
21                        A.   Yes, every new -- part of neuro
22        -- at least at the time, my neurosurgical training,
23        there was a specific period of time where we actually
24        rotated on neuro -- neuroradiology.  But let me state
25        that when I started my training, there was no such
```

Page 97

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         thing as, at least at Albany Med, there was no such

3         thing as neuroradiology, it was pre-C.T. scan days.

4                        The way we made diagnosis at that time

5         was to -- was based on neural -- history, neurologic

6         examination, and skull x-rays.  And if we needed more

7         information about what was happening inside the head,

8         we did cerebral angiography or pneumoencephalography.

9                        Those two procedures were done by the

10        resident staff, so my first year at neurosurgical

11        training, I did a minimum of a thousand, if not

12        several thousand, angiograms and pneumoencephalo --

13        cephalograms and myelograms for spinal problems.

14                        So there was no such thing as

15        neuroradiology.  Once CAT scan came, and I can't tell

16        you the exact year CAT scans appeared at the Medical

17        Center, it was either my second or third year of

18        training.

19                        As the technology developed,

20        neuroradiology came into being and they also -- that

21        -- that was coincident with the time when they

22        stopped doing direct stick -- I'm getting at the

23        details, I'm sorry, but new techniques to do

24        angiography were also to that -- that were specific

25        to the radiology -- radiology training.

Page 98

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2                         And so the radiologists did all the --
3         what we would now call interventional radiology.
4                         Now, neurosurgery has gotten into it
5         also, but suffice it to say that neuroradiology
6         developed during the course of my training.  So
7         initially, and then subsequently, I did lots of what
8         now would be considered neuroradiology.
9                         And then on top of that, every single
10        day, every scan that's done on any one of my
11        patients, I personally review it.  If I have some
12        questions about what I'm seeing, I may walk down to
13        the radiology department, find the radiologist who is
14        reading the facts and go over it with him.
15                        That is maybe one -- one -- two
16        percent of the cases.  If I'm uncomfortable with what
17        I'm seeing, I would consult the neuroradiologist and
18        we would discuss it.  Sometimes they come over to my
19        way of looking at it, sometimes I go over to their
20        way of looking at it.  But the vast majority of
21        times, I'm reading my own -- so --
22                        Q.   In this case --
23                        A.    -- so we're talking about
24        thousands upon thousands of -- of scans that I've
25        reviewed.
```

Page 99

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                         Q.   Thank you.  In this case, do you

3         recall feeling uncomfortable about what you were

4         seeing, knowing, and having a conversation with the

5         radiologist about the C.T. scans?

6                         A.   I have no recollection of that.

7                         Q.   Okay.  Would there be any

8         notation if that was the case, if you were going back

9         and re-discussing it with radiologists, or would it

10        just be something that's essentially done without

11        having any -- any record of it?

12                        A.   Well, as I've mentioned, I -- I

13        think the very likely scenario is that -- let me just

14        say that I am not a hundred percent, because it

15        happened so long ago.  But I believe at that point in

16        time, every I.C.U. patient had a computer at the

17        bedside, so you could pull up and it was -- of

18        course, all digital, you could pull up the scan at

19        the bedside and look at it.

20                        So I -- I think the very likely thing

21        is when I went in to see ██████ the first time, I

22        pulled up his scan and looked at it there, if -- if

23        that weren't in place at that time, then the

24        likelihood is, I would have gone to see the scan

25        first down in the radiology department, use their

Page 100

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         computers to look at it.

3                    And then I would have come up to see

4         the patient, it could have been the other way around.

5         But most likely, I would have seen the scan first.

6         Otherwise, I'd have to make two trips to the -- to

7         the I.C.U.

8                    Q.    Okay.

9                    A.    So now, if I did it that way, if

10        I actually went down, and it might have been a

11        radiologist right there, and we might have discussed

12        it.  But again, I have absolutely no recollection.

13        Typically and in this case, I think it's a very

14        likely, that I saw the scan on my own and never

15        relied on the radiologist's report.  I probably never

16        saw the radiologist's report until after the fact.

17        There's a long answer.

18                    Q.    Appreciate it.  There's been

19        several questions about whether the C.T. scan was

20        showing blood or possibly pus from an infection.  How

21        -- you know, how are you able to determine that?  Can

22        you tell me is there a way to differentiate by

23        looking at a C.T. scan whether you're looking at pus

24        from an infection or you're looking at blood?

25                    A.    Well, I think it's a combination

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2       of history, physical examination and the scan.  In

3       this case, I can tell you that when you put the whole

4       thing together, it was my impression that this was a

5       traumatic subdural hematoma.

6                      Q.   Do you have --?

7                      A.   I don't -- I -- I don't recall

8       and I know I didn't enter it in my notes that I was

9       considering subdural effusions at the time.  I

10      believed these were subdural hematomas.

11                     Q.   You had mentioned that you didn't

12      tap the space, the subdural space because you

13      wouldn't do it because essentially ████ was brain

14      dead, right.

15                     What information would you have gotten

16      to have in the subdural tap to expect to be able to

17      get diagnostically?

18                     A.   Well, first, let me say that

19      doctor -- somebody just disappeared.  Dr. German saw

20      the patient initially, and if -- if you read the

21      resident's note, they were planning to do subdural

22      taps, pending the coag studies.  The coags came back

23      abnormal, that the -- I don't remember the full

24      extent of the coagulation studies.

25                     But I know that the platelet count was

Page 102

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         a hundred and fifteen thousand, which is low, but

3         it's not extremely low.  I honestly can't say whether

4         I -- if I had seen that child at that point in time

5         that I would not have done a subdural taps, I might

6         have, but that -- that's not the question you're

7         asking me.

8                        If we had done subdural taps, we would

9         have seen what the fluid looked like directly.  We

10        would have sent it to the lab for analysis, and we

11        would have sent it for cultures.  So we would have

12        done those -- those three things.  And, you know,

13        yeah, so we would know if there's bacteria growing in

14        the space, we would know if there's blood in the

15        space, we would know what the protein concentration

16        was.

17                       So we would have -- and we'd have

18        known with cells and we would have much more

19        information.  But it's not information that would be

20        different from what would be available at autopsy.  I

21        don't think.

22                       Q.   And that was going to be my next

23        question.  So the information that you would be able

24        to get from the subdural tap then is something that

25        you would expect to see -- got it from the autopsy?

Page 103

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.   Well, the only caveat I would say

3         would be the duration between the time you do the tap

4         and the time the autopsy was done.

5                        In other words, if the child had been

6         kept alive for a week, the infection might have

7         occurred, maybe even as a result of the tap, after

8         all, you're putting a needle through the skin, which

9         is potentially contaminated.

10                       Q.   Uh-huh.

11                       A.   You try to sterilize it, but you

12        could introduce infection by tapping.  So you know,

13        what the close proximity between the time we would

14        have tapped and the time the autopsy was done,

15        although I don't remember the exact date, probably

16        you would have gotten the same -- same information.

17                       Q.   So in this case, there wasn't a

18        tap, and would you expect any changes between death

19        and autopsy with the fluid that's collected?

20                       A.   Well again, the child is, you

21        know, in extremis, and, you know, his body functions

22        are starting to fail.  He's on a ventilator, he's

23        getting stuck multiple times and lots of things are

24        happening.  So infection can occur secondarily.

25                       Q.   Okay.

Page 104

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.   You know, again, depending upon

3        the length of time from admittance at the Medical

4        Center and the time he expires, and the autopsy is

5        done, things can change, yes.

6                        Q.   In this case, there was the date

7        of death -- the date of death -- the date of death

8        pronouncement was September 23rd, and the autopsy was

9        performed on September 25th.  Would you expect any

10       significant changes between the 23rd and the 25th?

11                       MR. KLEIN:  Objection, calls for

12       speculation.

13                       MS. PECK:  Howard, do you mind if I

14       could have the question read back to me, please?

15                       THE REPORTER:  Yeah, one moment.

16                       (Reporter complied with the request)

17                       MS. CALABRESE:  So do you remember

18       that last part, I couldn't quite hear it on the -- on

19       the playback?

20                       MS. PECK:  Yeah, I was asking if there

21       would be any, if he would expect any significant

22       changes between September 23rd, the date of death and

23       September 25th, the date of autopsy.

24                       MS. CALABRESE:  Okay, thank you.

25                       BY MS. PECK:  (Cont'g.)

800.523.7887                                Associated Reporters Int'l., Inc.

Page 105

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        Q.   The date of collection.

3                        A.   No.

4                        Q.   Can subdural hematoma occur

5        without trauma?

6                        A.   Yes.

7                        Q.   How's that?

8                        A.   How?

9                        Q.   Yes.

10                       A.   Well -- well, let me -- let me

11       restate that.  It can occur in certain circumstances,

12       very rarely with minimal trauma.  And what I -- the

13       way I like to describe minimal trauma is if you or I

14       witnessed, it -- we wouldn't raise an eyebrow about

15       it like sneezing or coughing.

16                        Elderly patients get subdural

17       hematomas.  Usually, they're not symptomatic until

18       they're chronic.  And they've grown slowly over time,

19       but -- and it's somewhat different from this.  But

20       nevertheless, it can occur after sneezing.

21                        The reason is as you get older, your

22       brain shrinks and the C.S.F. spaces between the

23       surface of the brain and the inside of the skull gets

24       greater and the veins that connect from the brain to

25       the in -- to the dura which is adhering to the skull

Page 106

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        can stretch.

3                        And if they're stretched and you

4        shake, you know, as with a sneeze or a cough, it can

5        sometimes tear up blood vessels -- blood vessel and

6        can get subdural hematomas.  Also, if you have a

7        coagulopathy, again with minimal trauma, you can get

8        subdural hematomas.

9                        I am not aware of subdural hematomas

10       occurring as a result of subdural -- meningitis or

11       subdural effusions.  That's not to say that it's

12       never been reported, but I'm unaware of that.

13                       Q.   Can sepsis cause a subdural

14       hematoma?

15                       A.   Well, that -- that's what I just

16       referred to,

17                       Q.   Okay.

18                       A.   You know, at -- at an end stage,

19       if there's an associated coagulopathy and the child

20       is getting bounced around in the hospital bed, or

21       something like that, I suppose it's possible.  But I

22       don't think that has a bearing based on what I know

23       of this case that -- that was the cause.

24                       Q.   You had -- Doctor, you testified

25       a little bit on the short falls versus falls from a

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         higher elevation.  I know you just mentioned the

3         sneeze could technically cause a subdural hematoma,

4         in the elderly and I'm never going to look at my

5         grandmother sneezing the same way.

6                   But for an infant, can have a

7         shortfall cause a subdural hematoma, is that a

8         possibility?  And we should define short, when I say

9         short, what do you think when I say short?

10                  A.   Well, the literature usually is

11        talking somewhere between three and five feet,

12        usually three feet or four feet.  In other words, the

13        height of a crib --

14                  Q.   Uh-huh.

15                  A.   -- or, you know, furniture,

16        sofa, something like that, that's, you know,

17        realistically what we're talking about.  Now, the

18        literature is confusing because -- think about it,

19        most non-accidental forms of subdural hematomas,

20        we're talking about child abuse are unwitnessed.

21                  So how do you, you know, you can't do

22        a study where you drop kids out on -- on purpose out

23        of cribs to see whether they get subdural hematomas.

24        But there have been studies of children who fall out

25        of cribs in a hospital, and those kids do not get

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         subdural hematomas.

3                        And from other large studies of kids

4         who have had shortfalls, they kind of -- they

5         typically have minimal injuries.  There have been

6         reports, a small number but still happens and

7         reported of skull fractures.  You know -- you know,

8         you fall down, you could stick your arm out and break

9         your arm too, you just fall down and hit your head

10        first.

11                       You can particularly, if you hit a,

12        you know, the corner of a table or a toy lying in the

13        ground with a sharp edge, you might get a skull

14        fracture.  Skull fractures are sometimes associated

15        with epidural hematomas.  Epidural hematomas occurred

16        in the space between the skull and the dura, subdural

17        hematomas occurred between the dura and the brain,

18        it's a different space.

19                       And the mechanism of the -- of the

20        cause of bleeding is also a difference which is

21        significant.  There are arteries that are embedded in

22        the outer layer of the dura.  And if the fracture

23        crosses one of those arteries, it could tear the

24        artery and cause arterial bleeding as opposed to most

25        subdural hematomas which are caused by venous

Page 109

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        bleeding.

3                    So they are usually occluded, and they

4        occur rapidly and can lead to death before

5        intervention is available.  So the children who have

6        died with witnessed shortfalls who have developed, go

7        on to die -- those patients are dying of acute

8        epidural hematomas, not from subdural hematomas.

9                    Q.   Which --?

10                   A.   We don't see subdural -- people

11       fall down or incidents of roll down a flight of

12       stairs don't get subdural hematomas typically.  The

13       forces are not typically sufficient.  I'm not saying

14       it's never happened, but it's extremely rare.

15                   Q.   And that's where the -- it was

16       the force that I was going to follow-up and have a

17       question with that.

18                   So a difference between -- would you

19       expect there to be a difference between falling from

20       a crib versus, say, being thrown onto a surface, or

21       the difference in force between a fall and -- and a

22       throw create a subdural hematoma.

23                   MR. KLEIN:  Objection.

24                   A.   Yes, it depends on the -- again,

25       the amount of force, if you take a kid by the -- by

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        the ankles and swing them around and bash them into

3        the wall, certainly.

4                       BY MS. PECK:  (Cont'g.)

5                       Q.   Okay -- okay.  That's an extreme

6        scenario.  I'm looking -- I'm wondering between, you

7        know, the fall is taking a kid by his ankles and

8        smashing him into a wall.

9                       A.   You're not going to --

10                      Q.   No problem --.

11                      A.    -- by holding a kid by the ankle

12       is the same way either.

13                      Q.   That's something I know.

14                      A.   I'm sorry, repeat -- could you

15       repeat your question?

16                      Q.   Just a middle ground between the

17       two.  So is there any defined -- I guess, is there

18       any defined amount of force that goes from a simple

19       fall that is not going to cause a subdural hematoma,

20       to a fall, or a push, or a force that does cause one?

21       Has that ever been measured?

22                      A.   Has it ever been measured?

23       That's not something you can study.  Because you

24       can't do that to babies.

25                      Q.   True.

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                         A.    Okay.   Now, I do know that there

3          are engineers who claim -- mechanical engineers or

4          whatever, who claim to measure forces that are

5          required to cause these changes.   And honestly, it's

6          bogus, in my opinion.   They are using models, there

7          are many -- many assumptions there.

8                         They're just not accurate enough, and

9          -- and I know that sometimes in these cases, these

10         people testify.   There are a certain number who go

11         around the country testifying about the amount of

12         force that's necessary, but the bottom line is in --

13         in human babies, we -- we don't know.

14                        I generally like to think of it this

15         way.   If you or I -- and I've mentioned this before,

16         if you or I witness someone doing something to a

17         child that was sufficient to cause a subdural

18         hematoma, we would be alarmed, and hopefully call the

19         police.

20                        MR. KLEIN:   Objection to the line of

21         questioning.

22                        BY MS. PECK:   (Cont'g.)

23                        Q.   You mentioned -- you used the

24         word mechanism as part of your testimony.   In 2014,

25         there was a question and answer, and you were asked
```

Page 112

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2    -- and you believed at the time that he, ██████

3    being four years -- four months old had suffered

4    trauma at the hands of somebody else, and we didn't

5    know at the time, correct?

6                    And you answered, well, I had no

7    history of the mechanism of injury.  And that's on

8    page five eighteen of the 2014 testimony.  When you

9    say you are doing history of mechanism of the injury,

10   can you tell me why that's significant?

11                   A.   Well, I didn't know how it

12   happened.

13                   Q.   So --.

14                   A.    It was my belief that the child

15   had subdural hematomas, caused by trauma.  I had no

16   idea.  I never -- to my recollection spoke to the

17   mother.  There was minimal history in the chart about

18   what happened, except to say the mother was not --

19   unaware of any trauma at least, that's what was

20   reported in the chart.

21                   So we didn't have a history, but we

22   had a kid who was dead.  And had, you know, severe --

23   had bilateral subdural hematomas that -- in my

24   opinion, caused death and extensive retinal

25   hemorrhages.  So we didn't have a history.  I didn't

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         know who or how the child was injured.

3                        Q.   So is it fair to say then that

4         mechanism in order to determine the mechanism of an

5         injury, you would need to get a history from the

6         parents, have seen how the injury occurred something

7         to that nature?

8                        MR. KLEIN:  Object to the form.

9                        A.   Well, yes, I mean, you can -- you

10        can make a better guess, for example.  If there is an

11        associated skull fracture and/or old healing

12        fractures and the long bone fractures, you know, you

13        can make a better guess.  That -- but without that,

14        you know, you don't know.

15                        I didn't witness it, and there was no

16        report in the chart of anybody witnessing an injury,

17        so I have no idea.

18                        BY MS. PECK:  (Cont'g.)

19                        Q.   Dr. Waldman, have you ever spoken

20        with my client Dr. Sikirica about ███████████?

21                        A.   I have no recollection of

22        speaking to him about it.  I don't know where there

23        are -- I -- I'd have to guess -- did Dr. Sikirica

24        testify at the trial?  He probably did.  If he did,

25        it's conceivable that our paths crossed, I doubt we

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         would have discussed the case.

3                        I seriously doubt it, but I certainly

4         have no recollection of ever discussing it with him.

5                        Q.   And your -- your diagnosis

6         occurred before the autopsy, correct?

7                        A.   Yes.

8                        Q.   So Dr. Sikirica wouldn't have had

9         any input or influence over the diagnosis you came to

10        prior to the autopsy, correct?

11                       A.   Absolutely correct.  And I would

12        assume the other way around without Dr. Sikirica.

13        He's looking at the subdural -- what's in the

14        subdural space, he doesn't -- he made a guess about

15        it based on that -- on the C.T. scan.  So it goes

16        both ways, he's not influenced necessarily, by what I

17        said either.

18                       Q.   So a C.T scan may be indicative

19        of a diagnosis like subdural hematoma, but that

20        really can be confirmed with an autopsy, correct?

21                       A.   Yes.

22                       Q.   Mr. Ginsburg had asked you a

23        question early on, in the beginning of your testimony

24        today as to whether you have -- if you know the cause

25        of ███████████'s injury.  And I believe that you

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         testified that what caused the injury, that's really

3         out of place, that's not a doctor  doing or something

4         to that -- something to that --

5                        MR. KLEIN:  Object to the form.

6                        A.   Right.  I didn't witness it.

7         There was nothing in the history to lead -- to lead

8         me to believe there was a known mechanism.  So I have

9         no idea.

10                       BY MS. PECK:  (Cont'g.)

11                       Q.   So then, I just want to clarify

12        that.  So when we're talking about, you know, what

13        caused the injury.  You did have opinions at the 2009

14        and 2014 trials that there -- and I'm trying to pull

15        up the specific word here, sorry.

16                       That you believed that ███████████

17        had suffered from trauma causing subdural hematoma,

18        and that the infection -- with any infection of

19        substance it may have been secondary, but it was not

20        the cause of ███████████'s death.  Do you recall

21        that testimony?

22                       A.   Yeah, I believe that's -- yes.

23                       Q.   Okay.  And do you continue to

24        have that belief today?

25                       A.   Right.  I -- I think I testified

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2          even today that I would not dispute that the child

3          had some kind of infection, possibly even before or

4          after.  But it's my belief that what caused the

5          child's death was subdural hematomas.

6                         Q.   I don't have any other questions

7          at this time.

8                         MS. PECK:  Christina, do you have any

9          questions?

10                        CROSS EXAMINATION

11                        BY MS. CALABRESE:

12                        Q.   Doctor, what is the basis for

13         that opinion the death of the child, ███████████

14         was due to subdural hematoma?

15                        MR. KLEIN:  Objection to form.

16                        A.   Because the constellation of

17         findings in the C.T. scan indicated that the child

18         had subdural hematomas, he had increased intracranial

19         pressure, and that causes death.  That's why he died.

20                        BY MS. CALABRESE:  (Cont'g.)

21                        Q.   And do you believe his death was

22         caused by sepsis?

23                        A.   I think it certainly could have

24         been a secondary contributing factor.  For example,

25         the coagulopathy, when at -- at the -- at the end

Page 117

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         stage, when the brain is dead, the blood -- the --

3         the brain injury can cause coagulopathy.  It can

4         cause blood pressure abnormalities, heart

5         abnormalities, it can cause a lot of things.

6                   Potentially, you know, the kidneys

7         fail, liver fails, you know, the brain controls

8         everything.

9                   Q.   Uh-huh.

10                  A.   Sepsis can also cause some of

11        these things.  So I can't -- you can't say -- if you

12        have both, for instance, let's -- you know, take the

13        situation where you know you have trauma and subdural

14        hematomas and you know you have sepsis also.  The

15        sepsis can cause blood pressure abnormalities, and

16        coagulopathies.

17                  So how do you differentiate between

18        the process, I -- I --I can't do that, so that's all

19        I'm saying.  I don't know --

20                  Q.   And do you --?

21                  A.    -- when that --.

22                  Q.   I'm sorry, go ahead.

23                  A.   It -- it could have been -- if

24        the coagulopathy was the result of the sepsis, it

25        could have been a contributing factor.  But I do --

Page 118

1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        what I don't believe is that the sepsis and the

3        subsequent coagulopathy caused the subdural hematoma,

4        I think trauma caused subdural hematoma.

5                    And I think if I were able to read the

6        Dr. Sikirica's autopsy report, I could provide

7        additional information that would confirm my opinion

8        about it.

9                    Q.   Okay.  Well, let's give you an

10       opportunity to do that right now.  Let me --.

11                   MR. KLEIN:  I'm going to just start an

12       objection because he's not an expert, and he wasn't

13       aware of the findings, which are disputed in this

14       case.  Having said that I'll lodge a standing

15       objection, if you're going to continue to ask about

16       stuff that he wasn't aware of until today.

17                   BY MS. CALABRESE:  (Cont'g.)

18                   Q.   Bear with me, Doctor.

19                   MS. CALABRESE:  Howard, can you give

20       me the ability to share my screen, please?  Or can I

21       do that myself?

22                   THE REPORTER:  I believe -- I believe

23       you're all set to do it.

24                   MS. CALABRESE:  Yup, I can do it.

25                   THE WITNESS:  That remains to be seen.

Page 119

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                     MS. CALABRESE:  And for the record,

3        I'm showing the witness as well as the other

4        attorneys what is known as the autopsy report.  This

5        report has been previously marked in prior

6        depositions.  So I do not believe it needs to be

7        again marked, does anybody disagree -- and would the

8        attorneys like me to mark it today?

9                     MR. KLEIN:  Christina, let -- let's

10       mark it for today's deposition as well so we keep the

11       evidence straight.

12                     MS. CALABRESE:  Okay.  So then I'll

13       mark it as Defendant's A.  And Howard, I'll -- I'll

14       email this to you, I would ask if you could include

15       it in the trans -- the back of the transcript?

16                     THE REPORTER:  Absolutely.

17                     BY MS. CALABRESE:  (Cont'g.)

18                     Q.   Okay.  So I'll just show you

19       again, doctor, the first page, essentially

20       certifications page?

21                     A.   Yeah.

22                     Q.   Is that large enough, or would

23       you like me to enlarge it more?

24                     A.   It's fine.

25                     Q.   Okay.  So I'm going to scroll to

Page 120

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2         the second page.  And you'll just tell me when you
 3         want me to stop scrolling?
 4                        A.   Absolutely.
 5                        Q.   Please take your time.
 6                        A.   Keep going.
 7                        Q.   Okay.
 8                        A.   Keep going, yeah, keep going.
 9         I'm in landscape mode, so I don't -- I only see part
10         of each page.
11                        Q.   Oh.
12                        A.   Okay.  It's just so -- this whole
13         thing, let me look at it.  Okay, move on.  I just
14         would mention here that the head circumference is
15         forty-nine point five.  And that -- after that age,
16         particularly, if you correct for gestational age,
17         that head circumference is well above the ninety-
18         fifth percentile, way above.
19                        Q.   And does that suggest anything to
20         you with regard to your position and opinion of
21         subdural hematomas?
22                        A.   Well, I will say this, I do
23         recollect from reviewing the neo -- his neonatal
24         record at Albany Med.  That his head circumference
25         was something like thirty-two centimeters, which was
```

Page 121

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         normal at birth.  I don't know whether he had any

3         pediatric visits subsequent to his discharge.  I

4         suspect he did.

