**CURRICULUM VITAE** [rev 11/20]

**MATTHEW B. JOHNSON**

**Associate Professor, Department of Psychology**
**John Jay College of Criminal Justice-CUNY**
**524 West 59th Street, Room 10.63.09**
**New York, N.Y. 10019**
**Tel (862) 216-4235; <mjohnson@jjay.cuny.edu>**

**EMPLOYMENT:**

**9/97 – present**
**Associate Professor of Psychology:**  John Jay College of Criminal Justice, the City University of New York. Instruction of undergraduate and graduate students in psychology courses as well as courses that address the interface of psychology and the legal system.  Full-time faculty appointment, tenured 2002.
Appointed to the Doctoral Faculty of the CUNY Graduate Center in Forensic Psychology (5/02) and Criminal Justice (5/03).  Served as Director of the John Jay College BA/MA Joint Degree Program (Criminal Justice, Forensic Psychology, and Public Administration) 6/03 – 1/07. Responsible for recruitment, selection, retention and counseling of BA/MA students. Report to the Dean of Research and Graduate Studies.
Developed and subsequently taught graduate course titled, 'Interrogation and Confession: Social Science, Legal Perspectives, and Current Controversies' which is cross-listed in both Psychology and Criminal Justice Departments (2005-2009).
Service on the college-wide Academic Standards Committee (9/98 - 6/03) and Graduate Studies Council (6/03-1/07). Service on the Psychology Department Grade Appeals (9/98 - 6/03), and Personnel and Budget Committees (10/02 – 6/04). McNair Scholars Mentor (9/01- 8/03), Steering Committee - Center on Race, Crime, and Justice (1/05 – 2009).
Awarded the John Jay College of Criminal Justice Outstanding Teacher of the Year recognition – 5/07.
Conference Organizing Committee, *"Interrogation and Torture Controversy: Crisis in Psychology",* John Jay College of Criminal Justice 9/12/08.
Chaired the Psychology Department Diversity Committee and the Psychology Doctoral Faculty Diversity Committee during the 2008-2009 academic year which produced the report titled *"Addressing Diversity: A Report on the Diversity Related Activities of the Psychology Department Faculty at John Jay College of Criminal Justice, CUNY" (5/20/09).*

**8/93 – 9/97**
**Clinical and Educational Training Coordinator:**  Adult Out-patient Psychiatric Services, University of Medicine and Dentistry of New Jersey – University Behavioral HealthCare, Newark, New Jersey. Duties as delineated below with additional responsibilities including: implementation of managed care treatment protocols, additional administrative responsibility, and staff continuing education training.

**8/87 – 8/93**
**Clinical Coordinator:**  Adult Out-patient Psychiatric Services, University of Medicine and Dentistry of New Jersey – University Behavioral Health Care, Newark, New Jersey. Supervised staff clinicians in an out-patient setting.  Patient population included various diagnostic groups with acute and chronic conditions. Responsibilities also involved development and coordination of special needs programs (substance abuse and criminal justice), staff training, and clinical supervision of pre-doctoral psychology interns.

**8/86 – 9/87**
**Clinical Supervisor:**  Crisis Intervention Unit, Union Hospital, Union, New Jersey. Supervised in-patient management of acute psychiatric adult and adolescent population.  Specific responsibilities included diagnostic evaluation, crisis intervention, team treatment planning, group psychotherapy, family assessment and counseling,

consultation with drug and alcohol detoxification unit.

**3/85 – 5/86**
**Psychotherapist:**  Brooklyn Center for Psychotherapy, Brooklyn, New York. Provided individual psychotherapy to an adult and adolescent out-patient population comprised of various diagnostic groups (part-time).

**9/84 – 5/86**
**Staff Clinical Psychologist:**  Veterans Administration Medical Center, Manhattan, New York. Provided psychological services to in-patient psychiatry wards.  Services include psycho-diagnostic evaluation, team treatment planning, group psychotherapy, supervision of pre-doctoral interns and staff training.

**1/80 – 9/80**
**Assistant to Chief of Prevention:**  New Jersey Department of Health, Division of Narcotic and Alcohol Abuse Control Trenton, New Jersey. Assisted Chief of Prevention in the design and implementation of local drug abuse prevention programs.  Evaluated local efforts and made recommendations for continued funding.

**2/77 – 1/80**
**Substance Abuse Counselor:**  New Jersey Department of Health, Division of Narcotic and Alcohol Abuse Control, Essex Clinic, Newark, New Jersey. Counseled drug abusers.  Provided referral for education, employment, and legal matters. Developed individual, goal oriented treatment plans in cooperation with medical staff.

## ADDITIONAL TEACHING EXPERIENCE:

**1/10 – 6/10**
**Visiting Professor:** School of Criminal Justice, Rutgers University- Newark, New Jersey.  Course title, 'Issues in Criminal Justice: Interrogations and Confessions' – a graduate level course with masters and doctoral level students which was originally developed at John Jay College of Criminal Justice, CUNY.

**6/96 – 5/99**
**Clinical Assistant Professor:**  University of Medicine and Dentistry of New Jersey, Department of Psychiatry, Newark, New Jersey. Provision of lectures to psychiatry residents on various clinical topics as well as instruct and supervise medical students in clinical interviewing.

**12/90 - 5/96**
**Clinical Instructor:**  University of Medicine and Dentistry of New Jersey, Department of Psychiatry, Newark, New Jersey. Preceptor for course titled 'Introduction to the Clinical Interview' - instruct and supervise medical students in clinical interviewing (faculty appointment 7/91).

**Spring 1982**
**Adjunct Faculty Member:**  Montclair State College, Psychology Department, Upper Montclair, New Jersey. Adjunct teaching 'Child Development'.

