# Katherine F. Maloney, M.D.

Nickel City Forensics, L.L.C.
P.O. Box 114
Getzville, NY 14068
(774) 249-8241
nickelcityforensics@gmail.com

## Professional Experience

| | |
|---|---|
| **Deputy Chief Medical Examiner**<br>**Erie County Medical Examiner's Office**<br>Buffalo, NY | 2016 – Present |
| **Associate Chief Medical Examiner**<br>**Erie County Medical Examiner's Office**<br>Buffalo, NY | 2013 – 2016 |
| **City Medical Examiner**<br>**Office of Chief Medical Examiner**<br>New York, NY | 2011 – 2013 |

## Education and Training

| | |
|---|---|
| **Fellow in Forensic Neuropathology and Cardiac Pathology**<br>**Office of Chief Medical Examiner**<br>New York, NY | 2012 – 2013 |
| **Fellow in Forensic Pathology**<br>**Office of Chief Medical Examiner**<br>New York, NY | 2011 – 2012 |
| **Resident in Anatomic and Clinical Pathology**<br>**New York Presbyterian Hospital - Weill Cornell Medical Center**<br>Department of Pathology and Laboratory Medicine<br>New York, NY | 2007 – 2011 |
| **Doctor of Medicine**<br>**University of Massachusetts Medical School**<br>Worcester, MA | 2003 – 2007 |
| **Bachelor of Science, Biology**<br>**Boston College, College of Arts & Sciences**<br>Chestnut Hill, MA | 1998 – 2002 |

Katherine F. Maloney, M.D.

## Academic Appointments

**Clinical Assistant Professor**  2014 – Present
**Pathology and Anatomical Sciences, University at Buffalo**
Buffalo, NY

**Clinical Instructor**  2011 – 2013
**Department of Forensic Medicine, New York University**
New York, NY

## Medical Licensing and Examinations

Forensic Pathology Board Certified                Certification Date 9/4/2012
Anatomic and Clinical Pathology Board Certified   Certification Date 7/29/2011
New York State Medical License – #250114          Licensure Date 8/22/2008
United States Medical Licensing Examination, Steps 1-3

## Professional Organizations

American Academy of Forensic Sciences                            2014 – Present
New York State Association of County Coroners & Medical Examiners  2014 – Present
National Association of Medical Examiners                        2011 – Present
United States & Canadian Academy of Pathology                    2008 – Present
American Society for Clinical Pathology                          2008 – Present
College of American Pathologists                                 2007 – Present

## Service to the Profession

**Forensic Pathology Section Editor**  2017 – Present
American Society for Clinical Pathology Forensic Pathology Case Reports

**National Association of Medical Examiners**  2016 – Present
Protocols for Interagency Interactions in Mass Fatality Incidents Committee

**National Association of Medical Examiners**  2016 – 2017
Forensic Pathology Fellowship Training Committee

**Forensic Pathology Case Reviewer**  2016 – Present
Sudden Unexpected Death in Childhood (SUDC) Registry and Research Collaborative

**Case Reviewer**  2014 – Present
American Society for Clinical Pathology Forensic Pathology Check Samples

Katherine F. Maloney, M.D.

# Teaching Experience

**CRJ303: Criminal Investigation I Lab**　　　　　　　　　　　2019 – Present
Medaille College
Buffalo, NY

**Child Homicide Investigations**　　　　　　　　　　　　　　2018 – Present
National Criminal Justice Training Center
Fox Valley Technical College

**Forensic Lecture Series**　　　　　　　　　　　　　　　　　September 2017
Jefferson Medical College, Lenox Hill Hospital, Albert Einstein College of Medicine, Weill Cornell Medical College

**Resident Lectures**　　　　　　　　　　　　　　　　　　　　2013 – Present
**Erie County Medical Examiner's Office**
Buffalo, NY

**Resident Lectures**　　　　　　　　　　　　　　　　　　　　2011 – 2013
**Office of Chief Medical Examiner**
New York, NY

**Small Group Instructor**　　　　　　　　　　　　　　　　　　2007 – 2011
**Weill Medical College of Cornell University**
New York, NY

**Teaching Assistant**　　　　　　　　　　　　　　　　　　　　2000 – 2002
**Boston College**
Chestnut Hill, MA

# Research Experience

**Graduate Research**　　　　　　　　　　　　　　　　　　　　2008 – 2011
**New York-Presbyterian Hospital - Weill Cornell Medical Center**
Department of Pathology
New York, NY
　　　Mentor: Rebecca Baergen
　　　　Project: Types of Maternal Hypertensive Disease and Their Association with
　　　　　　　Placental Pathologic Lesions and Clinical Factors

**Undergraduate Research Assistant**　　　　　　　　　　　　　2006-2007
**University of Massachusetts Medical School**
Department of Pathology
Worcester, MA
　　　Mentor: Dr. Ashraf Kahn

Katherine F. Maloney, M.D.

<u>Senior Project</u>: Expression of Vascular Endothelial Growth Factor Subtypes and Their Relationship to Tumor Progression

**Research Assistant**                                                                June – August 2004
**University of Southern California**
Division of Research Immunology/Bone Marrow Transplantation
Los Angeles, CA

**Research Assistant**                                                                       2002 – 2003
**Massachusetts General Hospital**
Department of Molecular Pathology and Neuro-Oncology
Boston, MA

**Undergraduate Research Assistant**                                                   2000 – 2002
**Boston College**
Department of Biology
Chestnut Hill, MA

**Research Assistant**                                                                       1998 – 1999
**University of Massachusetts Medical School**
Department of Molecular Pathology
Worcester, MA

# Publications

**Maloney KF**, Webb M. "Overdose death associated with vaping designer fentanyl analogs." *Clinical and Forensic Toxicology News (Quarterly, AACC/CAP),* 2019 December.