5                        Part of the pediatric record should

6         include a head circumference.  So let's say that he

7         was seen at two months of age, but I'm just

8         speculating now, of course.  If the child was seen at

9         two months of age, and had a pediatric visit, then

10        and the head circumference measured and it was still

11        normal, following the normal curve.

12                       That would imply for me that the child

13        did not have subdural hematomas at that point in

14        time.  You see what I mean?  In other words, he -- at

15        one point, he went from being having a normal head

16        circumference to having one that's well above the

17        nine -- the ninety-fifth percentile.

18                       Q.   Okay.

19                       A.   So if -- if he had his head

20        circumference measured every day, you could probably

21        see when he -- when the subdural hematomas developed.

22                       Q.   Developed, okay.

23                       A.   But we don't have that

24        intervening information.  So in essence, it doesn't

25        -- doesn't -- doesn't help me at this point.

Page 122

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2                    Q.   Okay.
3                    A.   He wasn't born -- I'll say that.
4                    Q.   He wasn't born with the
5         subdurals?
6                    A.   Yeah.  Okay.  Scroll, please?
7         More -- more -- more, okay -- okay.  Scroll, please.
8         Put evidence of recent medical therapy at the top,
9         yeah, there we go.  Okay.
10                   Well, the only significance here is
11        what's not said, and the general evaluation is
12        there's no evidence of abnormal bleeding from, you
13        know, ecchymosis or, you know, bruise -- bruises from
14        -- from bleeding.
15                   So in terms of the coagulopathy, you
16        know, if you're going to -- if you're going to have
17        bleeding in the brain, why don't you have bleeding in
18        the skin, where you had needle punctures and people
19        grabbing this in and moving the child around, et
20        cetera.
21                   So there was no evidence or petechial
22        hemorrhages or there's no evidence of abnormal
23        bleeding in the skin.  So that -- that's a permanent
24        negative regarding the coagulopathy.
25                   Q.   And can you define for the record
```

Page 123

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         coagulopathy?

3                          A.   Abnormal clotting, the child --

4         again, I don't remember whether it's the -- the

5         different ways you can assess this P.T. and proteome

6         there -- there are different tests you can do inside

7         the blood.  All I remember is the platelet count was

8         lower, you know, it was abnormally low.

9                          But it wasn't low enough that I would

10        have expected -- necessarily expected bleeding and

11        that's why I said possible that I would have done

12        subdural test when I had seen this kid initially. My

13        --

14                          Q.   Okay.

15                          A.   -- my partner didn't feel

16        comfortable doing it with a platelet of a hundred and

17        fifteen.  I probably would have done it.  But again,

18        that's total conjecture.  I can't say what I would

19        have done absolutely.  Anyway, go ahead.  Okay, more.

20        Go ahead, scroll -- scroll -- scroll, okay.  Hang on,

21        all right, next page.

22                          Hang on now, hang on.  Okay, move

23        along.  Keep going, scroll please?  Scroll -- scroll

24        -- scroll.  All right, hang on.  Yeah, okay, what's

25        happened?

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.    What's happened?

3                    A.    You went too far.

4                    Q.    Okay, want to go back.

5                    A.    I want to get to the scalp,

6    because I know there was an abnormality there.

7    Because I saw it when you moved -- put up initially.

8    No -- no, now we're back to the lungs. It's --.

9                    Q.    Further down?

10                   A.    Yeah, it's past -- it's past that

11   page.  Next page, all right.  Hang on, let me -- let

12   me --.

13                   Q.    Subgaleal.

14                   A.    It's gone too far.  All right.

15   Here you go, slide twelve A, section frontal scalp,

16   subgaleal hemorrhage, acute and more chronic

17   appearing subgaleal hemorrhage with extensive acute

18   and chronic inflammation.  All right, that's

19   abnormal.  And that is an indication of trauma.

20                   That implies blunt force trauma to the

21   scalp.  And would -- I believe -- and would be

22   additional information that there -- this was a

23   traumatic event.

24                   Q.    And that would be contrary to a

25   finding that sepsis caused the trauma that's noted in

Page 125

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         slide A twelve, correct?

3                      A.   Correct.  In fact, it implies

4    that there were repeated traumas over different

5    periods, it says acute and more chronic.  So --.

6                      MR. KLEIN:  Objection -- objection to

7    the extent that this is contradicted by Dr.

8    Sikirica's testimony about the subgaleal hemorrhages.

9    I would just note a standing objection.

10                     THE WITNESS:  I'm just --.

11                     BY MS. CALABRESE:  (Cont'g.)

12                     Q.   Go ahead, Doctor.  No -- no,

13   please continue your thought.

14                     Q.   Yeah, I'm just going based on

15   what I'm reading here.

16                     Q.   Yes.

17                     A.   It says acute and more chronic

18   appearing subgaleal hematomas.  So if you're -- if

19   you're trying to make the case, in my opinion, that

20   this is due to sepsis, there had to have been chronic

21   sepsis and that there was no indication that there

22   was, you know, the kid's not going to be sick with

23   meningitis and subdural -- infected subdural

24   effusions for a long time without treatment.

25                     So I -- I don't know how you get

Page 126

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2        chronic subgaleal hematomas based on infection, it
3        just doesn't hang together.  I think this is clear
4        evidence of trauma -- blunt force trauma to the scalp
5        and -- and the brain, okay?
6                    Q.   Okay.
7                    A.   All right.  Let's just put gross
8        pathology exam on the top -- yeah, okay.  Hold on,
9        hang on.  All right.  Portions of the dura are
10       included with moderate amount of adherent brown
11       subdural clot measuring three to four millimeters in
12       thickness.
13                   There is a several centimeters zone of
14       hemorrhage along the occipital cortex bilaterally but
15       no other foci of parenchymal hemorrhage.  So that's
16       abnormal, and he doesn't describe it as one side or
17       the other.  Okay, so I don't know whether it's
18       bilateral or on one side.
19                   Oh, no it does say bilaterally, so
20       there's evidence of bilateral subdurals, according to
21       this exam.  Next -- the next page, go up a little
22       bit.  Yeah, okay.  Oh, oh, oh.  Back down a little
23       bit I'm not sure that you -- we're all right, okay.
24       Okay.  Okay.  So he does -- he refers to his
25       tightening of the ventricles so that I believe what

Page 127

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         he means is the ventricles are compressed.

3                      This is due to the subdural

4         collections and, you know, is another reflection of

5         increased intracranial pressure, okay.  Splitting of

6         the sutures he defines, that's again another

7         indication of increased intracranial pressure, but

8         not the cause, okay.

9                      Slide B one, resolving subarachnoid

10        hemorrhage with large numbers of macrophages,

11        occasional acute inflammatory cells, and lymphocytes.

12        Hemorrhage extends down into the Virchow Robin

13        spaces.  Those are spaces in the subarachnoid space

14        at the subdural place -- space the subarachnoid space

15        that follows blood vessels into the brain.  So there

16        was subarachnoid blood is all -- also.

17                      Okay.  So now slide B three, he's

18        describing in the midbrain as part of the brainstem,

19        severe cerebral edema, and foci of intraparenchymal

20        hemorrhage.  Okay, now that usually means that there

21        was so much pressure from above that it squished the

22        brainstem down through what's called the tentorium

23        and caused hemorrhages to stretch the blood vessels

24        that surprised -- that supply the midbrain and

25        brainstem and caused hemorrhage within the brainstem.

Page 128

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    This is -- again, what we see with

3    severe subdural hematomas that cause death, there's

4    secondary hemorrhage into the brain stem which is

5    basically fatal.  It's an indication of a fatal

6    injury, not caused by the injury but secondary to the

7    buildup of the sub -- the subdural spaces and pushing

8    the brain down through a narrow opening, which tears

9    more blood vessels and causes hemorrhage, if that

10   makes sense.

11                   Okay, scroll please --.

12                   Q.   And Doctor, what -- what you just

13   described occur due -- due solely to sepsis in your -

14   - in your experience --?

15                   A.   No, in my appearance -- in my --

16   in my experience, this is caused by trauma, but it

17   can be caused by other things.  If there's increased

18   intracranial pressure from whatever cause, a large

19   stroke or cerebral edema.

20                   This is a finding you see when the

21   brain has herniated through the dura opening of the

22   tentorium with injury to the brainstem, and it's

23   irreversible.  So it's a secondary effect related to

24   severe increased intracranial pressure and what we

25   would call central herniation syndrome.

Page 129

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.   I just -- I just -- the other

3    way.

4                    A.   You know, it's --.

5                    Q.   I know, I'm sorry.

6                    A.   It's -- it's a reflection of the

7    fact that he had no neurological function.  I -- I

8    lost the screen now, by the way.

9                    Q.   It -- it should be back.

10                   A.   Okay.  Okay, scroll, please.

11   Hold on.  Again, there are more deep-seated

12   hemorrhages related to herniation, in my opinion.

13                   Q.   And when you say herniation

14   consistent with blunt force trauma?

15                   A.   Well, no, as a result of

16   increased intracranial --

17                   MR. KLEIN:  Objection.

18                   A.   (Cont'g.) -- pressure, which in

19   my opinion was related to blunt force trauma, yeah.

20                   BY MS. CALABRESE:  (Cont'g.)

21                   Q.   Okay.  Thank you.

22                   A.   We can --

23                   MR. KLEIN:  It can also be related to

24   sepsis, right, Doctor?

25                   THE WITNESS:  It's related to

Page 130

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         increased intracranial pressure from whatever cause.

3         Can we then --?

4                   BY MS. CALABRESE:   (Cont'g.)

5                   Q.   However, in your opinion, in this

6         case, the intracranial -- the increased intracranial

7         pressure related to the subdural hematoma that was

8         due to blunt force trauma?

9                   A.   That's my opinion.  All right

10        now, with slide B ten, I want to see.  B nine and B

11        ten, all right.  All right.  B nine, and again, I

12        don't know where this is.  It says predominantly

13        acute subdural hematoma, B nine, whatever that is.  B

14        ten, acute and more chronic subdural hematoma.

15                   Okay.  Now B twelve through fourteen

16        describe the retina.  Severe acute retinal

17        hemorrhages with predominantly chronic inflammation

18        surrounding the optic nerve with abundant

19        macrophages, severe acute retinal hemorrhage of the

20        left eye now foci has severe and acute inflammation,

21        older appearing hemorrhages and infarct in the optic

22        nerve.

23                   Okay.  Again, to me, totally

24        consistent with severe blunt force trauma to the

25        head.  Next?  Yeah, okay.  So the conclusions we can

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2       read.  Severe closed head injuries with cerebral

3       edema due to blunt force trauma.  Clinical history of

4       subdural hematoma with severe cerebral edema,

5       radiological evidence of bilateral subdural

6       hematomas.

7                    The medical evidence of brain death,

8       splitting of the sutures of the skull consistent with

9       cerebral edema, extensive acute and resolving

10      subarachnoid hemorrhage, extensive acute and

11      resolving hemorrhage of the optic nerve sheaths, and

12      acute retinal hemorrhage, bilaterally fresher and

13      older appearing areas of sub -- subgaleal hematoma.

14                   Again, this is information that we

15      didn't have and discussed before I read the autopsy.

16      To me, this is conclu -- to me conclusive evidence of

17      blunt force trauma to the head.  Okay.  Now, I'm --

18      I'm not going to read past that, because he's making

19      -- he's made -- he's referring to additional

20      information that I didn't have available to me.

21                   Q.   Okay.

22                   A.   Blood -- oh, there's more.  Blood

23      culture pos for strep pneumonia, an initial

24      presentation to hospital.  Okay.  So that -- that's

25      -- okay.  It's not unexpected, the child was comatose

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         for a period of time.  And you know, the lungs and

3         the upper airways have bacteria in them.  And --.

4                    Q.   Aspiration?

5                    A.   Yeah, there's that aspiration,

6         the child was actually fat, if I remember correctly

7         in the mother's --

8                    Q.   Yes.

9                    A.    -- report.  So it doesn't

10        surprise me that the child had some areas develop

11        pneumonia, and then over time developed positive

12        blood culture.  And it was -- okay.  Do you want to

13        scroll just to be complete?  See if there's anything

14        more.

15                   Q.   No toxicology.

16                   A.   Yeah.  Okay.  And I -- I guess

17        that's enough for me.

18                   Q.   Let me just make sure, Doc, that

19        we're not missing anything.  Again, negative for

20        toxicology.

21                   A.   Yeah.

22                   Q.   Which you would explore you would

23        hope to expect, and that concludes the autopsy

24        report.  I'm going to stop sharing my screen now.

25        Doctor, I know earlier when responding to questions

Associated Reporters Int'l., Inc.

                                                    Page 133

```
 1   Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

 2        there was an effort to show you the C.T. scans.

 3        Would you like to see them now?

 4                  I want to ensure that you have an

 5        opportunity to complete responding to questions that

 6        you were unable to respond to earlier, due to your

 7        inability to see the C.T. scan, would you like to see

 8        them?

 9                  THE REPORTER:  Hang on, this is -- go

10        ahead.  Sorry.

11                  THE WITNESS:  I -- I mean, if you all

12        want me to, I will.  But I don't think it's

13        absolutely --

14                  BY MS. CALABRESE:  (Cont'g.)

15                  Q.  I don't feel I need to show them

16        to you, but I know that that was an issue that arose

17        earlier.  So I wanted to give you an opportunity to

18        see them, should you feel the need -- should you feel

19        the need to.

20                  A.  Well, again, the autopsy was

21        clear, there was bilateral subdural hematomas.  It's

22        my recollection and my -- at the time and my

23        impression that the child had bilateral subdural

24        hematoma.  So I don't think -- I -- I did review the

25        C.T. scan in preparation for the deposition, so I'm
```

Page 134

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2        okay.

3                        Q.   Okay.  All right.  So just some

4        follow-up questions then, Doctor.  In -- earlier this

5        morning, the beginning of your testimony, you make --

6        made a statement and you said most of these events

7        are unwitnessed.  What did you mean by that?

8                        A.   Well --

9                        MS. CALABRESE:  Michael, would you

10       mind muting, because I'm hearing an echo.  Thank you.

11                       A. -- what I mean by that is a

12       perpetrator of child abuse usually does it without

13       witnesses appearing -- present.  So it is -- so you

14       don't have an accurate history, and that's a problem

15       with the literature too.  That's why I didn't quote

16       many -- I actually didn't reference specific

17       articles.

18                       But many articles on child abuse

19       report a series from, you know, one day to another,

20       county or state or something like that.  And they

21       include, you know, most -- most of the cases are

22       unwitnessed so you -- you never know.  There are --

23       there are -- again, I can't give you a specific

24       article, but I know I've reviewed articles in the

25       past of the cases where there were confessions.

Page 135

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                      But again, confessions aren't

3         necessarily accurate either.  So --.

4                      BY MS. CALABRESE:   (Cont'g.)

5                      Q.   Mr. Klein, would agree with you

6         on that.

7                      A.   Yeah, but even -- even someone --

8                      Q.   Many of us would too.

9                      A.     -- when you're absolutely,

10        positively know that someone did something, the

11        perpetrator tries to minimize it.  I threw him

12        against the wall, but I didn't do it that hard, you

13        know, that kind of thing.  So overall, these studies

14        aren't -- are difficult to evaluate regarding the

15        mechanisms of injury.

16                      Q.   And you said that the findings

17        that you now know to be true based upon what you saw

18        in the autopsy report, as well as how the patient

19        presented to you.  And all of the reports that you

20        reviewed and the history that you reviewed in the

21        records.  You stated that this has nothing to do with

22        birth trauma.  Can you explain that?

23                      A.   Well, this -- this was a twin

24        birth, vaginal delivery as I remem -- as I recall.

25        There were no issues regarding the early life of this

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         child in the -- in the medical center after delivery.

3         The Apgar scores were six and nine, it mean five

4         minutes, nine is normal.

5                   The child received some oxygen -- flow

6         by oxygen for a few minutes only.  It was then

7         observed in the NICU and had no problems.  There was

8         no concern -- the head circumference is now normal,

9         there was no concern about any injury, so -- or

10        clinical history to suggest a problem, I don't

11        believe it was seizures or anything else that would

12        have prompted a -- typically you wouldn't do a CAT

13        scan on a neonate, you'd do an ultrasound to indicate

14        that there was a subdural hematoma.

15                  So there's zero indication that the

16        child had subdural hematoma.  I know that in the past

17        I testified that there have been studies done on

18        normal deliveries where children were imaged and

19        there's a percentage of children after a normal

20        vaginal delivery would have teensy tiny acute

21        subdural hematomas.

22                  In a hundred percent of those cases,

23        it resolved without any treatment on its own, nor

24        with any symptoms within -- I believe a month.  So

25        there's -- there's no supporting evidence or any

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2         indication or anything in the literature which would

3         suggest that what happened to this child later was

4         related to anything that happened at birth, to me

5         that's nonsense.

6                   Q.   Okay.  I have no further

7         questions.  Thank you, Doctor.

8                   MS. CALABRESE:  Howard, did you have

9         something to say earlier, I think you --

10                  THE REPORTER:  No, we -- what it was

11        -- I've lost Mr. Waldman's video and there is a -- a

12        little caution --

13                  MS. CALABRESE:  Dr. Waldman.

14                  THE REPORTER:  -- Dr. Waldman and I

15        just wanted to alert everybody to it, but he came

16        back on right -- as soon as I was saying it.

17                  MS. CALABRESE:  Okay.  Thank you.

18                  THE REPORTER:  That's all that was.

19                  MR. KLEIN:  Does anyone have any

20        follow-up, because I would have a few questions.

21                  MS. CALABRESE:  Can we take a five-

22        minute restroom break, please?

23                  MS. GINSBERG:  Well, I have one

24        question.

25                  MS. CALABRESE:  You're going to --

Page 138

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2        you're going to -- you're going to tell a lady
3        Michael, that she cannot use the restroom?
4                    MR. GINSBERG:  I would not -- I would
5        not have the answer to that.
6                    MS. CALABRESE:  Okay.  Because I would
7        like to -- I would like to use the restroom.
8                    MR. GINSBERG:  I live -- I live with a
9        couple of women at home, I know better.
10                   MS. CALABRESE:  Well, I -- I knew you
11       were a man of substance, so I was sure that I was
12       mistaken.
13                   MR. GINSBERG:  All right.
14                   MS. CALABRESE:  All right.  Just five
15       minutes, if that -- is fine.
16                   MR. GINSBERG:  It's fine.
17                   MS. CALABRESE:  Thank you.
18                   THE REPORTER:  Okay.  We're off the
19       record.
20                   (Off the record, 1:40 p.m.)
21                   (On the record, 1:48 p.m.)
22                   THE REPORTER:  We're all set.  We're
23       on the record.
24                   MR. GINSBERG:  Great, thank you.
25                   REDIRECT EXAMINATION
```

Page 139

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        BY MR. GINSBERG:

3                        Q.   Doctor, in the previous section

4        you were just asked a bunch of questions about the

5        autopsy findings.  Do you recall that?

6                        A.   Yes.

7                        Q.   And are the autopsy findings

8        consistent with your diagnosis of subdural hematoma

9        and the ophthalmic diagnosis of retinal hemorrhages?

10                       A.   Yes.

11                       MR. GINSBERG:  I have no further

12       questions.  Thank you.

13                       RECROSS EXAMINATION

14                       BY MR. KLEIN:

15                       Q.   Doctor, you -- had you been aware

16       of the autopsy findings prior to today?

17                       A.   As I sit here today, I have no

18       recollection of them.  But I can't say for sure that

19       I didn't know before my testimony at trial, either

20       the first or the second, I don't know.

21                       Q.   Do you recall --?

22                       A.   I would -- I would guess that I

23       did, but I don't know for sure.

24                       Q.   Do you recall preparing for trial

25       with Dr. Sikirica, whether by phone or in person?

Page 140

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.    Whether I spoke?

3                        Q.    Yeah, whether you are present

4         during prep -- yeah, whether you were present during

5         prep with the District Attorney's Office with Dr.