**Spring 1981**
**Adjunct Faculty Member:**  Essex County College, Behavioral Sciences Department, Newark, New Jersey. Adjunct teaching 'General Psychology'.

## EDUCATION AND TRAINING:

**5/95**
**Post Graduate Certificate:**  New Jersey Institute for Short -Term Dynamic Psychotherapy, Paramus, New Jersey (an independent post-graduate psychotherapy training institute).  Completed 104 hours of psychotherapy

training and supervision over a four-year period.

**5/86 - present**
<u>**Licensed Psychologist:**</u> State of New Jersey, Division of Consumer Affairs, Board of Psychological Examiners.

**8/84**
<u>**Ph.D. in Clinical Psychology:**</u>  Adelphi University, Institute of Advanced Psychological Studies, Garden City, New York (an APA – approved Clinical Psychology Program).

**9/83 – 8/84**
<u>**Clinical Psychology Internship:**</u>  Veterans Administration Medical Center, East Orange New Jersey, (an APA – approved  Clinical Psychology Internship).  Received supervised training in three clinical settings.  Alcohol Rehabilitation Unit; case management, psychodiagnostic assessment, group and individual psychotherapy. Violence Clinic; diagnosis, treatment and/or referral of patients referred for disorders where violent behavior is a significant component.  Mental Hygiene Clinic; provision of out-patient mental health services to a diverse patient population.

**9/80- 6/82**
<u>**University Affiliated Fellowship:**</u>  Westchester County Medical Center, Division of Developmental Disabilities, Valhalla, New York.  Received supervised training in psychological assessment, consultation, group and individual therapy, focused on the developmentally disabled. Interdisciplinary treatment approach emphasized (practicum training).

**5/82**
<u>**Master of Arts Degree in Psychology:**</u>  Adelphi University, Institute of Advanced Psychological Studies, Garden City, New York.

**5/80**
<u>**Master of Arts Degree in Educational Psychology:**</u>  Montclair State College, Upper Montclair, New Jersey. Awarded graduate assistantship by Alumni Association and served as assistant to the Director of Alumni Affairs. Responsibilities included writing articles for Alumni and student publications, organizing student efforts toward fund raising, and related administrative tasks.

**5/76**
<u>**Bachelor of Arts Degree in American Studies:**</u>  Rutgers University, Newark College of Arts and Sciences, Newark, New Jersey.

<u>**CONSULTATION:**</u>

Office of the Public Defender, State of Florida
Office of the Public Defender, State of Connecticut
Legal Aide Society, Bronx Criminal Defense Office
The College of Saint Elizabeth, Graduate Program in Counseling Psychology – Morristown, NJ.
Rutgers Urban Legal Clinic, Rutgers Law School, Newark, New Jersey.
Office of the Public Defender, State of New Jersey – consultation and expert witness testimony.
U.S. Attorney's Office, Newark, New Jersey – consultation and expert witness testimony.
County Prosecutor's Office, Essex, Bergen, and Hudson Counties, New Jersey.
Rahway State Prison, Department of Corrections, State of New Jersey.
Hudson County, Union County, Somerset/Sussex and Essex - Newark Legal Services Offices.
Division of Youth and Family Service, Suburban Essex and Newark Regions.
Division of Narcotic and Drug Abuse Control, State of New Jersey.
Private Attorneys and Agencies (References and dates available upon request).

**PROFESSIONAL ASSOCIATIONS:**

Board of Directors, Association of Black Psychologists – Eastern Region Representative 2013 - 2015
American Bar Association-Task Force on Mental Disability and the Death Penalty (2003-2005), Section on Individual Rights and Responsibilities (see *Catholic University Law Review* 2005, 54, 4 for Task Force Report).
Executive Committee, New Jerseyans for Alternatives to the Death Penalty (2002-2009).
Academy of Criminal Justice Sciences, Member 2000- present.
American Psychological Association, Member (1987- 2007); Division 41- American Psychology-Law Society, member (1995 – 2007).
New Jersey Psychological Association; Member (1986-2012); Chair, Forensic Committee (1993-1995).
New Jersey Institute for Short -Term Dynamic Psychotherapy, Post-Graduate Fellow (9/91–5/95).
Board of Directors, New Jersey Academy of Psychology (1988-1992).
New Jersey Chapter, Association of Black Psychologists, Member (1986-Present); Liaison on Community and Political Affairs 2000 - present.
Medical Staff, Union Hospital, Union New Jersey (1986-1988).
Board of Directors, Montclair Neighborhood Development Corporation (1972-1974).

**PERSONAL DATA:**

Birth date: April 23, 1953; married; two children; good health

**CITATIONS:**

**Testimony and Publications Cited in High Court Opinions:**

*In the Matter of the Guardianship of B.L., A Minor* (9/12/06), Superior Court Appellate Division. Testimony on behalf of E.L. (the father), noting the evidence of the child's enduring attachment to the father, cited by the Appellate Court in reversing the trial court's parental rights termination judgment.

*In the Matter of the Guardianship of K.H.O., a minor* (8/3/99), Supreme Court of New Jersey decision cited "Examining Risks to Children in the Context of Parental Rights Proceedings" (Johnson, 1996a) in noting that parental rights termination does not automatically lead to permanent placements for children.

*In the Matter of the Guardianship of K.H.O.* (2/20/98), Superior Court of New Jersey, Appellate Division quoted extensively from "Examining Risks to Children in the Context of Parental Rights Proceedings" (Johnson, 1996a) in its reversal of a trial court's termination of parental rights order.

*State v. Carpenter* (1993) Superior Court of New Jersey, Appellate Division, 268, 378-386.  Testimony on behalf of an adult defendant (with intellectual limitations and a history of special education placement) at a 'Miranda' hearing cited by Appellate Court in affirming conviction.