Miller AO, Buckwalter SP, Henry MW, Wu F, **Maloney KF**, Abraham BK, Hartman BJ, Brause BD, Whittier S, Walsh TJ, Schuetz AN. "*Globicatella sanguinis* Osteomyelitis and Bacteremia: Review of an Emerging Human Pathogen with an Expanding Spectrum of Disease." *Open Forum Infect Dis* 2017, 4(1): ofw277.

**Maloney KF**, Schoppe CS. "Obesity and non-atherosclerotic cardiovascular disease." *Academic Forensic Pathology* 2013 March, 3(1): 8-12.

Gill JG, **Maloney KF**, Hirsch CH. "The consistency and advantage of therapeutic complication as a manner of death." *Academic Forensic Pathology* 2012 June, 2(2): 176-182.

**Maloney KF**, Baergen RN. "Maternal floor infarction (Massive perivillous fibrin deposition)." *Pathology Case Reviews* 2010, 15(2):58-61.

**Maloney KF**, Heller DS, Baergen RN. "Types of Maternal Hypertensive Disease and Their Association with Pathologic Lesions and Clinical Factors." *Fetal and Pediatric Pathology* 2012 Oct;31(5):319-23.

## Abstracts and Poster Presentations

**Maloney KF** and Webb M. "An Overdose Death Associated with Vaping Designer Fentanyl Analogs." National Association of Medical Examiners (NAME) Annual Meeting; Virtual: October 16-17, 2020.

**Maloney KF**, Hart AM, Reed S, Mahar TJ. "Your patient is going to die I: A review of iatrogenic injuries." National Association of Medical Examiners (NAME) Annual Meeting; Virtual: October 16-17, 2020.

**Maloney KF**, Hart AM, Reed S, Mahar TJ. "Your patient is going to die II: A review of missed diagnoses." National Association of Medical Examiners (NAME) Annual Meeting; Virtual: October 16-17, 2020.

Hart AM, **Maloney KF**, Yarid NA, Mahar TJ. "Two dead bodies in a cemetery: An unexpected lightning strike." American Academy of Forensic Sciences (AAFS) Annual Meeting; Seattle, WA: February 19-24, 2018.

**Maloney KF**, Yarid NA, Giffin CR, Corcoran CM, Blank J, Mahar TJ. "U-47700: A synthetic opioid of unknown significance." American Academy of Forensic Sciences (AAFS) Annual Meeting; New Orleans, LA: February 13-18, 2017.

**Maloney KF**, Yarid NA, Giffin CR, Corcoran CM, Blank J, Mahar TJ. "Butyrylfentanyl and acetylfentanyl levels in driving under the influence and overdose cases." National Association of Medical Examiners (NAME) Annual Meeting; Minneapolis, MN: September 7-13, 2016.

**Maloney KF**, Yarid NA, Blank J, Mahar TJ. "Deaths associated with a November 2014 snowstorm ("Winter Storm Knife") in Erie County, New York." American Academy of Forensic Sciences (AAFS) Annual Meeting; Las Vegas, NV: February 22-27, 2016.

Gill JG, **Maloney KF**, Hirsch CH. "The consistency and advantage of therapeutic complication as a manner of death." National Association of Medical Examiners (NAME) Annual Meeting; Baltimore, MD: October 5-9, 2012.

**Maloney KF**, Heller DS, Baergen RN. "Types of Maternal Hypertensive Disease and Their Association with Pathologic Lesions and Clinical Factors." United States & Canadian Academy of Pathology (USCAP) Annual Meeting; Boston, MA: March 7-13, 2009.

Katherine F. Maloney, M.D.

**Maloney KF**, Savageau J, Pulver T, Prasad M, Quinlan R, Ashraf K. "Expression of Vascular Endothelial Growth Factor Subtypes and Their Relationship to Tumor Progression." College of American Pathologists (CAP) Annual Meeting; Chicago, IL: April 14-18, 2007.

**Maloney KF**, Petri WH. "The Utility of Eight Canine Microsatellite Markers for Determining Genetic Variation in the Eastern Coyote (*Canis latrans*)." 60th Annual Eastern New England Biological Research Conference; Boston, MA: April 2002.

## Media Appearances

| | |
|---|---|
| **Forensic Pathology Expert** | TBA |

"Hell and Gone – The Mitrice Richardson Case"
School of Humans, Podcast

**Forensic Pathology Expert**                                               TBA
"Exhumed – The Stacey Caster Case"
Milojo Downtown LLC, Oxygen Network

**Forensic Pathology Expert**                                               2019 – 2020
"Crime Stories with Nancy Grace"
Crime Online, Podcast

**Forensic Pathology Expert**                                               June 2019
"Wrong Man"
Radical Media, Starz

**Forensic Pathology Expert**                                               June 2019
"Murder and Justice: The Case of Martha Moxley"
Jupiter Productions, Oxygen Network

**Forensic Pathology Expert**                                               April 2018
"Deadly Intelligence"
Beyond Productions, Science Channel

**Forensic Pathology Expert**                                               January 2018
"Final Appeal"
Peacock Productions, Oxygen Network