6         Sikirica with -- whether personally or by phone?

7                        MR. GINSBERG:  Objection to form.

8         Wasn't that covered under attorney-client privilege?

9                        MR. KLEIN:  No.  There's no attorney-

10        client privilege at the prosecutor's office.

11                       A.    Right.  Zero recollection of

12        that.  I don't remember.

13                       BY MR. KLEIN:  (Cont'g.)

14                       Q.    Okay.  In terms of your testimony

15        about the swelling of a skull, do you recall that?

16                       A.    It's not swelling, you mean the

17        subdural hematoma?

18                       Q.    No, the -- you said there was an

19        autopsy measurement of the skull, if I can just find

20        it.

21                       A.    The head circumference in the

22        autopsy report.

23                       Q.    You made a comment about the --

24        the head measurement.

25                       A.    Head circumference, yes, sir.

Page 141

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                       Q.   Right.  You had testified that in

3         the criminal trial, do you recall that?

4                       A.   I do not.  I don't -- and I don't

5         even recall it after reviewing the testimony.

6                       Q.   Okay.  Oh, isn't -- isn't the --

7         the -- the head circumference totally non-specific in

8         this case, the fact that there was swelling?

9                       A.   Well, it's not a swell, it's --

10        it's a measurement in inches or centimeters.  And

11        it's a reflection of -- it's just the size of the

12        head and they're normal measurements within, you

13        know, to standard deviations of how -- at a certain

14        age, whether you're male or female, what your head

15        circumference is and --.

16                       Q.   And I understand -- I understand

17        in the front the head bulges over time, isn't that

18        correct?  It's not instantaneous?

19                       A.   Well, it can be pretty acute in a

20        -- in a very young child.  In an older person,

21        absolutely it doesn't happen -- may not have-- you

22        know, if I had subdural hematomas, my head wouldn't

23        get bigger, my --.

24                       Q.   It could be, it -- my -- my point

25        is that this could be suggestive of sepsis.

Page 142

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                        A.   It -- it's simply a reflection of

3         the fact that the intracranial space is abnormally,

4         you know, large.  Something is causing the head to

5         get bigger.  It could be anything that takes up

6         space.  It could be the brain itself due to cerebral

7         edema, it could be the hydrocephalus with enlargement

8         of the ventricles, which are the C.S.S. spaces inside

9         the brain.

10                       It could be due to subdural hematomas;

11        it could be due to a brain tumor.   I mean there's

12        lots of things.  Anything that takes up space can --

13        if it's big enough, accelerate the growth of that.

14                       Q.   Okay.  Thank you.

15                       A.   That's -- and that is why at

16        every pediatric visit up to the age of three head

17        circumference measurements are standards of care.

18        And you have to plot them so you can actually look

19        and see what's happening.

20                       For example, if someone's head

21        circumference is growing at a twenty-fifth percentile

22        and you know, after multiple visits and then suddenly

23        it's at the fiftieth percentile, it is still within

24        the normal range.  But the rate of change suggests

25        something is happening.

Page 143

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                          You don't have to wait until it's

3         above the ninety-fifth percentile before

4         investigating, so that's what I mean.

5                          Q.   With regards to the line of

6         questioning with Ms. Peck about studies regarding

7         drops or throws of babies, isn't it true that there

8         are biomechanical studies of modeling drop score,

9         throws of baby models to surfaces?

10                         A.   Yes, yes.

11                        Q.   Okay.  You don't have to throw

12        babies to do a biomechanical study?  You could -- you

13        can have a model.

14                        A.   Yeah, but I mean, any reasonable

15        person would understand that acquired -- acquired

16        mechanical model is not a baby.

17                        Q.   Right.  With those studies --.

18                        A.   There are so many differences

19        that make the studies almost irrelevant in my

20        opinion.

21                        Q.   Okay.  But those studies -- study

22        or note the -- the -- the G -- the level of G is like

23        enough to cause a fracture or subdural, correct?  The

24        G-force.

25                        A.   You know, again --.

Page 144

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    MS. MITCHELL:  Object to form.

3                    A.   --  (Cont'g.)  I -- I don't

4    recall details of any specific study, I know they're

5    done.  I -- in the past I've reviewed some -- I'm

6    sure some discuss G-forces.  But it's -- you know,

7    it's -- it's not real life.  And that this has been

8    discussed in the literature over and over and over

9    again, and most neurosurgeons don't put a whole lot

10   of credence to these biomechanical studies.

11                   BY MR. KLEIN:  (Cont'g.)

12                   Q.   And you're not an expert in that?

13                   A.   I am not an engineer, correct.

14                   Q.   Okay.  So -- so the -- the idea

15   that -- would you agree with the idea that a throw or

16   drop of a baby to a bed surface might reach ten Gs.

17   Does that sound something that you would -- would

18   sound realistic?

19                   A.   I do not --.

20                   MS. MITCHELL:  Object to form.

21                   A.   (Cont'g.)  I have no idea.

22                   BY MR. KLEIN:  (Cont'g.)

23                   Q.   Okay.  Have you -- are you aware

24   of studies that say that such a drop would not be

25   enough to cause a fracture or subdural hematoma?

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    MS. MITCHELL:  Object to the form.

3                    BY MR. KLEIN:  (Cont'g.)

4                    Q.   That you need something more like

5    fifty Gs?

6                    A.   Again, I can't -- in the past, I

7    reviewed this, you know, years and years and years

8    ago.  I don't remember the details of any of the

9    studies, so I don't know.

10                   Q.   And on that note, I just want to

11   discuss --.

12                   A.   That's the same as the last

13   question you asked.

14                   Q.   And on that note, I wanted to

15   just follow-up on -- on what you're doing now.

16   You're retired currently and you were retired as of

17   the 2014 trial, correct?

18                   A.   Correct.  I retired -- my last

19   day of work was June 30th, 2012.

20                   Q.   Okay.  Have you practiced

21   medicine since then?

22                   A.   I have hardly thought about

23   medicine since, no.

24                   Q.   Okay.

25                   A.   I have --

Page 146

1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    Q.   You continue --.

3                    A.   -- a full life now.

4                    Q.   Good for you.  And -- and have

5     you -- it sounds nice.  And have you continued your

6     studies to the extent that separate from practicing

7     medicine?

8                    A.   That's a -- do  I continue

9     reading literature or whatever?  No, as I mentioned,

10    I rarely even think about medicine these days.

11                   Q.   Okay.  That is all I have.  Thank

12    you, Doctor.

13                   A.   Thank you.

14                   MS. MITCHELL:  I do not have follow up

15    questions.

16                   MS. PECK:  I do not have any follow up

17    questions.  Thank you, Doctor.  Nice to meet you.

18                   MR. KLEIN:  Thank you, Doctor.

19                   THE WITNESS:  Thank you very much.

20    Thank you, everyone.

21                   THE REPORTER:  Before everybody

22    leaves, I've got to have some spellings.  There was a

23    Dr. Germaine -- German?

24                   THE WITNESS:  German, G-E-R-M-A-N.

25                   THE REPORTER:  Okay.

Associated Reporters Int'l., Inc.

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2                    THE WITNESS:   John German.

3                    THE REPORTER:  Okay.  Thank you.

4                    THE WITNESS:  I think that's the name,

5    but I'm not sure.

6                    THE REPORTER:  And there was a

7    detective, Ron Sutton, S-U-T-T-O-N.  Does anybody

8    know?

9                    THE WITNESS:  Fountain, F-O-U-N-T-A --

10   T-A-I-N.

11                   THE REPORTER:  Say again?

12                   THE WITNESS:  Fountain, F-O-U-N-T-A-I-

13   N.

14                   THE REPORTER:  I was way off, there we

15   go.  A Dr. Eric Hoover, which form of Eric would that

16   be?

17                   THE WITNESS:  E-R-I-C.

18                   THE REPORTER:  I-C, okay.

19                   THE WITNESS:  I-C, okay.

20                   THE REPORTER:  And Hoover, just like

21   the traditional?

22                   THE WITNESS:  Yes.

23                   THE REPORTER:  Okay.  And you have an

24   attorney's sitting here with you, Dr. Waldman.

25                   THE WITNESS:  Yes.

Page 148

```
 1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
 2                      THE REPORTER:  Can I get that person's
 3        name?
 4                      MS. MITCHELL:   Yes, Lia.
 5                      THE WITNESS:  L-I-A.
 6                      MS. MITCHELL:  You got it right.
 7                      THE REPORTER:  Okay.
 8                      MS. MITCHELL:  M-I-T-C-H-E-L-L.
 9                      THE REPORTER:  M-I-C-C-H-E-L-L you
10        said, correct?
11                      MS. MITCHELL:  No, M-I-T-C-H-E-L-L,
12        Mitchell.
13                      THE REPORTER:  Oh, okay.  And I need
14        the -- the venue, which court is this in?
15                      MS. MITCHELL:  Two different courts.
16        This is a -- a two-captioned deposition.
17                      MR. KLEIN:  Do you want to know the
18        caption?
19                      THE REPORTER:  Yes.  If you -- if you
20        could email us the caption.
21                      MS. MITCHELL:  I don't have -- I have
22        the court of claims caption, I don't have the other
23        caption.
24                      THE REPORTER:  Okay.
25                      MR. KLEIN:  We'll give it to you,
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 149

```
1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD
2         Howard, we'll get --
3                         THE REPORTER:  Okay.
4                         MR. KLEIN:  Okay.
5                         THE REPORTER:  And -- hang on, and
6         transcripts, who's -- who's getting transcripts?
7                         MR. KLEIN:  We're all getting
8         transcripts.
9                         THE REPORTER:  And the bill goes to?
10                        MS. MITCHELL:  We're splitting it.
11                        MR. KLEIN:  It goes to those who have
12        asked questions.
13                        THE REPORTER:  Okay.
14                        MS. MITCHELL:  Howard, what is your
15        email address?
16                        THE REPORTER:  It would be
17        arii@portsteno.com.
18                        MS. MITCHELL:  Okay.
19                        (Off the record, 2:01 p.m.)
20
21
22
23
24
25
```

Page 150

 1     Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

 2

 3   STATE OF                )
     COUNTY OF               )
 4
             I, JOHN WALDMAN, have read the foregoing record
 5   of my testimony taken at the time and place noted in the
     heading hereof and do hereby acknowledge:
 6   (Please check one)
             ( ) That it is a true and correct transcript of
 7   same.
             ( ) With the exceptions noted in the attached
 8
     errata sheet, it is a true and correct transcript of same.
 9
                              X
10                             JOHN WALDMAN

11   Sworn to before me this
     _____day of _____, 2020.
12   X_____
     NOTARY PUBLIC
13   My Commission Expires:
     _____
14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 151

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2

3       I, HOWARD HUBBARD, do hereby certify that the

4    foregoing testimony of JOHN WALDMAN was taken by me, in

5    the cause, at the time and place, and in the presence of

6    counsel, as stated in the caption hereto, at Page 1

7    hereof; that before giving testimony said witness(es) was

8    (were) duly sworn to testify the truth, the whole truth

9    and nothing but the truth; that the foregoing typewritten

10   transcription, consisting of pages number 1 to 151,

11   inclusive, is a true record prepared by me and completed

12   by Associated Reporters Int'l., Inc. from materials

13   provided by me.

14

15   HOWARD HUBBARD, Reporter

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

                                                              Page 152

1    Thomas v City of Troy et al - 10-19-20 - John Waldman, MD

2          ASSOCIATED REPORTERS INTERNATIONAL, INC.
                        (800) 523-7887
3
     Date:
4    Case Name:  Thomas v City of Troy et al
     Index Number:
5    Deponent:  John Waldman, M.D.
     Deposition Date:  10-19-20
6    Examining Attorney:  Michael Ginsberg

7    Dear Dr. John Waldman:

8
     Please read and make any changes and/or corrections in
     your testimony and sign the transcript in the presence of
9
     a notary public.  Please do so within thirty (30) days.
10   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
11   without signature.  Return the transcript with
     corrections, if any, to:
12         PATTISON, SAMPSON, GINSBERG & GRIFFIN:
           BY:  MICHAEL E. GINSBERG
13         22 First Street
           Troy, New YORK 12180
14   CORRECTIONS:

15
     _____       Word or phrase: _____
                    Corrected to:  _____
16
     _____       Word or phrase: _____
                    Corrected to:  _____
17
     _____       Word or phrase: _____
18                  Corrected to:  _____
                    Word or phrase: _____
19   _____       Corrected to:  _____
                    Word or phrase: _____
20   _____       Corrected to:  _____
                    Word or phrase: _____
21   _____       Corrected to:  _____
                    Word or phrase: _____
22   _____       Corrected to:  _____

23   _____

     Date Signed
                                        _____
                                        John Waldman, M.D.
24
ARII@courtsteno.com                             www.courtsteno.com
25

800.523.7887                                          Associated Reporters Int'l., Inc.

Page 153

| A |
| --- |

**A.F** 20:21
**a.m** 1:22  6:3  61:22
**A.M.A** 14:4
**A.M.C** 19:12
**A.M.C.H** 26:25
**ability** 118:20
**able** 8:10  100:21  101:16  102:23
  118:5
**abnormal** 24:4  49:11,13,15,16,25
  50:19  101:23  122:12,22  123:3
  124:19  126:16
**abnormalities** 49:3  117:4,5,15
**abnormality** 71:18  74:4  124:6
**abnormally** 21:12  123:8  142:3
**absent** 27:7
**absolutely** 24:5  30:2  82:8
  100:12  114:11  119:16  120:4
  123:19  133:13  135:9  141:21
**abundant** 130:18
**abuse** 34:2  53:22  58:10  59:12
  82:2,11  107:20  134:12,18
**academic** 11:23
**academics** 11:25
**accelerate** 142:13
**accelerates** 30:21
**acceleration/deceleration** 30:11
  30:14
**accident** 25:5  28:23  73:21
**accumulated** 91:18
**accurate** 38:6,9,10  41:17  44:7
  64:5  79:20  86:25  96:20  111:8
  134:14  135:3
**accurately** 40:25
**achieved** 91:17
**acknowledge** 150:5
**acknowledges** 40:13
**acquired** 143:15,15
**act** 53:8
**actions** 39:23  65:20
**active** 11:21
**activity** 27:16
**actual** 72:6  84:11
**acute** 55:9,23  56:3,15,22,24
  57:10,12  58:9  71:2  77:10  78:4
  80:8  91:8,11,25  92:3  109:7
  124:16,17  125:5,17  127:11
  130:13,14,16,19,20  131:9,10
  131:12  136:20  141:19

**ADAM** 1:7
**additional** 21:9  118:7  124:22
  131:19
**address** 149:15
**adequate** 89:4
**adherent** 126:10
**adhering** 105:25
**adjective** 75:17
**admission** 18:24  26:23  27:16
  35:11  75:14
**admittance** 104:3
**admitted** 15:4  26:18
**Adrian** 1:4,13  37:19  38:15  39:23
**adult** 12:20,22  30:19
**adult's** 56:23
**adults** 21:23
**affirm** 6:20
**age** 13:2  23:7  30:17  57:8  120:15
  120:16  121:7,9  141:14  142:16
**ago** 42:20  50:8  56:21  58:15
  99:15  145:8
**agree** 6:25  46:8  56:5  67:18,20
  68:10  135:5  144:15
**Agreed** 94:5
**agrees** 85:22
**ahead** 14:20  30:7,8  77:14  117:22
  123:19,20  125:12  133:10
**airways** 52:21  132:3
**al** 1:1  2:1  3:1  4:1  5:1  6:1  7:1
  8:1  9:1  10:1  11:1  12:1  13:1
  14:1  15:1  16:1  17:1  18:1  19:1
  20:1  21:1  22:1  23:1  24:1  25:1
  26:1  27:1  28:1  29:1  30:1  31:1
  32:1  33:1  34:1  35:1  36:1  37:1
  38:1  39:1  40:1  41:1  42:1  43:1
  44:1  45:1  46:1  47:1  48:1  49:1
  50:1  51:1  52:1  53:1  54:1  55:1
  56:1  57:1  58:1  59:1  60:1  61:1
  62:1  63:1  64:1  65:1  66:1  67:1
  68:1  69:1  70:1  71:1  72:1  73:1
  74:1  75:1  76:1  77:1  78:1  79:1
  80:1  81:1  82:1  83:1  84:1  85:1
  86:1  87:1  88:1  89:1  90:1  91:1
  92:1  93:1  94:1  95:1  96:1  97:1
  98:1  99:1  100:1  101:1  102:1
  103:1  104:1  105:1  106:1  107:1
  108:1  109:1  110:1  111:1  112:1
  113:1  114:1  115:1  116:1  117:1
  118:1  119:1  120:1  121:1  122:1
  123:1  124:1  125:1  126:1  127:1

800.523.7887                                                      Associated Reporters Int'l., Inc.

Page 154

```
128:1 129:1 130:1 131:1 132:1
133:1 134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1 147:1
148:1 149:1 150:1 151:1 152:1
152:4
alarmed 111:18
Albany 2:11,14 10:4,10,10,17,18
  11:3,5,16,17 15:3 27:2 35:11
  42:3 45:24 51:18,23 64:10
  75:11 97:2 120:24
alert 137:15
alive 52:23 83:14,17 103:6
alluded 55:8
American 14:2
amount 72:5 109:25 110:18
  111:11 126:10
analysis 102:10
anatomic 63:22
anatomical 74:3,8 75:8 77:3
anatomically 69:10 74:2 91:12
and/or 21:8 65:10 113:11 152:8
angiograms 97:12
angiography 97:8,24
ankle 110:11
ankles 110:2,7
answer 32:8 45:15 62:5,11,25
  70:9 75:4 81:24 83:10 95:12
  100:17 111:25 138:5
answered 112:6
answering 9:18
answers 5:9
anterior 20:21,21 60:25
anybody 37:8 44:19 113:16 119:7
  147:7
anyone's 94:25
Anyway 123:19
apart 21:10,12 22:6,8,11
Apgar 136:3
apologize 80:12 85:16
apparently 34:8 45:10
appearance 54:14 55:20 58:7
  70:5 128:15
APPEARANCES 2:2
appeared 49:4 54:10 97:16
appearing 124:17 125:18 130:21
  131:13 134:13
application 38:16
appreciate 9:4 100:18
```