*In the Matter of the Guardianship of JC* (1992), Supreme Court of New Jersey, 129 NJ 1, 608 A.2d 1312. Testimony on behalf of an indigent mother (recovered substance abuser) who appealed trial court's termination of parental rights order, cited in overturning trial and Appellate Court decisions.

**GRANT ACTIVITY & AWARDS**

4/15/16 Received funding ($3481.00) from PSC-CUNY (Award # 69027-00 47) to support further research with the Interrogations Expectations, Short Form Assessment instrument.  The funding will facilitate data collection

among a diverse community sample.

11/04/14 Received funding ($3415.00) from John Jay College of Criminal Justice, Forensic Psychology Research Institute for research study titled "Interrogation Expectations: Short Form assessment" which continues further data collection with an empirically derived, abbreviated version of the 'Interrogations Expectations' vignettes.

5/29/07 Received the *Outstanding Teacher of the Year Award, 2007* by John Jay College of Criminal Justice, CUNY.

5/07/07 – Awarded $1000.00 from the John Jay College of Criminal Justice, Office for the Advancement of Research to support research on, "The Trans-racial Adoption of African-American Children", literature review, and recommendations for family court.

4/16/07 – Awarded $4200.00 from the PSC CUNY, University Committee on Research to support the Phase 2 study of 'EPCMP', i.e. collection of data among a diverse, adult, community sample. This research was presented 11/17/07 at the ASC annual meeting in Atlanta, Ga.

5/05/06 – Awarded $1000.00 from the John Jay College of Criminal Justice, Office for the Advancement of Research for "Expectations of Police Compliance with Miranda Protections (EPCMP)": Phase 1 study, supplemental funding for additional subjects.  This research was presented at the CUNY Graduate Center, "Off the Witness Stand…" Conference, 3/02/07.

5/02/06 - Awarded $2605.80 from the Forensic Psychology Research Institute, John Jay College of Criminal Justice for "Expectations of Police Compliance with Miranda Protections (EPCMP)": Phase 1 study, to develop and pilot a vignette methodology to assess 'EPCMP'.

5/16/03 Awarded the *Frantz Fanon, MD Memorial Award* from the Black, Latino, and Asian Caucus of the Post Graduate Center of Mental Health.

## PUBLICATIONS:

**Johnson, M. B.** (2021) *Wrongful Conviction in Sexual Assault: Stranger Rape, Acquaintance Rape, and Intra-familial Child Sexual Assault.* Oxford University Press: New York, NY.

**Johnson, M. B.**, Baker, C., Prempeh, B. & Lewis, S. (2020) Shaken Baby Syndrome/Abusive Head Trauma: Wrongful Conviction Risks, Mis-information Effects, and Psychological Consultation.  *Journal of Forensic Psychology Research and Practice,* DOI: 10.1080/24732850.2020.1726165

**Johnson, M.B.** & Melendez, S. (2019) Spontaneous Misidentification in Wrongful Rape Conviction.  *American Journal of Forensic Psychology*, 37, 2, 5-20.

King, R. & **Johnson, M.B.** (2016) The GRE, Psychology Doctoral Program Admissions, and Meritocracy: A Commentary.  *Psych Discourse*, Spring 2016, 50 (1) http://psychdiscourse.com/index.php/263-spring-2016-v50-1/feature-articles/630-featured-11

**Johnson, M.B.** (2015) The Peculiar Gap in New York State Interrogation Law.  *The Crime Report*, December 10, 2015 (Op-Ed). http://thecrimereport.org/2015/12/10/2015-12-the-peculiar-gap-in-new-york-states-interrogation-la/

**Johnson, M.B.** & Cunningham, S. (2015) Why Innocent Defendants Plead Guilty to Rape Charges. *The Crime Report,* June 30, 2015.    http://www.thecrimereport.org/viewpoints/2015-06-why-innocent-defendants-plead-

guilty-to-rape-charges.

**Johnson, M.B.**, Citron-Lippmann, K., Massey, C., Raghavan, C. & Kavanagh, A. (2015) 'Interrogation Expectations': Individual and race/ethnic group variation among an adult sample. *Journal of Ethnicity in Criminal Justice* 13, 1, 16-29.  doi 10.1080/15377938.2014.936641

**Johnson, M.B.** (2013) Sex, Race, & Wrongful Conviction. *The Crime Report*, 10/03/13 (Op-Ed) http://www.thecrimereport.org/news/articles/2013-10-sex-race-and-wrongful-conviction

**Johnson, M.B.,** Griffith, S. & Barnaby, C. (2013) African Americans Wrongly Convicted of Sexual Assault against Whites:  Eyewitness Error and Other Case Features. *Journal of Ethnicity in Criminal Justice,* 11, 4, 277-294.

West, B.W., **Johnson, M.B.** & Citron, K.L. (2013) Cognitive impairment associated with clinical depression: Research, theory, and criminal case illustrations. *American Journal of Forensic Psychology, 31, 1, 21-35.*

**Johnson, M.B.** & Aderin, V. (2013) Troy Davis, the death penalty, and the African American community: Toward an activist agenda for Black psychologists and others.  Association of Black Psychologists, Public Policy Corner http://www.abpsi.org/pdf/TowardanActivistAgenda2014.pdf

**Johnson, M.B.** & Williams, D.E. (2012) A Resolution of the ABPSi on the Abolition of the Death Penalty *www.abpsi.org/pdf/**DeathPenaltyResolution**.pdf*

**Johnson, M.B.**, & Drucker, J. (2009). Two Recently Confirmed False Confessions:  Byron A. Halsey and Jeffrey M. Deskovic. *Journal of Psychiatry & Law,* 37/Spring, 51-72.