```
approaches 55:20
appropriate 83:16 152:10
April 4:7
arachnoid 56:11 57:23 58:8
area 49:24
areas 12:4 49:3 131:13 132:10
arii@portsteno.com 149:17
arm 108:8,9
arose 133:16
art 68:12
arterial 108:24
arteries 108:21,23
artery 108:24
article 134:24
articles 134:17,18,24
aside 18:23
asked 12:24 15:22 16:7 41:21
  70:8,8 74:24 85:22 92:17
  111:25 114:22 139:4 145:13
  149:12
asking 46:25,25 47:10 89:25
  90:2 94:16 95:2,4 102:7
  104:20
aspiration 132:4,5
assess 123:5
assistant 11:7
associate 11:8
associated 22:14 29:14,16 45:5
  45:11 75:8 106:19 108:14
  113:11 151:12 152:2
Association 14:2
assume 9:18 23:9 114:12
Assuming 64:21
assumptions 111:7
at-- 73:9
attached 150:7
attempt 23:7
attempted 37:2
attend 9:5
attending 11:2,11,16,18 18:6
  71:13
attention 32:20
attorney 2:10 5:15 9:7 40:3
  152:6
attorney's 140:5 147:24
attorney- 140:9
attorney-client 140:8
attorneys 5:3 119:4,8
aureus 64:12
```

**autopsy** 4:7 55:3 63:9 79:25
  83:11 84:11,18,19 85:24 86:2
  86:4,15 89:9,11 90:19 92:13
  92:14,15 94:20 102:20,25
  103:4,14,19 104:4,8,23 114:6
  114:10,20 118:6 119:4 131:15
  132:23 133:20 135:18 139:5,7
  139:16 140:19,22
**availability** 50:9
**available** 36:6 67:7 102:20
  109:5 131:20
**avoid** 7:21
**aware** 44:6 106:9 118:13,16
  139:15 144:23
**axial** 76:12

---

**B**

**b** 4:2 23:2 32:25 59:18 85:14
  127:9,17 130:10,10,10,11,13
  130:13,15
**B.A** 10:3
**B.I.L** 19:16
**babies** 110:24 111:13 143:7,12
**baby** 21:20 143:9,16 144:16
**baby's** 20:22 21:8,19 22:2,3
**back** 8:14 34:25 43:16 62:4 64:3
  81:4 86:16 99:8 101:22 104:14
  119:15 124:4,8 126:22 129:9
  137:16
**background** 9:25 96:13
**backward** 6:12
**bacteria** 102:13 132:3
**BAILEY** 2:13
**based** 16:18 39:14 48:11,13 49:9
  52:18 65:6 66:7 70:18 72:11
  72:12,14,18 73:24 74:2 79:4
  94:16 97:5 106:22 114:15
  125:14 126:2 135:17
**bases** 39:12
**bash** 110:2
**basic** 13:19
**basically** 23:14 128:5
**basis** 28:14 35:14,17 57:9 72:10
  116:12
**Bates** 16:22 17:24 24:10 32:20
**Bear** 118:18
**bearing** 106:22
**beautiful** 6:14
**bed** 106:20 144:16
**bedside** 74:17 99:17,19

**began** 11:11
**beginning** 70:9 96:5 114:23
  134:5
**behavior** 29:23 30:13
**belief** 76:4 78:24 112:14 115:24
  116:4
**believe** 9:8 11:15 14:19 31:21
  42:16,17,21 43:11 44:25 52:19
  55:2 67:2 70:17 75:8 84:5,7
  94:25 99:15 114:25 115:8,22
  116:21 118:2,22,22 119:6
  124:21 126:25 136:11,24
**believed** 54:3 77:17 78:22 94:13
  101:10 112:2 115:16
**beneficial** 80:17
**Bernard** 9:23
**best** 20:18 40:24 41:18 44:14
  48:8 50:17
**better** 23:13 25:13 77:21 113:10
  113:13 138:9
**big** 58:10 142:13
**bigger** 87:16 141:23 142:5
**bilateral** 19:16,19,20 23:2
  27:12,17,25 28:12 29:21 32:25
  35:23 45:20 59:18,23 72:21,23
  74:21 76:11 79:17 92:25 93:7
  94:8,13 112:23 126:18,20
  131:5 133:21,23
**bilaterally** 36:10 126:14,19
  131:12
**bill** 149:9
**biomechanical** 143:8,12 144:10
**birth** 27:3 45:5 54:6,7 121:2
  135:22,24 137:4
**birth-related** 53:21
**bit** 65:8 87:19 96:10,13 106:25
  126:22,23
**black** 26:18
**bled** 91:20
**bleed** 34:13
**bleeding** 70:3 108:20,24 109:2
  122:12,14,17,23 123:10
**blood** 19:25 23:17 46:6,17 47:6
  47:11,22 48:5,5,6,14 51:18,22
  54:16 55:9,12,13,17,19,20
  56:15,17,22 57:6,10,12 63:23
  64:10 70:5 76:15 77:10 78:4,5
  91:8,11,17,19,21,25 92:3,9
  93:5 100:20,24 102:14 106:5,5
  117:2,4,15 123:7 127:15,16,23

128:9 131:22,22 132:12
**blunt** 124:20 126:4 129:14,19
  130:8,24 131:3,17
**board** 14:8,11,12
**body** 103:21
**bogus** 111:6
**bone** 21:10,20 77:24 78:2 113:12
**bones** 21:10
**born** 122:3,4
**Boston** 10:15
**bottom** 16:23 18:10 111:12
**bounced** 106:20
**brain** 12:12 13:17,21 20:18 21:8
  21:21 22:11,14,17,18,18 21:9
  23:21,23,24,24 24:3 27:16,25
  28:7,25 30:21 31:7 34:19 44:2
  49:22 57:2 61:5,15 67:3,14
  74:7 86:21 88:20,20 90:7
  101:13 105:22,23,24 108:17
  117:2,3,7 122:17 126:5 127:15
  128:4,8,21 131:7 142:6,9,11
**brain-death** 82:14,15
**brainstem** 127:18,22,25,25
  128:22
**break** 108:8 137:22
**breaking** 25:10
**Brett** 2:4 7:2,13 39:22 84:14
  85:10 88:24
**bright** 55:10,23 56:5,18,18,24
  57:11,14,16 93:4
**bring** 8:14 80:18
**Broadway** 2:4
**broke** 62:15
**brought** 81:8 96:6
**brown** 126:10
**bruise** 122:13
**bruises** 122:13
**bruising** 27:5
**buildup** 128:7
**bulges** 141:17
**bulging** 20:23 60:17,19,24,24
**bunch** 15:13 139:4
**busy** 9:5
**button** 7:19

---

### C

**C** 3:2 77:2
**C.P.S** 24:17,19 25:2,9,16,18
  32:10 33:4
**C.S.F** 49:23 57:4 78:11 105:22

**C.S.S** 142:8
**C.T** 19:12 23:2,9,15,16 27:11
  34:9,11 35:18,21,25 36:2 42:8
  43:8 44:8 45:17 47:3,18,20
  48:3,11,14,16,20 50:5 55:9,18
  56:4 58:7,11 66:9,13 67:23
  70:6,19 72:12 76:24 77:2 84:9
  91:2,6 92:21 93:10,21 94:17
  95:12,16 96:14,18 99:5 100:19
  100:23 114:15,18 116:17 133:2
  133:7,25
**C.T.'s** 68:25
**Calabrese** 2:10 3:7 6:8,10 7:4
  8:7 39:7,11 45:13 46:18 47:24
  50:23 52:16 58:12 61:8,18
  65:4,16 66:2 67:19 68:17 70:7
  70:20,22 71:6 72:25 74:23
  79:23 80:4,22 83:23 84:2,13
  84:21,25 85:5,9,12,17 93:11
  93:18 94:3 95:4,21 104:17,24
  116:11,20 118:17,19,24 119:2
  119:12,17 125:11 129:20 130:4
  133:14 134:9 135:4 137:8,13
  137:17,21,25 138:6,10,14,17
**call** 12:21 16:2 18:6,6 25:20
  32:5 45:21 67:7 70:13,14
  71:12 95:6 98:3 111:18 128:25
**called** 18:4 25:2,16,17 26:24
  27:10 32:3 80:8 127:22
**calling** 94:25
**calls** 104:11
**capacity** 11:5
**Capitol** 2:11
**caption** 148:18,20,22,23 151:6
**car** 25:5 28:23
**care** 11:22 12:10,25 15:4,5,9,14
  16:7,8 74:11,12 81:11 82:21
  142:17
**career** 10:19 13:6,10
**caring** 33:24 51:9 69:7 72:3
  75:9 77:16
**case** 12:19 13:11,13 14:24 22:2
  22:3,7 31:11 42:20 43:4,9
  47:18,20 52:20 57:10,14 59:7
  63:4 66:20,25 67:24 71:10
  79:2,12 82:11,25 83:9 93:14
  93:24 95:3 98:22 99:2,8
  100:13 101:3 103:17 104:6
  106:23 114:2 118:14 125:19
  130:6 141:8 152:4

cases 53:7 98:16 111:9 134:21
  134:25 136:22
CAT 28:16 29:2 34:10,11 45:21
  72:15 73:8,15 97:15,16 136:12
caught 25:11
causation 31:14
cause 5:16 21:14 31:6 38:17
  52:14 61:7 64:25 88:14 106:13
  106:23 107:3,7 108:20,24
  110:19,20 111:5,17 114:24
  115:20 117:3,4,5,10,15 127:8
  128:3,18 130:2 143:23 144:25
  151:5
caused 21:10 22:13,16 29:23
  37:24 54:2 65:25 66:6 108:25
  112:15,24 115:2,13 116:4,22
  118:3,4 124:25 127:23,25
  128:6,16,17
causes 30:14 63:15 116:19 128:9
causing 61:6 115:17 142:4
caution 137:12
caveat 103:2
cell 50:20
cells 47:22 48:5,6 102:18
  127:11
center 10:15,18 11:3,17 15:3
  27:2 42:3 51:18,23 82:19
  97:17 104:4 136:2
centimeters 120:25 126:13
  141:10
central 83:4 128:25
cephalograms 97:13
cerebral 13:17,21 23:18 49:23
  55:13,18,21 56:12,16 57:6
  58:16 97:8 127:19 128:19
  131:2,4,9 142:6
cerebrospinal 76:17,19 77:11
  78:2
certain 23:18,18,19 25:15 31:19
  31:24 36:14 43:2,3,5 61:13
  78:4 105:11 111:10 141:13
certainly 21:4 30:11 53:3 55:6
  57:12 61:13 68:24 110:3 114:3
  116:23
certification 14:8
certifications 119:20
certified 5:16 14:11,12
certify 151:3
cetera 72:16 122:20

chance 40:22 41:14 42:2
change 41:6,22 52:13 54:21 65:7
  79:5,9 94:9 104:5 142:24
changed 63:15 78:25 94:18,20
changes 50:21 103:18 104:10,22
  111:5 152:8
characteristic 54:14,15 78:7
charge 33:24 94:4
charges 71:22
chart 16:19,20,22 17:14 26:20
  28:18 31:18 32:21 36:4 42:3
  68:3 71:24 74:18 78:22 112:17
  112:20 113:16
check 150:6
chief 95:18
child 24:20,23 25:4 30:17,19
  34:2 51:10 52:21 53:3,4,11,13
  58:10 59:12 65:9,10,13,15,19
  65:20 66:10 71:23 77:17 82:2
  82:11 83:13,14 91:17 102:4
  103:5,20 106:19 107:20 111:17
  112:14 113:2 116:2,13,17
  121:8,12 122:19 123:3 131:25
  132:6,10 133:23 134:12,18
  136:2,5,16 137:3 141:20
child's 116:5
children 10:12 12:20 21:23
  52:20 56:10 107:24 109:5
  136:18,19
Children's 10:14
Christina 2:10 39:6 61:16 62:14
  84:3 89:21 95:21 116:8 119:9
chronic 57:3 105:18 124:16,18
  125:5,17,20 126:2 130:14,17
chronological 24:12
circle 81:4
circumference 120:14,17,24
  121:6,10,16,20 136:8 140:21
  140:25 141:7,15 142:17,21
circumstance 82:11
circumstances 28:3 61:13 105:11
City 1:1,7 2:1,6 3:1 4:1 5:1
  6:1 7:1 8:1 9:1,7 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1

800.523.7887                                Associated Reporters Int'l., Inc.