**Johnson, M. B**., Wilder, K. M. & Lars, M. S. (2008). African American families, child maltreatment, & parental rights termination litigation. In Parks, G. S., Jones, S. E., & Cardi, W. J. (Ed.). *Critical race realism: Intersections of psychology, race, and law*. New York: The New Press.

Gil, A., **Johnson, M.B.** & Johnson, I.  (2006) Secondary Trauma Related to State Executions: Testimony Regarding Execution Procedures. *Journal of Psychiatry and Law*, 34/Spring, 25-35.

Citron, K. & **Johnson, M.B.** (2006) Expert Psychological Testimony Regarding Disputed Confession Evidence in Federal Courts: United States v. Vallejo. *Journal of Forensic Psychology Practice 6, 1, 1-27.*

**Johnson, Matthew B.** (2005) The Central Park Jogger Case - Police Coercion and Secrecy in Interrogation: The 14th Annual Frantz Fanon MD Memorial Lecture. *Journal of Ethnicity in Criminal Justice , 3, 1-2, 131-143*.

**Johnson, Matthew B**. (2005) Recording Interrogation is Preservation of Evidence. *New Jersey Law Journal*, 5/2/2005, p. 21 (letter to the editor).

**Johnson, M.B.** (2003b) The Interrogation of Michael Crowe: A Film Review Focused on Education and Training. *American Journal of Forensic Psychology*, 21, 3, 71-79.

**Johnson, M.B.** (2003) Legal Update (guest editor): Juvenile Confession Evidence and the "Central Park Jogger" Reversals. *American Psychology Law Society News*, 23, 1-3 & 5.

Dinkelmeyer, A. & **Johnson, M.B.** (2003) Stalking: Psychotherapists at Risk. *New York State Psychologist,* 15, 3, 15-18.

Dinkelmeyer, A. & **Johnson, M.B.** (2002) Stalking and Harassment of Psychotherapists. *American Journal of*

*Forensic Psychology*, 20, 4, 5-19.

**Johnson, M.B.** (2002) Juvenile Miranda Case Law in New Jersey, from Carlo, 1966 to JDH, 2001: The Relevance of Recording all Custodial Questioning. *The Journal of Psychiatry and Law*, 30 (Spring), 3-57.

**Johnson, M.B**. (2001) The Emergence and Significance of the "Mallott Rule": The Legal History. *The Journal of Psychiatry and Law*, 29, 2 (Summer), 121-146.

**Johnson, M.B.** (2001) African-American Youth and the Juvenile Justice System.  *New Jersey Advisor* (Newsletter of the New Jersey Chapter of the American Professional Society on the Abuse of Children), 6, Fall, 14-18.

**Johnson, M.B.,** Baker, C. & Maceira, A. (2001) The 1997 Adoption and Safe Families Act and Parental Rights Termination Consultation. *American Journal of Forensic Psychology*, 19, 3, 15-28.

**Johnson, M.B**. (2001) Film Review: Eve's Bayou. *Journal of Black Psychology*, 27, 2, 244-249.

**Johnson, Matthew B.** & Hunt, Ronald C. (2000) The Psycholegal Interface in Juvenile Miranda Assessment. *American Journal of Forensic Psychology*, 18, 3, 17-35.

**Johnson, Matthew B.** (2000) New Jersey Should Mandate Recording of Custodial Questioning.  *New Jersey Law Journal*, April 17, 2000, p. 24-25 (letter to the editor).

**Johnson, Matthew B.** (2000) Discipline and Parent-Child Relations.  *ABPsi Connection*, April, 2000.  4-5.

Tellefsen, Laurie J. & **Johnson, Matthew B**.  (2000) False Victimization in Stalking: Clinical and Legal Aspects. *New York State Psychologist*, 12, 1, 20-25.

**Johnson, Matthew B.**  (1999) Psychological Parent Theory Reconsidered: The New Jersey "JC" Case, Part II. *American Journal of Forensic Psychology*, 17, 2, 41-56.

**Johnson, Matthew B.**  (1999) The Sigmund Freud Museum Exhibit: The Price for a Bit of Good Luck.  *Journal of Contemporary Psychotherapy*, 29, 1. 45-47.

**Johnson, Matthew B.**  (1999) Review of Explorations in Criminal Psychopathology: Clinical Syndromes with Forensic Implications.  *American Journal of Forensic Psychology*, 17, 1, 83-86.

**Johnson, Matthew B.**  (1998) Review of Explorations in Clinical Psychopathology: Clinical Syndromes with Forensic Implications.  *The Journal of Psychiatry and Law*, 26.  565-567.

**Johnson, Matthew B.**  (1998) Psychological Differential Diagnosis: Alternatives to the DSM System. *Journal of Contemporary Psychotherapy*, 28(1). 91-95.

**Johnson, Matthew B.** (1996a) Examining Risks to Children in the Context of Parental Rights Termination Proceedings.  *NYU Review of Law and Social Change*, 22(2). 397-424.

**Johnson, Matthew B.** (1996b) Expert Examination of "Miranda" Waivers: Questions of Competency and Reliability. *New Jersey Psychologist*, 46, 3, 23-25.

**Johnson, Matthew B.** (1994). Short-Term Dynamic Psychotherapy and Affective Experience. *New Jersey Psychologist*, 44(4). 19-24 (Also Guest Editor, Special section on Brief and Short-Term Psychotherapy).

**Johnson, Matthew B**. & Torres, Luis (1994). Bonding and Contested Parental Rights Termination:  The New Jersey "JC" Case, Part I.  *American Journal of Forensic Psychology*, 12 (2), 37-57.