```
   54:1  55:1  56:1  57:1  58:1  59:1
   60:1  61:1  62:1  63:1  64:1  65:1
   66:1  67:1  68:1  69:1  70:1  71:1
   72:1  73:1  74:1  75:1  76:1  77:1
   78:1  79:1  80:1  81:1  82:1  83:1
   84:1  85:1  86:1  87:1  88:1  89:1
   90:1  91:1  92:1  93:1  94:1  95:1
   96:1  97:1  98:1  99:1  100:1
   101:1 102:1 103:1 104:1 105:1
   106:1 107:1 108:1 109:1 110:1
   111:1 112:1 113:1 114:1 115:1
   116:1 117:1 118:1 119:1 120:1
   121:1 122:1 123:1 124:1 125:1
   126:1 127:1 128:1 129:1 130:1
   131:1 132:1 133:1 134:1 135:1
   136:1 137:1 138:1 139:1 140:1
   141:1 142:1 143:1 144:1 145:1
   146:1 147:1 148:1 149:1 150:1
   151:1 152:1,4
```

**civil** 2:3  5:5  39:23  42:20
**claim** 111:3,4
**Claimant** 1:14
**claims** 148:22
**clarifies** 84:18
**clarify** 41:6,22  54:5  62:25  63:2
  115:11
**classically** 56:21
**clear** 18:3  76:14  126:3  133:21
**client** 113:20  140:10
**clinical** 35:18  131:3  136:10
**clinically** 54:25  75:8
**close** 81:15  103:13
**closed** 131:2
**closed-head** 88:15
**closely** 57:4
**closer** 56:25
**clot** 126:11
**clotted** 78:5  91:18  93:5
**clotting** 55:9  123:3
**clump** 78:5
**coag** 101:22
**coags** 101:22
**coagulation** 24:16  101:24
**coagulopathies** 117:16
**coagulopathy** 46:2,5,14  47:11
  69:25  70:2  106:7,19  116:25
  117:3,24  118:3  122:15,24
  123:2
**coax** 24:16

**coincident** 97:21
**COLANERI** 1:8
**colleagues** 72:13
**collected** 103:19
**collection** 23:21  46:6,16  47:4
  47:23  48:3,10  52:15  63:16
  64:25  69:15,19  74:22  76:12,14
  82:24,25  91:7,15  105:2
**collections** 23:3  49:18  66:12
  69:12  72:21  127:4
**college** 9:25  10:4,10,19  11:16
**coma** 20:3,10,18  26:19  52:20
**comatose** 131:25
**combination** 100:25
**come** 14:14  21:20  31:6  32:2  48:8
  51:13  63:4  64:16,17  98:18
  100:3
**comes** 28:25  96:14
**comfortable** 8:19  123:16
**comment** 140:23
**Commission** 150:13
**common** 12:23  56:9
**commonly** 29:21
**company** 13:16
**compared** 74:21
**complete** 132:13  133:5
**completed** 151:11
**completely** 73:24
**complied** 35:4  52:7  62:8,18
  104:16
**component** 36:2  77:10
**components** 20:4,12  29:20  56:19
  56:19,20  57:15
**compressed** 127:2
**computer** 86:18  99:16
**computers** 50:14  100:2
**conceivable** 113:25
**conceive** 37:7
**concentration** 102:15
**concern** 15:18  53:12  60:14  136:8
  136:9
**concerned** 39:12
**conclu** 131:16
**concludes** 132:23
**concluding** 72:10
**conclusion** 28:20  71:2
**conclusions** 74:10  93:19  130:25
**conclusive** 131:16
**concussion** 30:23

condition 22:13 26:14 31:15
  33:2 37:11,18
conditions 59:11 81:11
confessions 134:25 135:2
confirm 44:6 118:7
confirmed 114:20
confusing 107:18
Congress 14:5
conjecture 123:18
conjunction 13:15
connect 105:24
Consider 27:19
considered 28:4 98:8
considering 101:9
consistent 29:3 38:22 44:2
  60:18,21 129:14 130:24 131:8
  139:8
consisting 151:10
constellation 116:16
consult 15:22,25 17:14 24:18
  27:10,20 36:11 43:6 66:19,21
  66:21 82:13 98:17
consultation 18:3 73:9,10,13
consulted 15:17,21 31:23 67:2
consults 25:18
Cont'g 30:6,12 31:4 35:19 40:19
  43:21 45:23 46:20 47:2,17
  48:12 51:5 52:10 53:14,24
  58:17 60:16 61:9 62:23 64:15
  65:12,23 66:4 67:22 68:22
  70:11,24 72:8 74:14 75:3
  78:17 79:7 81:2 86:9 88:9
  89:7 90:17 91:23 92:8,18
  94:15 104:25 110:4 111:22
  113:18 115:10 116:20 118:17
  119:17 125:11 129:20 130:4
  133:14 135:4 140:13 144:11,22
  145:3
Cont'g 65:18 129:18 144:3,21
contact 71:17
contacted 24:23 33:9
contains 56:11
contaminated 103:9
continue 10:15 115:23 118:15
  125:13 146:2,8
continued 11:12 62:14 146:5
continuous 91:16
contradicted 125:7
contrary 124:24

contributing 116:24 117:25
controls 117:7
convenient 8:15
conversation 99:4
conversations 44:24 72:13
copy 5:16 41:10
cord 12:12 81:21
corneal 27:7
corner 16:23,23 18:10 108:12
correct 9:9 15:11 21:17,18
  22:21 33:2,5,13,17 34:3,10,11
  34:15,16 36:4,7,12 37:12,20
  41:6,11,23 42:5,8,21 43:4,9
  44:13,17,24 45:22 47:4,8
  49:12,14 51:24 53:17,22 55:10
  55:24 58:11 59:8,9,12,14
  61:11 64:8 65:14,25 66:9,14
  66:17,18 67:17 68:10,11,25
  69:16,25 76:15,16,18,25 78:20
  78:21 79:17 80:7 89:10,11
  92:5 112:5 114:6,10,11,20
  120:16 125:2,3 141:18 143:23
  144:13 145:17,18 148:10 150:6
  150:8
corrected 19:5 152:15,16,18,19
  152:20,21,22
correction 64:13
corrections 5:11 152:8,11,14
correctly 91:5 132:6
cortex 126:14
cost 7:18
cough 20:20 106:4
coughing 105:15
counsel 87:25 151:6
count 46:3 101:25 123:7
country 111:11
county 1:9 134:20 150:3
couple 39:13 56:4 138:9
course 13:6 16:19,21 98:6 99:18
  121:8
court 1:2 8:9 62:4 96:7 148:14
  148:22
courts 148:15
covered 39:12 140:8
COVID- 60:6
cranial 21:18 72:15 73:15
create 109:22
credence 144:10
crib 107:13 109:20

cribs 107:23,25
criminal 31:11 37:18 40:9 41:11
  45:3 141:3
critical 33:2
Cross 3:5,6,7 39:19 96:2 116:10
crossed 19:3 113:25
crosses 108:23
crying 53:6
Crystal 2:13 80:6 89:22 90:12
  90:22 96:5
culture 51:18 63:23 64:10
  131:23 132:12
cultures 51:22 64:3 102:11
current 10:23 13:24
currently 10:21 145:16
curve 121:11

**D**

D 3:2,2 4:2
dark 49:6 54:21 57:3 89:5
darker 54:10 56:20
date 1:21 90:9 103:15 104:6,7,7
  104:22,23 105:2 152:3,5,23
day 15:14 16:2,4 26:21,22,23
  43:11 71:14 98:10 121:20
  134:19 145:19 150:11
days 26:21 51:24 52:23 56:4
  64:11 97:3 146:10 152:9,10
dead 20:19 27:25 28:8,25 83:13
  101:14 112:22 117:2
dealt 67:16
Dear 152:7
death 44:2 65:25 66:6 67:3
  88:15 103:18 104:7,7,7,22
  109:4 112:24 115:20 116:5,13
  116:19,21 128:3 131:7
decelerates 30:22
decided 39:7
decision 74:19
decisions 69:6 74:12
deep 20:18 26:19 27:8 52:20
deep-seated 129:11
Defendant 1:17 4:5 5:6
Defendant's 119:13
Defendants 1:11 9:8
defer 93:14
deficit 29:14
define 21:19 107:8 122:25
defined 59:6 110:17,18
defines 127:6

definitely 36:15 51:3
definitive 83:10
degree 10:5
delivered 152:10
deliveries 136:18
delivery 135:24 136:2,20
denser 49:5 54:10
densities 23:22 48:4,6 74:2,5,9
  77:22
density 23:3,5,17,18,19,19,23
  24:2 35:23 48:3 50:20 54:21
  56:17 57:2,7 77:5,10,13,20
  78:2,4,5,6
department 6:6 32:3,14 36:12,17
  36:20 37:2,15 98:13 99:25
depending 104:2
depends 18:16 71:13 93:11
  109:24
deponent 7:21 152:5
deposition 1:20 5:5,11,14,15,17
  7:14 40:3 42:15,18,19,24
  75:12 119:10 133:25 148:16
  152:5
depositions 119:6
describe 13:8 14:10 17:22 24:8
  26:14 43:23 68:14 73:25
  105:13 126:16 130:16
described 60:20 128:13
describes 69:10
describing 23:15,20 69:12 74:3
  74:7 75:6 127:18
description 4:4 87:18 88:12
  93:13
detail 63:19
details 63:18 97:23 144:4 145:8
detective 33:10 147:7
determination 67:3 74:20 82:14
determinations 37:10 82:16
determine 48:17 54:2 81:8
  100:21 113:4
determined 31:6 76:4
determining 93:17
develop 13:17 132:10
developed 47:11 65:10 97:19
  98:6 109:6 121:21,22 132:11
developing 13:15,20
deviations 141:13
diagnoses 73:4
diagnosis 28:11 36:10,18 59:17
  59:18 63:22 73:23 97:4 114:5

800.523.7887                                    Associated Reporters Int'l., Inc.

114:9,19 139:8,9
**diagnostic** 83:14
**diagnostically** 101:17
**diarrhea** 26:21
**dictated** 71:20
**die** 58:19,19,24 59:5 109:7
**died** 65:20,21,21 66:11 109:6
  116:19
**difference** 74:8 108:20 109:18
  109:19,21
**differences** 23:17 143:18
**different** 22:18,20 23:22 29:10
  29:11 55:2 59:25 74:2,4 75:6
  77:22 102:20 105:19 108:18
  123:5,6 125:4 148:15
**differentiate** 76:25 100:22
  117:17
**difficult** 135:14
**difficulty** 55:16
**digital** 99:18
**diluted** 58:16
**dilutes** 56:17
**direct** 3:4 8:25 36:15 38:8,18
  97:22
**directly** 102:9
**dirty** 77:21
**disagree** 119:7
**disagrees** 85:23
**disappeared** 101:19
**discharge** 121:3
**discharged** 71:24
**discuss** 7:15 23:13 96:12 98:18
  144:6 145:11
**discussed** 7:22 24:18 100:11
  114:2 131:15 144:8
**discussing** 36:20 37:6 114:4
**discussion** 31:13 32:13 36:16
**disease** 48:18 51:7,15 52:12
  67:17
**diseases** 12:16 60:3
**dispute** 32:18 36:21 116:2
**disputed** 118:13
**distinction** 72:24
**District** 1:2,3 96:7 140:5
**Doc** 132:18
**doctor** 8:14 9:3,21 10:20 11:13
  12:3 13:4,22 14:7,14 15:20
  16:21 18:12 21:3 22:23 24:6
  24:11 25:7,23 27:21 28:10
  29:24 30:7 31:5,9 32:12,19,23

34:17 35:21 36:9 37:17 39:3
  60:14 62:24 75:4 80:4,6 83:24
  90:5 93:12 95:11,20 96:4
  101:19 106:24 115:3 116:12
  118:18 119:19 125:12 128:12
  129:24 132:25 134:4 137:7
  139:3,15 146:12,17,18
**doctors** 44:21 60:15
**document** 16:24 32:20 50:25
  67:25
**documentation** 32:17 36:23
**documented** 44:15
**documents** 42:14
**Dohme** 13:16
**doing** 28:8 85:6 88:7 97:22
  111:16 112:9 115:3 123:16
  145:15
**doubt** 71:10 72:6 113:25 114:3
**Dr** 8:5,5,18 15:6,7,9,10,17 16:3
  16:7,8 17:14,20,22 18:6,10,11
  18:15 24:18 31:14,19 33:8
  36:6 37:9 39:21 42:5,17 43:3
  44:20 63:6,8 64:22 66:15
  71:11 72:9,10,16 80:8 81:5
  81:7 82:23 83:21 85:21,23
  89:18 90:3,11,18,21 96:6
  101:19 113:19,20,23 114:8,12
  118:6 125:7 137:13,14 139:25
  140:5 146:23 147:15,24 152:7
**draw** 72:20,24
**drawing** 32:19 74:9
**drawn** 51:19
**drop** 107:22 143:8 144:16,24
**drops** 143:7
**due** 46:2,7,7,7,13,16,17,21
  47:23 48:14,15 50:20,21 58:10
  59:14 65:22 78:15 116:14
  125:20 127:3 128:13,13 130:8
  131:3 133:6 142:6,10,11
**duly** 5:14 151:8
**dura** 56:14 105:25 108:16,17,22
  126:9 128:21
**dural** 85:13
**duration** 103:3
**duties** 11:19
**dying** 109:7

|           E           |
**E** 2:7 3:2,2,2 4:2,2 152:12
**E-R-I-C** 147:17

ARII@courtsteno.com                              www.courtsteno.com

Associated Reporters Int'l., Inc.

**E.M.V.T** 20:4
**earlier** 7:22 9:4 33:5 39:22,22
 60:21 65:9 69:18 84:5 132:25
 133:6,17 134:4 137:9
**early** 13:13 18:24 114:23 135:25
**ecchymosis** 122:13
**echo** 134:10
**edema** 13:18,21 127:19 128:19
 131:3,4,9 142:7
**edge** 15:6,8,9,17 31:14,19 33:9
 36:6 37:9 43:3 44:20 108:13
**Edge's** 15:10 42:18
**educational** 9:25
**effect** 45:6 49:8 128:23
**effects** 67:15
**effort** 133:2
**effusion** 46:7,16 47:10,12 48:10
 54:14,25 69:15,19 78:7,15
 83:4
**effusions** 54:20,24 83:5 101:9
 106:11 125:24
**eight** 17:25 24:10 26:2,3,3
 43:18,25 49:3 63:25 68:6,7
**eighteen** 13:3 112:8
**eighty** 43:17
**eighty-** 17:17
**eighty-five** 17:15,20
**eighty-seven** 17:11,18
**eighty-six** 17:10
**either** 22:11 32:14 41:21 65:25
 97:17 110:12 114:17 135:3
 139:19
**elderly** 105:16 107:4
**element** 29:18
**elevation** 107:2
**email** 84:20,20 87:25 88:23
 119:14 148:20 149:15
**embedded** 108:21
**emergency** 24:15 26:24
**employed** 10:9
**employment** 10:21 11:11
**engineer** 144:13
**engineers** 111:3,3
**enlarge** 86:17 87:3,13 119:23
**enlarged** 89:5
**enlargement** 142:7
**ensure** 133:4
**enter** 47:12 101:8
**entered** 10:5

**entertain** 78:14
**entertained** 78:19
**entire** 10:19 26:10
**entirely** 49:15
**epidural** 22:19 58:20 59:8
 108:15,15 109:8
**equals** 20:13
**Eric** 66:15 70:16 147:15,15
**errata** 150:8
**essence** 121:24
**essentially** 28:7 99:10 101:13
 119:19
**et** 1:1 2:1 3:1 4:1 5:1 6:1 7:1
 8:1 9:1 10:1 11:1 12:1 13:1
 14:1 15:1 16:1 17:1 18:1 19:1
 20:1 21:1 22:1 23:1 24:1 25:1
 26:1 27:1 28:1 29:1 30:1 31:1
 32:1 33:1 34:1 35:1 36:1 37:1
 38:1 39:1 40:1 41:1 42:1 43:1
 44:1 45:1 46:1 47:1 48:1 49:1
 50:1 51:1 52:1 53:1 54:1 55:1
 56:1 57:1 58:1 59:1 60:1 61:1
 62:1 63:1 64:1 65:1 66:1 67:1
 68:1 69:1 70:1 71:1 72:1,16
 73:1 74:1 75:1 76:1 77:1 78:1
 79:1 80:1 81:1 82:1 83:1 84:1
 85:1 86:1 87:1 88:1 89:1 90:1
 91:1 92:1 93:1 94:1 95:1 96:1
 97:1 98:1 99:1 100:1 101:1
 102:1 103:1 104:1 105:1 106:1
 107:1 108:1 109:1 110:1 111:1
 112:1 113:1 114:1 115:1 116:1
 117:1 118:1 119:1 120:1 121:1
 122:1,19 123:1 124:1 125:1
 126:1 127:1 128:1 129:1 130:1
 131:1 132:1 133:1 134:1 135:1
 136:1 137:1 138:1 139:1 140:1
 141:1 142:1 143:1 144:1 145:1
 146:1 147:1 148:1 149:1 150:1
 151:1 152:1,4
**evaluate** 16:11 135:14
**evaluation** 122:11
**evening** 16:5
**event** 25:5 28:22 124:23
**events** 30:2 42:23 93:23 134:6
**everybody** 6:25 40:12 137:15
 146:21
**evidence** 24:13 27:15 28:22
 47:21 51:7 52:12 58:2,4,6
 75:15 76:21 119:11 122:8,12

122:21,22  126:4,20  131:5,7,16
  136:25
**evidenced** 35:24
**exact** 97:16  103:15
**exactly** 79:15
**exam** 16:15  19:22  24:12,15  27:5
  28:24  29:3  35:18  43:7,23  44:2
  44:8  48:7  126:8,21
**examination** 3:4,5,6,7,8,9  8:25
  17:23  27:23  28:6,17  39:19
  72:15  96:2  97:6  101:2  116:10
  138:25  139:13
**examine** 34:19
**examiner** 63:7
**Examining** 152:6
**example** 12:15  23:17  44:20  81:12
  92:14  113:10  116:24  142:20
**exception** 37:24  81:20
**exceptions** 150:7
**exclusively** 59:20  60:5  72:18
  81:24
**exhibit** 40:12
**exhibits** 7:22  81:4
**existed** 34:18
**existence** 14:15
**expect** 101:16  102:25  103:18
  104:9,21  109:19  132:23
**expected** 123:10,10
**experience** 53:7  54:23  68:25
  128:14,16
**expert** 25:21  95:2,6  118:12
  144:12
**expired** 34:3  71:23
**expires** 104:4  150:13
**explain** 135:22
**explained** 33:24
**explanation** 27:18  28:13  48:8
**explore** 132:22
**extend** 29:13
**extends** 127:12
**extensive** 29:4,12,21  59:18,23
  59:25  112:24  124:17  131:9,10
**extent** 43:8  101:24  125:7  146:6
**extents** 29:11
**external** 88:12
**extra-** 76:11
**extra-axial** 72:21  74:21  82:23
**extreme** 110:5
**extremely** 29:16,20  33:2  102:3
  109:14

**extremis** 103:21
**eye** 20:4  130:20
**eyebrow** 105:14

---

**F**

**F** 3:2
**F-O-U-N-T-A** 147:9
**F-O-U-N-T-A-I-** 147:12
**face** 60:10
**fact** 20:17  46:14  53:16,18,19
  63:6  65:25  100:16  125:3  129:7
  141:8  142:3
**factor** 66:3  116:24  117:25
**facts** 98:14
**fail** 103:22  117:7  152:10
**fails** 117:7
**failure** 52:22
**fair** 9:19  43:8  46:13  60:18,21
  113:3
**fall** 28:22  107:24  108:8,9
  109:11,21  110:7,19,20
**falling** 109:19
**falls** 58:19,24  59:5,6  106:25,25
**family** 34:5
**far** 22:5  39:12  90:5  124:3,14
**fat** 132:6
**fatal** 128:5,5
**father** 37:19
**features** 74:8
**Federal** 5:4  9:9  96:6
**feel** 123:15  133:15,18,18
**feeling** 94:6  99:3
**feels** 93:22  95:11
**feet** 59:6  107:11,12,12
**fellowship** 10:13
**felt** 73:11  94:7
**female** 141:14
**fifteen** 32:20  102:2  123:17
**fifth** 120:18
**fiftieth** 142:23
**fifty** 19:25  145:5
**fill** 73:12
**filling** 96:10
**final** 51:24  71:10  86:15
**find** 17:6  79:16  84:6  98:13
  140:19
**finding** 23:5  24:4  28:15  72:20
  124:25  128:20
**findings** 18:13  37:12  49:8,12
  63:9  71:3  72:16,16  73:14

74:13 75:8 93:21 116:17
118:13 135:16 139:5,7,16
**finds** 63:21
**fine** 63:3 83:22 119:24 138:15
138:16
**fingers** 22:2 87:16
**finish** 77:14
**first** 2:7 6:4 14:15 29:8 33:21
33:23 34:21 39:17 45:3,17
60:23 86:14 88:11 97:10 99:21
99:25 100:5 101:18 108:10
119:19 139:20 152:13
**five** 2:14 10:8 17:25 24:10 49:2
51:24 64:11 107:11 112:8
120:15 136:3 138:14
**five-** 137:21
**fixed** 27:6
**flat** 20:2 30:20
**flight** 109:11
**floating** 77:25
**flow** 136:5
**fluid** 23:18 46:7,15,16 47:4
49:6,18,22,23,25 50:18,19
52:14 54:10 55:4,13,18,21
56:12,16 57:6,7 58:16 64:25
69:12,13,14,19,19 70:4 72:21
74:21 76:12,14,17,19 77:3,6
77:11,21 78:2 82:24,25 91:15
92:4,5 102:9 103:19
**foci** 126:15 127:19 130:20
**follow** 146:14,16
**follow-** 62:24 96:7
**follow-up** 18:14 39:13,17 62:14
83:20 95:15 109:16 134:4
137:20 145:15
**following** 10:5 83:4 121:11
**follows** 127:15
**fontanelle** 20:21 21:11 60:25
**foraminal** 44:3
**force** 38:16 109:16,21,25 110:18
110:20 111:12 124:20 126:4
129:14,19 130:8,24 131:3,17
**forces** 109:13 111:4
**foregoing** 150:4 151:4,9
**form** 5:8 30:4 45:13 46:18,19
47:15,24 50:23,24 51:2 52:16
52:17 53:23,25 58:12,13 59:15
59:17,18 64:6 65:3,4,5,17
66:2 67:19 68:16,17 70:20,21
71:5 72:25 73:12 74:23 75:2

78:8 79:3 90:23 91:3,4 92:6,7
92:11 94:23 113:8 115:5
116:15 140:7 144:2,20 145:2
147:15
**forms** 59:17 107:19
**formulating** 36:9
**forty** 20:2
**forty-nine** 120:15
**forward** 95:11
**found** 17:23 26:15,17 43:24 63:6
64:22 79:15 80:8 85:24 90:6
90:11,13,14 91:15
**Fountain** 1:8 33:10 147:9,12
**four** 18:21 26:18 59:6 86:10
107:12 112:3,3 126:11
**fourteen** 130:15
**fracture** 34:14 75:13,15,19 76:3
108:14,22 113:11 143:23
144:25
**fractures** 25:20 27:14 44:3
75:23 108:7,14 113:12,12
**frequently** 96:19
**fresher** 131:12
**front** 141:17
**frontal** 49:3 124:15
**full** 9:22 11:7,8,15 20:23 21:2
44:6 87:4,5,6 101:23 146:3
**function** 28:24 129:7
**functions** 103:21
**furniture** 107:15
**further** 5:7,10,13 33:7 39:4
62:13 75:7 124:9 137:6 139:11

---

## G

**G** 3:2 143:22,22
**G-E-R-M-A-N** 146:24
**G-force** 143:24
**G-forces** 144:6
**G.C.S** 20:3
**gag** 27:7
**gain** 27:3
**general** 2:10 10:7 12:9 38:11
40:17 122:11
**generally** 16:9 40:13 49:7 54:11
54:12 81:23 111:14
**Germaine** 146:23
**German** 16:4,7,8 17:23 18:7,15
24:18 42:5 101:19 146:23,24
147:2
**German's** 17:14,20 18:10,11

**gestational** 120:16
**getting** 8:20 68:9 97:22 103:23 106:20 149:6,7
**Ginsberg** 2:6,7 3:4,8 7:8 8:11 8:23 9:2,6 30:6,12 31:2,4 34:24 35:7,13,19 40:16 43:18 51:2 53:23 60:6,8,13 62:2 64:6 65:3 68:16 70:21 71:5 90:23 91:3 92:6 94:22 95:5,24 137:23 138:4,8,13,16,24 139:2 139:11 140:7 152:6,12,12
**Ginsburg** 114:22
**give** 6:20 9:24 16:25 17:3,7 62:16 73:16 84:18 86:7 118:9 118:19 133:17 134:23 148:25
**given** 41:10 90:3,19 96:11
**giving** 45:6 49:7 151:7
**glad** 60:11
**Glasgow** 20:3,10
**go** 6:12,14 8:10,12 14:20 24:6 26:9 30:7,8 39:17,17 43:16 47:14 61:18 77:14 85:20 86:16 87:17 90:5 95:22 96:15 98:14 98:19 109:6 111:10 117:22 122:9 123:19,20 124:4,15 125:12 126:21 133:9 147:15
**goes** 21:5,7 42:11 70:15 71:24 110:18 114:15 149:9,11
**going** 7:19 8:16 9:11,18 18:17 23:9 39:5 45:19 62:3 75:7 80:15 86:6,13,16 87:17 89:16 90:18 95:5 99:8 102:22 107:4 109:16 110:9,19 118:11,15 119:25 120:6,8,8 122:16,16 123:23 125:14,22 131:18 132:24 137:25 138:2,2
**good** 6:6 39:21 88:8 146:4
**gotten** 89:24 98:4 101:15 103:16
**grabbing** 122:19
**graces** 6:6
**graduated** 10:3,4
**grainy** 89:6
**grandmother** 107:5
**gray** 54:22 56:19,25
**great** 6:17 138:24
**greater** 23:23 105:24
**grew** 55:4
**grey** 47:21
**GRIFFIN** 2:6 152:12

**gross** 126:7
**ground** 108:13 110:16
**grow** 21:21
**growing** 102:13 142:21
**grown** 105:18
**growth** 142:13
**Gs** 144:16 145:5
**guess** 15:15 31:10 68:5 87:24 88:18 93:11 110:17 113:10,13 113:23 114:14 132:16 139:22
**guys** 84:19 89:16,20

## H

**H** 4:2
**H.P.I** 18:21
**hand** 6:18,19 16:23 68:18
**hands** 60:9 112:4
**handwriting** 18:17
**handwritten** 71:15
**handy** 80:23
**hang** 35:3 87:9 123:20,22,22,24 124:11 126:3,9 133:9 149:5
**happen** 141:21
**happened** 93:8 99:15 109:14 112:12,18 123:25 124:2 137:3 137:4
**happening** 97:7 103:24 142:19,25
**happens** 71:11 108:6
**hard** 29:25 87:11 135:12
**have--** 141:21
**head** 15:19 20:22 21:21 22:12,15 23:2 34:9 81:13 97:7 108:9 120:14,17,24 121:6,10,15,19 130:25 131:2,17 136:8 140:21 140:24,25 141:7,12,14,17,22 142:4,16,20
**heading** 150:5
**healing** 113:11
**hear** 25:11 35:7 50:15 60:11 62:20 104:18
**hearing** 5:16 134:10
**heart** 117:4
**height** 107:13
**help** 121:25
**helpful** 93:13,23
**helping** 35:5,6
**hematoma** 19:15,19,21 35:11,15 45:4 46:22 48:15 54:3 55:7 56:24 57:21 58:10 59:8 66:6 68:10,15 70:13,14,19 71:3,8

72:10,23  74:6,20  77:7,18
78:10,14  79:17  90:6,12,14
91:14  101:5  105:4  106:14
107:3,7  109:22  110:19  111:18
114:19  115:17  116:14  118:3,4
130:7,13,14  131:4,13  133:24
136:14,16  139:8  140:17  144:25
**hematomas** 22:19  27:13,17,25
28:13,15  29:4,15  32:25  34:18
35:23  36:10  37:23  45:21  53:13
56:23,25  58:20  59:19,24  60:6
65:22  92:25  93:8  94:8,14
101:10  105:17  106:6,8,9
107:19,23  108:2,15,15,17,25
109:8,8,12  112:15,23  116:5,18
117:14  120:21  121:13,21
125:18  126:2  128:3  131:6
133:21  136:21  141:22  142:10
**hemispheric** 27:12
**hemorrhage** 59:11,13  60:3  89:20
124:16,17  126:14,15  127:10,12
127:20,25  128:4,9  130:19
131:10,11,12
**hemorrhages** 27:9  29:9,10,13,21
59:16,24  112:25  122:22  125:8
127:23  129:12  130:17,21  139:9
**hemorrhaging** 29:5,7
**hereof** 150:5  151:7
**hereto** 151:6
**herniated** 128:21
**herniation** 128:25  129:12,13
**high** 54:20  73:20
**higher** 50:19  107:2
**history** 18:21  19:21  26:20,21,25
28:2,18,21  48:7  73:5,13,16,19
97:5  101:2  112:7,9,17,21,25
113:5  115:7  131:3  134:14
135:20  136:10
**hit** 7:19  108:9,11
**hold** 6:5  10:21,24,24  11:14  14:8
65:16  80:25  126:8  129:11
**holding** 110:11
**holes** 96:10
**home** 138:9
**honestly** 82:17  102:3  111:5
**Hoover** 66:15  147:15,20
**Hoover's** 70:16  71:11  72:6
**hope** 60:6  132:23
**hopefully** 111:18

**hoping** 84:10
**hospital** 10:11,11,15,18  11:17
11:23  15:2,3  19:8  24:24  26:19
27:2  33:16  34:9  51:18,19,23
63:25  76:8  106:20  107:25
131:24
**hotline** 34:2
**How's** 105:7
**Howard** 7:19  9:13  34:25  35:8
52:4  104:13  118:19  119:13
137:8  149:2,14  151:3,15
**HUBBARD** 151:3,15
**human** 111:13
**hundred** 59:20  81:15  99:14  102:2
123:16  136:22
**hydrocephalus** 142:7

**I**

**I-C** 147:18,19
**I.C.P** 24:14
**I.C.U** 99:16  100:7
**I.D** 6:5
**idea** 31:12  32:6  70:15  73:18
76:8  112:16  113:17  115:9
144:14,15,21
**identified** 15:15  17:24  24:9
29:5
**illness** 18:21  53:5
**image** 49:2,21  54:8  58:7
**imaged** 136:18
**images** 23:14  48:20
**imaging** 22:25
**immediate** 55:5
**impact** 64:24
**implies** 124:20  125:3
**imply** 121:12
**impossible** 57:8
**impression** 26:6,8  27:15,22
28:12  36:2,13  78:13  92:25
93:7  101:4  133:23
**impressions** 36:18
**in-** 95:17
**inability** 133:7
**inactive** 21:24
**inches** 141:10
**incidents** 109:11
**include** 119:14  121:6  134:21
**included** 10:7  54:6  126:10
**includes** 75:23
**including** 12:12  22:21,22  42:3

52:12 64:23
**inclusive** 151:11
**inconceivable** 45:16
**inconsistent** 90:25
**inconsolable** 53:6
**incorrect** 18:22
**incorrectly** 90:10
**increase** 21:5
**increased** 21:7,13 24:14,14
  35:24 61:6,13,14 65:21 66:11