**Johnson, Matthew B.** (1993). Short-Term Psychodynamic Intervention in an Urban Health Clinic: A Case Report. *Journal of Contemporary Psychotherapy,* 23(1), 19-39.

**Johnson, Matthew B.** (1993). Termination of Parental Rights: In Light of the N.J. Supreme Court Decision- 'KLF' and 'JC' (conference transcript). *Women's Rights Law Reporter*, 15(1), 64-68.

**Johnson, Matthew B.** & Torres, Luis (1992). Miranda, Trial Competency, and Hispanic Immigrant Defendants. *American Journal of Forensic Psychology*, 10(4), 65-80.

**Johnson, Matthew B.**  (1991). The Technical and Metapsychological Contributions of Dr. Davanloo (Book Review of *Unlocking the Unlocking the Unconscious: Selected Papers of Habib Davanloo, M.D.).*  New Jersey Psychologist, 41(2), 28-29.

**Johnson, Matthew B.** (1991) Expand, but with care (letter). *APA Monitor*, 22, 1, 3.

**Johnson, M.B.**  & Baker, C. (unpublished manuscript) Proposals to protect due process for juveniles during custodial interrogation: a review and analysis.


**PRESENTATIONS:**  all presentations by Matthew B. Johnson except where other authors are noted.

4/20/19
Invited presentation "False Confession in Child Abuse" at the New Jersey, Association of Black Psychologists Meeting at The College of St. Elizabeth in Morris Township, New Jersey

3/29/19
[Professional presentation] Academy of Criminal Justice Sciences, Annual Meeting Baltimore, MD
[271] Sex Crimes: Current Challenges Criminal Behavior/Violent - Crime/Sex Crime Paper Session
'Wrongful Conviction and Serial Rape Offending: The 'Stranger Rape' Challenge'

8/15/18
(Invited presentation) Continuing Legal Education Program, New Jersey Office of the Public Defender - Office of Parental Representation.  "Confession" Evidence:  Shaken Baby Syndrome, Abusive Head Trauma, & Unexplained Injuries to Children"

3/15/18
Broadcast interview regarding disputed confession evidence.  'I-Team: Stroke Raises New Doubts About 2013 Murder Confession in Kitchen Knife Horror'. https://www.nbcnewyork.com/news/local/Murder-Confession-Investigation-New-York-Brooklyn-Lawrence-Wright-476953493.html

3/08 – 10/18
Renee Joseph, **Matthew B. Johnson**, Daun Jung & Phylicia McClendon, 'Serial Rape Offending and Wrongful Conviction: The Role of Stranger Rape'.  Poster presentation - American Psychology-Law Society Annual Convention, Memphis, Tenn.

11/28/16 Wrongful Rape Conviction. 'Due Process' Broadcast television interview, providing commentary on the wrongful conviction and exoneration of Rodney Roberts (taped, aired in 2017).

3/10-12/16

Rukiya King, Christina Massey, **& Matthew B. Johnson,** Interrogations Expectations: Short Form Assessment – poster presentation American Psychology-Law Society Annual Convention – Atlanta, Georgia

3/03/16
Matthew B. Johnson, Ph.D., host and panelist at the "Peculiar Gap Forum" at John Jay College of Criminal Justice, New York, NY.  Organized and hosted a forum on New York State Interrogation Law featuring State Senator Bill Perkins who introduced NY Senate Bill 2419 to require the electronic recording of criminal interrogations.

2/28/16
Broadcast television interview focused on New York State Law regarding criminal interrogation, "Here & Now" ABC public affairs news program - http://abc7ny.com/society/here-and-now-on-february-28-2016-recording-interrogation/1220602/

2/26/16
"Two Innocents who rejected plea offers" Paper presentation @ 11th Annual Harry Frank Guggenheim Symposium on Crime in America.  Center for Media, Crime, & Justice – John Jay College of Criminal Justice. PANEL 5: A Systems Approach to Mending Justice - Copping a Plea: Why the Innocent Go to Jail

3/11/15
**Interrogations and False Confessions: Why Innocent People Confess…** invited lecture @ the New York State Judicial Institute Symposium, Pace Law School White Plains New York, NY.  The Judicial Response to Claims of Actual Innocence: The Role of New York Courts after Hamilton and Thomas.

3/05/15
**Challenging assumptions in research & policy: Post Ferguson – What can Psychology contribute to improving race relations?**  Invited panel presentation by the International Honor Society in Psychology at the 2015 Meeting of the Eastern Psychological Association, Philadelphia.

4/18/14
**"Race and Wrongful Convictions: Toward Resistance and Racial Justice"** California State University, Long Beach - Critical Issues Forum.

7/27/13
**"Thirty-Five African-Americans Wrongly Convicted of Rape/Sexual Assaults Against Whites:…"** 45th Annual Convention of the National Association of Black Psychologists – New Orleans, Louisiana 2013

7/20/12
**"The Troy Davis Case, the African-American Community, and the Death Penalty"** by Matthew B. Johnson & Victoria Aderin.  The 44th Annual International Convention of the Association of Black Psychologists - Los Angeles, California.

3/15/12
**"African-Americans wrongly convicted of sexual assaults against whites"** – Panel presentation @ the 2012 Annual Meeting of the Academy of Criminal Justice Sciences, New York, NY.

6/23/10
**"Models of Child Maltreatment and Parental Rights Termination Assessments"**. New York City Health & Hospitals Corporation, Family Court - Grand Rounds.

6/04/10

**"Evidence of Coercive Criminal Interrogation in Diverse Countries: The Challenge of Discovery and Directions for Reform".** Societies in Transition: Balancing Security, Social Justice and Tradition – International Conference. Royal Mirage Hotel, Marrakesh, Morocco (also panel chair).