  116:18 127:5,7 128:17,24
  129:16 130:2,6
**increasingly** 81:21
**Index** 152:4
**indicate** 20:16 29:7 35:21 47:20
  93:5 136:13
**indicated** 24:22 35:22 45:25
  94:12 116:17
**indicates** 20:8,17
**indicating** 8:19 15:21
**indication** 21:13 124:19 125:21
  127:7 128:5 136:15 137:2
**indicative** 49:19 114:18
**Indicators** 27:19
**individual** 13:13
**infancy** 21:22
**infant** 30:15,16 49:18 51:8 53:9
  107:6
**infant's** 38:16
**infants** 37:23 56:10 57:4
**infarct** 130:21
**infected** 125:23
**infection** 46:8,17 47:23 48:14
  50:21 51:8 52:13 53:2,11,12
  54:15 59:14 60:18,22 61:10,14
  63:6 64:24 65:9,10,14,18
  69:15 73:20 74:5 76:22 78:7
  78:12,16 83:2,9 100:20,24
  103:6,12,24 115:18,18 116:3
  126:2
**infections** 52:24
**infectious** 67:17
**inference** 55:5
**inflammation** 124:18 130:17,20
**inflammatory** 127:11
**inflicted** 56:3
**influence** 37:2 114:9
**influenced** 114:16
**information** 36:4 65:7 79:4,5,8
  79:24 80:5 92:16 97:7 101:15

102:19,19,23 103:16 118:7
  121:24 124:22 131:14,20
**informed** 74:19
**initial** 63:24 75:14 131:23
**initially** 11:6 98:7 101:20
  123:12 124:7
**injured** 91:20 113:2
**injuries** 30:11 81:13 88:15
  108:5 131:2
**injury** 15:19 25:4,22 30:14 31:7
  34:15 37:24,24 38:17 48:17
  53:5 112:7,9 113:5,6,16
  114:25 115:2,13 117:3 128:6,6
  128:22 135:15 136:9
**input** 114:9
**inserting** 81:22
**inside** 22:12 97:7 105:23 123:6
  142:8
**instance** 117:12
**instantaneous** 141:18
**Int'l** 151:12
**intend** 93:9
**intense** 20:23 21:2
**intensive** 15:5
**intensivist** 15:5 82:19
**intensivists** 15:13
**interaction** 34:6 44:9
**interactions** 66:7
**interesting** 13:11,12
**INTERNATIONAL** 152:2
**interpretation** 71:7 77:8,9,12
  78:9
**interpreted** 33:14 91:10
**interpreting** 74:13
**interrupt** 30:9 77:14,15
**interrupting** 80:12
**intervening** 121:24
**intervention** 27:18 32:10 66:25
  109:5
**interventional** 98:3
**interventions** 12:13
**intracranial** 21:7,14 24:14
  35:24 61:5,6,14 65:22 66:11
  116:18 127:5,7 128:18,24
  129:16 130:2,6,6 142:3
**intraparenchymal** 127:19
**introduce** 103:12
**introduced** 96:4
**intubated** 20:6

**invasive** 83:16,17
**investigating** 143:4
**investigation** 31:11
**involve** 81:16
**involved** 13:4,14,25 32:9 43:4
  71:9 82:4,9,20
**involvement** 43:3,9 44:7,15 60:2
**involving** 38:25 59:7
**iPad** 86:18
**irrelevant** 143:19
**irreversible** 128:23
**isolation** 54:18
**issue** 8:12 71:16 78:3 133:16
**issues** 27:3 40:14 81:21 135:25
**items** 24:9 28:19

---

**J**

**January** 90:8
**John** 1:1,20 2:1 3:1,3 4:1 5:1
  6:1,24 7:1 8:1 9:1,23 10:1
  11:1 12:1 13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1 39:1 40:1
  41:1 42:1 43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1 69:1 70:1
  71:1 72:1 73:1 74:1 75:1 76:1
  77:1 78:1 79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1 87:1 88:1
  89:1 90:1 91:1 92:1 93:1 94:1
  95:1 96:1 97:1 98:1 99:1
  100:1 101:1 102:1 103:1 104:1
  105:1 106:1 107:1 108:1 109:1
  110:1 111:1 112:1 113:1 114:1
  115:1 116:1 117:1 118:1 119:1
  120:1 121:1 122:1 123:1 124:1
  125:1 126:1 127:1 128:1 129:1
  130:1 131:1 132:1 133:1 134:1
  135:1 136:1 137:1 138:1 139:1
  140:1 141:1 142:1 143:1 144:1
  145:1 146:1 147:1,2 148:1
  149:1 150:1,4,10 151:1,4
  152:1,5,7,23
**JOHNSON** 2:13
**Join** 71:6
**joined** 10:17

**joining** 9:3
**joint** 84:20
**jump** 71:2
**jumping** 96:9
**June** 145:19

---

**K**

**keep** 6:6 9:13 25:10 60:9 88:7
  119:10 120:6,8,8 123:23
**kept** 103:6
**kid** 109:25 110:7,11 112:22
  123:12
**kid's** 125:22
**kidneys** 117:6
**kids** 107:22,25 108:3
**kind** 67:15 108:4 116:3 135:13
**kinds** 29:10 60:3 81:12
**Klein** 2:3,4 3:5,9 7:3,17 8:2,4
  8:22 30:4,8,25 35:9 39:5,9,20
  39:22 40:11,18,19 43:21 45:15
  45:23 46:20 47:2,17 48:12
  51:5 52:10 53:14,24 58:17
  60:16 61:9,16,20,24 62:3,12
  62:21,23 64:15 65:12,23 66:4
  67:22 68:22 70:11,24 72:8
  74:14 75:3 78:17 79:7,21
  80:14,20,24 81:2 83:25 84:3
  84:15,24 85:3,7,11,19 86:3,6
  86:9 88:9,25 89:7,16,25 90:11
  90:16,17,25 91:23 92:8,18
  93:15 94:2,15,24 95:8,14,20
  104:11 109:23 111:20 113:8
  115:5 116:15 118:11 119:9
  125:6 129:17,23 135:5 137:19
  139:14 140:9,13 144:11,22
  145:3 146:18 148:17,25 149:4
  149:7,11
**knew** 16:16 24:25 25:16 52:11
  63:14 92:19 138:10
**knit** 21:25
**know** 8:15,16 9:17 13:11,18,24
  14:20 15:12 16:5 17:5 19:2
  21:9 23:25 24:25 25:3,4 26:10
  29:25 30:18 31:10 32:8,10
  36:24 39:14 44:20 50:7,13
  51:6,22 52:25 53:16,18,25
  55:3,4 59:13 63:17,18 64:17
  65:24 66:5,7 67:4,5,9 68:13
  70:13 72:19 73:19,22,23 74:13
  75:21,22 76:5,6,9,10 77:6,6

800.523.7887

Associated Reporters Int'l., Inc.

Page 169

77:25 80:23,24 83:10,11,15
87:10,16,22 88:11 92:4,4,9,12
92:20 95:13,17 100:21 101:8
101:25 102:12,13,14,15 103:12
103:21,21 104:2 106:4,18,22
107:2,15,16,21 108:7,7,12
110:7,13 111:2,9,13 112:5,11
112:22 113:2,12,14,14,22
114:24 115:12 117:6,7,12,13
117:14,19 121:2 122:13,13,16
123:8 124:6 125:22,25 126:17
127:4 129:4,5 130:12 132:2,25
133:16 134:19,21,22,24 135:10
135:13,17 136:16 138:9 139:19
139:20,23 141:13,22 142:4,22
143:25 144:4,6 145:7,9 147:8
148:17
**knowing** 63:13 99:4
**knowledge** 38:22 40:25
**known** 14:24 65:2 102:18 115:8
119:4

---

### L

**l** 23:2 32:25
**L-I-A** 148:5
**lab** 102:10
**lack** 77:21
**lady** 138:2
**landscape** 120:9
**large** 23:2 72:21 74:21 108:3
119:22 127:10 128:18 142:4
**larger** 72:22 91:8 93:2
**lawsuit** 96:6
**layer** 108:22
**layers** 60:2
**lead** 109:4 115:7,7
**Leah** 7:5 8:21
**learn** 51:13 63:5 64:17
**learned** 14:15 23:8
**leaves** 146:22
**led** 28:19
**left** 49:5 50:2,19 91:11 93:2
94:14 130:20
**left-** 16:22
**length** 104:3
**let's** 17:19 47:14 67:25 68:5
87:2 95:15 117:12 118:9 119:9
121:6 126:7
**level** 143:22
**Lia** 148:4

**life** 135:25 144:7 146:3
**lighter** 49:5
**likelihood** 99:24
**limited** 12:19 66:7
**line** 21:6 32:24,24 33:20 111:12
111:20 143:5
**literature** 29:12 107:10,18
134:15 137:2 144:8 146:9
**little** 6:13 23:12 33:7 49:5
55:18 62:13 65:8 87:7,19
96:10,13 106:25 126:21,22
137:12
**live** 138:8,8
**liver** 117:7
**loathe** 73:22
**lobe** 49:6
**lobes** 79:17
**location** 1:23 74:4
**lodge** 118:14
**long** 11:4 99:15 100:17 113:12
125:24
**look** 16:20,21 23:9 25:19 40:3
42:3 48:3 50:5 54:18 55:23
56:5,18 57:14,16 74:15,15
84:25 89:24 92:14 99:19 100:2
107:4 120:13 142:18
**looked** 7:23 31:19 42:8 48:19
50:18 99:22 102:9
**looking** 6:11 17:9,12 48:4,5,6
66:8,13 67:25 74:17,18 91:6
98:19,20 100:23,23,24 110:6
114:13
**looks** 49:25 58:10 77:21
**lost** 24:11,11 129:8 137:11
**lot** 8:15 68:25 117:5 144:9
**lots** 98:7 103:23 142:12
**low** 46:2 102:2,3 123:8,9
**lower** 123:8
**lowest** 20:11,14
**lungs** 124:8 132:2
**lying** 91:17 108:12
**lymphocytes** 127:11

---

### M

**M-I-C-C-H-E-L-L** 148:9
**M-I-T-C-H-E-L-L** 148:8,11
**M.D** 1:20 2:12 10:5 34:14 152:5
152:23
**M.S.L.A** 86:10
**macrophages** 127:10 130:19

**majority** 58:19,23,25 59:4,22
  73:14 98:20
**making** 73:11 131:18
**male** 26:18 141:14
**man** 138:11
**manage** 12:17
**mark** 27:5 75:16 84:22 119:8,10
  119:13
**marked** 4:3 27:13 119:5,7
**MASON** 1:7
**mass** 21:9 22:12 61:5
**massive** 45:20
**materials** 151:12
**Matt** 28:6
**matter** 9:6,9 31:3 32:4 37:4
  38:14,23 39:18
**matters** 37:18
▮▮▮▮▮▮ 14:16,23 15:14,18 16:3
  16:4,7,11,13 32:4 38:13,25
  45:4,25 60:4 66:22 99:21
  101:13 112:2 113:20 114:25
  115:16,20 116:13
▮▮▮▮▮'s 15:15 26:6,14 30:17
  31:7,14 34:18 36:4 37:11,17
  37:19
**MD** 1:1 2:1 3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:1 102:1
  103:1 104:1 105:1 106:1 107:1
  108:1 109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1 121:1 122:1
  123:1 124:1 125:1 126:1 127:1
  128:1 129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1 137:1
  138:1 139:1 140:1 141:1 142:1

143:1 144:1 145:1 146:1 147:1
148:1 149:1 150:1 151:1 152:1
**mean** 16:15 26:13 33:15 38:9
  40:4 45:19 55:3 58:23 61:12
  65:13,19 68:3 69:22 78:18
  89:9 90:4 113:9 121:14 133:11
  134:7,11 136:3 140:16 142:11
  143:4,14
**means** 20:5 127:2,20
**measure** 23:16 111:4
**measured** 110:21,22 121:10,20
**measurement** 140:19,24 141:10
**measurements** 141:12 142:17
**measuring** 126:11
**mechanical** 111:3 143:16
**mechanism** 48:17 54:2 108:19
  111:24 112:7,9 113:4,4 115:8
**mechanisms** 135:15
**Med** 35:12 64:11 97:2 120:24
**medical** 10:4,10,15,17,18 11:3,5
  11:16,17,24 14:24 15:3 19:21
  26:25 27:2 42:3 45:24 51:18
  51:23 63:7 71:25,25 75:11
  82:18 97:16 104:3 122:8 131:7
  136:2
**medications** 13:15
**medicine** 145:21,23 146:7,10
**meet** 146:17
**member** 13:22 14:4 32:13 33:17
  36:25 37:15
**members** 36:11,17
**membrane** 56:11 57:23
**memory** 44:24 85:18
**meningeal** 63:6 64:23
**meninges** 61:15
**meningitis** 50:21 51:7 52:13
  83:5 106:10 125:23
**mention** 120:14
**mentioned** 12:5 21:16 82:14 83:3
  83:7 99:12 101:11 107:2
  111:15,23 146:9
**Merck** 13:16
**Michael** 1:10 2:7,12 7:7 9:6
  39:12 134:9 138:3 152:6,12
**mid** 27:6
**midbrain** 127:18,24
**middle** 110:16
**millimeters** 126:11
**mind** 70:16 94:9 104:13 134:10

800.523.7887                                          Associated Reporters Int'l., Inc.

mine 39:15
minimal 105:12,13  106:7  108:5
  112:17
minimize 135:11
minimum 31:18  97:11
minor 96:10
minute 58:15  137:22
minutes 136:4,6  138:15
missing 80:11  132:19
mistake 76:3
mistaken 138:12
misunderstandings 7:21
Mitchell 7:6  8:18  39:9,10  78:8
  79:3  84:10  88:6,23  89:2  95:10
  144:2,20  145:2  146:14  148:4,6
  148:8,11,12,15,21  149:10,14
  149:18
mix 47:22  58:15
mixed 23:3,5,25  35:23  48:2  57:5
  57:6  77:10,11,13,20
mixing 56:15
mixture 78:10,12
mode 120:9
model 143:13,16
modeling 143:8
models 111:6  143:9
moderate 126:10
Mom 26:23
moment 6:18  39:4  52:6  61:19,21
  62:7  83:20  104:15
moments 57:18
month 136:24
months 18:21  26:18  112:3  121:7
  121:9
morning 39:21  44:2  134:5
mother 112:17,18
mother's 132:7
motor 73:20
move 22:24  25:23  74:25  81:3
  88:13  95:10  120:13  123:22
moved 124:7
movement 20:5  27:8
moving 122:19
multiple 52:22  103:23  142:22
muting 134:10
myelograms 97:13

---

**N**

N 3:2,2  4:2  147:13
name 9:6,22  27:20  83:23  96:5

147:4  148:3  152:4
named 14:16
narrow 128:8
nature 43:23  113:7
near 83:6
necessarily 55:25  65:19  114:16
  123:10  135:3
necessary 111:12
need 48:25  83:20  95:16  113:5
  133:15,18,19  145:4  148:13
needed 62:20  97:6
needle 103:8  122:18
needs 95:12  119:6
negative 44:3  51:25  64:3,11
  122:24  132:19
neglect 34:2
neo 120:23
neonatal 120:23
neonate 136:13
neonate's 45:21
neonatologist 45:19
nerve 130:18,22  131:11
nerves 12:13
nervous 12:11  81:16
neural 97:5
neuro 96:21,24
neurologic 28:24  97:5
neurological 12:10  14:3,5  29:14
  59:11  129:7
neurologist 67:7  82:10
neurologists 66:25  82:15
neurology 66:21  67:16  82:7,13
neuron 81:7
neuroradiologist 98:17
neuroradiology 96:24  97:3,15,20
  98:5,8
neurosurgeon 12:18  66:17  81:8
neurosurgeons 12:9  82:3  144:9
neurosurgery 10:9,12,16  11:2
  12:6,8  14:3,12,13  15:17,21
  18:3  45:22  66:21  67:18  73:10
  98:4
neurosurgical 10:6  15:22  18:4
  27:18  66:24  96:22  97:10
never 45:4  54:24  63:10  69:18
  83:3,7  100:14,15  106:12  107:4
  109:14  112:16  134:22
nevertheless 105:20
new 1:3,16  2:5,5,8,9,11,14  15:2
  33:25  80:8  85:14  96:21  97:23

152:13
**newborn** 45:17
**newborns** 45:10,12
**nice** 146:5,17
**NICU** 26:25 136:7
**night** 15:8
**nine** 49:21 63:25 86:11 121:17
   130:10,11,13 136:3,4
**ninety-** 120:17
**ninety-fifth** 121:17 143:3
**non-accidental** 28:4 29:16,22,24
   107:19
**NON-PARTY** 1:19
**non-specific** 141:7
**non-surgical** 12:14 81:11
**nonsense** 137:5
**normal** 45:10 49:18,23 57:2
   76:19 121:2,11,11,15 136:4,8
   136:18,19 141:12 142:24
**normally** 22:7 49:17
**NORTHERN** 1:3
**notary** 5:12 150:12 152:9
**notation** 99:8
**note** 17:6,11,20,24 18:6,8 20:8
   22:24 24:9 25:24 26:10 31:18
   31:19 36:14 94:13,22 101:21
   125:9 143:22 145:10,14
**noted** 26:23 43:7 124:25 150:5,7
**notes** 17:13,17 101:8
**notice** 8:20 75:10
**number** 13:25 16:25 22:17 53:2
   68:5 108:6 111:10 151:10
   152:4
**numbers** 17:3 127:10
**nurse** 33:24,24
**NY** 2:10

----

**O**

**O** 3:2,2
**O.S.H** 19:7
**oath** 41:17
**object** 45:13 46:18,19 47:15
   50:23,24 51:2 52:16,17 53:23
   58:12,13 59:15 64:6 65:3,4,5
   65:16 66:2 67:19 68:16,17
   70:20,21 71:5 74:23 75:2 78:8
   79:3 90:23 91:3,4 92:6,7,11
   113:8 115:5 144:2,20 145:2
**objecting** 89:21
**objection** 8:20 30:4,25 45:14

46:23 47:24,25 70:7 72:25
   89:17 94:23 104:11 109:23
   111:20 116:15 118:12,15 125:6
   125:6,9 129:17 140:7
**objections** 5:7 7:14
**observations** 16:18
**observed** 136:7
**obvious** 73:24
**obviously** 53:10 84:24
**occasional** 127:11
**occasionally** 60:9
**occipital** 126:14
**occluded** 109:3
**occupies** 49:24
**occur** 22:17 52:24 54:15 83:5
   103:24 105:4,11,20 109:4
   128:13
**occurred** 28:3 103:7 108:15,17
   113:6 114:6
**occurring** 106:10
**occurs** 71:19
**October** 1:21 90:9
**offer** 40:11
**office** 2:10 140:5,10
**officers** 2:6 9:8 32:7
**official** 71:18 72:4
**officially** 69:4
**oftentimes** 66:24
**oh** 19:20 24:13 120:11 126:19,22
   126:22,22 131:22 141:6 148:13
**okay** 6:4,15,17 8:4,23 9:13
   15:20 16:25 17:16,19,21 18:16
   18:20 19:6,10 22:23 24:12
   25:13,23,25 26:16 27:21 30:10
   32:22 34:7 35:16 39:3 41:10
   42:2,7,19,22 43:2,12,22 44:5
   44:16,22 45:2 47:16 49:11
   50:11 51:6,11 56:9 57:13,19
   58:18 59:10 60:11 61:3,21
   62:3,16 63:21 64:21 65:24
   66:16 67:6,11,23 68:8,9 69:8
   69:22 70:12 72:9 75:10 76:9
   76:21 77:23 79:8,14,16 80:20
   85:15 86:5,13 87:2,10 88:6
   90:16 91:16 94:24 99:7 100:8
   103:25 104:24 106:17 110:5,5
   111:2 115:23 118:9 119:12,18
   119:25 120:7,12,13 121:18,22
   122:2,6,7,7,9 123:14,19,20,22
   123:24 124:4 126:5,6,8,17,22

126:23,24,24 127:5,8,17,20
128:11 129:10,10,21 130:15,23
130:25 131:17,21,24,25 132:12
132:16 134:2,3 137:6,17 138:6
138:18 140:14 141:6 142:14
143:11,21 144:14,23 145:20,24
146:11,25 147:3,18,19,23
148:7,13,24 149:3,4,13,18
**old** 18:21 26:18 55:12,20,20
85:13 112:3 113:11
**older** 21:23 80:9 105:21 130:21
131:13 141:20
**once** 23:12 88:24 90:14 97:15
**onset** 53:2
**open** 21:20 22:3
**opening** 20:5 128:8,21
**operate** 12:18
**operation** 12:16
**ophthalmic** 139:9
**ophthalmologist** 29:5
**ophthalmology** 24:17 25:20 27:9
27:10
**opining** 89:19
**opinion** 25:21 34:17 35:10,14
37:3,8 52:13 63:15 64:24 65:8
65:21 66:10 79:6 83:8 93:19
94:18,19 95:6 111:6 112:24
116:13 118:7 120:20 125:19
129:12,19 130:5,9 143:20
**opinions** 115:13
**opportunity** 16:10 40:6,7 45:11
92:14 118:10 133:5,17
**opposed** 108:24
**optic** 130:18,21 131:11
**option** 7:20 8:17 81:9
**order** 73:7,15 95:12 113:4
**ordering** 71:17 73:8
**organ** 52:22
**organization** 13:23
**organizations** 14:2
**original** 5:13,17
**orthopedic** 81:21
**outer** 56:11 108:22
**outside** 19:7,8 23:21 24:2
**overall** 56:16 135:13
**overwhelming** 79:2
**oxygen** 136:5,6

**P**

**P** 1:13 3:2

**P.C** 2:13
**p.m** 1:22 61:23 138:20,21 149:19
**P.T** 123:5
**page** 17:10 42:4 68:2,5 85:10
88:11,12,13 90:7 112:8 119:19
119:20 120:2,10 123:21 124:11
124:11 126:21 151:6
**pages** 17:3 42:4 151:10
**painful** 27:8
**pains** 27:8
**papers** 12:2
**paragraph** 33:8
**parenchymal** 126:15
**parent** 53:8
**parenthesis** 26:20,20 27:4,16,17
**parents** 113:6
**part** 11:23 18:11 34:21 46:2
56:23 62:14 67:24 92:15 96:19
96:21 104:18 111:24 120:9
121:5 127:18
**particular** 22:3 49:4
**particularly** 56:9 93:22 94:10
96:13 108:11 120:16
**parties** 5:4 152:10
**partner** 123:15
**partners** 12:25 16:3
**pass** 56:13 75:25
**pathognomonic** 29:15
**pathologists** 79:11
**pathology** 126:8
**paths** 113:25
**patient** 12:16 13:12 14:15 15:10
16:8,18 18:5 20:6,6,7,18
27:11,15,22,24 28:17 31:23
32:24 33:25 34:2,5 44:9 47:11
52:11 64:18 66:8,22 69:24
70:2 72:3,11 73:19 74:11,12
74:17 75:9 82:11 93:16 99:16
100:4 101:20 135:18
**patient's** 16:19
**patients** 11:22,22 12:10,17,20
12:23,25 13:2,18 16:9 58:19
58:24,25 59:5,23 69:7 82:21
82:22 98:11 105:16 109:7
**PATTISON** 2:6 152:12
**PDF** 87:13
**Peck** 2:13,13 3:6 6:25 7:5,7,9
7:12,25 8:5,8,21 39:16 45:14
46:19,23 47:15,25 50:24 52:4
52:8,17 58:13 59:15 65:5 75:2

800.523.7887                                    Associated Reporters Int'l., Inc.

79:19 80:3,15 85:15,25 86:5
89:23 90:4,13,24 91:4 92:7,11
94:5 95:23 96:3,5 104:13,20
104:25 110:4 111:22 113:18
115:10 116:8 143:6 146:16
**pediatric** 10:12,16 12:6,7,24
13:2 14:3,12 15:4,5 16:8,9
18:25 67:6 76:7 121:3,5,9
142:16
**pending** 94:20 101:22
**people** 73:14 95:25 109:10
111:10 122:18
**percent** 59:21 81:15 98:16 99:14
136:22
**percentage** 136:19
**percentile** 120:18 121:17 142:21
142:23 143:3
**perform** 15:24 82:15
**performed** 104:9
**period** 11:4 26:22 34:14,19
96:23 132:2
**periods** 125:5
**peripheral** 12:12
**periphery** 29:13
**permanent** 122:23
**perpetrator** 134:12 135:11
**person** 39:8 139:25 141:20
143:15
**person's** 148:2
**personally** 44:8 75:18,21 98:11
140:6
**pertinent** 73:14 92:16
**petechial** 122:21
**pharmaceutical** 13:16
**phone** 139:25 140:6
**photos** 86:14,20 87:8
**phrase** 152:15,16,17,18,19,20,21
**physical** 101:2
**physically** 16:11
**physician** 11:2,16,18 15:16
71:17
**physicians** 72:2
**physiologically** 69:11
**pic** 89:3
**pick** 12:20
**picking** 30:19
**pictures** 87:11,19 89:3
**PICU** 31:22,23 33:10
**piece** 77:24

**Pine** 2:14
**place** 49:25 50:18 75:12 99:23
115:3 127:14 150:5 151:5
**Plaintiff** 1:5 2:3
**Plan** 27:18
**planning** 101:21
**plans** 32:21
**platelet** 46:3 101:25 123:7,16
**plates** 21:20
**play** 8:13
**playback** 104:19
**played** 62:9
**Plaza** 2:14
**please** 9:17 19:24 46:9 47:19
52:4 62:5 64:14 79:24 94:22
104:14 118:20 120:5 122:6,7
123:23 125:13 128:11 129:10
137:22 150:6 152:8,9
**plot** 142:18
**plus** 20:13,13
**pneumococcal** 51:7,14,25 52:12
**pneumoencephalo** 97:12
**pneumoencephalography** 97:8
**pneumonia** 63:24 64:18,23 131:23
132:11
**point** 14:4 23:9 28:8 41:25
99:15 102:4 120:15 121:13,15
121:25 141:24
**poisoning** 22:20
**police** 2:6 9:7 31:10 32:3,6,7,9
32:13 33:9 36:11,17,20 37:2
37:15 111:19
**Poor** 24:12
**populations** 12:24
**portion** 25:12 57:11 90:15,24
**portions** 8:13 90:7 126:9
**pos** 131:23
**pose** 85:21
**posed** 9:19
**posit** 85:21 90:20
**positing** 57:21
**position** 11:13 27:6 85:23
120:20
**positive** 51:14 63:23 64:17
132:11
**positively** 135:10
**possibility** 25:8 107:8
**possible** 20:11 34:14 47:16 53:3
69:23 70:10 87:23 106:21
123:11

**possibly** 20:18 76:23 100:20
  116:3
**post** 19:2 86:3
**potential** 31:10 63:15
**potentially** 25:4 81:16,17 103:9
  117:6
**practice** 11:21 12:3,19 96:19
**practiced** 145:20
**practicing** 10:17 146:6
**pre-C.T** 97:3
**precipitate** 53:8
**precisely** 30:2
**predominantly** 13:2 55:6 72:17
  78:15 130:12,17
**preemie** 18:23
**preliminary** 71:14
**premature** 19:2
**premise** 89:17,21
**premium** 19:2
**prep** 140:4,5
**preparation** 75:11 133:25
**prepare** 42:14
**prepared** 66:14 151:11
**preparing** 139:24
**presence** 61:5 151:5 152:8
**present** 18:21 46:14 82:24,24
  96:5 134:13 140:3,4
**presentation** 26:6 63:24 131:24
**presented** 16:14 26:15 37:14
  135:19
**Presenting** 19:9
**pressure** 19:25 21:8,14 24:15
  35:24 61:7,14 65:22 66:11
  116:19 117:4,15 127:5,7,21
  128:18,24 129:18 130:2,7
**pretty** 12:19 141:19
**previous** 139:3
**previously** 10:24 25:2,16 42:23
  43:7 119:5
**primary** 15:16 53:12
**printed** 71:22
**prior** 10:23 36:9,13 40:8 51:17
  96:11 114:10 119:5 139:16
**privilege** 140:8,10
**probably** 14:4,6 18:24 31:20
  77:11 93:24 100:15 103:15
  113:24 121:20 123:17
**problem** 110:10 134:14 136:10
**problematic** 18:18

**problems** 12:10,11,23 52:22 53:4
  81:12,15,23,23,24 82:12 97:13
  136:7
**procedure** 5:5 83:17
**procedures** 97:9
**proceed** 7:12 61:25
**process** 32:11 117:18
**product** 86:8
**professional** 13:5,23
**professor** 10:25 11:7,7,8,8,15
**profound** 29:14
**program** 10:6
**project** 50:10
**prompted** 136:12
**pronouncement** 104:8
**proper** 70:23
**prosecutor's** 140:10
**protect** 52:21
**Protective** 24:20,23
**protein** 47:22 54:20 102:15
**proteome** 123:5
**protocols** 82:14
**proved** 51:20
**provide** 79:24 118:6
**provided** 28:21 37:18 40:21
  151:13
**proximity** 103:13
**psychology** 10:3
**public** 5:12 150:12 152:9
**publications** 13:6
**publicly** 7:15
**publish** 84:22
**publishing** 13:5
**pull** 48:25 79:25 80:21,22 99:17
  99:18 115:14
**pulled** 99:22
**punctures** 122:18
**Pupils** 27:6
**purpose** 107:22
**purposes** 8:9 64:21 69:4 83:14
**pursuant** 5:6
**pus** 47:22 48:5,10 76:22 100:20
  100:23
**push** 110:20
**pushed** 21:10
**pushing** 22:11 128:7
**put** 6:15 19:3 23:11 36:3 37:8
  73:13,13 85:3,7 93:9 101:3
  122:8 124:7 126:7 144:9

800.523.7887                                                    Associated Reporters Int'l., Inc.

**putting** 48:7 103:8

**Q**

**quali** 75:17
**qualifying** 75:17
**question** 7:13 9:16,16,19 18:14
  26:11 27:5 32:8 34:22 35:12
  47:12 50:16 54:5 58:25 62:5
  62:11,15 63:18 64:14,22 70:9
  70:23 74:24 75:16 79:24 80:16
  80:17 81:25 89:14,18,18 90:19
  94:23 95:7 102:6,23 104:14
  109:17 110:15 111:25 114:23
  137:24 145:13
**questionable** 20:20
**questioning** 111:21 143:6
**questions** 5:8 9:12 39:4,6,13
  83:11 95:11,18 96:8 98:12
  100:19 116:6,9 132:25 133:5
  134:4 137:7,20 139:4,12
  146:15,17 149:12
**quick** 61:19
**quite** 23:8 25:11 43:10 46:12
  91:9,9 104:18
**quote** 134:15

**R**

**R** 1:7 3:2
**radiological** 73:7 131:5
**radiologist** 66:14,17 68:19
  70:12 71:12 73:9,18 98:13
  99:5 100:11