4/16/10
Barbara Prempeh & **Matthew B. Johnson, "The Trans-racial Adoption of African-American Children: Guidelines for Consultation with Families, Agencies, and the Courts"** (workshop) Center for Child Advocacy, Fifth Annual National Conference, Montclair State University.

4/16/10
Olivia White & **Matthew B. Johnson, "Due Process Protections for Juveniles During Interrogation: New Jersey Case Law and Related Developments"** (workshop) Center for Child Advocacy, Fifth Annual National Conference, Montclair State University.

4/08/10
**"Comprehensive assessment, reasonable efforts, and family preservation:...** (invited presentation) The Urban Justice Center Mental Health Project Conference titled – "The Americans with Disabilities Act and Mental Health: Exploring Public Benefits and Child Welfare", Benjamin N. Cardoza Law School.

3/4-7/09
Stephen M. Smith & **Matthew B. Johnson "The Influence of Procedural Justice on the Interpretation of Disputed Confessions"** (poster presentation) American Psychology Law Society Conference, San Antonio, Texas.

2/28/09
**"Evidence of coercive interrogation in several countries: The challenge of discovery and directions for reform"** (invited presentation) @ Forensic Science for Human Rights Advocates Training Course - New York University Law School, New York, NY.

9/12/08
**"Ethical Guidelines for Research and Practice, Post 9/11"**, panel presentation.  Interrogation and Torture Controversy: Crisis in Psychology Conference - John Jay College of Criminal Justice, New York, NY.

4/15/08
**"Different permanency plans for siblings: implications and approach"** presented at a training workshop for law guardians titled "Permanency from the child's perspective" - sponsored by the Association for Children of New Jersey at the Hughes Justice Center, Trenton, New Jersey.

3/15/08
Carlene Barnaby & **M.B. Johnson, "Interrogation Practices in Jamaica".**  Presented at the 45th Annual Meeting of the Academy of Criminal Justice Sciences, Cincinnati, Ohio, Event #305 - Policing in Jamaica, Ghana, and South Africa.

11/27/07
**"Psychology, Torture and Modern Euphemisms",** presented at John Jay College of Criminal Justice, Department of Sociology, Fall Colloquium titled, 'Detention, Interrogation, and Torture: Three Perspectives'.

11/17/07
**Johnson, M.B.**, Raghavan, C., Citron, K., & Kavanagh, A. M. J. **Examining "Expectations of Police Compliance with Miranda Protections': Ethnic Group Differences"** presented at the 59th Annual Meeting of the American Society of Criminology, Atlanta, Georgia – Session 588: Racial Disparities in Policing.

10/20/07
**"Two Recently Identified False Confessions: Byron A. Halsey and Jeffrey Deskovic**", invited presentation at the "CSI vs. CSE: The Role of Forensic Psychology in the Real World of Criminal Justice" conference at the College of Saint Elizabeth, Morristown, New Jersey.

9/7/07
**"Attachment and bonding in contested parental rights termination"** panel presentation focused on the 2007 New Jersey Supreme Court Decisions (*MM* and *GL*) addressing bonding in parental rights termination. New Jersey Office of the Public Defender, 40th Annual Training Conference, Atlantic City New Jersey.

**3/2/07**
**"Ethnic Differences in 'Expectations of Police Compliance with Miranda Protections': Preliminary Findings"** Paper session titled – Perceptions of interrogations and confession evidence @ Off The Witness Stand: Using Psychology in the Practice of Justice. CUNY Graduate Center, New York, NY.  Presentors: **Matthew B. Johnson**, Kimberly Citron, & Chitra Raghavan.

**11/20/06**
**"Psychological Examination of Parental Fitness: In Light of the 9/06 *In re BL* New Jersey Appellate Court Ruling)",** Office of the Public Defender, Parental Representation Unit, Training Workshop for staff attorneys - Trenton, New Jersey.

**11/10/06**
**"Parental rights termination among African American families: A critical examination of the state".**  Paper presented at the American Society of Criminology, Annual Meeting - Los Angeles, CA. Presentors: Lars, M. S., Wilder, K. M. & **Johnson, M. B.**

**10/28/06**
**"Engaging the Civil Rights and Progressive Criminal Justice Communities in Opposition to the Death Penalty",** panel presentation at the National Coalition to Abolish the Death Penalty Annual Conference Fairfax, Va.

**7/28/06**
**"Secondary Trauma Associated with State Executions"** testimony before the New Jersey State Legislative Death Penalty Study Commission, Trenton, New Jersey.

**1/15/06**
**"Government surveillance of Martin Luther King, Jr."** invited address at the Ethical Culture Society of Essex County in Maplewood, New Jersey.

**2/4/05**
**"Secondary Trauma Related to State Executions",** testimony before the New Jersey Department of Corrections hearing regarding proposed amendments and new rule involving provision of services preceding execution.  State of New Jersey, Department of Corrections, Office of Legal and Legislative Affairs, Trenton, New Jersey 08625-0863.

**6/4/04**
**"Mental Health Issues in Family Court Proceedings" (Panel Presentation)**
New Jersey Summit on Child Advocacy and Juvenile Defense.  Rutgers Law School-Newark, New Jersey

**3/11/04**

**"Proposals to Protect Juveniles' Due Process Rights During Custodial Interrogation"**
41st Annual Meeting of the Academy of Criminal Justice Sciences, Las Vegas Nevada.

**2/12/04**
**Differences in Custodial Interrogation Practices in the United States and England: Implications for Policy in Other Nations"**
3rd International Conference on Crime and Criminal Justice in the Caribbean.  University of the West Indies, Mona Campus.