**radiologist's** 69:9 100:15,16
**radiologists** 73:3 98:2 99:9
**radiology** 67:16 68:13 71:3 82:7
  97:25,25 98:3,13 99:25
**raging** 73:20
**raise** 6:18,19 105:14
**raised** 7:13
**random** 13:5
**range** 142:24
**rapid** 30:20
**rapidly** 21:21 30:21 109:4
**rare** 37:24 109:14
**rarely** 82:10 105:12 146:10
**rate** 142:24
**re-discussing** 99:9
**reach** 144:16
**read** 5:10 18:17,18 19:8,10 20:2
  20:19,20 24:13 34:24 62:4

68:24 69:3,4 79:13 80:14 84:5
84:16,22 88:12,14,17 101:20
104:14 118:5 131:2,15,18
150:4 152:8
**reading** 42:24 63:23 71:18 84:13
  84:15 90:9 96:14,18 98:14,21
  125:15 146:9
**ready** 61:24
**real** 8:12 144:7
**realistic** 144:18
**realistically** 107:17
**really** 31:17 32:8 114:20 115:2
**reason** 41:7 43:13 44:16 105:21
**reasonable** 31:20 38:3 143:14
**recall** 36:25 37:22 38:14 41:5
  41:24 42:17,24 45:6,19 46:3,4
  48:20,21 54:11 55:14,17 58:20
  58:22 64:20 99:3 101:7 115:20
  135:24 139:5,21,24 140:15
  141:3,5 144:4
**received** 63:10 136:5
**recitation** 93:23
**recollect** 37:5 120:23
**recollection** 11:9 31:16,25 32:7
  32:16 36:15,19,22 37:6 38:8
  38:19 41:18 42:23 44:14,19
  50:3,17,17 51:4,16,17,20 52:3
  63:13 64:9,19 79:21 80:13
  93:4 94:7 99:6 100:12 112:16
  113:21 114:4 133:22 139:18
  140:11
**record** 6:3 7:19 9:13 36:21 38:7
  61:19,22,23 68:5 75:11,25
  76:8,13 80:5 84:9 99:11 119:2
  120:24 121:5 122:25 138:19,20
  138:21,23 149:19 150:4 151:11
**recorded** 7:20,24 8:6,9
**recording** 7:14 8:12
**records** 45:24 71:25,25 135:21
**Recross** 3:9 139:13
**red** 48:5
**Redirect** 3:8 138:25
**reduces** 56:16
**reducing** 57:7
**refer** 18:11
**reference** 80:16 134:16
**referenced** 76:12
**referencing** 80:18,19
**referred** 24:19 27:12 106:16

**referring** 21:15 131:19
**refers** 126:24
**reflected** 17:24
**reflection** 48:18 127:4 129:6
  141:11 142:2
**reflexive** 27:11
**refresh** 42:22 44:23
**regard** 10:20 17:23 18:15 27:22
  32:4 37:11,17 38:13 45:2
  52:14 59:10 120:20
**regarding** 31:14 69:6 122:24
  135:14,25 143:6
**regards** 36:17 37:3 41:4 143:5
**relate** 12:11 75:8
**related** 13:20 66:11 69:15 83:2
  128:23 129:12,19,23,25 130:7
  137:4
**relative** 93:24
**relevant** 42:10 94:10
**relied** 100:15
**reluctant** 73:3
**remains** 118:25
**remem** 135:24
**remember** 10:8 11:9 35:9 49:7,10
  52:2 67:8 75:16 82:17 91:5,9
  101:23 103:15 104:17 123:4,7
  132:6 140:12 145:8
**remotely** 54:24 69:21
**render** 28:11
**rendered** 93:20,21
**rendering** 37:3
**RENSSELAER** 1:9
**repeat** 34:21 35:10 52:5 55:16
  64:14 110:14,15
**repeated** 125:4
**rephrase** 9:17
**report** 4:7 33:4,25 42:11 45:20
  51:24 66:13 67:24 68:21 69:9
  71:4,10,14 72:4,7,23 75:22
  76:12 79:12,25 84:11 86:2,15
  89:24 94:21 100:15,16 113:16
  118:6 119:4,5 132:9,24 134:19
  135:18 140:22
**reported** 63:20 106:12 108:7
  112:20
**reporter** 6:4,9,13,17 7:10,24
  8:3,9 35:2,4 52:6,7,9 61:21
  62:4,6,8,10,16,18,19,22
  104:15,16 118:22 119:16 133:9
  137:10,14,18 138:18,22 146:21

  146:25 147:3,6,11,14,18,20,23
  148:2,7,9,13,19,24 149:3,5,9
  149:13,16 151:15
**Reporters** 151:12 152:2
**reports** 13:11 90:2 108:6 135:19
**represent** 39:23 63:22
**representation** 64:4
**request** 7:18 32:3 33:8 35:4
  52:7 62:8,18 73:12 104:16
**requested** 63:9 89:12
**requesting** 73:12
**require** 9:12 12:13 66:24 82:15
**required** 52:23 82:18 111:5
**requirements** 11:24
**requires** 12:16 25:8
**research** 13:14,15,20
**resemble** 49:23 55:13,18,19
**resembling** 45:4 57:4
**reserved** 5:9
**residency** 10:6
**resident** 18:9,13 19:4 71:12
  97:10
**resident's** 101:21
**residents** 11:24 18:5,25 76:7
**resolved** 136:23
**resolving** 127:9 131:9,11
**respective** 5:4
**respirations** 27:7
**respiratory** 52:22
**respond** 133:6
**responded** 33:10
**responding** 132:25 133:5
**response** 9:12 20:5 52:5
**responses** 20:9
**responsibilities** 11:19
**responsiveness** 5:8
**rest** 22:24
**restart** 73:6
**restate** 105:11
**restroom** 137:22 138:3,7
**result** 103:7 106:10 117:24
  129:15
**retina** 29:14 130:16
**retinal** 25:21 27:9 29:4,7,9,9
  29:12,21 59:11,13,16,23 60:2
  72:16 112:24 130:16,19 131:12
  139:9
**retinas** 60:5
**retired** 10:22 11:12 145:16,16
  145:18

800.523.7887                                    Associated Reporters Int'l., Inc.

Page  178

**Return** 152:11
**returned** 5:15
**revealed** 28:24  29:2
**review** 28:16  38:2,7  40:7,8,21
  40:22  41:14  43:8  72:12,14
  86:2  89:9  94:17,20  98:11
  133:24
**reviewed** 42:13,17  43:15  44:8,22
  48:24  75:20,21  79:12  89:11
  90:20  98:25  134:24  135:20,20
  144:5  145:7
**reviewing** 49:9  120:23  141:5
**right** 6:18,19  9:15  15:24  18:10
  20:2,10  22:9  23:10  25:15  26:4
  26:13  31:5  33:12  35:16  47:9
  48:13  49:4  55:22  58:9  62:6
  68:15  69:5,14,24  70:9  72:22
  75:24  77:4  78:24  85:12  86:7
  87:20,24  88:16,19,25  90:6,15
  90:24  91:7,7,20  93:2,5,6,18
  94:14  100:11  101:14  115:6,25
  118:10  123:21,24  124:11,14,18
  126:7,9,23  129:24  130:9,11,11
  134:3  137:16  138:13,14  140:11
  141:2  143:17  148:6
**right-hand** 16:23
**RIGHTS** 2:3
**Robin** 127:12
**roll** 109:11
**Ron** 33:10  147:7
**RONALD** 1:8
**rotate** 15:13
**rotated** 96:24
**rule** 73:16  82:22
**Rules** 5:5

---

**S**

**S** 3:2
**S-U-T-T-O-N** 147:7
**S.D.H** 19:15
**S.W** 33:9,12,23
**Samaritan** 15:2  26:19  34:9  51:19
**SAMPSON** 2:6  152:12
**sanitizing** 60:9
**saw** 11:21  16:4  23:15  26:16
  43:10  55:24  60:4  71:10  72:6
  77:9  79:18  90:21  91:2  92:16
  92:20  100:14,16  101:19  124:7
  135:17
**saying** 17:8  25:3,17  55:14,17

57:9  58:20  69:11  74:5,6,7
  75:5,7  90:5  109:13  117:19
  137:16
**says** 18:20  19:13  20:19  21:6
  22:25  77:7  84:4,7,8  87:21,22
  92:4  125:5,17  130:12
**scalp** 27:5  124:5,15,21  126:4
**scan** 23:10,15,16  27:12  28:16
  29:2  34:10,12  35:21  42:8  45:5
  45:17,21  47:3  48:3,8,11,16
  49:18  54:18  58:7  71:8  72:15
  72:18  73:8,15,24  74:16,18
  77:9  81:5  91:6  93:21  97:3,15
  98:10  99:18,22,24  100:5,14,19
  100:23  101:2  114:15,18  116:17
  133:7,25  136:13
**scans** 35:18  45:11  55:9  96:14,18
  97:16  98:24  99:5  133:2
**scenario** 99:13  110:6
**scenarios** 22:18
**schedule** 9:5
**score** 20:3,10,12,14  143:8
**scores** 136:3
**screaming** 53:6
**screen** 22:6  85:4,8  86:4,4  87:4
  87:5,7,14  92:15  93:10  118:20
  129:8  132:24
**scroll** 86:14  87:24  119:25  122:6
  122:7  123:20,20,20,23,23,23
  123:24  128:11  129:10  132:13
**scrolling** 120:3
**second** 28:23  41:21  43:10  47:19
  62:17  80:25  85:25  97:17  120:2
  139:20
**secondarily** 103:24
**secondary** 27:2  52:24  83:9
  115:19  116:24  128:4,6,23
**section** 18:9  33:21,23  34:6
  85:14  86:21  88:20  124:15
  139:3
**see** 6:5,8,10  18:5  29:20  33:7,11
  43:16  45:9,9,11  49:17  50:10
  50:12,14  63:19  73:25  79:10,12
  79:15  80:19,24  82:21  83:20
  84:11,19  86:10,20,21,22  87:2
  93:25  94:11  95:12,15,16  99:21
  99:24  100:3  102:25  107:23
  109:10  120:9  121:14,21  128:2
  128:20  130:10  132:13  133:3,7
  133:7,18  142:19

ARII@courtsteno.com                                    www.courtsteno.com

**seeing** 23:21 52:2 66:8 93:16,22
   98:12,17 99:4
**seen** 14:25 19:4 27:6,11,14
   36:23 45:4 54:24 60:5 69:18
   72:4 83:4,7 100:5 102:4,9
   113:6 118:25 121:7,8 123:12
**sees** 69:10
**seizures** 82:12 136:11
**send** 88:8,25
**sense** 40:17 128:10
**sent** 71:22 102:10,11
**sentence** 32:24
**separate** 78:11 146:6
**separation** 27:13
**sepsis** 64:23 66:6 79:2 106:13
   116:22 117:10,14,15,24 118:2
   124:25 125:20,21 128:13
   129:24 141:25
**September** 11:14,20 12:4 14:7,21
   26:17 32:14 34:20 43:6 44:10
   44:11,12,13 104:8,9,22,23
**series** 9:11 134:19
**serious** 38:16
**seriously** 71:10 114:3
**serve** 11:5
**services** 24:20,23 26:24
**set** 118:23 138:22
**seven** 26:3 43:18
**seventy** 19:25
**seventy-** 90:7
**seventy-three** 85:10
**severe** 37:25 88:15 112:22
   127:19 128:3,24 130:16,19,20
   130:24 131:2,4
**shade** 47:21
**shake** 106:4
**shaking** 30:20
**shapes** 60:2
**share** 79:25 86:4 118:20
**shared** 31:23
**sharing** 132:24
**sharp** 13:16 108:13
**sheaths** 131:11
**sheet** 150:8
**short** 58:19,24 59:5,6 106:25
   107:8,9,9
**shortfall** 107:7
**shortfalls** 108:4 109:6
**show** 57:17 79:25 88:20 95:16
   119:18 133:2,15

**showed** 34:13 45:18 49:5 54:8
   55:3
**showing** 21:25 49:3,22 77:2 81:4
   100:20 119:3
**shown** 29:11
**shows** 47:3
**shrinks** 105:22
**sick** 10:12 53:5 125:22
**side** 49:4 54:10 79:18 80:9,10
   84:4,8 89:20 91:8,14,15,18,20
   92:2,2 93:6 126:16,18
**sides** 87:20 91:21 92:10
**sign** 5:11 61:4 152:8,10
**signal** 93:4
**signature** 152:11
**signed** 5:14 27:20 152:23
**significance** 19:22 23:4 29:6
   72:20,24 122:10
**significant** 21:5 24:8 37:25
   104:10,21 108:21 112:10
**signs** 70:3
**Sikirica** 1:10 2:12 63:7 64:22
   79:16 80:8 83:21,25 84:2
   85:21,23 89:19 90:3,5,11,21
   96:6 113:20,23 114:8,12
   139:25 140:6
**Sikirica's** 63:9 79:11 81:5
   118:6 125:8
**similar** 30:23
**simple** 23:8 110:18
**simply** 142:2
**single** 24:2 98:9
**sir** 6:5,12,19 62:20 140:25
**sit** 139:17
**sitting** 147:24
**situation** 117:13
**six** 17:18 26:2,3 49:21 136:3
**sixty** 17:10
**size** 54:25 69:21 83:6 141:11
**skeletal** 24:18 25:19 27:19
   43:14,20 44:3 75:22
**skin** 103:8 122:18,23
**skip** 19:22 26:7 87:18
**skull** 34:14 38:16 75:13,15,19
   75:20,23 76:2 97:6 105:23,25
   108:7,13,14,16 113:11 131:8
   140:15,19
**slash** 19:14 20:2 23:2 32:25
**slide** 50:13 124:15 125:2 127:9
   127:17 130:10

**slightly** 72:22
**slowly** 105:18
**small** 18:9 86:18 108:6
**smashing** 30:19 110:8
**sneeze** 106:4 107:3
**sneezing** 105:15,20 107:5
**social** 33:12
**sofa** 107:16
**soft** 20:22
**solely** 128:13
**somebody** 101:19 112:4
**someone's** 76:3 142:20
**somewhat** 105:19
**soon** 74:25 137:16
**sorry** 17:10 30:8 44:12 47:19
  55:15 58:23 61:16 77:14,14
  81:19 97:23 110:14 115:15
  117:22 129:5 133:10
**sort** 21:24 92:5
**sound** 144:17,18
**sounds** 38:3,19 146:5
**source** 63:5
**space** 23:21 24:2 54:9,10,16,19
  56:13 61:6 77:3 83:12 91:13
  91:13 101:12,12 102:14,15
  108:16,18 114:14 127:13,14,14
  142:3,6,12
**spaces** 105:22 127:13,13 128:7
  142:8
**speak** 94:4
**speaking** 32:7 113:22
**specialty** 12:4
**specific** 28:19 31:16 59:12
  68:12 73:3,23 96:23 97:24
  115:15 134:16,23 144:4
**specifically** 35:20 67:10 70:14
**specify** 23:25
**speculating** 53:10 121:8
**speculation** 104:12
**speed** 73:20
**spellings** 146:22
**spiel** 8:24
**spinal** 12:12 23:18 49:23 55:13
  55:18,21 56:12,16 57:6 58:16
  81:20,22 97:13
**splayed** 21:7 22:8 35:25
**splaying** 60:25
**splitting** 127:5 131:8 149:10
**spoke** 31:20,24 37:8 62:14
  112:16 140:2

**spoken** 113:19
**spontaneous** 27:7
**spot** 20:22
**spread** 21:11 22:4,5,6,8 35:25
  87:16
**spreading** 60:25
**squished** 127:21
**staff** 10:10 33:17 97:10
**stage** 106:18 117:2
**stairs** 109:12
**stamp** 17:24 32:20
**stamped** 16:22 24:10
**standard** 141:13
**standards** 142:17
**standing** 40:14 87:19 118:14
  125:9
**stands** 20:21 34:11
**staph** 64:12
**staphylococcal** 64:9
**start** 8:23 11:6 17:19 118:11
**started** 10:17 26:10 96:25
**starting** 9:25 103:22
**state** 1:16 2:9,10 6:7 34:2
  52:24 96:24 134:20 150:3
**stated** 9:4 38:10 39:22,22 41:17
  48:2 135:21 151:6
**statement** 38:5,21 85:21 134:6
**states** 1:2 32:23 33:4,8 34:8
**stating** 36:21 38:14
**status** 13:24,25
**stay** 26:25
**stem** 128:4
**step** 75:7
**sterilize** 103:11
**stick** 97:22 108:8
**stimulation** 27:8
**STIPULATED** 5:3,7,10,13
**stipulations** 5:2 7:2
**stitches** 21:16
**stop** 120:3 132:24
**stopped** 97:22
**story** 28:23
**straight** 119:11
**Street** 2:7 152:13
**strep** 64:11,23 131:23
**streptococcus** 51:21 63:24 64:8
  64:18
**stretch** 106:2 127:23
**stretched** 106:3

**stroke** 22:18  128:19
**stuck** 103:23
**students** 11:24
**studies** 24:16  101:22,24  107:24
  108:3  135:13  136:17  143:6,8
  143:17,19,21  144:10,24  145:9
  146:6
**study** 107:22  110:23  143:12,21
  144:4
**stuff** 118:16
**sub** 85:13  128:7  131:13
**Subacute** 56:25
**subarachnoid** 54:9  127:9,13,14
  127:16  131:10
**subdural** 19:15,19,20  21:9  23:3
  24:15  27:13,17,25  28:13,15
  29:3,15  32:25  34:18  35:11,14
  35:23  36:10  37:23  45:4,20
  46:6,16,22  47:3  48:15  50:22
  53:13  54:3,9,19,19,23  55:4,7
  55:23  56:3,13,23,24,25  57:12
  57:20  58:9  59:19,24  60:5
  63:16  64:25  65:22  66:6,12
  67:14  68:10,14  70:13,14,19
  71:3,8  72:10,23  73:17  74:6,20
  77:7,18  78:7,10,13,15  79:17
  80:9,9  83:4,12  84:7  85:14
  89:19  90:6,12,14,21  91:13,14
  91:14  92:25  93:8  94:8,13
  101:5,9,10,12,16,21  102:5,8
  102:24  105:4,16  106:6,8,9,10
  106:11,13  107:3,7,19,23  108:2
  108:16,25  109:8,10,12,22
  110:19  111:17  112:15,23
  114:13,14,19  115:17  116:5,14
  116:18  117:13  118:3,4  120:21
  121:13,21  123:12  125:23,23
  126:11  127:3,14  128:3,7  130:7
  130:13,14  131:4,5  133:21,23
  136:14,16,21  139:8  140:17
  141:22  142:10  143:23  144:25
**subdurals** 22:19  23:7  57:3  66:24
  122:5  126:20
**subgaleal** 84:6  124:13,16,17
  125:8,18  126:2  131:13
**subpoena** 5:6
**subpoenaed** 8:6  95:8
**subsequent** 65:10  118:3  121:3
**subsequently** 23:8  51:20  98:7

**substance** 37:23  115:19  138:11
**substantive** 62:5
**suddenly** 142:22
**suffered** 112:3  115:17
**suffering** 45:25
**suffice** 98:5
**sufficient** 40:2,5  109:13  111:17
**suggest** 27:19  28:2  59:17,18
  64:4  120:19  136:10  137:3
**suggestive** 21:4  57:12  141:25
**suggests** 142:24
**Suite** 2:14
**sum** 37:23
**supply** 127:24
**supporting** 136:25
**suppose** 106:21
**supposed** 68:20
**sure** 15:7,14  18:19  31:18  34:23
  39:25  40:4,18  46:11,24  47:14
  59:19  61:20  63:12  70:18  71:8
  86:3,6,24  95:14  126:23  132:18
  138:11  139:18,23  144:6  147:5
**surface** 30:20  105:23  109:20
  144:16
**surfaces** 143:9
**surgeons** 14:3,6  81:21
**surgeries** 11:22
**surgery** 10:7,25  12:17  93:17
**surgical** 12:13  66:25  81:9,13,14
  81:17,23,24
**surmise** 76:7
**surprise** 132:10
**surprised** 127:24
**surrounding** 49:22  130:18
**survey** 24:18  25:19  27:19  43:15
  43:20  44:3  75:22
**suspect** 34:15  121:4
**suspected** 82:2
**sustained** 15:19
**Sutton** 147:7
**suture** 20:25  21:16
**sutures** 21:6,11,19  27:13  35:25
  60:17,20,24  61:2  127:6  131:8
**swear** 6:19
**swell** 141:9
**swelling** 13:17,21  22:11,14,17
  27:6  61:4  140:15,16  141:8
**swing** 110:2
**switched** 87:10

**swollen** 21:8
**sworn** 3:3 6:24 7:11 150:11
  151:8
**symptomatic** 105:17
**symptoms** 136:24
**syndrome** 128:25
**system** 12:11 81:16

---

**T**

**T** 4:2 20:5,11 68:6
**T-A-I-N** 147:10
**table** 108:12
**take** 12:10,25 16:7 59:16 72:5
  74:10 81:11 82:21 83:19
  109:25 117:12 120:5 137:21
**taken** 5:6 150:5 151:4
**takes** 142:5,12
**talk** 20:6 59:13
**talked** 44:19 49:2,21
**talking** 7:16 38:15 56:2 57:21
  85:9,13 88:21 93:19 98:23
  107:11,17,20 115:12
**tap** 24:15 83:12 101:12,16
  102:24 103:3,7,18
**tapped** 103:14
**tapping** 103:12
**taps** 101:22 102:5,8
**taught** 11:24 56:21
**teaching** 10:18
**tear** 106:5 108:23
**tears** 56:10 57:22 128:8
**technically** 107:3
**techniques** 97:23
**technology** 97:19
**teensy** 136:20
**tell** 9:21 16:13 18:13 20:24
  26:5 39:11 68:20 71:18 89:8
  97:15 100:22 101:3 112:10
  120:2 138:2
**temporal** 49:6
**ten** 54:8 130:10,11,14 144:16
**tense** 21:11
**tentorium** 127:22 128:22
**term** 21:19 60:24 68:12 77:19
**terms** 8:20 50:16,16 57:20 76:11
  81:18 82:2 122:15 140:14
**test** 44:3 73:7 123:12
**tested** 64:17
**testified** 45:3 58:14 59:3 65:8
  69:18 90:5,13,21 106:24 115:2

  115:25 136:17 141:2
**testify** 40:25 96:17 111:10
  113:24 151:8
**testifying** 37:22 50:6 111:11
**testimony** 6:20 8:6 25:11 37:18
  38:3,19 40:8,13,20 41:11
  42:14,18 44:23 45:6 48:23,24
  49:8,10 54:9 79:22 80:13,16
  80:18,21 81:5 84:4,12 89:19
  90:2,8 96:11,16 111:24 112:8
  114:23 115:21 125:8 134:5
  139:19 140:14 141:5 150:5
  151:4,7 152:8
**tests** 123:6
**thank** 6:14,14 7:9 8:21,22 9:3
  10:20 22:23 30:4 39:3,24 52:8
  60:13 62:21 83:19,22 95:19,20
  99:2 104:24 129:21 134:10
  137:7,17 138:17,24 139:12
  142:14 146:11,13,17,18,19,20
  147:3
**Thanks** 89:2 95:23
**theoretically** 73:11
**theory** 57:24
**therapy** 122:8
**they're** 46:2
**thickness** 126:12
**thing** 31:17 38:3 52:25 58:11
  86:22 97:2,3,14 99:20 101:4
  120:13 135:13
**things** 11:25 22:17,20 43:2 47:7
  67:14,15 81:14 102:12 103:23
  104:5 117:5,11 128:17 142:12
**think** 14:21 15:12 16:4 17:9,9
  17:13 18:22 24:10 31:8,20
  41:8 42:25 44:17 50:9 55:12
  57:22 59:19 62:12,12 65:8
  67:2 68:6 72:19 75:5,14,19
  85:9 88:21 89:14,15,16,23
  94:10 95:14,17 99:13,20
  100:13,25 102:21 106:22 107:9
  107:18 111:14 115:25 116:23
  118:4,5 126:3 133:12,24 137:9
  146:10 147:4
**thinks** 93:12
**third** 32:24,24 97:17
**thirty** 20:2 26:17 152:9,10
**thirty-six** 18:22,25
**thirty-two** 18:23 19:3 120:25

**Thomas** 1:1,4,13 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1,16,24 15:1
  16:1,11 17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1 25:1 26:1
  27:1 28:1 29:1 30:1 31:1 32:1
  32:4 33:1 34:1 35:1 36:1 37:1
  37:19 38:1,14,15,25 39:1,23
  40:1 41:1 42:1 43:1 44:1 45:1
  45:25 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1,22
  67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1 95:1 96:1
  97:1 98:1 99:1 100:1 101:1
  102:1 103:1 104:1 105:1 106:1
  107:1 108:1 109:1 110:1 111:1
  112:1 113:1,20 114:1 115:1,16
  116:1,13 117:1 118:1 119:1
  120:1 121:1 122:1 123:1 124:1
  125:1 126:1 127:1 128:1 129:1
  130:1 131:1 132:1 133:1 134:1
  135:1 136:1 137:1 138:1 139:1
  140:1 141:1 142:1 143:1 144:1
  145:1 146:1 147:1 148:1 149:1
  150:1 151:1 152:1,4
**Thomas's** 45:5 60:4 114:25
  115:20
**thought** 27:24 59:4 76:2 125:13
  145:22
**thousand** 97:11,12 102:2
**thousands** 98:24,24
**three** 20:11,13 59:6 68:6 90:8
  102:12 107:11,12 126:11
  127:17 142:16
**threw** 135:11
**throw** 109:22 143:11 144:15
**thrown** 109:20
**throws** 143:7,9
**thumbnail** 87:7
**tightening** 126:25
**TIM** 1:8
**time** 1:22 5:6,15 9:5 11:4,20
  14:14 16:5,14 28:9 31:6 32:2
  32:9 34:19 39:24 40:2,5 41:9
  43:11 46:10 51:9 55:6,24 67:7

  67:8 71:9,14 72:5 77:12,16
  78:10,13,20,23 82:18 83:13
  92:20,24 93:8 94:7,8,11,12
  96:22,23 97:4,21 99:16,21,23
  101:9 102:4 103:3,4,13,14
  104:3,4 105:18 112:2,5 116:7
  120:5 121:14 125:24 132:2,11
  133:22 141:17 150:5 151:5
**times** 66:8 98:21 103:23
**tiny** 89:4 136:20
**tissues** 48:18
**title** 10:21,22,23,24 11:14
**today** 9:4 39:24 41:6 44:4 50:6
  63:5 84:16 89:10,10 96:12
  114:24 115:24 116:2 118:16
  119:8 139:16,17
**today's** 40:3,7 42:14 119:10
**top** 20:22 50:2,19 98:9 122:8
  126:8
**Toronto** 10:11
**total** 123:18
**totally** 130:23 141:7
**toxicology** 132:15,20
**toy** 108:12
**traditional** 147:21
**training** 10:6,16 68:24 96:12,18
  96:22,25 97:11,18,25 98:6
**trans** 119:15
**transcribed** 71:20
**transcript** 84:11,14 85:5 119:15
  150:6,8 152:8,10,11
**transcription** 151:10
**transcripts** 149:6,6,8
**transfer** 51:17
**transferred** 15:3 19:7,12 26:18
  34:9
**transition** 32:21
**transitioned** 11:10
**transpire** 8:16
**trauma** 12:15 13:14,18 22:14,21
  22:22 25:5 28:4 29:17,22,24
  52:20 53:20,21,21 54:5,6,7
  56:10 82:20,21,22 84:7 105:5
  105:12,13 106:7 112:4,15,19
  115:17 117:13 118:4 124:19,20
  124:25 126:4,4 128:16 129:14
  129:19 130:8,24 131:3,17
  135:22
**traumas** 125:4

**traumatic** 28:22 29:3 53:13,15
  53:16 54:3 59:24 101:5 124:23
**traumatically** 53:20
**treatment** 13:12 72:11 81:22
  93:13,15,20 95:2 125:24
  136:23
**treatments** 12:14 13:17,21
**trial** 5:9,16 8:13 38:10,15
  40:21 41:2,5,11,17,21 45:3
  48:20 58:18 113:24 139:19,24
  141:3 145:17
**trials** 40:9 96:17 115:14
**trick** 13:12
**tries** 135:11
**trips** 100:6
**Troy** 1:1,7 2:1,6,8 3:1 4:1 5:1
  6:1 7:1 8:1 9:1,7,7 10:1 11:1
  12:1 13:1 14:1 15:1,2 16:1
  17:1 18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1,3,13 33:1
  33:9 34:1 35:1 36:1,11,17
  37:1,2,15 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1 88:1 89:1
  90:1 91:1 92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1 100:1
  101:1 102:1 103:1 104:1 105:1
  106:1 107:1 108:1 109:1 110:1
  111:1 112:1 113:1 114:1 115:1
  116:1 117:1 118:1 119:1 120:1
  121:1 122:1 123:1 124:1 125:1
  126:1 127:1 128:1 129:1 130:1
  131:1 132:1 133:1 134:1 135:1
  136:1 137:1 138:1 139:1 140:1
  141:1 142:1 143:1 144:1 145:1
  146:1 147:1 148:1 149:1 150:1
  151:1 152:1,4,13
**true** 41:17 44:25 45:8,9 49:24
  50:17,18 54:4,13 56:22 57:13
  110:25 135:17 143:7 150:6,8
  151:11
**truth** 6:21,21,22 151:8,8,9

**truthfully** 40:25
**try** 12:17 23:7 103:11
**trying** 44:5 47:13 48:8 68:19,19
  68:23 84:6 115:14 125:19
**tumor** 74:7 142:11
**tumors** 22:18
**turn** 67:25
**turns** 75:18
**twelve** 26:17 124:15 125:2
  130:15
**twenty-** 49:2 68:6
**twenty-fifth** 142:21
**twenty-one** 63:25
**twin** 27:2 135:23
**two** 17:13 26:22 32:20 42:4 53:2
  53:3 66:8 97:9 98:15 100:6
  110:17 121:7,9 148:15
**two-captioned** 148:16
**two-day** 26:22
**type** 29:23,24 30:13,14 47:4
  82:25
**types** 51:8 53:7
**typewritten** 151:9
**typically** 54:20 55:9 66:19,20
  66:23 67:1 71:11 73:5,22
  81:7 82:3,20 100:13 108:5
  109:12,13 136:12

#### U

**Uh-huh** 103:10 107:14 117:9
**ultimately** 15:9 91:21
**ultrasound** 136:13
**unable** 133:6
**unaware** 106:12 112:19
**uncomfortable** 98:16 99:3
**uncommon** 57:5
**unconscious** 65:11
**understand** 9:17 35:17 46:24
  80:20 141:16,16 143:15
**understanding** 13:20 14:25 28:17
  38:22 59:2 64:2 75:25 78:25
  80:6,7
**unexpected** 131:25
**unfounded** 76:4
**unit** 15:5
**UNITED** 1:2
**universe** 44:6
**University** 10:2
**unresponsiveness** 26:23
**unwitnessed** 30:3 107:20 134:7