**7/10/03**
**"Insuring Due Process for Juveniles During Custodial Interrogation: A Review of Various Approaches".**
Psychology and Law, International and Inter-disciplinary Conference -University of Southampton, Edinburgh, Scotland**.**

**5/16/03**
**"The Central Park Jogger Case: Police Coercion and Secrecy in Interrogation".**  The 14th Annual Frantz Fanon MD Memorial Lecture sponsored by the Black, Latino, and Asian Caucus of the Post Graduate Center for Mental Health, New York, NY., (also received the 2003 Frantz Fanon, MD  Memorial Award).

**3/5&6/03**
**"The Child Welfare System and the Juvenile Justice System" & "Police Brutality and Community Response: The Earl Faison 'Tragedy'".** 40th Annual Meeting of the Academy of Criminal Justice Sciences - Boston, Massachusetts.

**3/7/02**
**"The Significance of the Electronic Recording of All Custodial Interrogation Findings".** American Psychology-Law Society Biennial Conference, Hyatt Regency Hotel Austin, Texas**.**

**4/5/01**
**"The Electronic Recording of Custodial Interrogation: The Legal History of Mallott Rule".** The Academy of Criminal Justice Sciences 38th Annual Meeting, Washington, DC.

**6/19/00**
**"Intergenerational Aspects of Fathering"** Babyland Family Services, Newark, New Jersey.

**3/30/00**
**"Alternatives to Parentectomy"** Annual Meeting of the New Jersey Chapter of the American Professional Society on the Abuse of Children. Marriot Hotel, Somerset, New Jersey.

**10/21/99**
**Juvenile Miranda Case Law:  Psychological Issues and Policy Considerations** John Jay College of Criminal Justice, Faculty Research Seminar

**9/15/99**
**"Juvenile Miranda Assessment"** NJ Psychological Association, Forensic Committee meeting

**6/12/99**
**"Psychodynamic Intervention in a Case of Anger and Disguised Grief"** Annual Clinical Case Conference, New Jersey Chapter, Association of Black Psychologists- Seton Hall University.

**5/2/99**
**"Miranda Assessment Among Juvenile:  Lessons from the case law of New Jersey"** 15th Annual Symposium

of the American College of Forensic Psychology.  Hotel Loretto-Santa Fe, New Mexico.

**3/11/99**
**"Juvenile Miranda Waivers:  Questions of Competency and Reliability"** Procedural Issues in Juvenile Justice. Practices and Processing Panel, Academy of Criminal Justice Sciences, 36th Annual Meeting- Orlando, Florida. Also served as chair of the panel.

**3/11/99**
**"Controversies Regarding the Use of "Psychological Parent" Theory in Contested Parent Rights Termination Proceedings"** Special Issues Related to Children in Need of Supervision Panel, Academy of Criminal Justice Sciences, 36th Annual Meeting- Orlando, Florida.  Also, served as chair of the panel.

**6/20/98**
**"Therapeutic Approaches in Counseling the African-American Male"** Annual Clinical Case Conference, New Jersey Chapter, Association of Black Psychologists, Montclair State University.

**5/18/98**
**"Introduction to Psychological Forensic Consultation"** Adult Psychology Interns Training Seminar, University of Medicine and Dentistry of New Jersey- Newark Campus.

**11/22/97**
**"Career Opportunities Related to Forensic Psychology"** New Jersey Chapter, Association of Black Psychologists, Jersey City State College.

**10/21/97**
**"Psychological Parent Theory and Parental Rights Termination"** John Jay College of Criminal Justice- Graduate Lecture Series

**11/10/95**
**"Criminal Competency Evaluations"** Main Street Counseling Center Symposium on Forensic Psychology, Caldwell College, Caldwell, New Jersey.

**4/17/94**
**"Examining Risks to Children"** New Jersey Law Center Conference. "Helping Families in Crisis:  Intersection of Law and Psychology".  North Brunswick, New Jersey.

**1/5/94**
**"Short-Term Dynamic Psychotherapy"** New York State Psychological Association- Winter Meeting, St. Thomas, Virgin Islands.

**11/19/92**
**"Termination of Parental Rights:  In Light of the NJ Supreme Court Decision- KLF and JC"** (Panel Member) Rutgers Law School, Newark, New Jersey.

**9/25/92**
**"Psychological Assessment in Criminal Law:  Competency, Insanity, Miranda Rights, etc."** New Jersey Academy of Psychology, Forensic Psychology Seminar, West Orange, New Jersey.

**4/12/92**
**"Miranda, Trial Competency, and Hispanic Immigrant Defendants"** American College of Forensic Psychology, Annual Symposium, San Francisco, California.

**3/21/92**
**"Short-Term Therapy with Black Clients"** NJ Chapter, Association of Black Psychologists, East Orange, New Jersey.


**12/17/91**
**"The Role of the Psychologist as Expert Witness in Parental Rights Termination Cases"** (Training Workshop) Legal Services of New Jersey, New Brunswick, New Jersey.

**6/15/91**
**"A Contrast of Family, Psychodynamic, and Behavioral Interventions"** (Panel Member) NJ Chapter , Association of Black Psychologists, Plainfield, New Jersey.

**1/24/91**
**"Competence to Stand Trial and Miranda Rights"** Forensic Psychology Institute, Fairleigh Dickinson University, Teaneck, New Jersey.

**3/27/89**
**"Status Anxiety, Stress, and the Black Male"** Crisis of the Minority Male (Conference) UMDNJ, Newark, New Jersey.