```
     134:22
upper 16:22 132:3
use 25:6 60:23 77:19 99:25
  138:3,7
usual 7:2 11:25
usually 49:24 67:16 71:12,15
  83:6 105:17 107:10,12 109:3
  127:20 134:12

─────────────── V ───────────────

v 1:1,6,15 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1 65:1 66:1
  67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1 95:1 96:1
  97:1 98:1 99:1 100:1 101:1
  102:1 103:1 104:1 105:1 106:1
  107:1 108:1 109:1 110:1 111:1
  112:1 113:1 114:1 115:1 116:1
  117:1 118:1 119:1 120:1 121:1
  122:1 123:1 124:1 125:1 126:1
  127:1 128:1 129:1 130:1 131:1
  132:1 133:1 134:1 135:1 136:1
  137:1 138:1 139:1 140:1 141:1
  142:1 143:1 144:1 145:1 146:1
  147:1 148:1 149:1 150:1 151:1
  152:1,4
vaginal 45:5 135:24 136:20
vaguely 49:10
variety 22:19
various 20:4 48:4
vast 59:22,22 73:14 98:20
vehicle 73:21
vein 56:12
veins 56:13 105:24
venous 108:25
ventilation 52:23
ventilator 103:22
ventricles 126:25 127:2 142:8
```

```
venue 148:14
verbal 9:12 20:5
verbiage 72:22
versus 72:22 106:25 109:20
vessel 91:19 106:5
vessels 106:5 127:15,23 128:9
video 7:20 8:2,6,13 137:11
view 73:4
viewing 16:18
violent 30:20
violently 53:8
Virchow 127:12
visit 74:17 121:9 142:16
visits 121:3 142:22

─────────────── W ───────────────

wait 39:8,15 95:24 143:2
waive 8:19
Walden 6:18
Waldman 1:1,20 2:1 3:1,3 4:1
  5:1 6:1,11,16,19,23,24 7:1
  8:1,5 9:1,23 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1,21 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1,7 82:1,23
  83:1 84:1 85:1 86:1 87:1 88:1
  89:1 90:1,18 91:1 92:1 93:1
  94:1 95:1 96:1 97:1 98:1 99:1
  100:1 101:1 102:1 103:1 104:1
  105:1 106:1 107:1 108:1 109:1
  110:1 111:1 112:1 113:1,19
  114:1 115:1 116:1 117:1 118:1
  119:1 120:1 121:1 122:1 123:1
  124:1 125:1 126:1 127:1 128:1
  129:1 130:1 131:1 132:1 133:1
  134:1 135:1 136:1 137:1,13,14
  138:1 139:1 140:1 141:1 142:1
  143:1 144:1 145:1 146:1 147:1
  147:24 148:1 149:1 150:1,4,10
  151:1,4 152:1,5,7,23
Waldman's 8:18 137:11
```

800.523.7887

Associated Reporters Int'l., Inc.

Page 186

```
walk 98:12
wall 110:3,8 135:12
want 7:15 17:2,4,6 18:11 26:7
  39:10,17 40:11,16 62:24 63:2
  76:14 79:23 80:21,22 83:19
  84:19 85:20,20,21,25 86:7,20
  86:21,22 88:2,11,17,19 89:18
  92:13,20 93:24 95:21,22 96:12
  115:11 120:3 124:4,5 130:10
  132:12 133:4,12 145:10 148:17
wanted 64:8 133:17 137:15
  145:14
wasn't 25:5 28:23 70:18 78:6,19
  103:17 118:12,16 122:3,4
  123:9 140:8
watch 60:9
watery 26:21
way 65:25 72:4 75:7 89:24 91:16
  97:4 98:19,20 100:4,9,22
  105:13 107:5 110:12 111:15
  114:12 120:18 129:3,8 147:14
ways 114:16 123:5
we'll 57:17 81:3 95:16 148:25
  149:2
we're 9:18 55:15 56:2 57:21
  75:5,6 85:6,9 88:21 95:2
  98:23 107:17,20 115:12 124:8
  126:23 132:19 138:18,22,22
  149:7,10
we've 23:7 89:23
WebEx 1:23
week 18:22,23 56:3 94:17 103:6
weeks 19:2 42:20 50:8,8 56:4
weight 27:3
welcome 52:9 62:22
went 10:2,4,11,14 62:12 99:21
  100:10 121:15 124:3
weren't 99:23
West 2:14
whatnot 81:6
white 47:22 48:5 55:10,23 56:5
  56:24 57:11,14,16 58:10
window 28:23
wish 41:5,22
withdraw 89:17 90:19
withdrawn 31:2 47:19 49:20
witness 5:10,14 6:24 7:10 30:10
  35:5,16 43:19 50:25 51:3 54:4
  60:11,15 80:16,17,19 84:10
  85:22 89:3 95:19 111:16
```

```
  113:15 115:6 118:25 119:3
  125:10 129:25 133:11 146:19
  146:24 147:2,4,9,12,17,19,22
  147:25 148:5
witness(es) 151:7
witnessed 105:14 109:6
witnesses 134:13
witnessing 113:16
women 138:9
wondering 110:6
word 59:20 77:21 111:24 115:15
  152:15,16,17,18,19,20,21
words 20:11 53:4 69:11 74:10
  80:11 82:6 103:5 107:12
  121:14
work 57:18 86:8 145:19
worker 33:13
works 72:5
workup 24:17,20 81:18
worsening 26:22
wouldn't 32:18 36:21 45:10,18
  46:8 101:13 105:14 114:8
  136:12 141:22
write 11:25 18:5 68:20
write-up 13:13
writing 13:5
written 18:8 44:15 87:18 88:11
wrong 80:7 85:14,15
wrote 18:25 31:18 42:4,5 78:21
```

|   X   |
|---|
X 3:2 4:2,2 150:9,12
x-ray 23:16 73:8
x-rays 23:16 97:6

|   Y   |
|---|
Yale 10:2
yeah 7:17 9:10 14:5 21:18 33:22
  33:23 34:7 35:2 52:6 58:5
  59:3 70:22 84:2,21 86:16 87:9
  87:15 88:3 92:19,22 95:20
  102:13 104:15,20 115:22
  119:21 120:8 122:6,9 123:24
  124:10 125:14 126:8,22 129:19
  130:25 132:5,16,21 135:7
  140:3,4 143:14
year 10:7 97:10,16,17
years 10:9 11:9,10 13:14 56:21
  112:3 145:7,7,7
yesterday 84:17

**York** 1:3,16 2:5,5,8,9,11,14
  15:2 33:25 152:13
**young** 141:20
**Yup** 118:24

---

**Z**

**zero** 63:25 68:13 86:11 136:15
  140:11
**zone** 126:13

---

**0**

---

**1**

**1** 151:6,10
**1:40** 138:20
**1:48** 138:21
**10-19-20** 1:1 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1 88:1 89:1
  90:1 91:1 92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1 100:1
  101:1 102:1 103:1 104:1 105:1
  106:1 107:1 108:1 109:1 110:1
  111:1 112:1 113:1 114:1 115:1
  116:1 117:1 118:1 119:1 120:1
  121:1 122:1 123:1 124:1 125:1
  126:1 127:1 128:1 129:1 130:1
  131:1 132:1 133:1 134:1 135:1
  136:1 137:1 138:1 139:1 140:1
  141:1 142:1 143:1 144:1 145:1
  146:1 147:1 148:1 149:1 150:1
  151:1 152:1,5
**10:14** 1:22 6:3
**10007** 2:5
**10th** 90:8
**11:30** 61:22
**117** 3:7
**12:00** 61:23

**12180** 2:8 152:13
**12205** 2:14
**12224-0341** 2:11
**139** 3:8
**140** 3:9
**151** 151:10
**17-CV-626** 1:6
**19** 1:21 60:7
**1969** 10:3
**1973** 10:4
**1979** 11:11
**1st** 90:9

---

**2**

**2:01** 1:22 149:19
**2008** 11:14,20 12:4 14:7,22
  26:17 34:20
**2009** 40:8,21 41:5 44:23 96:16
  115:13
**2012** 11:12 145:19
**2014** 40:9 41:11 44:23 96:16
  111:24 112:8 115:14 145:17
**2019** 4:7 90:8,9
**2020** 1:21 150:11
**2110** 33:9
**21st** 15:8 16:6 32:14
**22** 2:7 4:7 152:13
**22nd** 14:21 16:6,12 26:16 34:20
  43:7 44:10,12
**23rd** 32:15 44:13 104:8,10,22
**25th** 104:9,10,23

---

**3**

**30** 152:9,10
**305** 2:4
**30th** 145:19

---

**4**

**40** 3:5

---

**5**

**507** 2:14
**523-7887** 152:2

---

**6**

**600** 2:4

---

**7**

---

**8**

**800** 152:2

---
**9**
---

**9** 3:4
**9/21/08** 35:12
**9/23/08** 43:25
**96** 3:6