**2/17/87**
**"Family Violence" Film and Lecture Series"** Crisis Intervention, Union Hospital, Union, New Jersey.

**1988-1997**
Several presentations on clinical and forensic topics at UMDNJ-University Behavioral HealthCare.


**CLASSES AND WORKSHOPS ATTENDED:**

**1/18/01" Forensic assessment of violent juveniles offenders".** Instructor Thomas Grisso, Ph.D. via American Academy of Forensic Psychology – San Jose, California.

**9/2/05 "The Protection of Human Research Subjects":** completed online CITI course for social and behavioral science investigators.

**8/17- 8/21/98 "Comprehensive Treatment of Personality Disorders"** INSTRUCTOR: Jeffery Magnavitae, Ph.D. New England Educational Institute, Eastham, Massachusetts.

**2/29-3/3/96**
**"American Psychology-Law Society Meeting (APA Division-41)** The Westin Resort, Hilton Head Island, South Carolina.

**7/10-7/12/95**
**"Time Limited Dynamic Psychotherapy" (12 hours)** INSTRUCTOR: Jeffery Binder, Ph.D. Mid-Atlantic Education Institute, Ocean City, Maryland.

**8/1-8/5/94**
**"Intensive Short-Term Dynamic Psychotherapy" (15 hours)** INSTRUCTOR: H. Davanloo, M.D. New England Educational Institute (Brattleboro) Cape Cod, Massachusetts.

**7/12-7/16/93**

**"Intensive Short-Term Dynamic Psychotherapy" (15 hours)** INSTRUCTOR: H. Davanloo, M.D. New England Educational Institute (Brattleboro) Cape Cod, Massachusetts.

**4/9-4/12/92**
**"American College of Forensic Psychology, Annual Symposium" (9 hours)** The Stanford Court Hotel, San Francisco, California.

**5/3/91**
**"Intensive Short-Term Dynamic Psychotherapy" (7 Hours)** INSTRUCTOR:  H. Davanloo, M.D. New Jersey Institute for Short-term Dynamic Psychotherapy, Paramus, New Jersey.

**4/11/91**
**"Forensic Assessment of  Vocational Impairments in Civil Litigation" (6 Hours**) INSTRUCTOR: R. Kaiser, P.D. American Academy of Forensic Psychology, John Jay College, New York, New York.

**10/27/90**
**"Short-Term Dynamic Psychotherapy: Evaluation and Technique"(3 Hours)** INSTRUCTOR: P. Sifneos, M.D. The Derner Institute-Adelphi University, Garden City, New York.

**10/5/90**
**"Grief, Guilt and Emotion Closeness"  (4 Hours)** INSTRUCTOR: J. Nahmias, M.D. & Faculty          New Jersey Institute of Short-Term Dynamic Psychotherapy, Paramus, New Jersey.

**7/3-8/3/90**
**"Short-Term Dynamic Psychotherapy"  (15 Hours)** INSTRUCTOR: H. Davanloo, M.D. Albert Einstein College of Medicine, Cape Cod Institute, Massachusetts.

**4/20/90**
**"Competency to Confess: Evaluating the Validity of Miranda Rights Waivers and the Trustworthiness of Confession"  (6 hours)** By Alan Goldstein, Ph.D. American Academy of Forensic Psychology**,** John Jay College, New York, New York.

**3/22/90**
**"Evaluation of Malingering and Deception"  (7 Hours)** by Randall Price, Ph.D. Psychological Seminars, Inc., Clearwater Beach, Florida.

**3/21/90 "The Credibility of Children as Witnesses"  (7 Hours)** by Theodore H. Blau, Ph.D. Psychological Seminar, Inc., Clearwater Beach, Florida.

**10/89-1/90**
**"Short-Term Dynamic Psychotherapy: Introductory Course" (12 Hours; 6-4 hrs classes)** New Jersey Institute for Short-Term Dynamic Psychotherapy, Paramus, New Jersey.

**10/89**
**"Cults, Skinheads and Non-Traditional Groups"  (6 Hours)** INSTRUCTOR: Dale Griffis, Ph.D. University of Medicine and Dentistry, Piscataway, New Jersey.

**8/89**
**"Psychoanalytic Psychotherapy" (15 Hours)** INSTRUCTOR: R. Wallerstein, M.D. Albert Einstein College of Medicine, Cape Cod Institute, Massachusetts.

**4/89**

**"Short-Term Dynamic Psychotherapy" (6 Hours)** INSTRUCTOR: H. Davanloo, M.D. N.J. Center for Short-Term Dynamic Psychotherapy, St. Clare's Medical Center, Denville, New Jersey.

**8/22-26/88**
**"Personality Disorders" (15 Hours)** INSTRUCTOR: T. Millon, Ph.D. Albert Einstein College of Medicine, Cape Cod Institute, Massachusetts.

**7/25-29/88**
**"Short-Term Dynamic Psychotherapy" (6 Hours)** INSTRUCTOR:  H. Davanloo, MD. Albert Einstein College of Medicine, Cape Cod Institute, Massachusetts.

**7/88-5/88**
**"Forensic Psychology: Introduction" (16 Hours; 8- 2 Hours classes)** N.J. Academy of Psychology, Livingston, New Jersey.

**6/7/97**
**"Forensic Psychology: Introduction" (3 Hours)** N.J. Academy of Psychology, Livingston, New Jersey.

**6/5/87**
**"Forensic Evaluation in Child Custody Determination-Child and Adolescents"  (2 Hours)** The Derner Institute - Adelphi  University, Garden City, New York Post-Doctoral Program in Child and Adolescent Psychology

**8/21-23/85**
**"Diagnosis and Management of Post Traumatic Stress Disorder in the VA" (16 - 5 Hours)** Baltimore, Maryland.

**5/3/85**
**"Post-Traumatic Stress Disorder"  (6 hours)** VA Medical Center, Brooklyn, New York.